# In the United States Court of Federal Claims

No. 02-131 C
(Filed: November 4, 2003)

************************************
**PRECISION PINE & TIMBER, INC.**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
************************************

## ORDER

Pursuant to the recently revised timetable for the close of discovery in the case of *Precision Pine & Timber, Inc. v. United States*, No. 98-720 C, the Court hereby ORDERS that any dispositive motion(s) in the present case shall be filed on or before **February 20, 2004**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge