# In the United States Court of Federal Claims

No. 02-131 C
(Filed: December 5, 2003)

************************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
************************************

**ORDER**

Pursuant to the recently revised timetable for the close of discovery in the case of *Precision Pine & Timber, Inc. v. United States*, No. 98-720 C, the Court hereby ORDERS that any dispositive motion(s) in the present case shall be filed on or before **March 11, 2004**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge