# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131 C<br>Filed March 10, 2004 |

ORDER

On Tuesday, March 9, 2004, pursuant to its Order of March 1, 2004, the Court held a status conference in this case and in No. 98-720 C. During the course of the status conference, defendant orally requested a 30-day extension of the March 11, 2004 deadline for the filing of dispositive motions in this case as set forth in Chief Judge Damich's Order of December 5, 2003.

After hearing from both parties on the matter, the Court, pursuant to RCFC 7.2, ORDERS that the parties shall adhere to the following schedule for simultaneous filing of dispositive motions and related papers in this case:

1) the parties shall file their dispositive motions and supporting papers on March 25, 2004;

2) the parties shall file their opposition briefs on April 26, 2004; and

3) the parties shall file their reply briefs on May 10, 2004.

The Court further ORDERS that, though the parties remain obliged to file the foregoing papers with the Court utilizing the Official Court Electronic Document Filing System, they shall also effect service of the foregoing papers by personal delivery before 5 p.m. on the filing dates set forth above. Therefore, parties shall not utilize the additional time after service provided by RCFC 6(e) in serving opposition and reply briefs upon each other. *See* RCFC 5(a)(2)(A).

At this time the Court is not inclined to entertain any further requests for extension of the deadlines set forth above.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge