# APPENDIX