| | | |
|---|---|---|
| Kaibab: | Saginaw-Kennedy<br>Brann | 030701006585<br>030702006577 |
| Tonto: | Manaco | 031204004625 |

Upon review of the material provided, it is apparent that the Contracting Officers have given you ample opportunity to remedy this situation. Not only have you had the time granted under the terms of the contract to rectify the situation, but you were also given more than 50 additional calendar days to comply with the terms of your contracts. In addition, you were presented with the opportunity to unburden yourself of these contracts, without the assessment of damages, through mutual cancellation at our recent settlement discussions. Unfortunately, you chose not to take advantage of this offer, leaving our Contracting Officers no choice but to take action pursuant to the terms of these contracts when you failed to provide adequate bonding or otherwise remedy the breaches by October 25, 2000.

Based upon the failure of Precision Pine & Timber, Inc. to provide surety acceptable to the Forest Service despite having over 3 months to remedy the situation, I conclude that it is appropriate to cancel the above-listed contracts by termination for breach pursuant to special contract provision CT9.3 - Breach and for the Contracting Officers to seek recovery for any damages due the government arising out of the termination of these contracts in accordance with special contract provision CT9.4 - Failure to Cut.

I understand that the Contracting Officers have referred to a cancellation of the contracts as of December 4, 2000. Due to a clerical error, which we have only now discovered, I realize that the appropriate letter canceling all of the contracts may not have been sent.

Therefore, pursuant to 36 CFR § 223.116(b), I hereby cancel the above-listed timber contracts pursuant to contract provisions and regulations regarding cancellation for breach effective Tuesday, January 9, 2000. This decision is final. The Contracting Officers will determine damages due pursuant to CT9.4 - Failure to Cut.

Eleanor S. Towns

ELEANOR S. TOWNS
Regional Forester

Cc:
Frontier Insurance Company
2636 Elm Hill Pike, Suite 500
Nashville, TN 37214

FFH

Patricia Disert, OGC

Jim Caine, DOJ

Forest Supervisors:
Gila NF
Apache-Sitgreaves NFs
Coconino NF
Kaibab NF
Tonto NF

Contracting Officers:
Bob Yost, Gila NF
Susan Lee, A/S NF
Kerry Nedrow, A/S NF
Dave Cummings, Tonto NF
Richard Stephens, Coconino NF
Dave Harris, Kaibab NF

**United States Department of Agriculture** | **Forest Service** | **Coconino National Forest, Supervisor's Office** | **2323 E. Greenlaw Lane, Flagstaff, AZ 86004-1810, Phone: (520) 527-3600, Fax: (520) 527-3620**

**File Code:** 2450-3
**Date:** February 21, 2001

Certified – Return Receipt Requested
7099 3400 0017 8456 7420

Mr. Lorin Porter
Precision Pine & Timber, Inc.
P.O. Box 70
Heber, AZ 85928

RE: Hutch-Boondock Multiproduct Sale, Contract # 030404005465; Monument Multiproduct Sale, Contract # 030404005564; U-Bar Timber Sale, Contract # 030407005051

Dear Mr. Porter,

The above-referenced contracts were terminated on January 9, 2001, (for failure to remedy CT9.3-Breach), by Regional Forester, Eleanor S. Towns. This breach stems from your failure to provide new bonding satisfactory to the Forest Service when Frontier Insurance Company was removed from the list of acceptable sureties on Government contracts in June of 2000.

Enclosed are the estimated Default Damage Calculations, Decision Documents, and Bill for Collections for estimated damages on these sales. Payment is due on March 23, 2001.

Because you have had the above-referenced contracts cancelled for breach, your company will be referred to the Debarring or Suspending Official for possible administrative action.

Your bonding company, Frontier Insurance Company, will be notified of this pending claim.

Sincerely,

RICHARD STEPHENS
Contracting Officer

Enclosures

CC: Alan Lucas, RO Forestry
Patricia Disert, OGC
Dan Derrick, FSR
Frontier Insurance Co.

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) **Preface & Digest:**

Decision Number: 3-01-09

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | COCONINO |
| Ranger District | BLUE RIDGE RD |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | 10/05/92 |
| Contract Number: | 07-005051 |
| Sale Name: | U-BAR |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) **Claim Summary:**

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $ 215,691.04 for its default of the U-Bar Timber Sale, contract number 07-005051.

3) **Government's Claim:**

The U-Bar timber sale was cancelled by Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 - Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4, I have estimated the damages due the United States to be $ 215,691.04 for the U-Bar timber sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

4) **Findings:**

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 - BREACH (6/90)
CT9.4 - FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the U-Bar timber sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 17, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the U-Bar timber sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4– FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the U-Bar timber sale is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the U-Bar timber sale to be $ 215,691.04.

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

Signature: Richard Stephens

Date: February 21, 2001

Contracting Officer
Richard Stephens
2323 E. Greenlaw Lane
Flagstaff, AZ 86004
Telephone: 520-527-3443

**DEFAULT DAMAGE CALCULATIONS**

**U-BAR TIMBER SALE**
**CONTRACT NO. 07-005051**

**USDA FOREST SERVICE**
**COCONINO NATIONAL FOREST**

The U-Bar timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 - Failure to Cut.

The U-Bar timber sale consisted of nine (9) separate payment units when originally sold. The U-Bar sale had two (2) contract modifications, which increased the final number of separate payment units to nineteen (19). Ten (10) payment units have been cut and accepted. Eight (8) payment units have not been entered, and one payment unit had been released and a portion of the timber removed. At the time of termination, the remaining volume of included timber on the U-Bar timber sale was 1,634 MBF of Ponderosa Pine sawtimber, 903 MBF of Douglas Fir & Other Sawtimber, and 48 cords of pulpwood. The current contract value of the sale at termination was **$677,204.60.** The sale was sold as an Escalated sale, so there will be adjustments to the current contract rates at the end of this quarter. The final revised purchaser credit limit on the sale was $208,843.59. The majority of the purchaser credits were transferred to other sales, however some was used to cover stumpage on this sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$552,837.46.**

Based on procedures and applicable costs described in provision CT9.4 the following pages outline the calculation of estimated damages due the United States for default of the U-Bar timber sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 1 & #3)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1,600 MBF | $ 353.88/MBF | $ 566,208.00 |
| DF&O-Sawtimber | 826 MBF | $ 99.30/MBF | $ 82,021.80 |
| PP-Roundwood | 48 cords | $ 3.00/cord | $ 144.00 |

Released (Cut Over) Payment Units (#2)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 34 MBF | $ 453.00/MBF | $ 15,402.00 |
| DF&O-Sawtimber | 77 MBF | $ 174.40/MBF | $ 13,428.80 |

**REMAINING CONTRACT VALUE @ TERMINATION:** **$ 677,204.60**

**COST OF RESALE**

Because this sale is an older sale, marked and cruised in 1991 and 1992, it will require remarking of cut and/or leave trees and cutting unit boundaries prior to reselling. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs here are based on best estimates of what will be required and will be adjusted, upwards or downwards depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries and touch up mark within units:**

1 Marking crew foreman for 20 days:
3 Crew members for a total of 50 person days:

| | |
|---|---|
| Crew Foreman @ $170/day X 20 days = | $ 3,400.00 |
| Crew Members @ $140/day X 50 days = | $ 7,000.00 |
| Paint: 40 cases @ $ 72/case = | $ 2,880.00 |

| | | |
|---|---|---|
| Vehicle Cost (2): 3,600 miles @ .24/mile | | $ 864.00 |
| (2 vehicles 18 days @ 100 miles/day) | | |
| FOR (2 vehicles 1 month ea) 2 Month ($319/mo) | | $ 638.00 |
| **Total Field Preparation Costs:** | | **$ 14,782.00** |

**Cruise Design, Cruising & Check Cruise Sale**

| | | |
|---|---|---|
| Presale Forester GS-9 | 4 days @ $205/day | $ 820.00 |
| Cruiser's GS-7 (2 @ 10days) | 20 days @ $170/day | $ 3,400.00 |
| Check Cruiser GS-9 | 8 days @ $187/day | $ 1,496.00 |
| **Total Cruise Costs:** | | **$ 5,716.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS 11 | 2 days @ $260/day | $ 520.00 |
| Timber Resource Clerk | | 2 days @ $180.00/day | $ 360.00 |
| | | TOTAL | $ 880.00 |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forester | GS 9 | 2 days @ $200/day | $ 400.00 |
| Contracting Officer | | 2 days @ $270/day | $ 540.00 |
| Bid Day Attendance (CO) | | 1 day @ $270/day | $ 270.00 |
| District Timber Staff GS-11 | | 3 days @ $260/day | $ 780.00 |
| Miscellaneous Costs: | | | |
| Mailings/ Printing/Legal Ads | | | $ 100.00 |
| | TOTAL | | $2,090.00 |

**Total Cost For Appraisal And Package Preparation:** **$ 2,970.00**

**TOTAL COST OF RESALE:** **$ 23,468.00**

**INTEREST ON REMAINING CONTRACT VALUE**

As per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January, 2001 is 6%; the resale offering will have a contract term of 2 years and the sale will be reoffered within 7 months. Therefore:

**INTEREST ($ 677,204.60 X .06 X 1.67 years):** **$ 67,855.90**

**CALCULATION OF RESALE VALUE**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,634 MBF | $ 270.10/ MBF | $ 441,343.40 |
| DF&O-Sawtimber | 903 MBF | $ 123.44/ MBF | $ 111,466.32 |
| PP-Roundwood | 38 CCF | $ 0.73/ CCF | $ 27.74 |

**TOTAL REAPPRAISED VALUE @ TERMINATION:** **$ 552,837.46**