USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 02/17/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
P.O. BOX 70

HEBER AZ 85928

PAYER INDICATE AMOUNT ENCLOSED: $________

2. NET AMOUNT DUE: $ 81,477.88

3. DUE DATE: 03/23/01

4. BILL NUMBER: TM 03042210004

5. PAYER CODE: 860481719 A

6. AGREEMENT NO: CONTRACT NO: 030404005564

7. DESCRIPTION: MONUMENT DEFAULT DAMAGE

8. REMARKS:
RE: PAYER CODE: 860481719 A BILL NO: TM 03042210004

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 81,477.88 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 81,477.88 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 81,477.88 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

COCONINO N F
2323 E GREENLAW LANE

FLAGSTAFF AZ 86004

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

& B.A.
MONUMENT DEFAULT DAMAGES

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0304 | 87002201 | $ 81,477.88 | | | | | | |

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) **Preface & Digest:**

Decision Number: 3-01-07

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | COCONINO |
| Ranger District | LONG VALLEY RD |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | 06/29/94 |
| Contract Number: | 04-005465 |
| Sale Name: | Hutch-Boondock Multiproduct Sale |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) **Claim Summary:**

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $ 2,278.72 for its default of the Hutch-Boondock Multiproduct Sale, contract number 04-005465.

**3) Government's Claim:**

The Hutch-Boondock Multiproduct sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 - Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be $ 2,278.72 for the Hutch-Boondock Multiproduct sale. This estimate may be adjusted once final damages are determined. The decision is NOT to re-offer this sale. Any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**4) Findings:**

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 - BREACH (6/90)
CT9.4 - FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Hutch-Boondock Multiproduct sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 17, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the Hutch-Boondock Multiproduct sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4-- FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the Hutch-Boondock Multiproduct sale is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the Hutch-Boondock Multiproduct sale to be $ 2,278.72.

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 8f), or under the small claims procedures (41 U.S.C. 601,et seq., section 9).

Signature:

[signature] Date: February 21, 2001

Contracting Officer
Richard Stephens
2323 E. Greenlaw Lane
Flagstaff, AZ 86004
Telephone: 520-527-3443

# DEFAULT DAMAGE CALCULATIONS

## HUTCH-BOONDOCK MULTIPRODUCT SALE
## CONTRACT NO. 04-005465

## USDA FOREST SERVICE
## COCONINO NATIONAL FOREST

The Hutch-Boondock Multiproduct sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 - Failure to Cut.

The Hutch-Boondock Multiproduct sale consisted of two (2) separate payment units when originally sold. Operations occurred in both payment units with nearly all of the sawtimber removed and a portion of the pulpwood. At the time of termination the remaining volume of included timber on the Hutch-Boondock Multiproduct sale was 23 CCF of sawtimber and 905 CCF of pulpwood. The current contract value of the sale at termination was **$ 9,366.28.** The sale was sold as an Escalated sale, however all payment units have been released and the rates are fixed for the quarter in which released. Therefore, there will be no adjustments to the current contract rates at the end of this quarter. This sale contained a revised Purchaser Credit limit of $4,786.44. All of the Purchaser Credits were transferred out of the sale and used to pay timber stumpage on other sales. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of $ **1,455.99.**

Based on procedures and applicable costs described in provision CT9.4 the following pages outline the calculation of estimated damages due the United States for default of the Hutch-Boondock Multiproduct sale contract. This estimate may be adjusted once final damages are determined. Since essentially all of the sawtimber volume has been removed, all that remains is the less valuable pulpwood material. Past sale offering experience indicates that if the remaining volume were offered, it would not sell. The decision is NOT to re-offer this sale. Any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 23 ccf | $ 37.36/ccf | $ 859.28 |
| PP-Roundwood | 905 ccf | $ 9.40/ccf | $ 8,507.00 |

**REMAINING CONTRACT VALUE @ TERMINATION:** **$ 9,366.28**

**COST OF RESALE**

The decision is not to re-offer this sale. Therefore, there are no resale costs.

**TOTAL COST OF RESALE:** **$ 0.00**

**INTEREST ON REMAINING CONTRACT VALUE**

There will be no interest on remaining contract value, since the sale will not be re-offered.

**INTEREST:** **$ 0.00**

**COST OF COMPLETING CONTRACT REQUIREMENTS**

At the end of the last active operations, the operator moved off the sale area with anticipation that operations would continue the next field season. However, operations have never resumed. A total of 23 roads have been left open in anticipation of removal of the remaining timber. These roads total 7.5 miles. These roads therefore need to be closed.
Road closure work is estimated at $ 500.00/mile.
Total cost is 7.5 miles X $ 500.00/mile = $ 3,750.00.

**TOTAL COST OF COMPLETING CONTRACT REQUIREMENTS** **$ 3,750.00**

**CALCULATION OF RESALE VALUE**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 23 CCF | $ 34.58/ CCF | $ 795.34 |
| PP-Roundwood | 905 CCF | $ 0.73/ CCF | $ 660.65 |

**TOTAL REAPPRAISED VALUE @ TERMINATION:** **$ 1,455.99**

# CALCULATION OF DAMAGES

## A) Calculation of Potential Damages

| | | VOLUME | VALUE |
|---|---|---|---|
| **1. Current Contract Value at Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 0 | $ 0 |
| | Pulpwood | 0 | $ 0 |
| b. On area cut over | Sawtimber | 23 ccf | $ 859.28 |
| | Pulpwood | 905 ccf | $ 8,507.00 |
| TOTAL REMAINING TIMBER | Sawtimber | 23 ccf | $ 859.28 |
| | Pulpwood | 905 ccf | $ 8,507.00 |
| | **Sub-Total:** | | **$ 9,366.28** |
| **2. Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.00 |
| Cost of Resale (Field Preparation Only-Est) | | | $ 0.00 |
| Cost of Completing Contractual Requirements | | | $ 3,750.00 |
| Interest on remaining contract value | | | $ 0.00 |
| Other Damages— (List) | | | $ |
| | **Sub-Total:** | | **$ 3,750.00** |
| **3. Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | ($ 0.00 ) |
| **4. Maximum Potential Damages (A1 + A2 – A3):** | | | **$ 13,116.28** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1. Predicted High Bid Appraisal value at termination:** | | |
| | (23 ccf @ $ 34.58/ccf) = $ 795.34 | **$ 1,455.99** |
| | (905 ccf @ $ 0.73/ccf) = $ 660.65 | |
| Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total:** | **$ 1,455.99** |
| **2. Actual Bid Value of Resale:** | | **$( )** |
| **3. Resale Value:** | | **$ 1,455.99** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Damages:

| | |
|---|---|
| 1. Maximum Potential Damages (A4) | $ 13,116.28 |
| 2. Resale Value (B3) | $ 1,455.99 |
| **3. Damages (C1-C2):** | **$ 11,660.29** |
| 4. Unobligated Cash on Account | $ 9,381.57 |
| **5. Estimated Damages Due Government:** | **$ 2,278.72** |
| **6. Refund Due Purchaser:** | **$ 0.00** |

2400-17 SUMMARY - TRANSACTION EVIDENCE (CCF)

RUN DATE: 01/29/2001

SUMMARY CHECKED BY: R Stephens

REGION: 03
FOREST: Coconino
SALE NAME: Hutch-Boondock Reappraise

STARS ID: 4202 SALE ID: 03040420242000

| | | | | | |
|---|---|---|---|---|---|
| SPEC RD CONST (MI): | .0 | SPEC RD RECONST (MI): | .0 | ROAD COST: | 0 |
| ( 1) APPRAISED TO: Winslow, AZ | | HAUL MI: 79 RTM: 244 | | ESSENTIAL KV: | 0 |
| GROUND BASE VOL: | 23 | SKY/GROUND LEAD VOL: | 0 | AERIAL VOL: | 0 |
| GRND BASE SKID COST: | 30.31 | SKY/GRND LEAD YARD COST: | .00 | AERIAL YARD COST: | .00 |
| CCF/ACRE (GRND/BASE): | 2.3 | ROADS IN PLACE: N | | SALE WT.AVG. SKID-YARD COST | 30.32 |
| CF/TREE(GRND/BASE): | 15 | | | RMPP & GRADE (R-3): | .8 |
| SKID DIST (GRND/BASE): | 400 | | | LRF (R-3): | 6.4881 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | 1-3 | 2-3 | | TOTAL OR AVG | | |
| 2 SPECIES GROUP | PP | PP | | | | |
| 3 SPECIES CODE | 122 | 122 | | | | |
| 4 % BY SPECIES | -3834.79 | 3934.79 | A | 100.00 | | |
| 5 spvol( CCF | 23 | 905 | T | 928 | | |
| 6 DBH (Inches) | 12.6 | .0 | A | 12.6 | | |
| 7 BASE PERIOD PRICE (BPP) | 7.25 | .73 | A | 35.97 | | |
| 8 MARKET ADJ | -.57 | .00 | A | -.57 | | |
| 9 ADJ BPP (7+8) | 6.68 | .73 | A | 35.40 | | |
| 10 BASE SKID-YARD COST | 26.32 | .00 | A | 26.32 | | |
| 11 SALE SKID-YARD COST | 30.31 | .00 | A | 30.31 | | |
| 12 SKID/YARD COST ADJ (10-11) | -3.99 | .00 | A | -3.99 | | |
| 13 BASE HAUL COST | 40.51 | .00 | A | 40.51 | | |
| 14 SALE HAUL COST | 20.76 | .00 | A | 20.76 | | |
| 15 HAUL COST ADJ (13-14) | 19.75 | .00 | A | 19.75 | | |
| 16 BASE RD MNT COST | 2.69 | .00 | A | 2.69 | | |
| 17 SALE RD MNT COST | 1.38 | .00 | A | 1.38 | | |
| 18 RD MNT COST ADJ (16-17) | 1.31 | .00 | A | 1.31 | | |
| 19 BASE SLASH COST | 10.77 | .00 | A | 10.77 | | |
| 20 SALE SLASH COST | 3.90 | .00 | A | 3.90 | | |
| 21 SALE SLASH ADJ (19-20) | 6.87 | .00 | A | 6.87 | | |
| 22 BASE TEMP RD COST | .28 | .00 | A | .28 | | |
| 23 SALE TEMP RD COST | .00 | .00 | A | .00 | | |
| 24 TEMP RD COST ADJ (22-23) | .28 | .00 | A | .28 | | |
| 25 QUAL ADJ (RMPP) | 3.68 | .00 | A | 3.68 | | |
| 26 UNUSUAL ADJ | .00 | .00 | A | .00 | | |
| 27 TOTAL ADJ (Sum:12,15,18,21,24,25,26) | 27.90 | .00 | A | 27.90 | | |
| 28 PREDICTED BID (9+27) | 34.58 | .73 | A | 63.30 | | |
| 29 COMPETITION AMOUNT | .67 | .00 | A | .67 | | |
| 30 IND ADV RATES (28-29-34+35) | 33.91 | .73 | A | 62.63 | TV | 1440.49 |
| 31 BASE RATES + TPV (31+36) | 7.25 | .73 | A | 35.97 | | |
| 32 ADJ TO BASE RATES | .00 | .00 | A | .00 | | |
| 33 ADVERTISED RATES (30+32) | 33.91 | .73 | A | 62.63 | TV | 1440.49 |
| 34 SALE SPECIFIED RD COST | .00 | .00 | A | .00 | | |
| 35 BASE INDICES (DEC 00) | 144.44 | .00 | | | | |
| 36 TIMBER PROPERTY VALUE | .00 | .00 | A | .00 | | |
| MBF/CCF ratio: | .46560 | .63500 | | .47826 | | |
| TSA TABLE: | WWPAB | WWPAB | | | | |

*** Deficit Sale Increased: .00 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet
Bulletin: BULLETIN # 01 CY 01

REV. 23-DEC-1999

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 02/21/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
P.O. BOX 70

HEBER AZ 85928

PAYER INDICATE
AMOUNT ENCLOSED: $__________

2. NET AMOUNT DUE: $ 2,278.72

3. DUE DATE: 03/23/01

4. BILL NUMBER: TM 03042210005

5. PAYER CODE: 860481719 A

6. AGREEMENT NO: CONTRACT NO: 030404005465

7. DESCRIPTION: HUTCH-BOONDOCK DEFAULT DAMAGES

8. REMARKS:
RE: PAYER CODE: 860481719 A BILL NO: TM 03042210005

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 2,278.72 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 2,278.72 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 2,278.72 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

COCONINO N F
2323 E GREENLAW LANE

FLAGSTAFF AZ 86004

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

$ B.A.
HUTCH-BOONDOCK DEFAULT DAMAGES

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0304 | 87002201 | $ 2,278.72 | | | | | | |