# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 3-01-03
Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | Apache-Sitgreaves N.F.'s |
| Ranger District | Black Mesa (formerly HeberR.D.) |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | December 13, 1993 |
| Contract Number: | 001756 |
| Sale Name: | Jersey Horse Timber Sale |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of **$9,035.47** for its default of the Jersey Horse Timber Sale, contract number 001756.

3) Government's Claim:

The Jersey Horse Timber Sale timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be **$9,035.47** for the Jersey Horse Timber Sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

4) Findings:

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 B BREACH (6/90)
CT9.4 B FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Jersey Horse Timber Sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 20, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the Jersey Horse Timber Sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4-- FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the Jersey Horse Timber Sale timber sale is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the Jersey Horse Timber Sale to be **$9,035.47.**

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 8f), or under the small claims procedures (41 U.S.C. 601,et seq., section 9).

Susan N. Lee (signature) — 3/1/01

Susan N. Lee
Contracting Officer
P.O. Box 469
Alpine, AZ 85920
520-339-4384

Date:

# DEFAULT DAMAGE CALCULATIONS

## JERSEY HORSE TIMBER SALE
## CONTRACT NO. 001756
## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST'S

The Jersey Horse timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Jersey Horse Timber sale consisted of seven (7) separate payment units when originally sold. Payment units 1, 5, 6, and 7 were operated in and harvested. Payment Units 2, 3, and 4 were never released. At the time of termination the remaining volume of included timber on the Jersey Horse Timber sale was 1354 CCF of sawtimber. The current contract value of the sale at termination was **$203,831.16.** The sale was sold as an escalated sale, so there will be adjustments to the current contract rates necessary at the end of this quarter. All purchaser credit was earned, and used. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$227,783.42.**

Based on procedures and applicable costs described in provision CT9.4 the following outlines the calculation of estimated damages due the United States for default of the Jersey Horse timber sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 2,3 & 4)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1354 ccf | $ 150.54/ccf | $ 203,831.16 |

**REMAINING CONTRACT VALUE @ TERMINATION:** **$ 203,831.16**

## COST OF RESALE

Because this sale is an older sale, marked and cruised in 1991 and 1992, it will need touch up marking of cut and/or leave trees and the cutting unit boundaries will need to be remarked prior to reselling. In addition, the remaining payment units will need to be recruised. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs here are based on best estimates of what will be required and will be adjusted, upwards or downwards depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries, touch up mark and recruise payment units 2,3,4:**

4 Crew members at 15 days each:

| | |
|---|---|
| Crew Member @ $145.00/day X 1 5 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 1 5 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 1 5 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 1 5 days = | $ 2,175.00 |
| Paint: 20 cases @ $ 96/case = | $ 1920.00 |
| Vehicle Cost: | |
| Crew Truck – Miles $450 miles, FOR $420 | $ 870.00 |
| Sale Admin Truck – Miles $30, FOR $30 | $ 90.00 |
| Cruise Design and Check Cruise – | |
| Pre-Sale Forester – GS 9 @ $202.00/day X 5 days = | $1,010.00 |
| Check Cruiser – GS 11 @ $233.00/day X 2 days = | $ 466.00 |
| **Total Field Preparation Costs:** | **$13,056.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS 9 | 2 days @ $202.00/day | $ 404.00 |
| Timber Resource Clerk | GS 5 | 2 days @ $143.00/day | $ 286.00 |
| | | TOTAL | $ 690.00 |

**Sale Package Preparation:**

| | | |
|---|---|---|
| Pre-Sale Forester GS 9 | 5 days @ $202.00/day | $1,010.00 |
| Contracting Officer GS 11 | 3 days @ $233.00/day | $ 699.00 |
| Engineering GS 11 | 1 day @ $272.00/day | $ 272.00 |
| Timber Resource Clerk GS 6 | 3 day @ $161.00/day | $ 483.00 |
| Sale Admininstrator GS 9 | 2 day @ $206.00/day | $ 412.00 |
| Miscellaneous Costs: | | |
| Mailings/ Printing/Legal Ads | | $ 100.00 |
| | TOTAL | $2,976.00 |

**Total Cost For Appraisal And Package Preparation: $3,666.00**

TOTAL COST OF RESALE: <u>$16,722.00</u>

**INTEREST ON REMAINING CONTRACT VALUE**

As per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January 2001 is 6%; the resale offering will have a contract term of 2 years and the sale will be reoffered within 4 months. Therefore:

**INTEREST ($203,831.16 X .06 X 1.33 years): $16,265.73**

**CALCULATION OF RESALE VALUE**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1354 CCF | $ 168.23/ CCF | $227,783.42 |

**TOTAL REAPPRAISED VALUE @ TERMINATION: $227,783.42**

# CALCULATION OF DAMAGES

## A) Calculation of Potential Damages

| | | VOLUME | VALUE |
|---|---|---|---|
| **1. Current Contract Value at Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 1354 | $ 203,831.16 |
| | Pulpwood | 0 | $ 0 .00 |
| b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | Sawtimber | 1354 | $ 203,831.16 |
| | Pulpwood | 0 | $ 0.00 |
| | **Sub-Total:** | | **$ 203,831.16** |
| **2. Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.00 |
| Cost of Resale | | | $ 16,722.00 |
| Cost of Completing Contractual Requirements | | | $ 0.00 |
| Interest on remaining contract value *** | | | $ 16,265.73 |
| Other Damages— (List) | | | $ |
| | **Sub-Total:** | | $ 32,987.73 |
| **3. Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | ($ 0.00 ) |
| **4. Maximum Potential Damages (A1 + A2 – A3):** | | | **$ 236,818.89** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1. Predicted High Bid Appraisal value at termination:** (1354ccf @ $168.23ccf) = $227,783.42 | | **$ 227,783.42** |
| Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total:** | **$ 227,783.42** |
| **2. Actual Bid Value of Resale:** | | **$( )** |
| **3. Resale Value:** | | **$ 227,783.42** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Damages:

| | |
|---|---|
| 1. Maximum Potential Damages (A4) | $ 236,818.89 |
| 2. Resale Value (B3) | $ 227,783.42 |
| **3. Damages (C1-C2):** | **$ 9,035.47** |
| 4. Unobligated Cash on Account | $ 0.00 |
| **5. Estimated Damages Due Government:** | **$ 9,035.47** |
| **6. Refund Due Purchaser:** | **$ 0.00** |

2400-17 SUMMARY - TRANSACTION EVIDENCE (ccf) RUN DATE: 02/21/2001

REGION: SUMMARY ̄CKED BY: snl
FOREST: ..̣.che/Sitgreaves
SALE NAME: Jersey Horse Default STARS ID: 0 SALE ID: 03010151112001

| | | | | | |
|---|---|---|---|---|---|
| SPEC RD CONST (MI): | .0 | SPEC RD RECONST (MI): | .0 | ROAD COST: | 0 |
| ( 1) APPRAISED TO: HEBER | | HAUL MI: 39 RTM: 144 | | ESSENTIAL KV: | 0 |
| GROUND BASE VOL: | 1354 | SKY/GROUND LEAD VOL: | 0 | AERIAL VOL: | 0 |
| GRND BASE SKID COST: | 23.64 | SKY/GRND LEAD YARD COST: | .00 | AERIAL YARD COST: | .00 |
| CCF/ACRE (GRND/BASE): | 2.5 | ROADS IN PLACE: N | | SALE WT.AVG. SKID-YARD COST | 23.64 |
| CF/TREE(GRND/BASE): | 37 | | | RMPP % GRADE (R-3): | 37.9 |
| SKID DIST (GRND/BASE): | 300 | | | LRF (R-3): | 7.1054 |

| | | | | TOTAL OR AVG | | |
|---|---|---|---|---|---|---|
| 1 | PRODUCT/UNIT | 1-3 | | | | |
| 2 | SPECIES GROUP | PP | | | | |
| 3 | SPECIES CODE | 122 | | | | |
| 4 | % BY SPECIES | 100.00 | A | 100.00 | | |
| 5 | spvol( CCF | 1354 | T | 1354 | | |
| 6 | DBH (Inches) | 17.9 | A | 17.9 | | |
| 7 | BASE PERIOD PRICE (BPP) | 7.25 | A | 7.25 | | |
| 8 | MARKET ADJ | -.57 | A | -.57 | | |
| 9 | ADJ BPP (7+8) | 6.68 | A | 6.68 | | |
| 10 | BASE SKID-YARD COST | 26.32 | A | 26.32 | | |
| 11 | SALE SKID-YARD COST | 23.64 | A | 23.64 | | |
| 12 | SKID/YARD COST ADJ (10-11) | 2.68 | A | 2.68 | | |
| 13 | BASE HAUL COST | 40.51 | A | 40.51 | | |
| 14 | SALE HAUL COST | 13.05 | A | 13.05 | | |
| 15 | HAUL COST ADJ (13-14) | 27.46 | A | 27.46 | | |
| 16 | BASE RD MNT COST | 2.69 | A | 2.69 | | |
| 17 | SALE RD MNT COST | 4.58 | A | 4.58 | | |
| 18 | RD MNT COST ADJ (16-17) | -1.89 | A | -1.89 | | |
| 19 | BASE SLASH COST | 10.77 | A | 10.77 | | |
| 20 | SALE SLASH COST | 18.90 | A | 18.90 | | |
| 21 | SALE SLASH ADJ (19-20) | -8.13 | A | -8.13 | | |
| 22 | BASE TEMP RD COST | .28 | A | .28 | | |
| 23 | SALE TEMP RD COST | .00 | A | .00 | | |
| 24 | TEMP RD COST ADJ (22-23) | .28 | A | .28 | | |
| 25 | QUAL ADJ (RMPP) | 141.15 | A | 141.15 | | |
| 26 | UNUSUAL ADJ | .00 | A | .00 | | |
| 27 | TOTAL ADJ | 161.55 | A | 161.55 | | |
| | (Sum:12,15,18,21,24,25,26) | | | | | |
| 28 | PREDICTED BID (9+27) | 168.23 | A | 168.23 | | |
| 29 | COMPETITION AMOUNT | .67 | A | .67 | | |
| 30 | IND ADV RATES (28-29-34+36) | 167.56 | A | 167.56 | TV | 226876.24 |
| 31 | BASE RATES + TPV (31+36) | 7.25 | A | 7.25 | | |
| 32 | ADJ TO BASE RATES | .00 | A | .00 | | |
| 33 | ADVERTISED RATES (30+32) | 167.56 | A | 167.56 | TV | 226876.24 |
| 34 | SALE SPECIFIED RD COST | .00 | A | .00 | | |
| 35 | BASE INDICES (DEC 00) | 159.65 | | | | |
| 36 | TIMBER PROPERTY VALUE | .00 | A | .00 | | |
| | MBF/CCF ratio: | .50000 | | .50000 | | |
| | TSA TABLE: | WWPAC | | | | |

*** Deficit Sale Increased: .00 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet
Bulletin: BULLETIN # 01 CY 01 REV. 23-DEC-1999

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 3/1/01

PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
P.O. BOX 70
HEBER AZ 85928

PAYER INDICATE AMOUNT ENCLOSED: $______

2. NET AMOUNT DUE: $ 9,035.47

3. DUE DATE: 3/30/01

4. BILL NUMBER: TM 03012110157

5. PAYER CODE: 860481719 A

6. AGREEMENT NO: CONTRACT NO: 030105001756

7. DESCRIPTION: 05 JERSEY HORSE DEFAULT

8. REMARKS:
RE: PAYER CODE: 860481719 A BILL NO: TM 03012110157

9. PRINCIPAL: $9,035.47
10. INTEREST:
11. ADMINISTRATIVE COSTS:
12. PENALTY:
13. AMOUNT DUE: $9,035.47
14. AMOUNT CREDITED:
15. NET AMOUNT DUE: $9,035.47

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

APACHE SITGREAVES N F
PO BOX 640
SPRINGERVILLE AZ 85938

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

BLACK MESA RANGER DISTRICT
JERSEY HORSE MP ESTIMATED DEFAULTED SALE DAMAGE CONTRACT NO. 05-001756

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0301 | 87002801 | $ 9,035.47 | | | | | | |

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 3-01-01

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | Apache-Sitgreaves N.F's |
| Ranger District | Black Mesa R.D (formerly Chevelon R.D.) |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | January 15, 1998 |
| Contract Number: | 001939 |
| Sale Name: | Gentry Multi-Product Sale |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of **$92,236.78** for its default of the Gentry Multi-Product Sale, contract number 001939.

3) Government's Claim:

The Gentry Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be **$92,236.78** for the Gentry Multi-Product sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be