# DEFAULT DAMAGE CALCULATIONS

## BROOKBANK MULTI-PRODUCT SALE
## CONTRACT NO. 001822
## APACHE-SITGREAVES NATIONAL FOREST'S
## USDA FOREST SERVICE

The Brookbank Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Brookbank Multi-Product Sale consisted of six (6) separate payment units when originally sold. Payment units #2, 3, 5, 6 were operated in with all of the sawtimber and pulpwood removed. Payment Units 1 and 4 were partially cut. At the time of termination the remaining volume of included timber on the Brookbank Multi-Product Sale was 1292 CCF of sawtimber and 1903 CCF of pulpwood. The current contract value of the sale at termination was **$24,348.20.** There may be adjustments to the current contract rates at the end of this quarter, in March of 2001. All roadwork was completed. There is **$2,752.54** Remaining Effective Purchaser Credit. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$57,914.19.**

Based on procedures and applicable costs described in provision CT9.4 the following outlines the calculation of estimated damages due the United States for default of the Brookbank Multi-Product Sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

## REMAINING TIMBER

At the time of default the contract value of the remaining timber at termination was:

Released and partially cut, Payment Units (#1, 4)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1292 ccf | $ 5.00/ccf | $ 6,460.00 |
| PP-Roundwood | 1903 ccf | $ 9.40/ccf | $17,888.20 |

**REMAINING CONTRACT VALUE @ TERMINATION:** **$24,348.20**

## COST OF RESALE

Because this sale is an older sale, marked and cruised in 1993 and 1994, it will need touch up marking of cut and/or leave trees, it will need to have the cutting unit boundaries remarked, and the sale will need to be recruised prior to reselling. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs here are based on best estimates of what will be required and will be adjusted, upwards or downwards depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries, touch up mark within units, and recruised payment units 1 and 4:**

4 Crew members at 15 days each:

| | |
|---|---|
| Crew Member @ $145.00/day X 15 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 15 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 15 days = | $ 2,175.00 |
| Crew Member @ $145.00/day X 15 days = | $ 2,175.00 |
| Paint: 6 cases @ $ 96/case = | $ 576.00 |
| Vehicle Cost: | |
| Crew Truck – Miles $420, FOR $450 = | $ 870.00 |
| Sale Admin Truck – Miles $60, FOR $60 = | $ 120.00 |

Cruise Design and Check Cruise –

| | |
|---|---|
| Pre-Sale Forester – GS 9 @ $202.00/day X 5 days = | $1,010.00 |
| Check Cruiser – GS 11 @ $233.00/day X 2 days = | $ 466.00 |

**Total Field Preparation Costs:** **$11,742.00**

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS 9 | 2 days @ $202.00/day | $ 404.00 |
| Timber Resource Clerk | GS 5 | 2 days @ $143.00/day | $ 286.00 |
| | | TOTAL | $ 690.00 |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Pre-Sale Forester | GS 9 | 5 days @ $202.00/day | $1,010.00 |
| Contracting Officer | GS 11 | 3 days @ $233.00/day | $ 699.00 |
| Engineering | GS 11 | 1 day @ $272.00/day | $ 272.00 |
| Timber Resource Clerk | GS 6 | 3 day @ $161.00/day | $ 483.00 |
| Sale Admininstrator | GS 9 | 2 day @ $206.00/day | $ 412.00 |
| Miscellaneous Costs: Mailings/ Printing/Legal Ads | | | $ 100.00 |
| | | TOTAL | $2,976.00 |

**Total Cost For Appraisal And Package Preparation:** **$3,666.00**

**TOTAL COST OF RESALE:** **<u>$ 15,408.00</u>**

**COST OF COMPLETING CONTRACTUAL REQUIREMENTS:**

Final road maintenance blading of Payment Unit 2 roads = **$ 400.00**
This includes erosion control and waterbarring

## INTEREST ON REMAINING CONTRACT VALUE

As per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January, 2001 is 6%; the resale offering will have a contract term of 3 years and the sale will be reoffered within 6 months. Therefore:

**INTEREST ($ 24,348.20 X .06 X 2.00 years):** **$ 2,921.78**

## CALCULATION OF RESALE VALUE

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1292 CCF | $ 43.75/ CCF | $ 56,525.00 |
| PP-Roundwood | 1903 CCF | $ 0.73/ CCF | $ 1,389.19 |

**TOTAL REAPPRAISED VALUE @ TERMINATION:** **$ 57,914.19**

# CALCULATION OF DAMAGES

| A) **Calculation of Potential Damages** | | VOLUME | VALUE |
|---|---|---|---|
| **1. Current Contract Value at Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | Pulpwood | 0 | $ 0.00 |
| b. On area cut over | Sawtimber | 1292 | $ 6,460.00 |
| | Pulpwood | 1903 | $ 17,888.20 |
| TOTAL REMAINING TIMBER | Sawtimber | 1292 | $ 6,460.00 |
| | Pulpwood | 1903 | $ 17,888.20 |
| | **Sub-Total:** | | **$ 24,348.20** |
| **2. Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.00 |
| Cost of Resale | | | $ 15,408.00 |
| Cost of Completing Contractual Requirements | | | $ 400.00 |
| Interest on remaining contract value *** | | | $ 2,921.78 |
| Other Damages— (List) | | | $ |
| | **Sub-Total:** | | **$ 18,729.78** |
| **3. Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | ($ 0.00 ) |
| **4. Maximum Potential Damages (A1 + A2 – A3):** | | | **$ 43,077.98** |

---

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1. Predicted High Bid Appraisal value at termination:** (1292ccf @ $43.75/ccf) = $56,525.00 (1903 ccf @ $0.73/ccf) =$ 1,38919 | | **$ 57,914.19** |
| Add Remaining Effective Purchaser Credit | | $ 2,752.54 |
| | **Sub-Total:** | **$ 60,666.73** |
| **2. Actual Bid Value of Resale:** | | **$( )** |
| **3. Resale Value:** (RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE) | | **$ 60,666.73** |

---

**C) Damages:**

| | |
|---|---|
| 1. Maximum Potential Damages (A4) | $ 43,077.98 |
| 2. Resale Value (B3) | $ 60,666.73 |
| **3. Damages (C1-C2):** | **$ 0.00** |
| 4. Unobligated Cash on Account | $ 0.00 |
| **5. Estimated Damages Due Government:** | **$ 0.00** |
| **6. Refund Due Purchaser:** | **$ 0.00** |

2400-17 SUM - TRANSACTION EVIDENCE (CCF) CCF

RUN DATE: 02/02/2001

SUMMARY CHECKED BY: SNL

REGION: 03
FOREST: Apache/Sitgreaves
SALE NAME: Brookbank MP Default

STARS ID: 94501 SALE ID: 03010550212001

SPEC RD CONST (MI): .0
1) APPRAISED TO: HEBER
GROUND BASE VOL: 1292
GRND BASE SKID COST: 32.00
CCF/ACRE (GRND/BASE): .8
CF/TREE(GRND/BASE): 14
SKID DIST (GRND/BASE): 330

SPEC RD RECONST (MI): 10.0
HAUL MI: 37 RTM: 228
SKY/GROUND LEAD VOL: 0
SKY/GRND LEAD YARD COST: .00
ROADS IN PLACE: N

ROAD COST: 0
ESSENTIAL KV: 0
AERIAL VOL: 0
AERIAL YARD COST: .00
SALE WT.AVG. SKID-YARD COST 32.00
RMPP % GRADE (R-3): 22.9
LRF (R-3): 6.5587

| | 1-3 | 2-3 | | TOTAL OR AVG | | |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | PP | PP | | | | |
| 2 SPECIES GROUP | 122 | 122 | A | 100.00 | | |
| 3 SPECIES CODE | -47.30 | 147.30 | T | 3195 | | |
| 4 % BY SPECIES | 1292 | 1903 | A | 10.5 | | |
| 5 spvol( CCF | 12.6 | .0 | A | 8.33 | | |
| 6 DBH (Inches) | 7.25 | .73 | A | -.57 | | |
| 7 BASE PERIOD PRICE (BPP) | -.57 | .00 | A | 7.76 | | |
| 8 MARKET ADJ | 6.68 | .73 | A | 26.32 | | |
| 9 ADJ BPP (7+8) | 26.32 | .00 | A | 32.00 | | |
| 10 BASE SKID-YARD COST | 32.00 | .00 | A | -5.68 | | |
| 11 SALE SKID-YARD COST | -5.68 | .00 | A | 40.51 | | |
| 12 SKID/YARD COST ADJ (10-11) | 40.51 | .00 | A | 17.68 | | |
| 13 BASE HAUL COST | 17.68 | .00 | A | 22.83 | | |
| 14 SALE HAUL COST | 22.83 | .00 | A | 2.69 | | |
| 15 HAUL COST ADJ (13-14) | 2.69 | .00 | A | 4.12 | | |
| 16 BASE RD MNT COST | 4.12 | .00 | A | -1.43 | | |
| 17 SALE RD MNT COST | -1.43 | .00 | A | 10.77 | | |
| 18 RD MNT COST ADJ (16-17) | 10.77 | .00 | A | 7.31 | | |
| 19 BASE SLASH COST | 7.31 | .00 | A | 3.46 | | |
| 20 SALE SLASH COST | 3.46 | .00 | A | .28 | | |
| 21 SALE SLASH ADJ (19-20) | .28 | .00 | A | .00 | | |
| 22 BASE TEMP RD COST | .00 | .00 | A | .28 | | |
| 23 SALE TEMP RD COST | .28 | .00 | A | 17.61 | | |
| 24 TEMP RD COST ADJ (22-23) | 17.61 | .00 | A | .00 | | |
| 25 QUAL ADJ (RMPP) | .00 | .00 | A | 37.07 | | |
| 26 UNUSUAL ADJ | 37.07 | .00 | | | | |
| 27 TOTAL ADJ | | | A | 44.83 | | |
| (Sum:12,15,18,21,24,25,26) | 43.75 | .73 | A | .33 | | |
| 28 PREDICTED BID (9+27) | .33 | .00 | A | 44.50 | TV | 57494.00 |
| 29 COMPETITION AMOUNT | 43.42 | .73 | A | 8.33 | | |
| 30 IND ADV RATES (28-29-34+36) | 7.25 | .73 | A | .00 | | |
| 31 BASE RATES + TPV (31+36) | .00 | .00 | A | 44.50 | TV | 57494.00 |
| 32 ADJ TO BASE RATES | 43.42 | .73 | A | .00 | | |
| 33 ADVERTISED RATES (30+32) | .00 | .00 | | | | |
| 34 SALE SPECIFIED RD COST | 144.44 | .00 | A | .00 | | |
| 35 BASE INDICES (DEC 00) | .00 | .00 | | .47833 | | |
| 36 TIMBER PROPERTY VALUE | .47803 | .63500 | | | | |
| MBF/CCF ratio: | WWPAB | WWPAE | | | | |
| TSA TABLE: | | | | | | |

*** Deficit Sale Increased: .00 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet REV. 23-DEC-1999
Bulletin: BULLETIN # 01 CY 01

APP. 86

United States Department of Agriculture | Forest Service | Kaibab National Forest | 800 South Sixth Street
Williams, AZ 86046-2899
(520) 635-8200

File Code: 2450-3
Date: MAR 1 2001

MR LORIN D PORTER
PRESIDENT
PRECISION PINE & TIMBER INC
PO BOX 70
HEBER, AZ 85928

CERTIFIED MAIL – RRR
7000 1670 0005 6420 2109

Dear Mr. Porter:

Attached is the Final Decision of the Contracting Officer in the Contract Disputes Act claim, number 03-01-12, for the Brann timber sale.

As always, I can be reached at 520-635-8240 if you have any questions.

Sincerely,

David P Harris
DAVID P. HARRIS
Contracting Officer

Enclosure

cc:
Williams RD
RO Forestry
Frontier Insurance Company
2636 Elm Hill Pike #500
Nashville, TN 37214-3102



PAGE 01 PORTER 5205356442 53

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 3-01-12

Location of Sale:

Region
National Forest
Ranger District Chalander RD)

Sale Information:

| | |
|---|---|
| Purchaser Name: | rmber, Inc. |
| Contract Date: | 09/29/94 |
| Contract Number: | 02-006577 |
| Sale Name: | BRANN |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $36,888.97 for its default of the Brann Timber Sale, contract number 02-006577.

3) Government's Claim:

The Brann timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 – Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be $36,888.97 for the Brann timber sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

4) Findings:

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 B BREACH (6/90)
CT9.4 B FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Brann timber sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 17, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the BRANN timber sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4-- FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the Brann timber sale

is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the Brann timber sale to be $36,888.97.

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 8f), or under the small claims procedures (41 U.S.C. 601,et seq., section 9).

David P Harris

Date: 1 MARCH 2001

Contracting Officer
David P. Harris
800 South 6th Street
Williams, AZ 86046
520-635-8240