# APPENDIX

Contract Clauses:

CT9.3 – BREACH (6/90)
CT9.4 – FAILURE TO CUT (4/82)

Calculation of Damages:

WO-CT9.3

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.



3 5205356442 PORTER PAGE 06

WO-CT9.4

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale;

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.



PAGE 07 PORTER 5205356442 3

# DEFAULT DAMAGE CALCULATIONS

## BRANN TIMBER SALE
## CONTRACT NO. 02-006577

## USDA FOREST SERVICE
## KAIBAB NATIONAL FOREST

The Brann timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT9.3 – Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, The Contracting Officer must determine if the United States has been damaged (FSM2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 - Failure to Cut.

The Brann timber sale consisted of three (3) separate payment units when originally sold. Only payment unit #2 was ever operated in with essentially all of the sawtimber removed and a portion of the pulpwood. At the time of termination the remaining volume of included timber on the Brann timber sale was 783.81 CCF of Sawtimber and 1395.87 CCF of pulpwood. The current contract value of the sale at termination was **$68,223.02.** The sale was sold as a Flat Rate sale so there will be no adjustments to the current contract rates necessary at the end of this quarter. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$23,914.08.**

Based on procedures and applicable costs described in provision CT9.4 the following outlines the calculation of estimated damages due the United States for default on the Brann timber sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER:**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 1 & #3)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 776 ccf | $ 70.30/ccf | $ 54,552.80 |
| PP-Roundwood | 823 ccf | $ 9.40/ccf | $ 7,736.20 |

Released (Cut Over) Payment Units (#2)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 7.81 ccf | $ 70.30/ccf | $ 549.04 |
| PP-Roundwood | 572.87 ccf | $ 9.40/ccf | $ 5,384.98 |

**REMAINING CONTRACT VALUE @ TERMINATION:** **$ 68,223.02**

## COST OF RESALE:

Because this sale is an older sale, marked and cruised in 1992 and 1993, it may need touch up marking of cut and/or leave trees but will definitely need to have cutting unit boundaries remarked prior to reselling. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertiscment. Costs here are based on best estimates of what will be required and will be adjusted, upwards or downwards depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries and touch up mark within units:**

3 Crew members at 5 days each:

| | |
|---|---|
| Crew Foreman @ $161.48/day X 5 days = | $ 807.00 |
| Crew Member @ $147.10/day X 5 days = | $ 736.00 |
| Crew Member @ $142.74/day X 5 days = | $ 714.00 |
| Paint: 5 cases @ $ 72/case = | $ 360.00 |
| Vehicle Cost: 225 miles @ .35/mile | $ 79.00 |
| FOR for ½ Month ($432/mo) | $ 216.00 |
| **Total Field Prep Costs:** | **$2,912.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS 11/10 | 2 days @ $255.50/day | $ 511.00 |
| Timber Resource Clerk | | 2 days @ $149.00/day | $ 298.00 |
| | | TOTAL | $ 809.00 |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forester | GS 12/6 | 2 days @ $278/day | $ 556.00 |
| Engineering | GS 9/10 | 1 day @ $218/day | $ 218.00 |
| Timber Resource Clerk | | 1 day @ $149/day | $ 149.00 |
| Review By C.O. | | 1 day @ $278/day | $ 278.00 |
| Bid Day Attendance | | 1 day @ $278/day | $ 278.00 |
| Miscellaneous Costs: Mailings/ Printing/Legal Ads | | | $ 250.00 |
| | | TOTAL | $1,729.00 |

**Total Cost For Appraisal And Package Preparation:** **$2,538.00**

**TOTAL COST OF RESALE:** **<u>$5450.00</u>**



53 5205356442 PORTER PAGE 09

**INTEREST ON REMAINING CONTRACT VALUE:**

As per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January, 2001 is 6%; the resale offering will have a contract term of 2 years and the sale will be reoffered within 4 months. Therefore:

**INTEREST = ($ 68,223.02 X .06 X 1.33 years):** **$ 5,444.20**

**CALCULATION OF RESALE VALUE:**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 783.81 CCF | $ 29.21/ CCF | $ 22,895.09 |
| PP-Roundwood | 1395.87 CCF | $ 0.73/ CCF | $ 1,018.99 |
| | TOTAL REAPPRAISED VALUE @ TERM | | **$ 23,914.08** |

# CALCULATION OF DAMAGES

## A) Calculation of Potential Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. Volume and Contract Value, remaining timber: | | | | |
| | a. On area not cut over | Sawtimber | 776 | $ 54,552.80 |
| | | Pulpwood | 823 | $ 7,736.20 |
| | b. On area cut over | Sawtimber | 7.81 | $ 549.04 |
| | | Pulpwood | 572.87 | $ 5,384.98 |
| TOTAL REMAINING TIMBER | | Sawtimber | 783.81 | $ 55,101.84 |
| | | Pulpwood | 1395.87 | $ 13,121.18 |
| | | **Sub-Total** | | **$ 68,223.02** |

**2. Additional Damages:**

| | |
|---|---|
| Liquidated Damages | $ 0.00 |
| Cost of Resale (Field Preparation Only-Est) | $ 2,912.00 |
| Cost of Completing Contractual Requirements | $ 0.00 |
| Interest on remaining contract value *** | $ 5,444.20 |
| Other Damages— (Office Prep of Resale Package –Est) | $ 2,538.00 |
| **Sub-Total** | **$ 10,894.20** |

**3. Adjustment for Purchaser Credit:**

| | |
|---|---|
| Less Purchaser Credit that HAS NOT been earned: | $ 0.00 |
| **4. Maximum Potential Damages (A1 + A2 – A3)** | **$ 79,117.22** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | |
|---|---|
| **1. Predicted High Bid Appraisal value at termination:** (783.81ccf @ $29.21/ccf) = $22,895.09 (1395.87 ccf @ $0.73/ccf) =$ 1,018.99 | **$ 23,914.08** |
| Add Remaining Effective Purchaser Credit | $ 0.00 |
| **Sub-Total** | **$ 23,914.08** |
| **2. Actual Bid Value of Resale** | **$(________)** |
| **3. Resale Value** (RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE) | **$ 23,914.08** |

## C) Calculation of Damages:

| | |
|---|---|
| 1. Maximum Potential Damages (A8) | $ 79,177.22 |
| 2. Resale Value (B3) | $ 23,914.08 |
| 3. **Damages (C1-C2):** | **$ 55,203.14** |
| 4. Unobligated Cash on Account | $ 18,314.17 |
| **5. Estimated Damages Due Government:** | **$ 36,888.97** |
| **6. Refund Due Purchaser** | **$ 0.00** |

RUN DATE: 01/25/2001

2400-17 SUMMARY - TRANSACTION EVIDENCE (CCF)

SUMMARY CHECKED BY: DAVE HARRIS

REGION: 03
FOREST: Kaibab
SALE NAME: Brann Damage Est. 1/25/01

STARS ID: 2039 SALE ID: 03070120122001

SPEC RD CONST (MI): .0
( 1) APPRAISED TO: WILLIAMS, AZ
GROUND BASE VOL: 784
GRND BASE SKID COST: 36.13
CCF/ACRE (GRND/BASE): 4.0
CF/TREE (GRND/BASE): 6
SKID DIST (GRND/BASE): 450

SPEC RD RECONST (MI): .0
HAUL MI: 22 RTM: 114
SKY/GROUND LEAD VOL: 0
SKY/GRND LEAD YARD COST: .00
ROADS IN PLACE: N

ROAD COST: 0
ESSENTIAL KV: 0
AERIAL VOL: 0
AERIAL YARD COST: .00
SALE WT.AVG. SKID-YARD COST 36.13
RMPP % GRADE (R-3): 9.0
LRF (R-3): 6.4776

| | 1-3 | 2-3 | | TOTAL OR AVG | | |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | 1-3 | 2-3 | | | | |
| 2 SPECIES GROUP | PP | PP | | | | |
| 3 SPECIES CODE | 122 | 122 | A | 100.00 | | |
| 4 % BY SPECIES | -78.07 | 178.07 | T | 2180 | | |
| 5 spvol ( CCF | 784 | 1396 | A | 9.5 | | |
| 6 DBH (Inches) | 12.2 | 6.8 | A | 8.55 | | |
| 7 BASE PERIOD PRICE (BPP) | 7.25 | .73 | A | -.57 | | |
| 8 MARKET ADJ | -.57 | .00 | A | 7.98 | | |
| 9 ADJ BPP (7+8) | 6.68 | .73 | A | 26.32 | | |
| 10 BASE SKID-YARD COST | 26.32 | .00 | A | 36.13 | | |
| 11 SALE SKID-YARD COST | 36.13 | .00 | A | -9.81 | | |
| 12 SKID/YARD COST ADJ (10-11) | -9.81 | .00 | A | 40.51 | | |
| 13 BASE HAUL COST | 40.51 | .00 | A | 10.84 | | |
| 14 SALE HAUL COST | 10.84 | .00 | A | 29.67 | | |
| 15 HAUL COST ADJ (13-14) | 29.67 | .00 | A | 2.69 | | |
| 16 BASE RD MNT COST | 2.69 | .00 | A | 1.07 | | |
| 17 SALE RD MNT COST | 1.07 | .00 | A | 1.62 | | |
| 18 RD MNT COST ADJ (16-17) | 1.62 | .00 | A | 10.77 | | |
| 19 BASE SLASH COST | 10.77 | .00 | A | 10.15 | | |
| 20 SALE SLASH COST | 10.15 | .00 | A | .62 | | |
| 21 SALE SLASH ADJ (19-20) | .62 | .00 | A | .28 | | |
| 22 BASE TEMP RD COST | .28 | .00 | A | .00 | | |
| 23 SALE TEMP RD COST | .00 | .00 | A | .28 | | |
| 24 TEMP RD COST ADJ (22-23) | .28 | .00 | A | .15 | | |
| 25 QUAL ADJ (RMPP) | .15 | .00 | A | .00 | | |
| 26 UNUSUAL ADJ | .00 | .00 | A | 22.53 | | |
| 27 TOTAL ADJ (Sum:12,15,18,21,24,25,26) | 22.53 | .00 | A | 30.51 | | |
| 28 PREDICTED BID (9+27) | 29.21 | .73 | A | .67 | | |
| 29 COMPETITION AMOUNT | .67 | .00 | A | 29.84 | TV | 23394.56 |
| 30 IND ADV RATES (28-29-34+36) | 28.54 | .73 | A | 8.55 | | |
| 31 BASE RATES + TPV (31+36) | 7.25 | .73 | A | .00 | | |
| 32 ADJ TO BASE RATES | .00 | .00 | A | 29.84 | TV | 23394.56 |
| 33 ADVERTISED RATES (30+32) | 28.54 | .73 | A | .00 | | |
| 34 SALE SPECIFIED RD COST | .00 | .00 | | | | |
| 35 BASE INDICES (DEC 00) | 159.65 | .00 | A | .00 | | |
| 36 TIMBER PROPERTY VALUE | .00 | .00 | | .50000 | | |
| MBF/CCF ratio: | .50030 | .63500 | | | | |
| TSA TABLE: | WWPAC | WWPAE | | | | |

*** Deficit Sale Increased: .00 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet REV. 23-DEC-1999

Bulletin: BULLETIN # 01 CY 01

APP. 98

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 03/01/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER.
DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO.
ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
P.O. BOX 70

HEBER AZ 85928

PAYER INDICATE
AMOUNT ENCLOSED: $__________

| | |
|---|---|
| 2. NET AMOUNT DUE: | $ 36,888.97 |
| 3. DUE DATE: | 03/31/01 |
| 4. BILL NUMBER: | TM 03070210006 |
| 5. PAYER CODE: | 860481719 A |

6. AGREEMENT NO: CONTRACT NO: 030702006577

7. DESCRIPTION: DEFAULT DAMAGES

8. REMARKS:
RE: PAYER CODE: 860481719 A BILL NO: TM 03070210006

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 36,888.97 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 36,888.97 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 36,888.97 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

CHALENDER RGR DIST
USDA FS WILLIAMS RD
742 SOUTH CLOVER RD
WILLIAMS AZ 86046

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0307 | 87002601 | $ 36,888.97 | | | | | | |

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 3-01-11

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | KAIBAB |
| Ranger District | WILLIAMS RD |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | 09/29/94 |
| Contract Number: | 01-006585 |
| Sale Name: | SAGINAW-KENNEDY |
| Contract Form: | FS 2400-6T |
| Termination Date: | January 9, 2001 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $101,642.20 for its default of the Saginaw-Kennedy Timber Sale, contract number 01-006585.

3) Government's Claim: