The Saginaw-Kennedy timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 – Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be $101,642.20 for the Saginaw-Kennedy timber sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

4) Findings:

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 B BREACH (6/90)
CT9.4 B FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Saginaw-Kennedy timber sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 – Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 17, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the SAGINAW-KENNEDY timber sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4-- FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the Saginaw-

Kennedy timber sale is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the Saginaw-Kennedy timber sale to be $101,642.20.

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 8f), or under the small claims procedures (41 U.S.C. 601,et seq., section 9).

David P Harris

Date: 1 MARCH 2001

Contracting Officer
David P. Harris
800 South 6th Street
Williams, AZ 86046
520-635-8240

WO-CT9.3

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

WO-CT9.4

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale;

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

# DEFAULT DAMAGE CALCULATIONS

## SAGINAW-KENNEDY TIMBER SALE CONTRACT NO. 01-006585

## USDA FOREST SERVICE KAIBAB NATIONAL FOREST

The Saginaw-Kennedy timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT9.3 – Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 – Failure to Cut.

The Saginaw-Kennedy timber sale was never operated on during the life of the contract with the exception of the completion of all specified road construction/reconstruction. All purchaser credit was earned and posted to the timber sale statement of account ($14,480) and a total of $5,075.53 was subsequently transferred to another timber sale. At the time of termination the remaining volume of included timber on the Saginaw-Kennedy timber sale was 2268 CCF of Sawtimber and 1658 CCF of pulpwood. The current contract value of the sale at termination was **$142,593.20.** The sale was sold as a Flat Rate sale so there will be no adjustments to the current contract rates necessary at the end of this quarter. There was a total of $9,764.47 of effective purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$35,071.58.**

Based on procedures and applicable costs described in provision CT9.4 the following outlines the calculation of estimated damages due the United States for default on the Saginaw-Kennedy timber sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER:**

At the time of default the contract value of the timber at termination was:

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 2268 ccf | $ 56.00/ccf | $127,008.00 |
| PP-Roundwood | 1658 ccf | $ 9.40/ccf | $ 15,585.20 |
| **Total Sale Value @ Termination:** | | | **$142,593.20** |

## COST OF RESALE:

Because this sale is an older sale, marked and cruised in 1992 and 1993, it may need touch up marking of cut and/or leave trees but will definitely need to have cutting unit boundaries remarked prior to reselling. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs here are based on best estimates of what will be required and will be adjusted, upwards or downwards depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries and touch up mark within units:**

3 Crew members at 8 days each:

| | |
|---|---|
| Crew Foreman @ $161.48/day X 8 days = | $1,292.00 |
| Crew Member @ $147.10/day X 8 days = | $1,177.00 |
| Crew Member @ $142.74/day X 8 days = | $1,142.00 |
| Paint: 8 cases @ $ 72/case = | $ 576.00 |
| Vehicle Cost: 475 miles @ .35/mile | $ 166.00 |
| FOR for ½ Month ($432/mo) | $ 216.00 |
| **Total Field Preparation Costs:** | **$4,569.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS 11/10 | 2 days @ $255.50/day | $ 511.00 |
| Timber Resource Clerk | | 2 days @ $149.00/day | $ 298.00 |
| | | TOTAL | $ 809.00 |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forester | GS 12/6 | 2 days @ $278/day | $ 556.00 |
| Engineering | GS 9/10 | 1 day @ $218/day | $ 218.00 |
| Timber Resource Clerk | | 1 day @ $149/day | $ 149.00 |
| Review By C.O. | | 1 day @ $278/day | $ 278.00 |
| Bid Day Attendance | | 1 day @ $278/day | $ 278.00 |
| Miscellaneous Costs: Mailings/ Printing/Legal Ads | | | $ 250.00 |
| | | TOTAL | $1,729.00 |

**Total Cost for Appraisal And Package Preparation:** **$2,538.00**

**TOTAL COST OF RESALE:** **<u>$7,107.00</u>**

**INTEREST ON REMAINING CONTRACT VALUE:**

As per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charges at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January, 2001 is 6%; the resale offering will have a contract term of 2 years and the sale will be reoffered within 4 months. Therefore:

**INTEREST ($142,593.20 X .06 X 1.33 years)** **$11,378.94**

**CALCULATION OF RESALE VALUE:**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01,1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 2268 CCF | $ 14.93/ CCF | $33,861.24 |
| PP-Roundwood | 1658 CCF | $ 0.73/ CCF | $ 1,210.34 |

**TOTAL REAPPRAISED VALUE @ TERMINATION** **$35,071.58**

# CALCULATION OF DAMAGES

| | | VOLUME | VALUE |
|---|---|---|---|
| **A) Calculation of Potential Damages:** | | | |
| **1. Current Contract Value @ Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 2268 | $127,008.00 |
| | Pulpwood | 1658 | $ 15,585.20 |
| b. On area cut over | Sawtimber | 0 | $ 0 |
| | Pulpwood | 0 | $ 0 |
| TOTAL REMAINING TIMBER | Sawtimber | 2268 | $127,008.00 |
| | Pulpwood | 1658 | $ 15,585.20 |
| | **Sub-Total** | | **$142,593.20** |
| **2. Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.0 |
| Cost of Resale (Field Preparation Only-Est) | | | $ 4,569.00 |
| Cost of Completing Contractual Requirements | | | $ 0.00 |
| Interest on remaining contract value *** | | | $ 11,378.05 |
| Other Damages— (Office Prep of Resale Package –Est) | | | $ 2,538.00 |
| | **Sub-Total** | | **$ 18,485.05** |
| **3. Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| **4. Maximum Potential Damages (A1 + A2 – A3)** | | | **$ 161,078.25** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1. Predicted High Bid Appraisal value at termination:** | | |
| | (2268 ccf @ $14.93/ccf)= $33,861.24<br>(1658 ccf @ $0.73/ccf) =$ 1,210.34 | **$ 35,071.58** |
| Add Remaining Effective Purchaser Credit | | $ 9,764.47 |
| | **Sub-Total:** | **$ 44,836.05** |
| **2. Actual Bid Value of Resale:** | | $( ) |
| **3. Resale Value** | | **$ 44,836.05** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A4) | $ 161,078.25 |
| 2. | Resale Value (B3) | $ 44,836.05 |
| 3 | **Damages (C1-C2)** | **$ 116,242.20** |
| 4. | Unobligated Cash on Account (Down-Payment Dep.) | $ 14,600.00 |
| 5. | **Estimated Damages Due Government:** | **$ 101,642.20** |
| 6. | **Refund Due Purchaser** | $ 0.00 |

SUMMARY CHECKED BY: Dave Harris

REGION: 03
FOREST: Kaibab
SALE NAME: SAG-KEN Damage Est 012501

STARS ID: 1015 SALE ID: 03070120022001

SPEC RD CONST (MI): .0 SPEC RD RECONST (MI): .0 ROAD COST: 0
( 1) APPRAISED TO: Williams, AZ HAUL MI: 27 RTM: 167 2400-17 SUMMARY - TRANSACTION EVIDENCE (CCF)
RUN DATE: 01/25/2001

| | | | | | |
|---|---|---|---|---|---|
| ESSENTIAL KV: | 0 | | | AERIAL VOL: | 0 |
| GROUND BASE VOL: | 2268 | SKY/GROUND LEAD VOL: | 0 | AERIAL YARD COST: | .00 |
| GRND BASE SKID COST: | 34.87 | SKY/GRND LEAD YARD COST: | .00 | SALE WT.AVG. SKID-YARD COST | 34.87 |
| CCF/ACRE (GRND/BASE): | 4.9 | ROADS IN PLACE: N | | RMPP % GRADE (R-3): | .6 |
| CF/TREE(GRND/BASE): | 6 | | | LRF (R-3): | 6.2248 |
| SKID DIST (GRND/BASE): | 400 | | | | |

| | | | | | TOTAL OR AVG | | |
|---|---|---|---|---|---|---|---|
| 1 | PRODUCT/UNIT | 1-3 | 2-3 | | | | |
| 2 | SPECIES GROUP | PP | PP | | | | |
| 3 | SPECIES CODE | 122 | 122 | | | | |
| 4 | % BY SPECIES | 26.89 | 73.11 | A | 100.00 | | |
| 5 | spvol( CCF | 2268 | 1658 | T | 3926 | | |
| 6 | DBH (Inches) | 11.6 | 7.3 | A | 9.8 | | |
| 7 | BASE PERIOD PRICE (BPP) | 7.25 | .73 | A | 7.78 | | |
| 8 | MARKET ADJ | -.57 | .00 | A | -.57 | | |
| 9 | ADJ BPP (7+8) | 6.68 | .73 | A | 7.21 | | |
| 10 | BASE SKID-YARD COST | 26.32 | .00 | A | 26.32 | | |
| 11 | SALE SKID-YARD COST | 34.87 | .00 | A | 34.87 | | |
| 12 | SKID/YARD COST ADJ (10-11) | -8.55 | .00 | A | -8.55 | | |
| 13 | BASE HAUL COST | 40.51 | .00 | A | 40.51 | | |
| 14 | SALE HAUL COST | 12.75 | .00 | A | 12.75 | | |
| 15 | HAUL COST ADJ (13-14) | 27.76 | .00 | A | 27.76 | | |
| 16 | BASE RD MNT COST | 2.69 | .00 | A | 2.69 | | |
| 17 | SALE RD MNT COST | 3.17 | .00 | A | 3.17 | | |
| 18 | RD MNT COST ADJ (16-17) | -.48 | .00 | A | -.48 | | |
| 19 | BASE SLASH COST | 10.77 | .00 | A | 10.77 | | |
| 20 | SALE SLASH COST | 4.24 | .00 | A | 4.24 | | |
| 21 | SALE SLASH ADJ (19-20) | 6.53 | .00 | A | 6.53 | | |
| 22 | BASE TEMP RD COST | .28 | .00 | A | .28 | | |
| 23 | SALE TEMP RD COST | .00 | .00 | A | .00 | | |
| 24 | TEMP RD COST ADJ (22-23) | .28 | .00 | A | .28 | | |
| 25 | QUAL ADJ (RMPP) | -17.29 | .00 | A | -17.29 | | |
| 26 | UNUSUAL ADJ | .00 | .00 | A | .00 | | |
| 27 | TOTAL ADJ (Sum:12,15,18,21,24,25,26) | 8.25 | .00 | A | 8.25 | | |
| 28 | PREDICTED BID (9+27) | 14.93 | .73 | A | 15.46 | | |
| 29 | COMPETITION AMOUNT | .67 | .00 | A | .67 | | |
| 30 | IND ADV RATES (28-29-34+36) | 14.26 | .73 | A | 14.79 | TV | 33543.72 |
| 31 | BASE RATES + TPV (31+36) | 7.25 | .73 | A | 7.78 | | |
| 32 | ADJ TO BASE RATES | .00 | .00 | A | .00 | | |
| 33 | ADVERTISED RATES (30+32) | 14.26 | .73 | A | 14.79 | TV | 33543.72 |
| 34 | SALE SPECIFIED RD COST | .00 | .00 | A | .00 | | |
| 35 | BASE INDICES (DEC 00) | 159.65 | .00 | | | | |
| 36 | TIMBER PROPERTY VALUE | .00 | .00 | A | .00 | | |
| | MBF/CCF ratio: | .50000 | .63500 | | .50000 | | |
| | TSA TABLE: | WWPAC | WWPAE | | | | |

*** Deficit Sale Increased: .00 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet
Bulletin: BULLETIN # 01 CY 01 REV. 23-DEC-1999

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 03/01/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
P.O. BOX 70
HEBER AZ 85928

PAYER INDICATE
AMOUNT ENCLOSED: $________

2. NET AMOUNT DUE: $ 101,642.20
3. DUE DATE: 03/31/01
4. BILL NUMBER: TM 03070110031
5. PAYER CODE: 860481719 A

6. AGREEMENT NO: CONTRACT NO: 030701006585
7. DESCRIPTION: DEFAULT DAMAGE

8. REMARKS:
RE: PAYER CODE: 860481719 A BILL NO: TM 03070110031

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 101,642.20 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 101,642.20 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 101,642.20 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

WILLIAMS RGR DIST
USDA FS WILLIAMS RD
742 SOUTH CLOVER RD
WILLIAMS AZ 86046

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0307 | 87002601 | $ 101,642.20 | | | | | | |