United States Department of Agriculture | Forest Service | Gila National Forest 505-388-8201 | 3005 E. Camino del Bosque Silver City, NM 88061-7863 FAX: 505-388-8204 TDD: 505-388-8489

**File Code:** 2450

**Date:** March 14, 2001

Mr. Lorin D. Porter, President
Precision Pine & Timber, Inc.
P. O. Box 70
Heber, AZ 85928

CERTIFIED MAIL - RRR
7000 0520 0021 4560 0372

Re: Contracting Officer Decision 03-06-01; Lily Timber Sale

Dear Mr. Porter:

Attached are the Contracting Officer's Decision, Damage Calculations and Bill for Collection for the defaulted Lily Timber Sale, Contract No. 020140, on the Gila National Forest.

Marion R. Yost

MARION R. YOST
Contracting Officer

Enclosures

cc:
Frontier Insurance Co.
2636 Elm Hill Pike, Suite 500
Nashville, TN 37214
Pat Morrison, FSR
Henry Zamora, SA
Alan Lucas, RO Forestry

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 03-06-01

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | GILA |
| Ranger District | QUEMADO |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | 12/23/1997 |
| Contract Number: | 020140 |
| Sale Name: | LILY |
| Contract Form: | FS 2400-6T |
| Termination Date: | August 1, 2002 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $66,512.35 for its default of the Lily Timber Sale, contract number 020140.

3) Government's Claim:

The Lily timber sale was cancelled by Regional Forester Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated the damages due the United States to be $66,512.35 for the Lily timber sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

4) Findings:

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 B BREACH (6/90)
CT9.4 B FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Lily timber sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 31, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the Lily timber sale contract for failure to remedy breach pursuant to CT9.3--BREACH, on January 9, 2001.

Pursuant to CT9.4– FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the Contracting Officer's calculations of the estimated damages for the Lily timber sale is attached.

5) **Contracting Officer's Disposition of the Claim:**

The Contracting Officer estimates the damages due the government for the default of the Lily timber sale to be $66,512.35.

A Bill for Collection in that amount is attached to this decision.

6) **Concluding Information:**

This is the final decision of the Contracting Officer. This decision may be appealed to the Agriculture Board of Contract Appeals.

If you decide to make such an appeal, you must mail or otherwise furnish written notice thereof to the Agriculture Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision appeal is intended, shall reference this decision, and identify this contract by number. In lieu of appealing to the Agriculture Board of Contract Appeals, you may bring an action directly in the Court of Federal Claims within 12 months of the date you receive this decision.

In the event you appeal this decision to the Agriculture Board of Contract Appeals, you may request that the Board process this appeal under the accelerated procedures (41 U.S.C. 601, et seq., section 8f), or under the small claims procedures (41 U.S.C. 601,et seq., section 9).

Marion R. Yost

Date: March 13, 2001

Contracting Officer
MARION R. YOST
3005 E. Camino del Bosque
Silver City, NM 88062
505-388-8471

# DEFAULT DAMAGE CALCULATIONS

## LILY TIMBER SALE
## CONTRACT NO. 020140
## USDA FOREST SERVICE
## GILA NATIONAL FOREST

The Lily timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Lily timber sale consisted of three (3) separate payment units when originally sold. No operations were conducted on the Lily timber sale. At the time of termination, the remaining volume of included timber on the Lily timber sale was 1890 CCF of sawtimber and 750 CCF of pulpwood. The current contract value of the sale at termination was **$79,593.90.** The sale was sold as a Flat Rate sale so there will be no adjustments to the current contract rates necessary at the end of this quarter. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$13,728.00.** (The 2400-17 indicates $13,721.40. Multiplying volumes times rates yields $13,728.00. The difference is in the rounding of the rate values.)

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of estimated damages due the United States for default of the Lily timber sale contract. This estimate may be adjusted once final damages are determined following the resale of the remaining timber. At that time, any surplus damages collected by this estimate will be refunded to the purchaser, or any additional damages due will be collected, as appropriate.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1710 ccf | $ 41.59/ccf | $71,118.90 |
| Douglas Fir and Other Sawtimber | 180 ccf | $ 20.00/ccf | $ 3,600.00 |
| PP and Other Roundwood | 750 ccf | $ 6.50/ccf | $ 4,875.00 |
| **REMAINING CONTRACT VALUE @ TERMINATION:** | | | **$79,593.90** |

**COST OF RESALE**

The Lily timber sale will need to have cutting unit boundaries remarked prior to resale. Cut trees should not need to be remarked. Additional costs associated with resale include the cost of preparing a revised appraisal and contract packages as well as an additional advertisement. Costs here are based on best estimates of what will be required and will be adjusted, upward or downward depending upon actual costs incurred, once final damages are determined.

**Estimated time and costs to remark cutting unit boundaries:**

| | |
|---|---|
| GS 9: @ 10 days @ $203/day = | $2,030.00 |
| Paint: 12 gal orange remarking paint @ $23.99/gal = | $ 348.00 |
| **Total Field Preparation Costs:** | **$2,378.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | |
|---|---|---|
| GS 11 | 9 days @ $255/day | $2,295.00 |

**Sale Package Preparation:**

| | | |
|---|---|---|
| GS 11 | 2 days @ $255/day | $ 510.00 |

**Total Cost For Appraisal And Package Preparation: $2,805.00**

**TOTAL COST OF RESALE: $5,183.00**

**INTEREST ON REMAINING CONTRACT VALUE**

As per CT9.4-Failure to Cut (4/82), "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate for January 2001 is 6%; the resale offering will have a contract term of 2 years and the sale will be reoffered within 6 months. Therefore:

**INTEREST ($79,593.90 X 0.06 X 1.5 years): $7,163.45**

**CALCULATION OF RESALE VALUE**

According to FSH 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value in the original appraisal that has been updated is the Quality Adjustment figure for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 10, CY 10, 4th Quarter (October) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1710 CCF | $7.25/ CCF | $12,397.50* |
| Douglas Fir and Other Sawtimber | 180 CCF | $4.35/CCF | $ 783.00 |
| PP and Other Roundwood | 750 CCF | $0.73/ CCF | $ 547.50 |
| **TOTAL REAPPRAISED VALUE @ TERMINATION:** | | | **$13,728.00** |

*The predicted bid contains a negative value of - $21.50/CCF for ponderosa pine sawtimber. Since this is less than base rates, the base rate value (which equals the appraised value) is used as the resale value.

# CALCULATION OF DAMAGES

| A) Calculation of Potential Damages | | VOLUME | VALUE |
|---|---|---|---|
| 1. **Current Contract Value at Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 1890 | $ 74,718.90 |
| | Pulpwood | 750 | $ 4,875.00 |
| b. On area cut over | Sawtimber | | 0 |
| | Pulpwood | | 0 |
| TOTAL REMAINING TIMBER | Sawtimber | 1890 | $ 74,718.90 |
| | Pulpwood | 750 | $ 4,875.00 |
| | **Sub-Total:** | | **$ 79,593.90** |
| 2. **Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.00 |
| Cost of Resale (Field Preparation Only-Est) | | | $ 5,183.00 |
| Cost of Completing Contractual Requirements | | | $ 0.00 |
| Interest on remaining contract value *** | | | $ 7,163.45 |
| Other Damages— (List) | | | $ |
| | **Sub-Total:** | | $ 12,346.45 |
| 3. **Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | ($ 0.00 ) |
| 4. **Maximum Potential Damages (A1 + A2 – A3):** | | | **$ 91,940.35** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. **Predicted High Bid Appraisal value at termination:** | | |
| | (1890ccf @ $6.97/ccf) = $13,180.50<br>( 750ccf @ $0.73/ccf) =$ 547.50 | **$ 13,728.00** |
| Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total:** | **$ 13,728.00** |
| 2. **Actual Bid Value of Resale:** | | **$( )** |
| 3. **Resale Value:**<br>(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE) | | **$ 13,728.00** |

**C) Damages:**

| | |
|---|---|
| 1. Maximum Potential Damages (A4) | $ 91,940.35 |
| 2. Resale Value (B3) | $ 13,728.00 |
| 3. **Damages (C1-C2):** | **$ 78,212.35** |
| 4. Unobligated Cash on Account | $ 11,700.00 |
| 5. **Estimated Damages Due Government:** | **$ 66,512.35** |
| 6. **Refund Due Purchaser:** | **$ 0.00** |

Appraisal at Termination

2400-17 SUMMARY - TRANSACTION EVIDENCE (CCF) RUN DATE: 01/24/2001

SUMMARY CHECKED BY: M.R. Yost

REGION: 03
FOREST: Gila
SALE NAME: Lily STARS ID: 3016 SALE ID: 03060350312001

| | | | | | |
|---|---|---|---|---|---|
| SPEC RD CONST (MI): | .0 | SPEC RD RECONST (MI): | .0 | ROAD COST: | 0 |
| ( 1) APPRAISED TO: Eagar | | HAUL MI: 62 RTN: 250 | | ESSENTIAL RV: | 0 |
| GROUND BASE VOL: | 1890 | SKY/GROUND LEAD VOL: | 0 | AERIAL VOL: | 0 |
| GRND BASE SKID COST: | 24.66 | SKY/GRND LEAD YARD COST: | .00 | AERIAL YARD COST: | .00 |
| CCF/ACRE (GRND/BASE): | 1.8 | ROADS IN PLACE: N | | SALE WT.AVG. SKID-YARD COST | 24.66 |
| CF/TREE(GRND/BASE): | 13 | | | RMPP % GRADE (R-3): | 9.9 |
| SKID DIST (GRND/BASE): | 300 | | | LRF (R-3): | 6.3067 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | 1-3 | 1-3 | 2-3 | | TOTAL OR AVG | | |
| 2 SPECIES GROUP | PP | DF | PP | | | | |
| 3 SPECIES CODE | 122 | 204 | 122 | | | | |
| 4 % BY SPECIES | 50.78 | 9.53 | 39.69 | A | 100.00 | | |
| 5 spvol( CCF | 1710 | 180 | 750 | T | 2640 | | |
| 6 DBH (Inches) | 12.2 | 12.6 | 7.5 | A | 12.3 | | |
| 7 BASE PERIOD PRICE (BPP) | 7.25 | 45.67 | .73 | A | 11.20 | | |
| 8 MARKET ADJ | .00 | 10.58 | .00 | A | -1.01 | | |
| 9 ADJ BPP (7+8) | 7.25 | 35.09 | .73 | A | 10.19 | | |
| 10 BASE SKID-YARD COST | 26.75 | 26.75 | .00 | A | 26.75 | | |
| 11 SALE SKID-YARD COST | 24.66 | 24.66 | .00 | A | 24.66 | | |
| 12 SKID/YARD COST ADJ (10-11) | 2.09 | 2.09 | .00 | A | 2.09 | | |
| 13 BASE HAUL COST | 41.00 | 41.00 | .00 | A | 41.00 | | |
| 14 SALE HAUL COST | 21.17 | 21.17 | .00 | A | 21.17 | | |
| 15 HAUL COST ADJ (13-14) | 19.83 | 19.83 | .00 | A | 19.83 | | |
| 16 BASE RD MNT COST | 2.45 | 2.45 | .00 | A | 2.45 | | |
| 17 SALE RD MNT COST | 4.31 | 4.31 | .00 | A | 4.31 | | |
| 18 RD MNT COST ADJ (15-17) | -1.86 | -1.86 | .00 | A | -1.86 | | |
| 19 BASE SLASH COST | 11.07 | 11.07 | .00 | A | 11.07 | | |
| 20 SALE SLASH COST | 16.93 | 16.93 | .00 | A | 16.93 | | |
| 21 SALE SLASH ADJ (19-20) | -5.86 | -5.86 | .00 | A | -5.86 | | |
| 22 BASE TEMP RD COST | .37 | .37 | .00 | A | .37 | | |
| 23 SALE TEMP RD COST | .00 | .00 | .00 | A | .00 | | |
| 24 TEMP RD COST ADJ (22-23) | .37 | .37 | .00 | A | .37 | | |
| 25 QUAL ADJ (RMPP) | -43.32 | .00 | .00 | A | -39.19 | | |
| 26 UNUSUAL ADJ | .00 | .00 | .00 | A | .00 | | |
| 27 TOTAL ADJ (Sum: 12,15,18,21,24,25,26) | -28.75 | 14.57 | .00 | A | -24.62 | | |
| 28 PREDICTED BID (9+27) | -21.50 | 49.66 | .73 | A | -14.43 | | |
| 29 COMPETITION AMOUNT | .34 | 1.75 | .00 | A | .49 | | |
| 30 IND ADV RATES (28-29-34+36) | -21.84 | 47.91 | .73 | A | -14.93 | TY | -28217.70 |
| 31 BASE RATES + TPV (31+36) | 7.25 | 4.35 | .73 | A | 7.26 | | |
| 32 ADJ TO BASE RATES | 29.11 | -43.56 | .00 | A | 22.19 | | |
| 33 ADVERTISED RATES (30+32) | 7.25 | 4.35 | .73 | A | 7.26 | TV | 13721.40 |
| 34 SALE SPECIFIED RD COST | .00 | .00 | .00 | A | .00 | | |
| 35 BASE INDICES (SSP 00) | 141.20 | 127.64 | .00 | | | | |
| 36 TIMBER PROPERTY VALUE | .00 | .00 | .00 | A | .00 | | |
| MBF/CCF ratio: | .46060 | .46060 | .63250 | | .46085 | | |
| TSA TABLE: | NWPAB | NWPAB | WWPAE | | | | |

*** Deficit Sale Increased: 41939.10 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet
Bulletin: BULLETIN # 10 CY 00 REV. 23-DEC-1999

*Original appraisal*

APPRAISAL SUMMARY -- TRANSACTION EVIDENCE

FOREST:GILA SUMMARY CHECKED
SALE NAME:LILY BY:JD DATE:101697
SPEC RD CONST (Mi) .0 RECONST (Mi) .0 PURCH CR LIMIT 0
APPRAISED TO: EAGAR HAUL MI: 62 HAUL RTM: 250 ESSENTIAL KV 0
CCF/ACRE 1.8 CF/TREE 13 SKID DISTANCE 300 PP % GRADE 9.9 PP LRF 6.3867

APPRAISAL BULLETIN No. 09 CY 97 3rd QTR (Sep)

| | CARD TYPE 6 | | | | | T/MEAS CD TYPE 7 | |
|---|---|---|---|---|---|---|---|
| 1 Product Unit | 1-3 | 1-3 | 2-3 | | | | |
| 2 Species | PP | DF&O | PP&O | | | TOTAL OR AVERAGE | |
| 3 Species Code | 122 | 204 | 122 | | | ///////////////// | |
| 4 % By Species | 64.8 | 6.8 | 28.4 | .0 | .0 | T | 100 |
| 5 Volume | 1710 | 180 | 750 | 0 | 0 | T | 2640 |
| 6 DBH (inches) | 12.2 | 12.6 | 7.5 | .0 | .0 | A | 10.9 |
| 7 Base Period Price | 84.43 | 42.54 | 6.50 | .00 | .00 | A | 59.43 |
| 8 Market Adj. | 2.29 | 9.20 | .00 | .00 | .00 | A | 2.11 |
| 9 Adj. BPP (7+8) | 86.72 | 51.74 | 6.50 | .00 | .00 | A | 61.55 |
| 10 Base Skidding Cost | 20.94 | 20.94 | .00 | .00 | .00 | A | 14.99 |
| 11 Sale Skidding Cost | 24.66 | 24.66 | .00 | .00 | .00 | A | 17.66 |
| 12 Skidding Cost Adj. | -3.72 | -3.72 | .00 | .00 | .00 | A | -2.67 |
| 13 Base Haul Cost | 30.93 | 30.93 | .00 | .00 | .00 | A | 22.14 |
| 14 Sale Haul Cost | 21.17 | 21.17 | .00 | .00 | .00 | A | 15.16 |
| 15 Haul Cost Adj. | 9.76 | 9.76 | .00 | .00 | .00 | A | 6.99 |
| 16 Base Rd. Maint. Cost | 6.49 | 6.49 | .00 | .00 | .00 | A | 4.65 |
| 17 Sale Rd. Maint. Cost | 4.31 | 4.31 | .00 | .00 | .00 | A | 3.09 |
| 18 Rd. Maint. Cost Adj. | 2.18 | 2.18 | .00 | .00 | .00 | A | 1.56 |
| 19 Base Slash Cost | 5.16 | 5.16 | .00 | .00 | .00 | A | 3.69 |
| 20 Sale Slash Cost | 16.93 | 16.93 | .00 | .00 | .00 | A | 12.12 |
| 21 Slash Cost Adj. | -11.77 | -11.77 | .00 | .00 | .00 | A | -8.43 |
| 22 Base Temp Rd Cost | .09 | .09 | .00 | .00 | .00 | A | .06 |
| 23 Sale Temp Rd Cost | .00 | .00 | .00 | .00 | .00 | A | .00 |
| 24 Temp Rd Cost Adj. | .09 | .09 | .00 | .00 | .00 | A | .06 |
| 25 Quality Adj. LS | -73.17 | .00 | .00 | .00 | .00 | A | -47.39 |
| 26 Unusual Cost | .00 | .00 | .00 | .00 | .00 | A | .00 |
| 27 Total Adj. (Sum:12,15,18,21,24,25,26) | -76.63 | -3.46 | .00 | .00 | .00 | A | -49.87 |
| 28 Pred Bid Price(9+27) | 10.09 | 48.28 | 6.50 | .00 | .00 | A | 11.67 |
| 29 Competition Amount | 4.34 | 2.59 | .00 | .00 | .00 | A | 2.98 |
| | ////// | ////// | ////// | ////// | ////// | T | 22931.70 |
| 30 In adv rates(28-29) | 5.75 | 45.69 | 6.50 | .00 | .00 | A | 8.69 |
| 31 Base rates 1/ | 5.00 | 3.00 | .50 | .00 | .00 | A | 3.59 |
| 32 Adj to Std Rates | 14.25 | -25.70 | .00 | .00 | .00 | A | 7.48 |
| | ////// | ////// | ////// | ////// | ////// | T | 42575.00 |
| 33 adv rates (30+32) | 20.00 | 20.00 | 6.50 | .00 | .00 | A | 16.16 |
| 34 Sprc Rd Cost (A10) | .00 | .00 | .00 | .00 | .00 | A | .00 |
| 35 Base indices | 242.65 | 178.73 | .00 | .00 | .00 | A | 159.36 |
| 36 Property Value | .00 | .00 | .00 | .00 | .00 | A | .00 |
| CONVERSION RATIO | 0.4602 | 0.4056 | 0.6350 | 0.0000 | 0.0000 | A | 0.5062 |
| WWPA TABLE | WWPAB | WWPAA | | | | | |