Gila N.F. Lily T.S.

USDA Forest Service

REPORT OF TIMBER SALE
Convertible and Nonconvertible Products

CARD TYPE 1

REGION 03 2-3 FOREST 06 4-5 DISTRICT 03 6-7 STAR NUMBER 03016 8-10 QTR FY 1 11-

STATE 35 14-15 COUNTY 003 16-18 SALE NAME:LILY 19-44

ACRES 2853 49-55 LEGAL DESCRIPTION T6S, R19-20W; NMPM 56-80 COMPARTMENT 00 45-

CARD TYPE 2

BID DATE 121897 14-19 STATUS 1 20 SBA SET ASIDE N 21 APP BASE PERIOD 6 97 22-24 ZONE 2

SALVAGE N 26 PRICE METHOD 1 27 PLAN SAB 27739 28-34 TERMDATE 013100 35-40 CONTRACT DATE 12239 41-46

CONT NO 020140 47-57 CONTRACT FORM 6T 58-59 CO R 60 METHOD OF SALE S 61 REG36CFR223 1 62-64

CARD TYPE 3

| SP | SPEC CODE 14-16 | PROD UNIT 17-18 | VOLUME | AD RATE | STAT BID 19-24 | HIGH BIDDER 25-30 | 2ND BIDDER 31-36 | 3RD BIDDER 37-42 | 4TH BIDDER 43-48 | 5TH BIDDER 49-54 | 6TH BIDDER 55-6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PP | 122 | 1-3 | 1710 | 20.00 | 41.59 | 41.59 | 20.51 | .00 | .00 | .00 | .00 |
| DF&O | 204 | 1-3 | 180 | 20.00 | 20.00 | 20.00 | 20.00 | .00 | .00 | .00 | .00 |
| PP&O | 122 | 2-3 | 750 | 6.50 | 6.50 | 6.50 | 20.00 | .00 | .00 | .00 | .00 |
| TOT/AVE | | | 2640 | 16.16 | 30.15 | 30.15 | 20.33 | .00 | .00 | .00 | .00 |

CARD TYPE 4
SUMMARY OF BIDDERS

| RANK 15 | NAME 16-40 | SBA CLASS 41 | TAX ID NUMBER 42-57 | TOTAL VALUE OF BID 58-69 |
|---|---|---|---|---|
| HIGH | PRECISION PINE & TIMBER | S | *********** | 79594 |
| 2 | STONE FOREST INDUSTRIES | L | *********** | 53672 |

I CERTIFY THAT I HAVE PERSONALLY EXAMINED THE BIDS SUBMITTED FOR THIS SALE AND THAT THIS IS AN ACCURATE RECORD THEREOF.

SIGNATURE [signature]
NAME AND TITLE J.HIBBETTS, CONTR.OFFICER
REMARKS DATE 122397

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 03/15/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
PO BOX 70

HEBER AZ 85928

PAYER INDICATE AMOUNT ENCLOSED: $________

2. NET AMOUNT DUE: $ 66,512.35

3. DUE DATE: 03/30/01

4. BILL NUMBER: BD 03061010052

5. PAYER CODE: MISC C

6. AGREEMENT NO: CONTRACT NO:

7. DESCRIPTION: DAMAGES DUE GOV'T FOR DEFAULT

8. REMARKS:
RE: PAYER CODE: MISC C BILL NO: BD 03061010052

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 66,512.35 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 66,512.35 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 66,512.35 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

GILA N F
3005 E CAMINO DEL BOSQUE

SILVER CITY NM 88061

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

Lily Timber Sale Contract #020140
Estimated Damages due to the Government for Default (Calculations attached)
Sale Cancelled 01/09/01

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0306 | 89900901 | $ 59,348.90 | 0306 | 89901301 | $ 7,163.45 | | | |

USDA FOREST SERVICE
BILL FOR COLLECTION

1. BILL DATE: 03/15/01 PAGE: 1

ENCLOSE A COPY OF THIS BILL WITH YOUR CHECK OR MONEY ORDER. DO NOT SEND CASH. PLEASE INCLUDE BILL NO. AND PAYER CODE NO. ON YOUR CHECK.
MAKE CHECK PAYABLE TO:
USDA FOREST SERVICE

MAIL PAYMENT TO:
USDA FOREST SERVICE
FILE 71652
P.O. BOX 60000
SAN FRANCISCO, CA 94160-1652

TO:

PRECISION PINE & TIMBER
PO BOX 70

HEBER AZ 85928

PAYER INDICATE
AMOUNT ENCLOSED: $________

2. NET AMOUNT DUE: $ 66,512.35

3. DUE DATE: 03/30/01

4. BILL NUMBER: BD 03061010052

5. PAYER CODE: MISC C

6. AGREEMENT NO: CONTRACT NO:

7. DESCRIPTION: DAMAGES DUE GOV'T FOR DEFAULT

8. REMARKS:
RE: PAYER CODE: MISC C BILL NO: BD 03061010052

| | | |
|---|---|---|
| 9. PRINCIPAL: | $ | 66,512.35 |
| 10. INTEREST: | | |
| 11. ADMINISTRATIVE COSTS: | | |
| 12. PENALTY: | | |
| 13. AMOUNT DUE: | $ | 66,512.35 |
| 14. AMOUNT CREDITED: | | |
| 15. NET AMOUNT DUE: | $ | 66,512.35 |

NOTE:
PLEASE SEND ALL CORRESPONDENCE, INQUIRIES, AND CHANGE OF ADDRESS TO:

GILA N F
3005 E CAMINO DEL BOSQUE

SILVER CITY NM 88061

FAILURE TO MAKE PAYMENT BY THE DUE DATE WILL RESULT IN THE ASSESSMENT OF LATE PAYMENT CHARGES (INTEREST, ADMINISTRATIVE COST, AND/OR PENALTY CHARGES) IN ACCORDANCE WITH YOUR CONTRACT, PERMIT, OR THE DEBT COLLECTION ACT OF 1982, AS AMENDED. POSTMARKS ARE NOT HONORED.

Lily Timber Sale Contract #020140
Estimated Damages due to the Government for Default (Calculations attached)
Sale Cancelled 01/09/01

| 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT | 16. ORG | 17. JOB | 18. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 0306 | 89900901 | $ 59,348.90 | 0306 | 89901301 | $ 7,163.45 | | | |

United States Department of Agriculture | Forest Service | Tonto National Forest | 2324 E. McDowell Road
Phoenix, Arizona 85006

**File Code:** 2450
**Date:** April 5, 2001

Mr. Lorin Porter
Precision Pine and Timber, Inc.
P.O. Box 70
Herber, AZ 85928

RETURNED RECEIPT REQUESTED
7000 0600 0023 9694 8426
RETURNED RECEIPT REQUESTED (5/7/01)
7000 0600 0023 9494 8402
RETURNED RECEIPT REQUESTED (6/18/01)
7001 0360 0002 5085 2470

Dear Mr. Porter:

I have enclosed my Contracting Officer's Decision document regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for its default of the Manaco Timber Sale, contract number 004625. I have estimated that the government was not harmed and there are no damages due the government for the default of the Manaco Timber Sale.

If you have any questions, please contact me at 520-467-3200.

David P. Cummings
DAVID P. CUMMINGS
Contracting Officer

CC:
Alan Lucas – RO Forestry
Payson Ranger District – Forestry
SO – Forestry

Enclosures

# DECISION DOCUMENT

PURCHASER AND ADDRESS:

Precision Pine & Timber, Inc
P.O. Box 70
Heber, AZ 85928

1) Preface & Digest:

Decision Number: 3-01-13

Location of Sale:

| | |
|---|---|
| Region | 3 |
| National Forest | TONTO |
| Ranger District | PAYSON RD |

Sale Information:

| | |
|---|---|
| Purchaser Name: | Precision Pine & Timber, Inc. |
| Contract Date: | 01/17/95 |
| Contract Number: | 004625 |
| Sale Name: | MANACO |
| Contract Form: | FS 2400-6T |
| Termination Date: | May 4, 2004 |

2) Claim Summary:

This documents the Contracting Officer's Decision regarding a claim under the Contract Disputes Act by the United States Government against Precision Pine & Timber, Inc. for the sum of $00.00 for its default of the Manaco Timber Sale, contract number 004625.

3) Government's Claim:

The Manaco timber sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. When a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due to the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 – Failure to Cut.

Based on procedures and applicable costs described in provision CT9.4 I have estimated that there are no damages due the United States for the Manaco timber sale. This estimate may be adjusted once final damages are determined following the resale of the remaining timber and any additional damages due will be collected, as appropriate.

4) Findings:

A. Contract Requirements:

The following CT contract provisions are pertinent to the claim.

CT9.3 B BREACH (6/90)
CT9.4 B FAILURE TO CUT (4/82)

B. Facts:

Precision Pine designated Frontier Insurance Company as its surety for the Manaco timber sale. In June, the Department of the Treasury removed Frontier Insurance Company from their list of acceptable sureties for federal contracts. The Contracting Officer sent Purchaser a letter advising it of the removal, and reminding the Purchaser of the contract requirement in BT9.1 -- Performance Bond to provide alternative surety satisfactory to the Forest Service.

Precision Pine failed to provide a surety satisfactory to the Forest Service within the appropriate time period. On July 18, 2000, the Contracting Officer notified Purchaser that it was in material breach of the contract. Purchaser thereafter failed to remedy the material breach. Based on this failure, the Regional Forester terminated the MANACO timber sale contract for failure to remedy breach pursuant to CT9.3-- BREACH, on January 9, 2001.

Pursuant to CT9.4-- FAILURE TO CUT, the Contracting Officer has estimated the damages suffered by the Government as a result of the default. A summary of the

# CALCULATION OF DAMAGES

## A) Calculation of Potential Damages

| | | VOLUME | VALUE |
|---|---|---|---|
| **1. Current Contract Value at Termination:** | | | |
| Volume and Contract Value, remaining timber: | | | |
| a. On area not cut over | Sawtimber | 3,468 | $ 161,435.40 |
| | Pulpwood | 836 | $ 7,858.40 |
| b. On area cut over | Sawtimber | 46 | $ 3,898.96 |
| | Pulpwood | 66 | $ 620.40 |
| TOTAL REMAINING TIMBER | Sawtimber | 3,514 | $ 165,334.36 |
| | Pulpwood | 902 | $ 8,478.80 |
| | | **Sub-Total:** | **$ 173,813.16** |
| **2. Additional Damages:** | | | |
| Liquidated Damages | | | $ 0.00 |
| Cost of Resale (Est) | | | $ 28,483.00 |
| Cost of Completing Contractual Requirements | | | $ 0.00 |
| Interest on remaining contract value *** | | | $ 26,071.97 |
| Other Damages— (List) | | | $ |
| | | **Sub-Total:** | $ 54,554.97 |
| **3. Adjustment for Purchaser Credit:** | | | |
| Less Purchaser Credit that HAS NOT been earned: | | | ($ 128,816.00 ) |
| **4. Maximum Potential Damages (A1 + A2 – A3):** | | | **$ 99,552.13** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1. Predicted High Bid Appraisal value at termination:** | (3,514ccf @ $46.43/ccf) = $163,155.02<br>(902 ccf @ $0.73/ccf) =$ 658.46 | **$ 163,813.48** |
| Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total:** | **$ 163,813.48** |
| **2. Actual Bid Value of Resale:** | | $( ) |
| **3. Resale Value:** | | **$ 163,813.48** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Damages:

| | |
|---|---|
| 1. Maximum Potential Damages (A4) | **$ 99,552.13** |
| 2. Resale Value (B3) | $ 163,813.48 |
| **3. Damages (C1-C2):** | **$ (64,261.35)** |
| 4. Unobligated Cash on Account | $ 0.00 |
| **5. Estimated Damages Due Government:** | **$ 0.00** |
| **6. Refund Due Purchaser:** | **$ 0.00** |

2453.66 - Cancellation for Conviction of Violation of Environmental Laws. The Regional Forester may cancel timber sale contracts and permits due to the purchaser's conviction of violation of criminal statutes or regulations for the protection of environmental quality. The cancellation authorization applies only to violations resulting from a purchaser's operations under a contract on National Forest System land. The purchaser must not receive any compensation.

The Contracting Officer must refer purchasers that have contracts canceled for breach to the Debarring and Suspending Official for possible administrative action (FSM 2431.15 and 2455.4).

2454 - CONTRACT CLAIMS AND LAWSUITS.

2454.1 - Contract Disputes. Forest Service Handbook 2409.15, chapter 70, provides detailed information for Contracting Officers regarding contract disputes. The intent of the contract is that the purchaser and the Forest Service jointly achieve contract interpretation and performance, without resorting to contract claims. Line officers should understand the following tenants of contract disputes:

1. A claim is a written demand by one of the contracting parties seeking, as a legal right, the payment of money, adjustment or interpretation of contract terms, or other relief arising under or related to the contract.

2. When a conflict arises between the contract and the Forest Service Manual, timber sale environmental assessments or environmental impact statements, timber sale reports, handbooks, and other material, the language of the contract governs and is the basis for a decision on any dispute or claim. These materials are only guides to contract interpretation.

2454.11 - Payment of Purchaser Claims. Follow procedures on payment and settlement of claims contained in FSM 6511.11i, FSM 6540, and FSH 6509.11h, section 34.1.

Except when money has been erroneously collected, claims are paid from appropriated or salvage funds available to the Forest Service. The amount determined payable in the Contracting Officer's decision, plus interest from the date of claim until payment, should be paid promptly, without awaiting purchaser action on an appeal. Funds must be available to avoid violating the Anti-Deficiency Act. It may be necessary for the involved Forest and the Region to reprogram funds to cover these costs.

Attempt to resolve all disputes that result in claims by agreement. Keep an open mind regarding the matter in dispute and the adequacy of the information provided in support of the claim by both the purchaser and the Government. In appropriate circumstances, and before issuing a Contracting Officer's decision on a claim, consider requesting informal discussions by individuals representing the purchaser and the Forest Service who have not participated substantially in the matter in dispute to aid in the resolution of differences.

Use the Forest Service Manual, applicable handbooks, environmental documentation, the appraisal, and other material as guides or estimates for interpreting disputes. Use the language of the contract when a point of conflict arises between the contract and related documents. Use the timber sale contract as the basis for decision on any dispute or claim.

72 - DISPUTES UNDER CONTRACT DISPUTES ACT AUTHORITY. The Contract Disputes Act authorizes the timber sale Contracting Officer to settle disputes relating to the timber sale contract and applicable claims. Apply this authority (FSM 2450.1) to disputes involving timber sale contracts. FS-2400-1, Forest Products Removal Permit, and FS-2400-8, Forest Products Free Use Permit, are not covered by the Contract Disputes Act.

Do not attempt to resolve disputes or claims involving fraud or claims that another Federal agency is specifically authorized to administer or settle. These are excluded from this authorization. If in doubt, seek advice from Regional staff or the Office of the General Counsel.

Contracting Officers may settle a dispute under the Contract Disputes Act even though provisions of the Debt Collection Improvement Act of 1996 (FSM 2450.1), include limitations on the authority to compromise a claim of $100,000 or more owed to the United States (FSH 6509.11h, Service-wide Claim Management Handbook). The Debt Collection Improvement Act is a separate and independent authority to compromise a claim and, as such, does not limit the authority provided by the Contract Disputes Act.

The Contract Disputes Act provides limited authority to reform the timber sale contract when necessary in conjunction with an award of monetary relief. This authority allows a Contracting Officer to correct a mistake in the written contract to make the contract reflect the actual intent of the parties.

Modifications of the timber sale contract are guided by 36 CFR 223.112 and 36 CFR 223.113. Consult the applicable statutory and regulatory authorities before reaching any decision that would result in reformation or modification of the timber sale contract in response to a dispute.