# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 02-131 C |
| v. | Filed April 21, 2004 |
| THE UNITED STATES, Defendant. | |

ORDER

On March 25, 2004, defendant filed a motion for leave to file the appendix in connection with defendant's motion for summary judgment in paper form. Because of the voluminous nature of defendant's appendix, defendant's motion for leave to file its appendix in paper form is GRANTED. The Court ORDERS that defendant's appendix shall be filed in paper form as promptly as practicable.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge