# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

(Filed May 25, 2004)

## ORDER

On March 25, 2004 the parties filed cross motions for summary judgment. Briefing was completed on May 10, 2004. The Court has concluded that the parties' cross motions are ready for argument. Having consulted with the parties, the Court ORDERS that the parties shall appear for oral argument on their motions on Friday, June 11, 2004 at 2:30 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington, DC. The proceedings will be in open court and on the record.

/s/ George W. Miller
GEORGE W. MILLER
Judge