# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

(Filed June 3, 2004)

## ORDER

On May 27, 2004, defendant filed a motion for leave to file supplemental authority in order to inform the Court of two recent decisions from the Federal Circuit. The Court believes that the interests of justice are best served by considering all relevant law relating to the issues raised by the parties in their cross motions for summary judgment. Therefore, defendant's motion for leave to file supplemental authority is GRANTED, and defendant's supplemental authority shall be filed as of this date. Further, the Court ORDERS that plaintiff shall file and serve any response by June 10, 2004, should it choose to do so. Oral argument remains scheduled for June 11, 2004 at 2:30 p.m.

/s/ George W. Miller
GEORGE W. MILLER
Judge