# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | No. 02-131 C |
| v. | ) | (Filed June 7, 2004) |
| THE UNITED STATES, Defendant. | ) | |

ORDER

On June 7, 2004 the Clerk's Office announced that the Court will be closed on June 11, 2004. As a result, the oral arguments on the parties cross motions for summary judgment, scheduled for June 11, 2004 at 2:30 p.m., must be rescheduled. After consulting with the parties, the Court ORDERS that the parties shall appear for oral argument on Monday, June 14, 2004 at 2:30 p.m. at the National Courts Building, 717 Madison Place, N.W., Washington, DC. The proceedings will be in open court and on the record.

/s/ George W. Miller
GEORGE W. MILLER
Judge