**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOVEMBER 2004 STATUS REPORT**

On October 29, 2004, the Court ordered that the United States Forest Service recalculate breach of contract damages in accordance with the Court's opinion of that date. The Court further ordered that the recalculation be completed within 180 days and that the United States submit a status report every 30 days describing the status of the Forest Service's progress in making the recalculations. Accordingly, pursuant the Court's October 29, 2004 order, the United States provides this status report.

The Forest Service has been informed of the Court's order and has identified the contracting officers that will be responsible for recalculating breach of contract damages on the respective contracts. In addition, the contracting officers have begun compiling the information needed to recalculate damages in accordance with this Court's opinion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

November 24, 2004