**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FEBRUARY 2005 STATUS REPORT**

On October 29, 2004, the Court ordered that the United States Forest Service recalculate breach of contract damages in accordance with the Court's opinion of that date. The Court further ordered that the United States submit a status report every 30 days describing the status of the Forest Service's progress in making the recalculations. Accordingly, the United States provides this status report.

The Forest Service contracting officers assigned to recalculate breach of contract damages on the respective contracts are continuing their work upon revised calculations. Draft revised damages calculations have been completed for two of the breached timber sale contracts. Substantial progress has been made in recalculating damages with respect to the other breached contracts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

February 28, 2005