**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S APRIL 2005 STATUS REPORT**

On October 29, 2004, the Court remanded this action in order to facilitate the recalculation of breach of contract damages by the United States Forest Service in accordance with the Court's opinion of that date. Opinion and Order of Judge George W. Miller (Oct. 29, 2004). The Court directed that the recalculation of damages be completed within six months and further directed the United States to "file and serve the recalculations together with a brief describing the methodology used in each recalculation and explaining how it is consistent with CT 9.4 as interpreted by the Court." Id.

In accordance with the Court's order, the Forest Service has competed the recalculation of damages owed by plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), as a result of the breach of the Brann, Brookbank, Gentry, Hutch-Boondock, Jersey Horse, Lily, Manaco, Monument, O.D. Ridge and Saginaw-Kennedy, U-Bar and Wiggins contracts. Additionally, the Forest Service has prepared a summary describing how the calculations were performed and demonstrating that the calculations are in accordance with the Court's interpretation of CT 9.4.

The Forest Service's summary of the methodology used to recalculate the damages is attached to this filing as Exhibit A. The detailed calculations of damages in connection the Brann, Brookbank, Gentry, Hutch-Boondock, Jersey Horse, Lily, Manaco, Monument,

O.D. Ridge and Saginaw-Kennedy, U-Bar and Wiggins contracts are attached as Exhibits B – M, respectfully.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

April 28, 2005