**FINAL DEFAULT DAMAGE CALCULATIONS**

**BROOKBANK MULTI-PRODUCT SALE**
**CONTRACT NO. 05-001822**

**USDA FOREST SERVICE**
**APACHE-SITGREAVES NATIONAL FOREST**

The Brookbank Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Brookbank Multi-Product sale consisted of six (6) separate payment units when originally sold. Payment units 2, 3, 5 and 6 were operated, with all sawtimber and roundwood removed. Payment units 1 and 4 were partially cut. The remaining volume of included timber on the Brookbank Multi-Product sale, at the time of termination, was 1,292 CCF of sawtimber and 1,903 CCF of roundwood. The current contract value of the sale at termination was **$24,348.20**. There is **$2,752.54** of Effective Purchaser Credit remaining on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$57,914.19.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Brookbank Multi-Product sale contract. The Brookbank Multi-Product sale was re-offered for sale following the default, on August 1, 2001. There were "No Bids" received on the reoffered sale package. Sale preparation charges for the re-offer are displayed below; however, there will be no interest charges (subparagraph (d)) included in the final damage calculations.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Released (Partially Cut-Over) Payment Units (#1 & 4)

| Species | Volume | Rates @ Termination | Value |
|---|---|---|---|
| PP-Sawtimber | 1,292 CCF | $ 5.00/CCF | $ 6,460.00 |
| PP-Roundwood | 1,903 CCF | $ 9.40/CCF | $ 17,888.20 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 24,348.20**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The Brookbank multi-product sale was originally prepared in 1993 and 1994 and needed touch-up marking of both cut trees and boundaries prior to re-offering the sale. Additionally, re-cruising of the remaining volume was necessary in order to accurately reflect the remaining volume on the project. Additional costs for preparation of a new appraisal, prospectus and contract along with the charges associated with preparing the sale of bid opening are included and displayed.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs for Recruise of Payment Units 1 and 4:**

| | | | |
|---|---|---|---|
| 4- GS-5 Marker/Cruisers | | 44 person days x $145.00/day | = $ 6,380.00 |
| 1 GS-7 Marker/Cruiser | | 3 person days x $162.00/day | = $ 486.00 |
| Paint and Supplies: | | | = $ 175.00 |
| | | | |
| Data Entry and Cruise Design: | | | |
| 1, GS-9 Presale Forester | | 2 person days x $202.00/day = | = $ 404.00 |
| Sale Administrator, | GS-9 | 1 person day x $202.00/day | = $ 202.00 |
| Vehicle Costs: | 768 Miles x $0.35/mile= | | = $ 268.80 |
| | | | |
| **Subtotal, Field Preparation for Resale** | | | **= $ 7,915.80** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 764.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Contracting Officer | GS-12 | 1 days @$270.00/day | $ 270.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $ 110.00 |
| | **Subtotal** | | **$ 1,304.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$ 2,068.00**

**TOTAL RESALE COSTS:** **$ 9,983.80**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area or Completing Other Contractual Requirements:**

Required final Road Maintenance of payment unit 2 roads which were not completed by Purchaser prior to termination: the work included blading, erosion control measures and water barring.

Total Cost was: $ 435.00

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Brookbank multi-product sale there is no mid-point period to calculate interest to and, therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,292 CCF | $43.75/CCF | $ 56,525.00 |
| PP-Roundwood | 1,903 CCF | $ 0.73/CCF | $ 1,289.19 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 57,914.19**

**A) Calculation of Final Damages:**

| | | VOLUME | | VALUE |
|---|---|---|---|---|
| 1. Volume and Contract Value, remaining timber: | | | | |
| a. On area not cut over | Sawtimber | 0 | | $ 0.00 |
| | Pulpwood | 0 | | $ 0.00 |
| b. On area cut over | Sawtimber | 1292 | | $ 6,460.00 |
| | Pulpwood | 1903 | | $ 17,888.20 |
| TOTAL REMAINING TIMBER | Sawtimber | 1292 | | $ 6,460.00 |
| | Pulpwood | 1903 | | $ 17,888.20 |
| | | | **TOTAL** | **$ 24,348.20** |

| | | |
|---|---|---|
| **2.** | Liquidated Damages | $ 0.00 |
| **3.** | Cost of Resale (Field Preparation Only) | $ 7,915.80 |
| **4.** | Cost of Completing Contractual Requirements | $ 435.00 |
| **5.** | Interest on remaining contract value | $ 0.00 |
| **6.** | Other Damages (Office Prep of Resale Package) | $ 2,065.00 |
| **7.** | Less Purchaser Credit that HAS NOT been earned: | $ 0.00 |
| **8.** | Maximum Potential Damages | **$ 34,764.00** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

**1. Predicted High Bid Appraisal value at termination:** **$ 57,914.19**

(1292 ccf @ 43.75/ccf) = $56,525.00
(1903 ccf @ $0.73/ccf) =$ 1,389.19

a) Add Remaining Effective Purchaser Credit $ 2,752.54

**Sub-Total** **$ 60,666.73**

**2.** Actual Bid Value of Resale $ 0.00

**3.** Resale Value **$ 60,666.73**

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| **1.** | Maximum Potential Damages (A8) | $ 34,764.00 |
| **2.** | Resale Value (B3) | $ 60,666.73 |
| **3.** | **Damages (1-2)** | **$ (25,902.73)** |
| **4.** | Unobligated Cash on Account | $ 0.00 |
| **5.** | **Damages Due Government** | **$ 0.00** |
| **6.** | Refund Due Purchaser | $ 0.00 |