# FINAL DEFAULT DAMAGE CALCULATIONS

## HUTCH-BOONDOCK MULTIPRODUCT SALE
## CONTRACT NO. 04-005465

## USDA FOREST SERVICE
## COCONINO NATIONAL FOREST

The Hutch-Boondock Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Hutch-Boondock timber sale consisted of two (2) separate payment units when originally sold. Operations occurred in both payment units with nearly all of the sawtimber and a portion of the pulpwood removed. The remaining volume of included timber on the Hutch-Boondock timber sale, at the time of termination, was 23 CCF of sawtimber and 905 CCF of roundwood. The current contract value (CCV) of the sale at termination was **$9,366.28**. The sale was sold as an Escalated Rate sale, however all payment units have been released and the rates are fixed for the quarter in which released. Therefore, there will be no adjustments to the current contract rates. The sale contained a revised Purchaser Credit limit of $4,786.44. All of the Purchaser Credits were transferred out of the sale and used to pay timber stumpage on other sales. There is no unused, effective purchaser credit (EPC) remaining on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$1,455.99.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Hutch-Boondock Multi-product sale contract. The Hutch-Boondock Multi-Product sale was not re-offered for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are included in the final calculation of damages.

### REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units $ 0.00

Released (Cut-Over) Payment Units

| Species | Volume | Rate @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 23 CCF | $37.36/CCF | $ 859.28 |
| PP-Roundwood | 905 CCF | $ 9.40/CCF | $ 8,507.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 9,366.28**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The decision was made to not re-offer the Hutch-Boondock timber sale. Therefore, there are no associated costs of resale attributable to the damage calculations.

**(b) Increased Purchaser Credit**

**None**

**(c) Costs of Completing Contract Requirements:**

At the end of the last active operations, the operator moved off of the sale area with anticipation that operations would continue in the next field season. However, operations have never resumed. A total of 23 roads have been left open in anticipation of removal of the remaining timber.

The roads total 7.5 miles and need to be closed pursuant to the contract.
Road Closure work is appraised at $500/mile
Total Cost to close 7.5 miles x $500/mile **=$3,750.00**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

The Hutch-Boondock Multi-product sale was not re-sold so there is no mid-point period to calculate interest to. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 23 CCF | $ 34.58/CCF | $ 795.34 |
| PP-Roundwood | 905 CCF | $ 0.73/CCF | $ 660.65 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 1,455.99**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| **1.** | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 23 | $ 859.28 |
| | | Pulpwood | 905 | $ 8,507.00 |
| | TOTAL REMAINING TIMBER | Sawtimber | 23 | $ 859.28 |
| | | Pulpwood | 905 | $ 8,507.00 |
| | | | **Subtotal** | **$ 9,366.28** |
| **2.** | Liquidated Damages | | | $ 0.00 |
| **3.** | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| **4.** | Cost of Completing Contractual Requirements | | | $ 3,750.00 |
| **5.** | Interest on remaining contract value | | | $ 0.00 |
| **6.** | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| | | | **Subtotal** | **$ 3,750.00** |
| **7.** | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| **8.** | Maximum Potential Damages | | | **$ 13,116.28** |

---

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | | |
|---|---|---|---|
| **1.** | **Predicted High Bid Appraisal value at termination:** | | |
| | ( 23 ccf @ $34.58/ccf) = $ | 795.34 | **$ 1,455.99** |
| | (905 ccf @ $0.73/ccf) =$ | 660.65 | |
| | a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| | **Sub-Total** | | **$ 1,455.99** |
| **2.** | Actual Bid Value of Resale | | $ 0.00 |
| **3.** | Resale Value | | **$ 1,455.99** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| **1.** | Maximum Potential Damages (A8) | $ 13,116.28 |
| **2.** | Resale Value (B3) | $ 1,455.99 |
| **3.** | **Damages (1-2)** | **$ 11,660.29** |
| **4.** | Unobligated Cash on Account | $ 9,381.57 |
| **5.** | **Damages Due Government** | **$ 2,278.72** |
| **6.** | Refund Due Purchaser | $ 0.00 |