# FINAL DEFAULT DAMAGE CALCULATIONS

## JERSEY HORSE TIMBER SALE
## CONTRACT NO 05-001756

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Jersey Horse Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Jersey Horse timber sale consisted of seven (7) separate payment units when originally sold. Payment Units 1, 5, 6, and 7 were operated and harvested. Payment Units 2, 3, and 4 were never released for harvest. The remaining volume of included timber on the Jersey Horse timber sale, at the time of termination, was 1,354 CCF of sawtimber. The current contract value of the sale at termination was **203,831.16**. Current Contract Value is based upon the rates in effect for unreleased payment units as of the date of termination. An appraisal at the time of termination, using the standard Forest Service method in use at that time and the conditions of the original contract, resulted in an appraised value of **$227,783.42.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Jersey Horse timber sale contract. The Jersey Horse timber sale was re-offered for sale following the default, on November 1, 2001. Precision Pine was the successful bidder and the sale had a termination date of December 31, 2004. Miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are include in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 2, 3 & 4)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,352 CCF | $150.54/CCF | $ 203,831.16 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 203,831.16**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

This sale was an older sale, marked and cruised in 1991 and 1992, that needed some touch-up marking of included timber as well as remarking of the boundaries, The remaining payment units were also re-cruised to more accurately assess the remaining volume prior to resale. Additional costs are shown for a new appraisal, prospectus, advertisement and contract package necessary for the resale of the timber.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs:**

4, GS-5 Marker/Cruisers 68 person days x $145.00/day = $9,860.00

Data Entry and Cruise Design
1, GS-9 Presale Forester6 days x $202.00/day = $1,212.00

Vehicle Costs
1,309 Miles x $0.35/mile = $ 458.15

Supplies and Paint: = $2,095.00

**TOTAL UPDATED CRUISING COSTS = $13,625.15**

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | | |
|---|---|---|---|---|
| Presale Forester | GS-9 | 5 days x $202.00/day | = | $1,010.00 |
| Timber Resource Clerk | GS-5 | 2 days x $143.00/dau | = | $ 286.00 |
| | | Subtotal | = | $ 1,296.00 |

**Sale Package Preparation:**

| | | | | |
|---|---|---|---|---|
| Pre-Sale Forester | GS-9 | 2 days x $202.00/day | = | $ 404.00 |
| Contracting Officer | GS=11 | 2 days x $233.00/day | = | $ 466.00 |
| Engineering | GS-11 | 1 day x $272.00/day | = | $ 272.00 |
| Timber Resource Clerk | GS-6 | 3 days x $161.00/day | = | $ 483.00 |
| Sale Administrator | GS-9 | 2 days x $206.00/day | = | $ 412.00 |
| Miscellaneous Costs: | | | | |
| Mailings/Printing/Legal Ads: | | | = | $ 100.00 |
| | | Subtotal | = | $2,137.00 |

**TOTAL COST OF OFFICE PREP FOR RESALE: $ 3,433.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value Due to Delay in Receipt of Stumpage Payments:**

Per CT9.4-Failure to Cut (4/82), subparagraph (d) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." The Jersey Horse timber sale was offered for sale on November 1, 2001 and subsequently awarded. The sale had a termination date of December 31, 2004. The interest rate in effect at the time of termination was 6.0% and the associated charges for interest on delayed stumpage receipts are as follows:

Termination Date: January 9, 2001
Re-sale Termination Date: December 31, 2004
Therefore:

| | | | |
|---|---|---|---|
| 2001 | 1/9 through 12/31 | = | 356 days |
| 2002 | 1/1 through 12/31 | = | 365 days |
| 2003 | 1/1 through 12/31 | = | 365 days |
| 2004 | 1/1 through 12/31 | = | 366 days |
| Total Days: | | = | 1,452 days ÷ 2 = 726 days of interest (D) |

Unpaid Contract Value at Termination Date: $203,831.16

I = CCV*.06*(D/365)
= $203,831.16 *.06* (726/365) = **$ 24,325.71**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,354 CCF | $168.23/CCF | $227,783.42 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$227,783.42**

**A) Calculation of Final Damages:** **VOLUME** **VALUE**

| | | | | |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 1,354 | $ 203,831.16 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,354 | $ 203, 831.16 |
| | | Pulpwood | 0 | $ 0.00 |
| | | **TOTAL** | | **$ 203,831.16** |
| **2.** | Liquidated Damages | | | $ 0.00 |
| **3.** | Cost of Resale (Field Preparation Only) | | | $ 13,615.15 |
| **4.** | Cost of Completing Contractual Requirements | | | $ 0.00 |
| **5.** | Interest on remaining contract value | | | $ 24,325.71 |
| **6.** | Other Damages (Office Prep of Resale Package) | | | $ 3,433.00 |
| **7.** | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| **8.** | Maximum Potential Damages | | | **$ 245,215.02** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

**1. Predicted High Bid Appraisal value at termination:**
PP-Sawtimber 1,354 CCF @ 168.23/ccf = **$ 227,783.42**

a) Add Remaining Effective Purchaser Credit $ 0.00

**Sub-Total** **$ 227,783.42**

**2.** Actual Bid Value of Resale $ 86,290.64

**3.** Resale Value **$ 227,783.42**
(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| **1.** | Maximum Potential Damages (A8) | $ 245,215.02 |
| **2.** | Resale Value (B3) | $ 227,783.42 |
| **3.** | **Damages (1-2)** | **$ 17,431.60** |
| **4.** | Unobligated Cash on Account | $ 0.00 |
| **5.** | **Damages due Government** | **$ 17,431.60** |
| **6.** | Refund Due Purchaser | $ 0.00 |