**FINAL DEFAULT DAMAGE CALCULATIONS**

**LILY TIMBER SALE**
**CONTRACT NO. 03-020140**

**USDA FOREST SERVICE**
**GILA NATIONAL FOREST**

The Lily Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Lily timber sale consisted of three (3) separate payment units when originally sold. No harvest operations were ever conducted on the sale so all of the original volume remains to be removed. The remaining volume of included timber on the Lily timber sale, at the time of termination, was 1,890 CCF of sawtimber and 750 CCF of roundwood. The current contract value of the sale at termination (CCV) was **$79,593.90**. The sale was sold as a Flat Rate sale. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 13,728.00.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Lily timber sale contract. The Lily timber sale was re-offered for sale on September 6, 2001 and received "No Bids." Costs associated with the preparation for resale and re-offer are included in the MISC$ calculations. However, since there was no resale, there are no corresponding charges for interest on delayed stumpage receipts pursuant to subparagraph (d).

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units ( ALL )

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,710 CCF | $41.59/CCF | $ 71,118.90 |
| DF&O-Sawtimber | 180 CCF | $20.00/CCF | $ 3,600.00 |
| PP Roundwood | 750 CCF | $ 6.50/CCF | $ 4,875.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV) $ 79,593.90**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The sale area and cutting unit boundaries required remarking prior to the re-offer. There was also some touch up marking of "cut-tree" marks though not over the entire sale area.

**Remark Boundaries, Touch-up mark Included Timber:**

| | |
|---|---|
| GS-9 @10 Days @ $213.00/day | $2,130.00 |
| Paint: 12.0 Gallons @ @8.99/Gal | $ 348.00 |
| Vehicle Costs: 550 miles @.45/mi | $ 247.50 |
| FOR: 1/3 month @ $350/mo | $ 116.65 |
| **Total Field Preparation Costs:** | **$ 2,842.15** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 3 days @$195.00/day | $ 585.00 |
| Forestry Technician | GS-9 | 2 days @$213.00/day | $ 426.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| | **Total** | | **$1,437.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forester | GS-11 | 3 days @$255.00/day | $ 765.00 |
| Forestry Resource Clerk | GS-9/8 | 2 days @$213.00/day | $ 426.00 |
| Mailing, Printing Costs, Legal Ads, | | | $ 125.00 |
| | **Subtotal** | | **$ 1,316.00** |

| | |
|---|---|
| **Total Cost for Appraisal and Package Preparation:** | **$ 5,595.15** |

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since the re-offer of the Lily sale resulted in "No Bids" there was no resale, there was no mid-point period on which to base the calculation of interest. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,710 CCF | $ 7.25/CCF | $ 12,397.50 |
| DF&O-Sawtimber | 180 CCF | $ 4.35/CCF | $ 783.00 |
| PP-Roundwood | 750 CCF | $ 0.73/CCF | $ 547.50 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 13,728.00**

The Predicted Bid Value, Line 28, of the appraisal at termination shows a negative value, indicating a deficit timber sale. Rates used, therefore, are the Base Rate values from the appraisal, which are the lowest value that Forest Service timber can be sold for.

**A) Calculation of Final Damages:**

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber (All) | 1,890 | $ 74,718.90 |
| | | Pulpwood | 750 | $ 4,875.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,890 | $ 74,718.90 |
| | | Pulpwood | 750 | $ 4,875.00 |
| | | **TOTAL** | | **$ 79,593.90** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 2842.15 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,753.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 85,189.05** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

1. **Predicted High Bid Appraisal value at termination:**

| | | |
|---|---|---|
| (PP-Sawtimber 1,710 CCF @ $7.25./CCF) = | $12,397.50 | **$ 13,728.00** |
| (DF&O-Sawtimber 180 CCF @ $4.35/CCF) = | $ 783.00 | |
| (PP-Roundwood 750 CCF @ $0.73/CCF $0.73/ccf) = | $ 547.50 | |
| a) Add Remaining Effective Purchaser Credit | | $ 0.00 |
| **Sub-Total** | | **$ 13,728.00** |

2. Actual Bid Value of Resale $ 0.00

3. Resale Value **$ 13,728.00**

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 85,189.05 |
| 2. | Resale Value (B3) | $ 13,728.00 |
| 3. | **Damages (1-2)** | **$ 71,461.05** |
| 4. | Unobligated Cash on Account | $ 11,700.00 |
| 5. | **Damages Due Government** | **$ 59,761.05** |
| 6. | Refund Due Purchaser | $ 0.00 |