**FINAL DEFAULT DAMAGE CALCULATIONS**

**MANACO TIMBER SALE**
**CONTRACT NO. 04-004625**

**USDA FOREST SERVICE**
**TONTO NATIONAL FOREST**

The Manaco Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Manaco timber sale consisted of ten (10) separate payment units when originally sold. Payment units 1 and 2 were operated, with all of the sawtimber and pulpwood removed. Payment unit 7 was also operated in with five (5) of the six (6) cutting units completely cut. The remaining cutting unit was never operated. At the time of termination the remaining volume of included timber on the Manaco timber sale was 3,514 CCF of sawtimber and 902 CCF of roundwood. The current contract value of the sale at termination was **$173,813.16**. The sale was sold as an Escalated Rate sale for sawtimber. The rate used to calculate the current contract value for unreleased payment units is the rate in effect at the end of the quarter immediately preceding the termination. This rate was the Base Rate for the sale. Roundwood was sold at a flat rate. There remains **$128,816.00** of unearned purchaser credit on the sale. There was no unused Effective Purchaser Credit (EPC) remaining. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$163, 813.48.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Manaco timber sale contract. The Manaco timber sale was re-offered for sale on 8/31/2001 as the "Diamond" timber sale and received "No Bids." Miscellaneous costs for sale preparation and re-offer are shown in the final damage calculation. There is no calculation of interest for delayed receipt of stumpage charges (subparagraph (d)).

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 3,468CCF | $46.55/CCF | $ 161,435.40 |
| PP Roundwood | 836 CCF | $ 9.40/CCF | $ 7,858.40 |

Released (Cut-Over) Payment Units

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 46 CCF | $84.76/CCF | $ 3,989.96 |
| PP-Roundwood | 66 CCF | $ 9.40/CCF | $ 620.40 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$173.813.16**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

Because this sale is an older sale, marked and cruised in 1994, it needed touch-up marking of cut trees and remarking of cutting unit boundaries prior to re-offer. The sale was also re-cruised in order to estimate additional volume due to growth. Additional costs associated with the resale include the cost of preparing a revised appraisal and contract package as well as an additional advertisement. Costs shown are those incurred by the Forest to complete the resale package.

**Remark cutting unit and sale area boundaries, touch-up mark of cut trees and re-cruise the sale:**

| | |
|---|---|
| GS 6 @ $146.00/day x 28 days | $ 4,088.00 |
| GS-7 @ $105.00/day x 28 days | $ 2,940.00 |
| 2 GS-9 @ $213.00/day x 56 days | $11,928.00 |
| Subtotal | $18,956.00 |
| Paint: 37.5 cases @ $72.00/case | $ 2,700.00 |
| Vehicle Costs: 1200 miles @.45/mi | $ 540.00 |
| FOR: 1 month @ $350/mo | $ 350.00 |
| **Total Field Preparation Costs:** | **$22,546.00** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forestry Technician | GS9/5 | 2 days @$195.00/day | $ 390.00 |
| Forestry Technician | GS9/3 | 2 days @$213.00/day | $ 426.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| | **Total** | | **$1,242.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Forestry Technician | GS9/5 | 2 days @$195.00/day | $ 390.00 |
| Forestry Technician | GS9/3 | 3 days @$213.00/day | $ 639.00 |
| Forestry Resource Clerk | GS9/8 | 2 days @$213.00/day | $ 426.00 |
| Cost to Revise Engineering Package: | | | |
| Engineer | GS-11 | 1.5 days @ $250.00/day | $375.00 |
| Review by Forestry Team Leader | | 1 day @ $274.00.day | $274.00 |
| Bid Day Attendance | | .5 day @ $274.00/day | $137.00 |
| Mailing, Printing Costs, Legal Ads, | | | $125.00 |
| | **Subtotal** | | **$2,366.00** |

**Total Cost for Appraisal and Package Preparation:** **$3,608.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Manaco timber sale there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|---|
| PP-Sawtimber | 3,514 | CCF | $46.43/CCF | $163,155.02 |
| PP-Roundwood | 902 | CCF | $ 0.73/CCF | $ 658.46 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 163,813.48**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. Volume and Contract Value, remaining timber: | | | | |
| a. On area not cut over | | Sawtimber | 3,468 | $ 161,485.40 |
| | | Pulpwood | 836 | $ 7,858.40 |
| b. On area cut over | | Sawtimber | 46 | $ 3,898.96 |
| | | Pulpwood | 66 | $ 620.40 |
| TOTAL REMAINING TIMBER | | Sawtimber | 3,514 | $ 165,334.36 |
| | | Pulpwood | 902 | $ 8,478.80 |
| | | **TOTAL** | | **$ 173,813.16** |

| | | |
|---|---|---|
| **2.** | Liquidated Damages | $ 0.00 |
| **3.** | Cost of Resale (Field Preparation Only) | $ 22,546.00 |
| **4.** | Cost of Completing Contractual Requirements | $ 0.00 |
| **5.** | Interest on remaining contract value | $ 0.00 |
| **6.** | Other Damages (Office Prep of Resale Package ) | $ 3,608.00 |
| **7.** | Less Purchaser Credit that HAS NOT been earned: | $ (128,816.00) |
| **8.** | Maximum Potential Damages | **$ 71,151.16** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

**1. Predicted High Bid Appraisal value at termination:** **$ 163,813.48**

(3,514 ccf @ $46.43/ccf) = $163,155.02

( 902 ccf @ $0.73/ccf) =$ 658.46

a) Add Remaining Effective Purchaser Credit $ 0.00

**Sub-Total** **$ 163,813.48**

**2.** Actual Bid Value of Resale $ 0.00

**3.** Resale Value **$ 163,813.48**

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| **1.** | Maximum Potential Damages (A8) | $ 71,151.16 |
| **2.** | Resale Value (B3) | $ 163,813.48 |
| **3.** | **Damages (1-2)** | **$ (92,662.32)** |
| **4.** | Unobligated Cash on Account | $ 0.00 |
| **5.** | **Damages Due Government** | **$ 0.00** |
| **6.** | Refund Due Purchaser | $ 0.00 |