# FINAL DEFAULT DAMAGE CALCULATIONS

## MONUMENT MULTI-PRODUCT SALE
## CONTRACT NO. 04-005564

## USDA FOREST SERVICE
## COCONINO NATIONAL FOREST

The Monument Multi-product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Monument Multi-product sale consisted of two (2) separate payment units when originally sold. No harvest operations were ever conducted on the sale and, therefore, all of the original sale volume remains to be harvested. The remaining volume of included timber on the Monument Multi-product Sale, at the time of termination, was 1,461 CCF of sawtimber and 1,100 CCF of roundwood. The current contract value (CCV) of the sale at termination was **$100,922.00**. The sale was sold as a Flat Rate sale. The sale contained a Purchaser Credit limit of $ 22,649.28. All of the required roadwork was completed and accepted and all purchaser credit was earned. The earned purchaser credit was subsequently transferred out of this sale to pay stumpage charges on other timber sales. There is no earned Effective Purchaser Credit (EPC) remaining on the account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 20,526.50.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Monument Multi-product sale. The Monument Multi product Sale was re-offered for sale on September 18, 2001 and received "No Bids."

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (All)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,461 CCF | $62.00/CCF | $ 90,582.00 |
| PP Roundwood | 1,100 CCF | $ 9.40/CCF | $ 10,340.00 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$100,922.00**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

A review of the marking on the sale revealed that the Cut Tree Mark (Blue Paint) was still in fairly good condition. That is, all the marks were identifiable and it was felt that the mark would hold up for the duration of any resale contract period. District personnel concluded that re-cruising (re-measuring) the sale was not necessary. The sale was reoffered using the volume of the original sale offering.

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 880.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$200.00/day | $ 400.00 |
| Contractinig Officer | GS-12 | 2 days @$270.00/day | $ 540.00 |
| Distgrict Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $110.00 |
| | **Subtotal** | | **$1,570.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$2,450.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since the re-offer resulted in "No Bids" there was no resale of the Monument Multi-product sale and there is no mid-point period to calculate interest to. There are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,461 CCF | $13.50/CCF | $ 19,723.50 |
| PP-Roundwood | 1,100 CCF | $ 0.73/CCF | $ 803.00 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 20,526.50**

**A) Calculation of Final Damages:** **VOLUME** **VALUE**

| | | | | |
|---|---|---|---|---|
| 1. Volume and Contract Value, remaining timber: | | | | |
| | a. On area not cut over | Sawtimber | 1,461 | $ 90,582.00 |
| | | Pulpwood | 1,100 | $ 10,340.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,461 | $ 90,582.00 |
| | | Pulpwood | 1,100 | $ 10,340.00 |
| | | **TOTAL** | | **$100, 922.00** |

| | | |
|---|---|---|
| **2.** | Liquidated Damages | $ 0.00 |
| **3.** | Cost of Resale (Office Prep Only) | $ 2,450.00 |
| **4.** | Cost of Completing Contractual Requirements | $ 0.00 |
| **5.** | Interest on remaining contract value | $ 0.00 |
| **6.** | Other Damages | $ 0.00 |
| **7.** | Less Purchaser Credit that HAS NOT been earned: | $ 0.00 |
| **8.** | Maximum Potential Damages | **$ 103,372.00** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

**1. Predicted High Bid Appraisal value at termination:**

(1,461 ccf @ $13.50/ccf) = $19,723.50 **$ 20,526.50**
(1,100 ccf @ $0.73/ccf) = $ 803.00

a) Add Remaining Effective Purchaser Credit $ 0.00

**Sub-Total** **$ 20,526.50**

**2.** Actual Bid Value of Resale $ 0.00

**3.** Resale Value **$ 20,526.50**

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| **1.** | Maximum Potential Damages (A8) | $ 103,372.00 |
| **2.** | Resale Value (B3) | $ 20,526.50 |
| **3.** | **Damages (1-2)** | **$ 82,845.50** |
| **4.** | Unobligated Cash on Account | $ 12,000.00 |
| **5.** | **Damages Due Government** | **$ 70,845.50** |
| **6.** | Refund Due Purchaser | $ 0.00 |