# FINAL DEFAULT DAMAGE CALCULATIONS

## O.D. RIDGE TIMBER SALE
## CONTRACT NO. 06-001574

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The O.D. Ridge Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The O.D. Ridge timber sale consisted of six (6) separate payment units when originally sold. Through a contract modification, payment units 2 and 3 were split into units 2 and 2A and 3 and 3A, respectively. Payment units 1, 2, 3, 4, 5, and 6 were operated and harvested. Payment units 2A and 3A were never released for harvest and were not operated. The remaining volume of included timber on the O.D. Ridge timber sale, at the time of termination, was 1,281 MBF of sawtimber. The current contract value of the sale at termination (CCV) was **$292,663.18**. The sale was sold as an Escalated Rate sale. Rates used to calculate CCV for unreleased payment units are those in effect at the end of the quarter immediately preceding the termination for default. All purchaser credit on the sale was earned and used. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$455,374.20**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the O.D. Ridge timber sale contract. The O.D. Ridge timber sale was re-offered for sale following the default on July 11, 2001 and was sold to Reidhead Brothers. Miscellaneous costs for sale preparation and interest charges (Subparagraph (a) and (d)) are include in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (2A & 3A)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 1,154 MBF | $249.95/MBF | $ 288,442.30 |
| DF-Sawtimber | 40 MBF | $ 62.82/MBF | $ 2,512.80 |
| ES –Sawtimber | 24 MBF | $ 71.17/MBF | $ 1,708.08 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$292,663.18**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

The O.D. Ridge sale is an older sale and had previously been remarked in 1999. However, there was a need to recruise the sale to accurately determine the remaining volume prior to reoffer. The following costs represent the cost of recruising the sale as well as preparing a revised appraisal and a new contract package for offer.

**Cruising, Vehicle, Supplies, Paint and Data Entry Costs for Re-cruise of Payment Units 2A and 3A:**

| | | |
|---|---|---|
| 4- GS-5 Marker/Cruisers | 66.25 days x $143.00/day | $ 9,473.75 |
| Paint and Supplies: | | $ 124.40 |
| Data Entry and Cruise Design: | | |
| GS-9 Presale Forester | 2.75 days x $202.00/day | $ 555.50 |
| Vehicle Costs | | |
| 1056 Miles x $0.35/mile= | | $ 369.60 |
| **Subtotal, Field Preparation for Resale** | | **$10,523.25** |

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 764.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 2 days @$202.00/day | $ 404.00 |
| Contracting Officer | GS-12 | 1 days @$270.00/day | $ 270.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $110.00 |
| | **Subtotal** | | **$ 1,304.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$ 2,068.00**

**TOTAL RESALE COSTS:** **$ 12,591.25**

**b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82), "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Interest is charged at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8020-20). The current interest rate in effect as of January, 2001 is 6 % per annum. The sale was sold on July 11, 2001 and the reoffered sale had a termination date of December 31, 2003.

Termination Date: January 9, 2001
Re-sale Termination Date: December 31, 2003
Therefore:

| | | | |
|---|---|---|---|
| 2001 | 1/9 through 12/31 | = | 356 days |
| 2002 | 1/1 through 12/31 | = | 365 days |
| 2003 | 1/1 through 12/31 | = | 365 days |
| Total Days: | | = | 1086 days ÷ 2 = 543 days of interest (D) |

Unpaid Contract Value at Termination Date: $292,663.18

I = CCV*.06*(D/365)
= $292,663.18 *.06* (543/365) = **$ 26,123.20**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 1,154 MBF | $387.26/MBF | $ 446,898.04 |
| DF-Sawtimber | 40 MBF | $132.44/MBF | $ 5,297.60 |
| ES –Sawtimber | 24 MBF | $132.44/MBF | $ 3,178.56 |

**TOTAL REAPPRAISED VALUE @ TERMINATION (AppV)** **$ 455,374.20**

| | | | | |
|---|---|---|---|---|
| **A) Calculation of Final Damages:** | | | **VOLUME** | **VALUE** |
| 1. Volume and Contract Value, remaining timber: | | | | |
| a. On area not cut over | | Sawtimber (ALL) | 1,218 MBF | $ 292,663.18 |
| | | Roundwood | 0 | $ 0.00 |
| b. On area cut over | | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 1,218 MBF | $ 292,663.18 |
| | | Pulpwood | 0.001 | $ 0.00 |
| | | **TOTAL** | | **$ 292,663.18** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 10,523.25 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 26,123.20 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,068.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| | | **SUBTOTAL** | | **$ 38,714.45** |
| 8. | Maximum Potential Damages | | | **$ 331,377.63** |

**B) Calculation of Resale Value:** (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** | |
| | | **$ 455,374.20** |
| | PP-Sawtimber 1,154 MBF @ $387.26/MBF | $ 446,898.04 |
| | DF-Sawtimber 40 MBF @ $132.44/MBF | $ 5,297.60 |
| | ES –Sawtimber 24 MBF @ $132.44/MBF | $ 3,178.56 |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 455,374.20** |
| 2. | Actual Bid Value of Resale | $ 81,263.20 |
| 3. | Resale Value | **$ 455,374.20** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

**C) Calculation of Damages:**

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 331,377.63 |
| 2. | Resale Value (B3) | $ 455,374.20 |
| 3. | **Damages (1-2)** | **$ (123,986.57)** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 0.00** |
| 6. | Refund Due Purchaser | $ 0.00 |