# FINAL DEFAULT DAMAGE CALCULATIONS

## SAGINAW-KENNEDY TIMBER SALE
## CONTRACT NO. 01-006585

## USDA FOREST SERVICE
## KAIBAB NATIONAL FOREST

The Saginaw-Kennedy Timber Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Saginaw-Kennedy timber sale was never operated during the life of the contract with the exception of the completion of all specified road construction/reconstruction. All purchaser credit was earned and posted to the timber sale statement of account ($14,480) and a total of $5,075.53 was subsequently transferred to another timber sale. A the time of termination, the remaining volume of included timber on the Saginaw-Kennedy timber sale was 2268 CCF of sawtimber and 1658 CCF of roundwood. The current contract value at termination was **$142,593.20.** The sale was sold as a Flat Rate sale. There was a total of **$9,764.47** of Effective Purchaser Credit (EPC) remaining on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and the conditions of the original contract, resulted in an appraised value of **$35,071.58**.

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Saginaw-Kennedy timber sale contract. The Saginaw-Kennedy timber sale was not re-offered for sale following the default. Therefore, no miscellaneous costs for sale preparation or interest charges (subparagraph (a) and (d)) are included in the final calculation.

## REMAINING TIMBER

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (All)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber | 2268 CCF | $56.00/CCF | $127,008.00 |
| PP Roundwood | 1658 CCF | $ 9.40/CCF | $ 15,585.20 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$142,593.20**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was no re-offer or resale of the Saginaw-Kennedy timber sale and, therefore, there are no associated costs of resale attributable to the damage calculations.

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Brann timber sale there is no mid-point period to use for the calculation of interest. Therefore, there are no associated charges for interest on delayed receipt of stumpage payments.

**None**

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 2268 CCF | $14.93/CCF | $ 33,861.24 |
| PP-Roundwood | 1658 CCF | $ 0.73/CCF | $ 1,210.34 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 35,071.58**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 2268 | $ 127,008.00 |
| | | Pulpwood | 1658 | $ 15,585.20 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 2268 | $ 127,008.00 |
| | | Pulpwood | 1658 | $ 15,585.20 |
| | | **TOTAL** | | **$ 142,593.20** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on remaining contract value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 0.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ 0.00 |
| 8. | Maximum Potential Damages | | | **$ 142,593.20** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| **1.** | **Predicted High Bid Appraisal value at termination:**<br>(2268ccf @ $14.93/ccf) = $33,861.24<br>( 1658 ccf @ $0.73/ccf) =$ 1,210.34 | **$ 35,071.58** |
| | a) Add Remaining Effective Purchaser Credit | $ 9,764.47 |
| | **Sub-Total** | **$ 44,836.05** |
| **2.** | Actual Bid Value of Resale | $ **0.00** |
| **3.** | Resale Value | **$ 44,836.05** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 142,593.20 |
| 2. | Resale Value (B3) | $ 44,836.05 |
| **3.** | **Damages (1-2)** | **$ 97,757.15** |
| 4. | Unobligated Cash on Account (Down Payment Deposit) | $ 14,600.00 |
| 5. | **Estimated Damages to Bill Purchaser** | **$ 83,157.15** |
| 6. | Refund Due Purchaser | $ 0.00 |