# FINAL DEFAULT DAMAGE CALCULATIONS

## WIGGINS MULTI-PRODUCT SALE
## CONTRACT NO. 04-020012

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Wiggins Multi-Product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Wiggins Multi-Product sale consisted of four (4) separate payment units when originally sold. Payment units 2, 3 and 4 were operated and harvested. Scattered decks of small material remain in Payment units 2 and 4. Payment unit 1 was released and partially cut and has standing timber and scattered decks of small material remaining. The remaining volume of included timber on the Wiggins Multi-Product sale, at the time of termination, was 991 CCF of roundwood. The current contract value of the sale at termination was **$ 723.43.** The sale was sold as an Escalated Rate sale for sawtimber. However, roundwood is sold at a flat rate so there were no adjustments to the current contract rate necessary. There was no purchaser credit on the sale. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$ 723.43.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Wiggins Multi-Product sale contract. The Wiggins Multi-Product sale was re-offered for sale on July 11, 2001 and received one valid bid with subsequent award. Miscellaneous costs for sale preparation or interest charges (subparagraphs (a) and (d)) are included in the final calculation.

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Released (Cut-Over) Payment Unit (# 1)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP Roundwood | 991 CCF | $ 0.73/CCF | $ 723.43 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV)** **$ 723.43**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

There was some touch-up marking on the remaining timber and the sale area was recruised to accurately determine remaining volume. Therefore, there are no associated costs of resale attributable to the damage calculations.

**Cruising, Marking, Vehicle, Paint Supplies associated with the volume determination in Payment Unit 1 and associated volume determination of decked material in payment units 2 and 4.**

| | | | |
|---|---|---|---|
| **Marking & Cruising:** | | | |
| 4, GS-5 Marker/Cruisers | 11.13 person days x $145.00/day | = | $ 1,613.85 |
| 1, GS-7 Marker/Cruiser | 4.38 person days x $162.00/day | = | $ 709.60 |
| **Data Entry and Cruise Design** | | | |
| 1, GS-9 Presale Forester | 3.5 days x $202.00/day | = | $ 707.00 |
| **Data Entry and Contract Preparation** | | | |
| 1, GS-9 Presale Forester | 10 days x $202.00/day | = | $ 2,020.00 |
| **Sale Administrator**: | | | |
| 1, GS-9 Forester | 10 days x $202.00/day | = | $ 2,020.00 |
| **Vehicle Costs:** | | | |
| | 1,309 Miles x $0.35/mile | = | $ 458.15 |
| **Paint and Supplies:** | | = | $ 175.00 |
| | | | |
| **TOTAL UPDATED CRUISING COSTS** | | = | **$7,703.60** |

**Appraisal, Prospectus, Contract Prep and advertisement Costs:**

| | | | | |
|---|---|---|---|---|
| Presale Forester | GS-9 | 3 days x $202.00/day | = | $ 606.00 |
| Timber Resource Clerk | GS-5 | 1 days x $143.00/dau | = | $ 143.00 |
| | | **Subtotal** | = | **$749.00** |

**Sale Package Preparation:**

| | | | | |
|---|---|---|---|---|
| Pre-Sale Forester | GS-9 | 2 days x $202.00/day | = | 404.00 |
| Contracting Officer | GS=11 | 1day x $233.00/day | = | 233.00 |
| Timber Resource Clerk | GS-6 | 3 days x $161.00/day | = | 483.00 |
| Sale Administrator | GS-9 | 1days x $206.00/day | = | 206.00 |
| Miscellaneous Costs: | | | | |
| Mailings/Printing/Legal Ads: | | | = | 100.00 |
| | | **Subtotal** | = | **$1,426.00** |

**TOTAL OFFICE PREP COSTS:** **$2,175.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area or Complete Other Contractual Requirements.**

None

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was resale of the Wiggins Multi-Product sale, interest calculations need to be included. The appropriate Interest rate is 6%; the termination date of the resale is 12/31/2002 and the sale was terminated on January 9, 2001.

Time Period:

| | | |
|---|---|---|
| 1/9/2001 thru 12/31/2001 | | 356 days |
| 1/1/2002 thru 12/31/2002 | | 365 days |
| Total Days | = | 721 ÷ 2 = 360.5 days (D) |

$723.43 x .06 x (360.5/365) = $42.87 interest

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale: The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Roundwood | 991 CCF | $ 0.73/CCF | $ 723.43 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 723.43**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 991 | $ 723.40 |
| TOTAL REMAINING TIMBER | | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 991 | $ 723.40 |
| | | **TOTAL** | | **$ 723.40** |

| | | |
|---|---|---|
| 2. | Liquidated Damages | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | $ 7,703.60 |
| 4. | Cost of Completing Contractual Requirements | $ 0.00 |
| 5. | Interest on remaining contract value | $ 42.87 |
| 6. | Other Damages (Office Prep of Resale Package) | $ 2,175.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | $ 0.00 |
| 8. | Maximum Potential Damages | **$ 10,644.87** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | **Predicted High Bid Appraisal value at termination:** (991ccf @ $ 0.73/ccf) = $ 723.40 | **$ 723.40** |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 723.40** |
| 2. | Actual Bid Value of Resale | $ 1,516.17 |
| 3. | Resale Value | **$ 1,516.17** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 10,644.87 |
| 2. | Resale Value (B3) | $ 1,516.17 |
| 3. | **Damages (1-2)** | **$ 9,128.70** |
| 4. | Unobligated Cash on Account | $ 0.00 |
| 5. | **Damages Due Government** | **$ 9,128.70** |
| 6. | Refund Due Purchaser | $ 0.00 |