**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REVISED DAMAGES CALCULATIONS AND FOR A STATUS CONFERENCE**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States respectfully requests (1) leave to file revised damages calculations with respect to the Gentry multi-product sale contract, and (2) a status conference to address what further proceedings, if any, are needed to resolve this action. We have contacted counsel for plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), who has informed us that Precision Pine will not oppose this motion.

**DISCUSSION**

On April 28, 2005, defendant, the United States filed and served a status report in this action. In accordance with the Court's October 29, 2004 opinion and order, the United States recalculated the default damages owed as a result of Precision Pine's breach of the Brann, Brookbank, Gentry, Hutch-Boondock, Jersey Horse, Lily, Manaco, Monument, O.D. Ridge, Saginaw-Kennedy, U-Bar and Wiggins contracts. In performing these calculations, the United States provided Precision Pine a credit for "cash on account" for the respective contracts. The United States has subsequently determined that Precision Pine had "cash on account" in the amount of $28,600 on the Gentry contract. This sum was not reflected in the April 2005

calculations. Accordingly, the United States seeks leave to file revisions to the previously-filed calculations to (1) credit the "cash on account" on the Gentry contract, and (2) provide an updated summary of damages that reflects the credit and interest accrued through June 30, 2005. These respective revisions to the United States' default damages calculations are attached to this motion as Exhibit A.

In addition, the United States respectfully requests that the Court schedule a status conference to address "what further proceedings may be warranted so that the Court may resolve any challenges by plaintiff to the recalculations with a view toward entering a final judgment in this action." Opinion and Order at 28 (Oct. 29, 2004).

**CONCLUSION**

Accordingly, the United States respectfully requests that the Court (1) grant leave to file the attached revisions to the United States' damages calculations, and (2) schedule a status conference to address what further proceedings, if any, are needed to resolve this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

July 14, 2005