**Summary of Final Default Damages in PP&T v United States, Fed Cl. No. 02-131C**

Damages are calculated pursuant to CT9.4 and represent the final calculations. The initial, estimated damages calculations resulted in Bills for Collection being issued. The respective bills were never paid when initially issued and interest continues to accrue pursuant to CT4.4 or CT4.41. Additionally, amounts due in exces of 90 days are assessed a penalty from the initial date of issue at the rate of 6 % per annum on all principal, accrued interest and accrued administrative charges. The interest rate is 6.375% for simple interest in effect in the first half of 2001 (January 1, 2001 through June 30, 2001). (No Administrative Charges have been applied to these calculations.) Penalties are assessed per CT4.4 or CT4.41 of the timber sale contract.

| Sale Name | Final Damages | Interest Rate/Yr | Date of Initial Bill For Collection | Length of time for Int. Calcs thru 6/30/2005 (Years = D/365) | Accrued Simple Interest | Subtotal P&I Due | Penalty per CT4.41 @ 6% | Total Due |
|---|---|---|---|---|---|---|---|---|
| **Brann** | **$25,994.78** | 6.375 | 03/01/2001 | 4.33699 | **$ 7,187.11** | **$33,181.89** | **$8,634.56** | **$41,816.46** |
| **Saginaw-Kennedy** | **$83,157.15** | 6.375 | 03/01/2001 | 4.33699 | **$ 22,991.53** | **$106,148.68** | **$27,621.92** | **$133,770.60** |
| **Manaco** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **U-Bar** | **$124,367.14** | 6.375 | 02/17/2001 | 4.36986 | **$ 34,646.04** | **$159,013.18** | **$41,691.95** | **$200,705.13** |
| **Hutch-Boondock** | **$2,278.72** | 6.375 | 02/21/2001 | 4.35616 | **$ 632.81** | **$2,911.53** | **$760.99** | **$3,672.52** |
| **Monument** | **$70,845.50** | 6.375 | 02/17/2001 | 4.36986 | **$ 19,736.05** | **$90,581.55** | **$23,749.74** | **$114,331.29** |
| **O.D.Ridge** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Jersey Horse** | **$17,056.01** | 6.375 | 03/01/2001 | 4.33699 | **$ 4,715.69** | **$21,771.70** | **$5,665.42** | **$27,437.12** |
| **BrookBank** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gentry** | **$35,029.56** | 6.375 | 03/01/2001 | 4.33699 | **$ 9,685.07** | **$44,714.63** | **$11,635.61** | **$56,350.24** |
| **Wiggins** | **$9,128.73** | 6.375 | 03/01/2001 | 4.33699 | **$ 2,523.94** | **$11,652.67** | **$3,032.25** | **$14,684.92** |
| **Lily** | **$59,761.05** | 6.375 | 03/15/2001 | 4.29863 | **$ 16,376.78** | **$76,137.83** | **$19,637.30** | **$95,775.13** |
| **Totals** | **$427,618.64** | | | | **$ 118,495.03** | **$546,113.67** | **$142,429.73** | **$688,543.41** |

| Calculation of Days of Interest: | | Days |
|---|---|---|
| 2001 | 2/17 thru 12/31 | 318 |
| | 2/21 thru 12/31 | 313 |
| | 3/1 thru 12/31 | 306 |
| | 3/15 thru 12/31 | 292 |
| 2002 | 1/1 thru 12/31 | 365 |
| 2003 | 1/1 thru 12/31 | 365 |
| 2004 | 1/1 thru 12/31 | 366 |
| 2005 | 1/1 thru 6/30 | 181 |

# FINAL DEFAULT DAMAGE CALCULATIONS

## GENTRY MULTI-PRODUCT SALE
## CONTRACT NO. 04-001939

## USDA FOREST SERVICE
## APACHE-SITGREAVES NATIONAL FOREST

The Gentry Multi-product Sale was cancelled by the Regional Forester, Eleanor S. Towns, on January 9, 2001, for failure to remedy breach pursuant to special contract provision CT 9.3 - Breach. As directed by the Regional Forester and in accordance with Forest Service policy when a timber sale contract is terminated before completion, the Contracting Officer must determine if the United States has been damaged (FSM 2453.5). Damages due the United States for Purchaser's failure to cut and remove included timber are outlined in contract provision CT9.4 -- Failure to Cut.

The Gentry Multi-product sale consisted of four (4) separate payment units when originally sold. No harvesting was ever done on any of the payment units. No roads were ever built and, consequently, no Purchaser Credit was ever earned. The remaining volume of included timber on the Gentry Multi-product sale, at the time of termination, was 3800 CCF of sawtimber and 893 CCF of roundwood. The current contract value of the sale at termination was **$230,743.46.** The sale was sold as a Flat Rate sale so there will be no adjustments to the current contract rates necessary. There is **$24,734.01** of unearned Purchaser Credit on the sale account. An appraisal of the remaining timber at the time of termination, using the standard Forest Service method in use at that time and conditions of the original contract, resulted in an appraised value of **$145,127.89.**

Based on procedures and applicable costs described in provision CT9.4, the following outlines the calculation of damages due the United States for default of the Gentry Multi-product sale contract. The Gentry Multi-product sale was re-offered for sale on May 30, 2001 and received "No Bids." Therefore, miscellaneous costs for sale preparation are shown in the damage calculations but there will be no charges for interest on delayed receipt of stumpage deposits (subparagraph (d)).

**REMAINING TIMBER**

At the time of default the contract value of the timber at termination was:

Unreleased Payment Units (# 1- 4)

| Species | Volume | Rates @ Termination | $Value |
|---|---|---|---|
| PP-Sawtimber (9-12") | 1,076 CCF | $21.89/CCF | $ 23,553.64 |
| PP-Sawtimber (12+) | 2,742 CCF | $73.93/CCF | $ 201,385.32 |
| PP Roundwood | 893 CCF | $ 6.50/CCF | $ 5,804.50 |

**REMAINING CONTRACT VALUE @ TERMINATION (CCV) $ 230,743.46**

**MISCELLANEOUS COSTS: (MISC$)**

**(a) Cost of Resale**

Because the Gentry Multi-product sale was marked and cruised in 1996 and 1997, it did not require any additional marking prior to re-offer. Volume estimates were considered to still be valid at the time of re-offer so there was no additional cruising either. Costs shown are for the preparation of a new appraisal, prospectus and contract package, along with the associated personnel and miscellaneous charges associated with a timber sale offering.

**Preparation of Appraisal Report, Prospectus and Advertisement:**

| | | | |
|---|---|---|---|
| Forester | GS-9 | 2 days @$205.00/day | $ 410.00 |
| Timber Resource Clerk | GS-7 | 2 days @$180.00/day | $ 360.00 |
| | **Total** | | **$ 770.00** |

**Sale Package Preparation:**

| | | | |
|---|---|---|---|
| Presale Forester | GS-9 | 4 days @$202.00/day | $ 808.00 |
| Contracting Officer | GS-12 | 2 days @$270.00/day | $ 540.00 |
| District Timber Staff | GS-11 | 2 days @$260.00/day | $ 520.00 |
| Misc. Costs: | | | |
| Mailing, Printing Costs, Legal Ads, | | | $ 110.00 |
| | **Subtotal** | | **$1,978.00** |

**Total Cost for Appraisal and Contract Package Preparation** **$2,748.00**

**(b) Increased Purchaser Credit**

**None**

**(c) Costs for Failure to Cut Individual Trees on Cut-Over Area:**

**None**

**(d) Interest on Remaining Contract Value due to delay in receipt of stumpage payments:**

Per CT9.4-Failure to Cut (4/82) "interest will be charged for the total number of months, or portions thereof from Termination Date until mid-point of the contract resale period, less any time in excess of one year needed to make the resale." Since there was no resale of the Gentry Multi-product sale there is no mid-point period to calculate interest on delayed receipt of stumpage deposits (subparagraph (d)) and, therefore, there are no associated charges for interest due to the delay in receipt of stumpage payments.

**(e) Increased Regeneration Costs:**

**None**

**CALCULATION OF RESALE VALUE:**

In accordance with provision CT9.4 and Forest Service Handbook (FSH) 2409.22, Section 62.3, an appraisal is done at the time of termination of the sale and is based upon the remaining contract volume and the original appraisal conditions. The only value which has been updated is the Quality Adjustment value for the included timber because of significant changes in the formulas since the original sale was sold. Appraisal Bulletin Number 01, CY 01, 1st Quarter (January) was used to determine the reappraised value of the sale. The results are as follows:

| Species | Volume | Predicted Bid Rate (Line 28) | Total Value |
|---|---|---|---|
| PP-Sawtimber | 3,800 CCF | $38.02/CCF | $144,476.00 |
| PP-Roundwood | 893 CCF | $ 0.73/CCF | $ 651.89 |

**TOTAL APPRAISED VALUE @ TERMINATION (AppV)** **$ 145,127.89**

## A) Calculation of Final Damages:

| | | | VOLUME | VALUE |
|---|---|---|---|---|
| 1. | Volume and Contract Value, remaining timber: | | | |
| | a. On area not cut over | Sawtimber | 3800 | $ 224,938.96 |
| | | Pulpwood | 893 | $ 5,804.50 |
| | b. On area cut over | Sawtimber | 0 | $ 0.00 |
| | | Pulpwood | 0 | $ 0.00 |
| TOTAL REMAINING TIMBER | | Sawtimber | 3800 | $ 224,938.96 |
| | | Pulpwood | 893 . | $ 5,804.50 |
| | | **TOTAL** | | **$ 230,743.46** |
| 2. | Liquidated Damages | | | $ 0.00 |
| 3. | Cost of Resale (Field Preparation Only) | | | $ 0.00 |
| 4. | Cost of Completing Contractual Requirements | | | $ 0.00 |
| 5. | Interest on Remaining Contract Value | | | $ 0.00 |
| 6. | Other Damages (Office Prep of Resale Package) | | | $ 2,748.00 |
| 7. | Less Purchaser Credit that HAS NOT been earned: | | | $ (24,734.01) |
| 8. | Maximum Potential Damages | | | **$ 208,757.45** |

## B) Calculation of Resale Value: (Use the Predicted Bid Value, Line 28, of the appraisal)

| | | |
|---|---|---|
| 1. | Predicted High Bid Appraisal value at termination: | |
| | (3800 ccf@ 38.029.21/ccf) = $144,476.00 | **$ 145,127.89** |
| | ( 893 ccf @ $0.73/ccf) = 651.89 | |
| | a) Add Remaining Effective Purchaser Credit | $ 0.00 |
| | **Sub-Total** | **$ 145,127.89** |
| 2. | Actual Bid Value of Resale | $ 0.00 |
| 3. | Resale Value | **$ 145,127.89** |

(RESALE VALUE IS THE LARGER OF THE APPRAISAL SUB-TOTAL OR THE ACTUAL BID VALUE OF THE RESALE)

## C) Calculation of Damages:

| | | |
|---|---|---|
| 1. | Maximum Potential Damages (A8) | $ 208,757.45 |
| 2. | Resale Value (B3) | $ 145,127.89 |
| 3. | **Damages (1-2)** | **$ 63,629.56** |
| 4. | Unobligated Cash on Account | $ 28,600.00 |
| 5. | **Damages Due Government** | **$ 35,029.56** |
| 6. | Refund Due Purchaser | $ 0.00 |