# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | No. 02-131 C |
| Plaintiff, | ) | |
| v. | ) | Filed July 19, 2004 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## ORDER

On July 14, 2005, defendant filed an Unopposed Motion for Leave to File Revised Damages Calculations and For a Status Conference. Defendant's Motion for Leave to File Revised Damages Calculations is GRANTED. The revised damages calculations, which were attached to defendant's motion for leave, shall be filed as of this date. Additionally, the Court will contact the parties to schedule a status conference in order to determine what further proceedings are warranted in this case.

/s/ George W. Miller
GEORGE W. MILLER
Judge