# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed July 22, 2005

ORDER

Pursuant to "Defendant's Unopposed Motion for Leave to File Revised Damages Calculations and for a Status Conference," filed July 14, 2005, and in accordance with the Court's Order granting defendant's motion, filed July 19, 2005, the Court held a telephonic status conference on July 22, 2005 with counsel for the parties to discuss the nature and timing of further proceedings in this case in light of the damages recalculations filed by the Government on April 28, 2005 and updated on July 14, 2005. Counsel for defendant stated that the course of future proceedings would depend on whether plaintiff intended to contest the recalculations. Counsel for plaintiff stated that because of the requirements of the post-trial briefing schedule in a related case before this Court involving the same parties, Docket No. 98-720 C, counsel had not yet been able to analyze the Government's recalculations and so was unable to state at that time whether plaintiff intended to contest such recalculations.

In view of the foregoing, the Court scheduled a further telephonic status conference for Tuesday, September 13, 2005, at 10 a.m. The Court requests that counsel for plaintiff use his best efforts to be able by that time to state, in a suitable filing with the Court, plaintiff's position with respect to whether plaintiff intends to contest the recalculations and on what basis or bases. At the very least, the Court requests that counsel for plaintiff be able on September 13 to advise the Court and counsel for defendant of a date certain when he will be able to state plaintiff's position with respect to the Government's recalculations of damages.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge