# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed September 13, 2005

## ORDER

On September 13, 2005, the Court held a telephonic status conference with the parties. During the status conference, Defendant orally moved for Leave to File Revised Damages Calculations to resolve a discrepancy in the damages calculations in Defendant's April 2005 Status Report. Defendant's Motion for Leave to File Revised Damages Calculations is GRANTED. Defendant shall file and serve the revised damages calculations by September 16, 2005. Plaintiff shall review the revised damages calculations and file and serve a statement setting forth Plaintiff's position with regard to those calculations by September 20, 2005. In view of the foregoing, the Court has scheduled a telephonic status conference with the parties on September 27, 2005 at 10 a.m. to discuss the nature and timing of further proceedings in this case.

/s/ George W. Miller
GEORGE W. MILLER
Judge