**Summary of Final Default Damages in PP&T v United States, Fed Cl. No. 02-131C**

Damages are calculated pursuant to CT9.4 and represent the final calculations. The initial, estimated damages calculations resulted in Bills for Collection being issued. The respective bills were never paid when initially issued and interest continues to accrue pursuant to CT4.4 or CT4.41. Additionally, amounts due in exces of 90 days are assessed a penalty from the initial date of issue at the rate of 6 % per annum on all principal, accrued interest and accrued administrative charges. The interest rate is 6.375% for simple interest in effect in the first half of 2001 (January 1, 2001 through June 30, 2001). (No Administrative Charges have been applied to these calculations.) Penalties are assessed per CT4.4 or CT4.41 of the timber sale contract.

| Sale Name | Final Damages | Interest Rate/Yr | Date of Initial Bill For Collection | Length of time for Int. Calcs thru 6/30/2005 (Years = D/365) | Accrued Simple Interest | Subtotal P&I Due | Penalty per CT4.41 @ 6% | Total Due |
|---|---|---|---|---|---|---|---|---|
| **Brann** | **$25,994.78** | 6.375 | 03/01/2001 | 4.33699 | **$ 7,187.11** | **$33,181.89** | **$8,634.56** | **$41,816.46** |
| **Saginaw-Kennedy** | **$83,157.15** | 6.375 | 03/01/2001 | 4.33699 | **$ 22,991.53** | **$106,148.68** | **$27,621.92** | **$133,770.60** |
| **Manaco** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **U-Bar** | **$124,367.14** | 6.375 | 02/17/2001 | 4.36986 | **$ 34,646.04** | **$159,013.18** | **$41,691.95** | **$200,705.13** |
| **Hutch-Boondock** | **$2,278.72** | 6.375 | 02/21/2001 | 4.35616 | **$ 632.81** | **$2,911.53** | **$760.99** | **$3,672.52** |
| **Monument** | **$70,845.50** | 6.375 | 02/17/2001 | 4.36986 | **$ 19,736.05** | **$90,581.55** | **$23,749.74** | **$114,331.29** |
| **O.D.Ridge** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Jersey Horse** | **$17,056.01** | 6.375 | 03/01/2001 | 4.33699 | **$ 4,715.69** | **$21,771.70** | **$5,665.42** | **$27,437.12** |
| **BrookBank** | **$0.00** | 6.375 | N/A | N/A | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Gentry** | **$35,029.56** | 6.375 | 03/01/2001 | 4.33699 | **$ 9,685.07** | **$44,714.63** | **$11,635.61** | **$56,350.24** |
| **Wiggins** | **$9,128.70** | 6.375 | 03/01/2001 | 4.33699 | **$ 2,523.93** | **$11,652.63** | **$3,032.24** | **$14,684.87** |
| **Lily** | **$59,761.05** | 6.375 | 03/15/2001 | 4.29863 | **$ 16,376.78** | **$76,137.83** | **$19,637.30** | **$95,775.13** |
| **Totals** | **$427,618.61** | | | | **$ 118,495.03** | **$546,113.64** | **$142,429.72** | **$688,543.36** |

| Calculation of Days of Interest: | | Days |
|---|---|---|
| 2001 | 2/17 thru 12/31 | 318 |
| | 2/21 thru 12/31 | 313 |
| | 3/1 thru 12/31 | 306 |
| | 3/15 thru 12/31 | 292 |
| 2002 | 1/1 thru 12/31 | 365 |
| 2003 | 1/1 thru 12/31 | 365 |
| 2004 | 1/1 thru 12/31 | 366 |
| 2005 | 1/1 thru 6/30 | 181 |