# In the United States Court of Federal Claims

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | No. 02-131 C |
| Plaintiff, | ) | |
| v. | ) | Filed September 22, 2005 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

On September 13, 2005, the Court issued an Order scheduling a telephonic status conference with the parties on September 27, 2005 at 10 a.m. to discuss the nature and timing of further proceedings in this case. On September 22, 2005, the parties orally requested that the telephonic status conference be rescheduled.

The parties' request to reschedule the status conference is GRANTED. The telephonic status conference previously scheduled for September 27, 2005 shall be, and the same hereby is, CANCELLED. Following consultation with the parties, the Court ORDERS that the previously scheduled telephonic status conference shall be held on **Thursday, October 20, 2005 at 10 a.m.** The Court will initiate the call.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge