# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed September 28, 2005

ORDER

On September 20, 2005, plaintiff filed Plaintiff's Position with Respect to the Government's Recalculation of Damages, as provided by the Court's Order of July 22, 2005 and amended by the Court's Order of September 13, 2005. The Court's Order of July 22, 2005 stated that plaintiff's response to defendant's damage recalculations should specify "plaintiff's position with respect to whether plaintiff intends to contest the recalculations and on what basis or bases." Although Plaintiff's Position with Respect to the Government's Recalculation of Damages has identified specific elements of the Government's Recalculation of Damages that plaintiff contests, plaintiff has failed to provide a sufficiently detailed explanation of the basis or bases for plaintiff's position with respect to each such element.

Accordingly, in an effort to make the status conference scheduled for Thursday, October 20, 2005 as productive as possible with respect to determining the future course of proceedings in this case, the Court hereby ORDERS that plaintiff shall file and serve a revised Position with Respect to the Government's Recalculation of Damages by **Tuesday, October 11, 2005**. In this revised Position with Respect to the Government's Recalculation of Damages, plaintiff shall provide a detailed explanation of its reasons for contesting each element of the Government's Recalculation of Damages identified in its original Position with Respect to the Government's Recalculation of Damages. For each contested element, the plaintiff shall identify any specific contractual provision, agreement, event, or other authority that it believes supports its position. With respect to Item number 2 at page 2 of Plaintiff's Position with Respect to the Government's Recalculation of Damages, plaintiff shall specify which details the plaintiff believes are necessary to determine whether the appraisals referenced therein are correct.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge