# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed October 13, 2005

## ORDER

The Court's Order of September 22, 2005 scheduled a telephonic status conference for Thursday, October 20, 2005. On October 11, 2005, plaintiff filed its Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages.

The Court ORDERS that defendant shall review the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages prior to the October 20, 2005 status conference and be prepared to make a preliminary oral response at the status conference to the arguments contained therein. The Court FURTHER ORDERS that defendant shall inform the Court at the status conference when it will be prepared to file and serve a comprehensive response to Plaintiff's Position with Respect to the Government's Recalculation of Damages. The Court will then schedule a time for plaintiff to file and serve a reply to defendant's response. The Court FURTHER ORDERS that the parties shall be prepared at the status conference to discuss the nature and timing of such further proceedings as they believe are necessary to permit the Court to resolve the parties' differences with respect to the calculation of damages and to enter a final judgment.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge