# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed October 17, 2005

ORDER

On September 22, 2005, the Court issued an Order scheduling a telephonic status conference with the parties on Thursday, October 20, 2005 at 10 a.m. to discuss the nature and timing of further proceedings in this case. On October 13, 2005, the Court issued an Order requesting that the parties also be prepared to discuss the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages at the October 20, 2005 telephonic status conference. On October 14, 2005, plaintiff orally requested that the status conference be held in court rather than by telephone.

After having consulted with both parties, the Court ORDERS that the October 20, 2005 status conference, which was previously scheduled to be held by telephone, shall be held on **Thursday, October 20, 2005 at 10 a.m** at the National Courts Building, 717 Madison Pl., NW, Washington, D.C.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge