# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131 C<br>Filed October 20, 2005 |

ORDER

On October 20, 2005, the Court held a status conference to discuss the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages (Docket Entry No. 68) and to determine the nature and timing of further proceedings in this case. After hearing from both parties, the Court ORDERS the following:

1. The disputed issues set forth in sections 1.i., 1.ii., 1.iii., 2.a., and 2.e. of the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages are issues of law, and shall be resolved based upon briefs to be submitted by the parties.

2. In regard to section 1.iv. of the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages, plaintiff shall review the appraisals provided by defendant at the status conference. The parties shall confer and attempt to informally resolve any further inquires that plaintiff may have regarding the appraisals. After consultation with defendant, plaintiff shall file and serve a statement on or before **Thursday, November 3, 2005** detailing what further information plaintiff believes it needs in order to respond to the Government's recalculations relating to the five contracts to which section 1.iv. applies. If plaintiff concludes that no further information is required, plaintiff shall orally inform the Court as soon as possible.

3. Section 2.c. of the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages sets forth both issues of fact and issues of law. These issues shall be resolved based upon briefs to be submitted by the parties and upon

declarations to be submitted by defendant attesting to factual points essential to its legal arguments.

4. In regard to section 2.d. of the Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages, defendant stated that it agreed with plaintiff's contention regarding the appropriate source for the rate of interest to calculate damages on the U-Bar contract. The remaining issue of the date from which interest shall accrue is an issue of law, and shall be resolved based upon briefs to be submitted by the parties.

5. After reviewing plaintiff's November 3, 2005 filing, the Court will schedule a status conference to discuss the nature and timing of further proceedings in this case. Alternately, if plaintiff informs the Court prior to November 3, 2005 that it requires no further information, the Court will schedule a status conference to discuss the nature and timing of further proceedings at that time.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge