# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed November 28, 2005

ORDER

Upon consideration of Plaintiff's Statement of Information Needed to Respond to Defendant's Recalculation of Damages on Certain Contracts ("Plaintiff's Statement"), filed November 3, 2005 (Docket Entry No. 72), and pursuant to Paragraph 5 of the Court's Order filed October 20, 2005, the Court hereby ORDERS that the parties shall participate in a telephonic status conference on **Thursday, December 8, 2005 at 9:30 a.m.** to discuss the nature and timing of further proceedings in this case. The Court FURTHER ORDERS that plaintiff shall be prepared, at the status conference, to explain the basis for its position that the declaration proposed by defendant in the fourth paragraph of its letter of November 2, 2005 to counsel for plaintiff, which is Exhibit 2 to Plaintiff's Statement, would be insufficient to establish that the appraisals at issue in Plaintiff's Statement were conducted in accordance with the standard Forest Service method in use at the time of termination. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge