**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 02-131C |
| THE UNITED STATES, Defendant. | ) | |

ORDER

On November 3, 2005, plaintiff filed Plaintiff's Statement of Information Needed to Respond to Defendant's Recalculation of Damages on Certain Contracts ("Plaintiff's Statement") (Docket Entry No. 72). Plaintiff's Statement requests additional information concerning certain aspects of the post-termination appraisals of four contracts (Brann, Saginaw-Kennedy, U-Bar, and Hutch-Boondock) that the defendant uses as the basis for calculating default damages in this action. On December 8, 2005, the Court held a telephonic status conference to discuss the nature and timing of further proceedings in view of plaintiff's request for additional information.

After hearing from both parties, the Court ORDERS that on or before January 10, 2005, defendant shall file a declaration concerning the standard methodology used by the Forest Service in Region 3 (Arizona and New Mexico) as of January 9, 2001 to appraise a timber sale following the sale's termination for default. The defendant shall specifically address the methodology used to determine adjustments for (1) sale skidyard costs, (2) sale haul costs, (3) sale road maintenance costs, (4) sale slash costs, (5) sale road costs, and (6) quality adjustments. Additionally, the defendant shall state whether such adjustments in the post-termination appraisals of the Brann, Saginaw-Kennedy, U-Bar and Hutch-Boondock contracts were conducted in accordance with the standard Forest Service methodology. In the event that an appraisal was not performed in accordance with the standard Forest Service methodology, defendant shall describe the approach used, explain why the standard approach was not employed, and state what effect, if any, this has upon the calculation of default damages.

The Court FURTHER ORDERS that the parties shall participate in a telephonic status conference on **Friday, January 13, 2006 at 9:30 a.m.** to discuss the nature and timing of further proceedings in this case. The Court will initiate the call.

IT IS SO ORDERED.

GEORGE W. MILLER
Judge