**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING DECLARATION OF DAVID P. HARRIS**

Pursuant to the Court's December 14, 2005, order, defendant, the United States, respectfully submits the declaration of David P. Harris, which describes, among other things, the standard methodology used by the United States Forest Service (in Region 3) as of January 9, 2001, to appraise a timber sale following the sale's termination for default. The Harris declaration, with accompanying exhibits, is attached as Exhibit A to this filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

January 10, 2006

Attorneys for Defendant