# Appendix for Harris Declaration
## January 9, 2006

| Appendix Exhibit Number | Description | Pages |
|---|---|---|
| 1 | CT9.4-Failure to Cut (4/82) | 1 |
| 2 | Forest Service Handbook (FSH) 2409.18-Timber Sale Preparation Handbook, Chapter 40 (2409.18-99-7 & 8) | 43 |
| 3 | Region 3 Timber Appraisal Handbook, FSH 2409.22 Chapter 10 (FSH 2409.22-2002-1) (This 2002 amendment contains the same language as was in place in 1999) | 7 |
| 4 | Region 3 Appraisal Bulletin #1, CY 2001 | 2 |
| 5 | Region 3 Timber Appraisal Handbook, FSH2409.22, Chapter 40 (FSH2409.22-94-7) | 10 |