# EXHIBIT 2

FOREST SERVICE HANDBOOK
Washington, D.C.

FSH 2409.18 - TIMBER SALE PREPARATION HANDBOOK

Amendment No. 2409.18-99-7

Effective March 5, 1999

POSTING NOTICE. Amendments are numbered consecutively by Handbook number and calendar year. Post by document name. Place the Table of Contents in front of chapter 40. Retain this transmittal as the first page of this document. The last amendment to this Handbook was Amendment 2409.18-99-6 to 2409.18,30.

This amendment supersedes Amendment 2409.18-96-1 to FSH 2409.18,40 Contents.

| Page Code | Superseded (Number of Pages) | New (Number of Pages) |
|---|---|---|
| 2409.18,40 Contents | 3 | 3 |

Digest:

2409.18,40 Contents - Revises codes and captions to agree with changes in the text of chapter 40.

MIKE DOMBECK
Chief

FSH 2409.18 - TIMBER SALE PREPARATION HANDBOOK
WO AMENDMENT 2409.18-99-7
EFFECTIVE 03/05/1999

# CHAPTER 40 - SALE PLAN IMPLEMENTATION (GATE 3) AND APPRAISAL

## Contents

40.2 Objective
40.5 Definitions

41 SALE PLAN AND APPRAISAL

42 QUALITY CONTROL

43 TIMBER SALE ROADS
43.1 Timber Sale Contract Roads
43.2 Temporary Roads
43.3 Specified Roads
43.4 Construction Standards
43.41 Landings
43.42 Bridges and Culverts
43.43 Reconstruction
43.43a Deposits for Reconstruction
43.43b Collection and Use of Deposits for Reconstruction Engineering Services
43.43c Collection and Use of Deposits for Actual Reconstruction
43.44 Specifications
43.5 Small Business Road Option
43.6 Contributed Funds
43.7 Use of Existing Roads
43.71 Off-Highway Haul
43.8 Maintenance of Forest Development Roads by Purchasers
43.81 Construction Versus Maintenance
43.82 Contract Requirements
43.9 Timber Access Policy

44 TRACKING AND REPORTING - GATE 3
44.1 Documentation
44.2 Sale Tracking and Reporting

45 APPRAISAL PRINCIPLES AND METHODS
45.1 General
45.11 Appraisal or Marketing Point
45.12 Methods
45.2 Residual Value
45.3 Transaction Evidence
45.31 Base Period Data for Transaction Evidence
45.32 Roll-Back Factor
45.33 Responsiveness to Market Changes
45.34 Non-competitive Markets

45.35 Negative Value Species and Products
45.36 Base Period Costs and Coefficients
45.36a Stump-to-Truck
45.36b Haul and Road Maintenance
45.36c Environmental Protection (Contractual) Costs
45.36d Temporary Development
45.36e Specified Development
45.4 Calculation of Contract Rates
45.41 Stumpage Rates by Species and Product Groups
45.42 Calculation of Base Rates with Regeneration Costs and Timber Property
45.43 Adjustment to Eliminate Deficits
45.5 Appraisal by Comparison
45.6 Standard Rates

46 RATE REDETERMINATIONS
46.1 Special Characteristics of Rate Redetermination Appraisals
46.2 Rate Redetermination Premises
46.3 Establishing Redetermined Rates
46.4 Rate Redetermination Timing
46.5 Rate Redetermination of Sales Originally Appraised Under Residual Value
46.6 Types of Rate Redetermination Appraisals
46.61 Scheduled Rate Redeterminations
46.62 Catastrophic Damage Rate Redeterminations.
46.63 Environmental Modification Rate Redeterminations
46.64 Contract Extension Rate Redeterminations
46.65 Rate Redeterminations with Contract Modifications

47 SPECIAL APPRAISALS
47.1 Damage Appraisals
47.2 Trespass Appraisals
47.3 Timber Property Appraisals
47.4 Timber Settlement Appraisals

48 TIMBER SALE APPRAISAL REPORT
48.1 Appraisal Report

49 SELLING VALUE AND COST COLLECTION

FOREST SERVICE HANDBOOK
Washington, D.C.

FSH 2409.18 - TIMBER SALE PREPARATION HANDBOOK

Amendment No. 2409.18-99-8

Effective March 5, 1999

POSTING NOTICE. Amendments are numbered consecutively by Handbook number and calendar year. Post by document name. Remove entire document and replace with this amendment. Retain this transmittal as the first page of this document. The last amendment to this Handbook was Amendment 2409.18-99-7 to 2409.18,40 Contents.

This amendment supersedes Amendment 2409.18-96-2 to FSH 2409.18,40-45 and Amendment 2409.18-96-3 to FSH 2409.18,46-49.

| Document Name | Superseded (Number of Pages) | New |
|---|---|---|
| 2409.18,40-45 | 21 | - |
| 2409.18,46-49 | 13 | - |
| 2409.18,40 | - | 1 |

Digest:

Chapter 40 - Makes minor corrections in spelling, punctuation, and style practices throughout the chapter. Substantive changes are as follows:

40.2 - Added coding and a caption for an objective for appraisals.

40.5 - Added definitions used in timber appraisal.

44 - Updates the required information to be entered into the Timber Information Manager system (TIM) at Gate 3 and provides direction on approval of a certification form generated by TIM.

45.11 - Added direction to choose appraisal points where the manufacturing facility is capable of processing the end product that is being appraised.

45.12 - Removes the restriction on using transaction evidence appraisals in Alaska.

45.2 - Removes the restriction on using transaction evidence appraisals in Alaska.

45.3 - Direction related to roll-back factors is moved to sec. 45.32.

Digest--Continued:

45.31 - Clarifies the basis for changing the length of the base period and adds direction for allocating bid premiums to species and products.

45.32 - Includes direction formerly in sections 45.3 and 45.33 on the use of the roll-back factor and adds guidance on the range of appropriate factors.

45.33 - Adds direction to avoid using percentage changes in lumber market index to estimate market change in stumpage values. Direction related to roll-back factors is moved to sec. 45.32. Adds direction for establishing triggering mechanisms to identify when the roll-back factor should be changed, based on rapid market changes.

45.35 - Adds direction for the appraisal of species and products that have a negative value.

45.36 - Recodes section and adds direction that sale quality is a factor that must be reflected in transaction evidence appraisals.

45.4 - The caption for this section was changed.

45.42 - This section was formerly coded 45.43 and the caption was changed. Adds direction on including timber property value as part of base rates. Adds new direction for calculating base rates to cover regeneration costs.

45.43 - This section was formerly coded 45.42. Adds new direction for making rate adjustments to compensate for deficit species.

46.61 - Removed the exception for scheduled rate redeterminations in Alaska.

46.62 - Removed obsolete direction on emergency rate redeterminations and replaced it with direction (formerly in sec. 46.62a) on catastrophic damage rate redeterminations. Clarified exhibit 01, 46.62.

46.63 - Recodified from 46.62b.

46.64 - Recodified from 46.62c. Removed obsolete material related to extending timber sales without contract provision C(CT)8.23.

46.65 - Recodified from 46.62d.

49 - Revises direction related to selling value and cost collection for transaction evidence appraisals.

MIKE DOMBECK
Chief

CHAPTER 40 - SALE PLAN IMPLEMENTATION (GATE 3) AND APPRAISAL

40.2 - Objective. To estimate fair market value of the timber in a sale area (36 CFR 223.60). The appraised rate is the Forest Service's estimate of fair market value.

40.5 - Definitions.

1. Adjusted Base Period Price. The base period price after adjustment for differences in average sale characteristics, timber quality, and markets. It is the value that is further adjusted by the roll-back factor to develop the indicated advertise rates. This is the value at which timber is sold in direct, negotiated sales.

2. Advertised Rates. The minimum acceptable bid rates for timber (A(T)5) which are the rates at which timber is advertised. They are the indicated advertised rates, as adjusted, so that all advertised rates are at least as high as base rates.

3. Appraisal Zone. A geographic area. A zone may encompass a Region, a National Forest, a group of Ranger Districts, or combinations thereof. The zone boundary is usually determined by haul distance, species composition, timber quality, market area competition, or logging methods.

4. Appraised Value. The estimated fair market value of standing timber that will be converted to commercial products, such as lumber or pulpwood.

5. Base Period. The time period used for identifying competitive sales for determining the base period price.

6. Base Period Price. The value that is representative of the average bid price of the sales in the base period. It reflects the average sale characteristics of the base period sales and is the starting point of appraisal.

7. Base Rates. The lowest rates of payment for timber which are authorized by the contract (A(T)5). Base rates are the minimum rates (FSM 2431.31b); or the Knutson-Vandenberg deposits for essential reforestation, plus timber property value, plus $0.25 per hundred cubic feet (CCF); whichever is higher.

8. Bid Premium Rates. The amounts by which the purchaser bids in excess of the advertised rates (A(T)5). Bid premium rates remain constant during the term of the contract.

9. Bid Rates. The contract rates bid by the timber sale purchaser, exclusive of required deposits (A(T)5). These rates may be subject to escalation (FSM 2434 and C(T)3.2).

10. Comparative Rates. Determination of stumpage value by comparison with stumpage rates received by comparative bids on similar sale areas (sec. 45.5).

11. Cost Adjustment. Adjustments to the base period price to reflect operating cost differences between the base period sales and the sale being appraised. These adjustments are for differences in logging cost, specified road construction cost, haul cost, and other costs that significantly affect value differences between timber sales.

12. Fair Market Value. The value at which property (timber) would change hands between a willing and knowledgeable seller to a willing and knowledgeable buyer, neither under compulsion to sell or buy and both having reasonable knowledge of the relevant facts. In addition to type, quality, and quantity of timber, it reflects the time of sale, the highest and most profitable use, the location, a reasonable time to find a purchaser, and an open and competitive market. It can be viewed as an estimate of market value which reflects the price an operator of average efficiency who is able to pay that price and retain sufficient profit to maintain long-run operations.

13. Indicated Advertised Rates. The estimated value of the timber after accounting for all differences between the sale and the sales in the base period, any market adjustments, and the roll-back factor. If necessary, this value is adjusted to increase it to base rates.

14. Market Adjustment. An adjustment to the appraisal data, so that it represents current market conditions.

15. Minimum Rates. The lowest rate at which the Forest Service may sell timber, except to provide, under contract provision B(T)3.32, for removal of insect-infested, diseased, dead, or distressed timber following catastrophic damage or with an administrative use sale or permit under 36 CFR 223.2.

16. Quality Adjustment. An adjustment to appraisal data to reflect differences in timber quality between the base period sales and the sale being appraised.

17. Rate Redetermination. An adjustment of bid rates to reflect current appraised values. The rate redetermination may be necessary because of contract extension, contract modification, catastrophic damage, or other reasons.

18. Risk Adjustment. An adjustment to the appraisal data to reflect unusual conditions not reflected in market, quality, or cost adjustments and that are tied to uncertainties surrounding the sale.

19. Roll-Back Factor. A downward adjustment of the adjusted base period price to develop the indicated advertised rates. In the appraisal process the roll-back factor is intended to: 1) set advertised rates at a level to capture sufficient competition for the establishment of an actual fair market value, 2) compensate for

possible changes in the market between the base period and the bid date, 3) reflect differences in sale conditions that may not have been reflected in the appraisal, 4) allow for the risk that timber volumes, sale characteristics, or values may be mis-stated in the appraisal, and 5) allow for the risk that markets or other economic conditions may change during the period of the contract.

20. Standard Rates. The lowest rates at which the Forest Service may sell timber without a supporting appraisal calculation (FSM 2431.31a).

21. Stumpage Value. The value of uncut timber.

22. Timber Property Value. The cost of manufacturing a product from a standing tree. This cost is added to the stumpage value of the standing tree (FSM 2469.03; sec. 47.3).

23. Unusual Adjustment. An adjustment to the appraisal data to reflect known unusual conditions, not reflected in other market, quality, or cost adjustments.

41 - SALE PLAN AND APPRAISAL. These activities include the implementation of the sale plan that was prepared at Gate 2 and the timber sale appraisal which initiates Gate 4.

42 - QUALITY CONTROL. Provide for review of sale preparation work by competent, experienced specialists. The review must determine that sale preparation followed the sale implementation plan and other resource protection requirements or guidance for sale preparation. The review must include on-the-ground review of quality and compliance with environmental analysis for a sample of the sales as determined by the appropriate line officer.

43 - TIMBER SALE ROADS. See FSM 2432.35 and FSM 7700 for principal direction on road policy as applied to timber sales.

43.1 - Timber Sale Contract Roads. Timber sale contracts may authorize construction of both specified and temporary roads.

Transportation planning requirements include planning for road needs prior to the sale. Document needs for forest development roads on the National Forest transportation plan. Document existing and proposed forest development roads in the timber sale project proposal or project file. Indicate in the timber sale project proposal or project file the amount of construction, reconstruction, and/or temporary roads that will be needed for the timber sale.

43.2 - Temporary Roads. Temporary roads include those roads needed only for the purchaser's use for a given timber sale(s), such as roads used to haul timber from landings to permanent forest development roads. The Forest Service and purchaser must agree upon the location, resource protection requirements for road construction, clearing widths, and closure or rehabilitation requirements. Temporary roads are not constructed to serve long-term future uses and must be closed prior to closure of the timber sale (FSM 2432.35b).

43.3 - Specified Roads. See FSM 2432.34a for the prescribed locations, standards, and specifications used in a timber sale contract.

Designate as part of the National Forest transportation system those roads needed beyond the sale period for fire protection, slash disposal, planting, future timber management, or other resource activities (FSM 7703). Locate specified roads to serve all the resources involved, facilitate completion of the remainder of the transportation system, fit the terrain, and prevent damage to improvements and resources.

As provided in 36 CFR 223.38, purchasers may not be required to bear costs needed to meet road standards higher than a standard needed to be consistent with applicable environmental laws and regulations or a road standard higher than is required for the harvesting and removal of timber on the sale. The regulation also establishes a limit on the standards of roads for which costs are charged against the timber. While a higher standard may increase the construction cost, it may also decrease log haul and road maintenance costs. In this case, purchaser credits may finance the higher standard road.

When use of a higher standard road does not decrease log haul and maintenance costs by an amount greater than or equal to the increased cost of constructing a higher standard road, do one or more of the following:

1. Verify the need for proposed roads and construction standards by reviewing the land management and transportation plans.

2. Redesign the proposed sale (go back to Gate 2) to obtain volumes of timber and traffic commensurate with the higher standard road.

3. Finance the construction of the road with appropriated funds.

4. Finance the road construction with a combination of purchaser credit and other construction funds. When this is done, the prospectus and bid must include special wording to allow both small and large business concerns to elect to have the Forest Service construct the higher standard road. The purchaser's share should exceed 60 percent of the total road construction cost.

5. For reconstruction projects, reconstruct the road with Forest Service funds. Require a deposit for the purchaser's share of reconstruction costs. The amount chargeable to purchaser credit is the reconstruction cost of the road that would result in the lowest total transportation cost for the sale. Use appropriated construction funds to finance the portion of the road above the amount chargeable to purchaser credit. Limit this option to cases in which the purchaser's share is less than 30 percent of the total road reconstruction cost.

6. Consider stage construction if the previous criteria listed in paragraphs 1 through 5 cannot be met. The initial sale may include a seasonal limitation if the road is to be constructed to a low standard. Provide for completion of the construction through subsequent sales or appropriated funds.

43.4 - Construction Standards. A variety of construction standards may apply for the specified roads associated with an individual sale. Design roads to a standard consistent with the intended uses established in Gate 2. Consider safety, cost of transportation, and impacts on the land and resources.

43.41 - Landings. Consider log landings as temporary and separate facilities.

Include log landings as a specified road requirement when they meet all of the following conditions:

1. When constructing the landing and the road simultaneously would reduce cost and soil disturbance.

2. When logging system planning has confirmed the need to locate the landing on the specified location.

3. When the landing lies on or immediately adjacent to the road. The road and landing must result in a contiguous cross section. To the extent possible, locate landings to coincide with turnouts, borrow areas, and turnarounds.

4. When the landing area is to remain a permanent part of the road.

43.42 - Bridges and Culverts. Install permanent culverts in long-term, constant service facilities. Purchasers may furnish materials and construct permanent bridges and major culverts (over 35 square feet end area) where:

1. The structure is necessary for timber harvesting and the estimated cost does not exceed the estimated cost to furnish materials for and construct, remove, and dispose of a temporary structure of untreated materials.

2. A temporary structure would not:

   a. Meet best management practices or other local standards,

   b. Meet water quality and fish habitat needs or mitigate adverse impacts,

   c. Permit adequate control of erosion during construction and removal, or

   d. Meet appropriate safety standards.

3. The sizes and types of structures are reasonable and within the construction capability of prospective purchasers or available subcontractors.

Use appropriated funds to provide materials or cash payments to cover the difference in estimated costs between the designed structure and the structure needed for the individual sale.

- Reconstruction. Include road reconstruction necessary to accommodate traffic rated by an individual timber sale, to provide a facility adequate to accommodate c that existed before the sale, and to accommodate future traffic. Finance with opriated funds the cost of the reconstruction attributable to traffic other than that the timber sale.

43a - Deposits for Reconstruction. Deposits for reconstruction engineering services econstruction and construction engineering) and actual reconstruction may be quired of timber purchasers on National Forest System lands (36 CFR 212.5(d)(3) d the National Forest Roads and Trails Act of October 13, 1964 6 U.S.C. § 537)). This authority does not apply to new construction, maintenance, or elated engineering services. See FSM 7720.31 and 7720.32 for descriptions of reconstruction and construction engineering.

To determine if reconstruction deposits may be collected, the following requirements must be met:

1. The reconstruction must be necessary to accommodate the purchaser's use of the road. This requirement will be met if the timber sale contract specifies road reconstruction and the reconstruction engineering services are necessary to accomplish the reconstruction, including construction engineering to assure that the contract reconstruction requirements are fulfilled.

2. A determination, as required by Title 16 of the United States Code (16 U.S.C. § 537), must be made by the appropriate line officer that reconstruction engineering services or actual reconstruction by the timber purchaser is "not practical." A determination of "not practical" is met if:

a. The potential timber purchasers do not have the employees, consultants, or contractors with the skills, knowledge, or equipment to accomplish the work;

b. More than one timber purchaser is required to do work on the same segment of road during the same period; or

c. An analysis shows that the potential timber purchasers' cost to accomplish the reconstruction engineering services exceeds the Government's cost to accomplish the same work. In making this analysis, coordinate with potential timber purchasers to obtain information concerning their capability and costs for reconstruction engineering services.

43.43b - Collection and Use of Deposits for Reconstruction Engineering Services.

1. Deposits may be collected for reconstruction engineering services on timber sales that require road reconstruction. Do not require deposits for reconstruction engineering services (DRES) on timber sales that are estimated to have ineffective

purchaser credit at or after award, or if the engineering services are so minor that the cost to make collections would exceed collections. Administrative Forests may poll DRES funds.

2. Base the DRES on an estimate of direct expenses needed to accomplish the work for that sale. Do not include engineering administration or administration support in the DRES estimate. Do not base the estimate on a cost per hundred cubic feet or on Forest or Regional averages for this same type of work. The sample cost estimate worksheet shown in exhibit 01 may be used to summarize the estimates.

3. Collect only for reconstruction engineering services that occur after the National Environmental Policy Act decision for the timber sale project. Do not include costs of reconstruction engineering services that must be performed by the Government, such as transportation planning, preparation of Government cost estimates, preparation of payments, and inspecting and accepting the purchaser's materials and work. Also, do not include engineering services in support of new construction or maintenance.

4. Include an estimate of the administrative overhead assessment in DRES collections. Use the process established for "CWFS-Other" (Cooperative Work, Forest Service - Other) accounts to estimate overhead assessments (FSH 1909.13, ch. 40).

5. Use C provision, C(T)5.121# - Deposits for Reconstruction Engineering Services, for collection of DRES funds. Provide adequate detail to track exactly what the deposit covers and a schedule of dates when Government engineering activities that affect the timber purchasers operating plan, such as survey, design, and slope staking, will be completed.

6. Credit DRES to the Timber Sale Account as earned Purchaser Credit (provision B(T)4.21).

7. Place DRES collections in the "CWFS-DRES" account established specifically for reconstruction engineering services. Establish the management code on the Automated Timber Sale Account (ATSA) Regional Table R0601. Fund ID 56 CWFS-DRES (Deposit for Reconstruction Engineering Services) is established on the ATSA Service-wide Table S0600. As a minimum, establish one account for each administrative Forest having DRES collections.

8. Use current year Forest Road Program (FRP), Salvage Sale Funds (SSF), or other appropriate funds to cover reconstruction engineering services until the "CWFS-DRES" account for reconstruction engineering services receives sufficient DRES funds to cover the expected work. This process should establish a self-sustaining fund.

9. Analyze "CWFS-DRES" account balances, by administrative Forest, annually as of September 30, to determine if any funds exceed projected needs. Determine the estimated cost of remaining work eligible to be performed on current and projected timber sales. Compare the estimated cost of the remaining planned work to be performed using "CWFS-DRES" funds with the projected available balance in the applicable fund account. See exhibit 02 for an example analysis. Transfer projected surplus in excess of $100 to Miscellaneous Receipt Account 123220. If a deficit is projected, use FRP, SSF, or other appropriate funds as indicated in previous paragraph 8 to meet the predicted need for DRES and to balance the "CWFS-DRES" account.

## 43.43b - Exhibit 01

### Sample Cost Estimate Worksheet for Reconstruction Engineering Services

PRECONSTRUCTION ENGINEERING: Engineering work and expense of preparing investigations, designs, contract documents, and estimates.

| Work Activity | Estimate ($) |
|---|---|
| 1. Transportation planning. (All work in support of NEPA analysis and decision.) | 1/ |
| 2. Engineering investigations, studies and reports, reconnaissance, and location. (post-NEPA) | 1,700 |
| 3. Preliminary location surveys. | 3,000 |
| 4. Soils, foundations, and materials investigations, surveys, and tests. | 1,900 |
| 5. Preliminary and final designs. | 2,600 |
| 6. Preliminary and final drawings, specifications, and estimates of quantities and cost. | 700 |
| 7. Preparation of Government cost estimate. | 1/ |
| 8. Final location surveys staked on the ground. | 1,100 |
| 9. Rights-of-way surveys, plans, and descriptions. | 2,300 |
| 10. Other (describe) | 0 |

43.43b - Exhibit 01--Continued

CONSTRUCTION ENGINEERING: Reconstruction engineering services and expense of setting out, controlling, inspecting, and measuring a Forest development transportation facility.

| | |
|---|---|
| 1. Construction surveys to establish line and grade for the work, to control the work, and to measure quantities. | 1,200 |
| 2. Redesigning, adjusting, and changing the plans and specifications to meet encountered conditions. | 700 |
| 3. Inspecting and controlling operations for compliance with plans and specifications. | 1/ |
| 4. Inspecting and testing materials to be installed. | 1/ |
| 5. Inspecting and measuring completed work. | 1/ |
| 6. Processing payments and accepting materials and work. | 1/ |
| PRECONSTRUCTION AND CONSTRUCTION | |
| ENGINEERING SUB-TOTAL | 15,200 |
| OVERHEAD | 4,400 |
| TOTAL | 19,600 |

1/ Do not include entries. This work must be done by the Forest Service and, therefore, a collection is not appropriate.

43.43b - Exhibit 02

Reconstruction Engineering Services Fund Balance Analysis

| | |
|---|---|
| FOREST Big Falls | FY 1999 |
| 1. Unobligated balance as of 9/30 of prior year. | $ 100,000 |
| 2. Known collections through September of prior year not yet shown on the unit financial statement. | $ 5,000 |
| 3. Total available funds as of end of prior fiscal year. (Item 1 + Item 2) | $ 105,000 |
| 4. Forest program funding needs. | |
| a. FY 1998 Actual program needs. (obligated for year just completed) | $ 90,000 |
| b. FY 1999 Planned program needs. (current year plan) | $ 85,000 |
| c. FY 2000 Planned program needs. (next fiscal year - planned program) | $ 95,000 |
| d. Total (Items 4a + 4b + 4c) | $ 270,000 |
| e. Three-year average (Item 4d divided by the number 3) | $ 90,000 |
| 5. Sustained program level (Item 4e times 1.5) | $ 135,000 |
| 6. Excess or [deficit] balance (Line 3 less Line 5) | $ [ 30,000] |
| 7. Available to transfer (positive balance on Line 6) | $ 0 |

43.43c - Collection and Use of Deposits for Actual Reconstruction.

1. Actual reconstruction that involves a single timber sale is accomplished through specified road requirements of the timber sale contract (provision C(T)5.2).

2. Deposits may be collected for actual reconstruction that involves several timber sales. This is sometimes referred to as "merged" funding because the deposits for actual reconstruction (DAR) from several sales may be merged to reconstruct a road required for each of the individual timber sales. Advance approval by the Regional Forester is required to implement a "merged" funding strategy to insure the availability of appropriated road funding in the event that DAR funding is not available from any of the timber sales. Generally, work "merged" from several timber sales is accomplished through a Public Works Construction Contract.

3. Include an estimate of the administrative overhead assessment in DAR collections. Use the process established for "CWFS - Other" accounts to estimate overhead assessments (FSH 1909.13, ch. 40).

4. Use C provision, C(T)5.122# - Deposits for Actual Reconstruction, for collection of DAR funds. Provide adequate detail to track exactly what reconstruction these deposits cover and a date when the reconstruction will be completed and available to the timber purchaser.

5. Credit DAR to the Timber Sale Account as earned purchaser credit (provision B(T)4.21).

6. Place DAR collections in a separate "CWFS-DAR" account established at the administrative Forest, specifically for each road reconstruction project having DAR collections. Establish the management code on the ATSA Regional Table R0601. Fund ID 57 CWFS-DAR (Deposit for Actual Reconstruction) has been established on the ATSA Service-wide Table S0600.

7. Transfer funds pooled in a "CWFS-DAR" account that exceed the cost of the actual reconstruction to Miscellaneous Receipt Account 123220.

8. If the actual expenses for overhead, public works contract, overruns, changes, and/or claims, attributed to DAR exceed the amount collected, use FRP, SSF, or other appropriate funds to meet the additional needs.

43.44 - Specifications. Use "Forest Service Specifications for Construction of Roads and Bridges." Include specifications for construction and reconstruction of roads to provide a safe, usable facility and to minimize impacts on lands and resources at least cost.

43.5 - Small Business Road Option. See Title 36 of the Code of Federal Regulations §223.84 (36 CFR 223.84) and the National Forest Management Act of 1976 for information concerning the small business road option.

43.6 - Contributed Funds. Careful planning of road construction may avoid deficit sales. Deficit sales are defined as sales where the indicated advertised rate is less than the base rates.

The maximum amount of contributed funds to plan at the time of sale advertisement is half the difference between base rates and indicated advertised rate, when base rates are the greater of the two. In addition, this maximum amount should not exceed 50 percent of the estimated specified road construction cost. The Forest Service shall decrease the amount of contribution by an amount equal to the bid premium.

Use of contributed funds can include the cost of furnishing construction materials, such as surfacing or culverts, or may be used as a credit to the timber purchaser's Timber Sale Account.

When contributed funds provide credits to the purchaser's Timber Sale Account, identify the contributed funds with specific contract pay items. Make credits to the purchaser's Timber Sale Account in installments as the purchaser completes the work funded by contributed funds.

43.7 - Use of Existing Roads. A purchaser may use National Forest System roads when the use does not damage the roads or resources and when safe hauling can result. Ensure the purchaser includes in the timber sale operating plan a list or a map showing the specific roads scheduled for use in the purchaser's operations.

Do not authorize purchaser's use of unsafe existing roads, unmaintainable roads, or roads that are unrestorable to a safe and/or maintainable condition. Follow the specific instructions for prohibiting or limiting National Forest timber sale traffic as stated in FSM 7731 and FSH 2409.15, Timber Sale Administration Handbook.

43.71 - Off-Highway Haul. Use off-highway haul as the basis for road design and appraisal where it occurs as common local practice, where it would enhance safety for other traffic, and where it would result in the lowest transportation costs. Where the use of construction costs to accommodate off-highway trucks applies, reflect the economy of the operation in the haul cost estimates. If part of the haul to market must use a State or county road system, include cost estimates for reloading and trucking at maximum weights and widths permitted on the State or county road system.

43.8 - Maintenance of Forest Development Roads by Purchasers. Road maintenance should perpetuate the transportation facility to allow it to serve its intended management purposes: protect the investment, environment, and adjacent resources; provide for user safety; meet applicable air and water quality standards; and provide for user economy. In preparing the sale package, ensure that the appraisal and contract require only the purchaser's fair share of maintenance. Maintenance does not substitute for reconstruction.

43.81 - Construction Versus Maintenance. A specified road assumes the status of an existing road upon acceptance. Prior to acceptance, consider care and use of specified roads as a construction requirement. Purchaser credit does not finance maintenance.

43.82 - Contract Requirements. Include as maintenance requirements in the timber sale contract any work needed on roads not currently maintained for commercial use (usually roads in maintenance levels 1 and 2 (FSM 7732.11)). Be sure the work meets the definition of maintenance and consists of low-risk items that are easy to estimate and have little chance of changing.

43.9 - Timber Access Policy. (FSM 2431.8).

44 - TRACKING AND REPORTING - GATE 3. Specify individual timber sales if more than one sale was included in the timber sale project plan prepared at Gate 2 because tracking from Gate 3 to Gate 6 is for individual timber sales. Tracking at Gate 3 consists primarily of adequate marking of required work in the field and retention of supporting documentation for contract preparation. The Timber Information Manager system (TIM) will generate a certification report, titled "Timber Sale Summary," which is the final action at this gate.

The responsible line officer for the timber sale shall certify on a certification report (generated by TIM), titled "Timber Sale Summary," that states: "This National Forest timber sale has been fully prepared in accordance with 36 CFR 223.30 and is consistent with the forest plan and applicable NEPA decisions. In addition, this sale is still feasible based on forest plan objectives, financial efficiency, and salability to potential purchasers (FSH 2409.18, sec. 24)."

44.1 - Documentation. Documentation includes, but is not limited to, the following:

1. Cruise design.
2. Cruise results.
3. Marking guides.
4. Other resource surveys and data.
5. The TIM certification form, "Timber Sale Summary".
6. Presale cards, cutting unit cards, or aerial photos used by field people.

44.2 - Sale Tracking and Reporting. Incorporate into TIM the information developed or updated at Gate 2. The following information is appropriate:

1. Sale number and name.
2. State and county.
3. Legal description of the sale.
4. Salvage status and percent of salvage volume.
5. Sale objective codes.
6. Cruise volume data.
7. Cutting and payment unit descriptions.
8. Contract species names and conversion factors.

Update the estimated miles of specified road construction and reconstruction, and the estimated bid date for the timber sale in TIM.

Enter or update the required data for timber sale activities into the Forest Service Activities Tracking System (FACTS) to track the activities on timber sale projects and timber sales.

45 - APPRAISAL PRINCIPLES AND METHODS.

45.1 - General. Appraisal of National Forest timber is based on several key principles.

45.11 - Appraisal or Marketing Point. Determine the appraisal or marketing point at the most advantageous location from the transportation standpoint. Consider all costs and values as if the specified roads were in place, and identify the marketing location that will develop the highest appraised or advertised rate. Two factors to consider are:

1. Most Advantageous Appraisal Point. If a transaction evidence appraisal uses haul cost as a variable, an appraisal point must be selected. An appraisal point is the location where raw materials or products can or could be sold. Choose an appraisal point where the manufacturing facility is capable of processing the end product that is being appraised. For example, do not appraise to a location that produces only rough lumber when the base period appraisal data reflects primarily the production of finished lumber. The appraisal point is most advantageous when total transportation costs, including road construction, are less than other possible appraisal points. If a suitable processing plant is unavailable, select a location that has a large enough timber supply to cover plant depreciation if a plant were at that location. Be sure to support these appraisal point selections with a justification statement in the timber sale report.

2. Most Advantageous Transportation Route. Determine haul costs on the basis of the most advantageous route to the selected appraisal point. Select the most advantageous route from the logging system and transportation system analysis. If the most advantageous route is under private control, appraise the route on the basis of the appropriate right-of-way procurement action. Where other public access adequate for competitive bidding is available, use the most advantageous route, even if it is subject to private control. Also, consider estimates for maintenance and traffic management with current road use.

45.12 - Methods. The transaction evidence appraisal (TEA) system is approved as the primary method for appraising stumpage values. Subject to approval by the Chief, other appraisal methods, such as residual value appraisal or independent estimates based on average investments, may be used (36 CFR 223.60).

45.2 - Residual Value. The Regional Forester shall ensure that direction for using residual value as the appraisal method is incorporated into the Regional appraisal handbook (FSH 2409.22) or issued as supplemental text to this handbook.

45.3 - Transaction Evidence. The transaction evidence appraisal (TEA) method is designed to estimate fair market value of timber based on bid rates of past timber sale transactions. The base data is compiled from sales sold competitively over a period of time known as the base period. The predicted bid value is the volume-weighted average of the bid values of the competitively sold timber sales during the base period. When appraising an individual timber sale, the predicted bid value is adjusted based on the differences in sale conditions, values, and costs between base period sales and the

conditions of the sale being appraised. The predicted bid value is then adjusted downwards with a roll-back factor to arrive at an indicated advertised rate (sec. 45.32).

Establish advertised rates so that the ratio of advertised values to bid values will be within the 70 to 85 percent range in competitive areas. The performance range may exceed 85 percent in non-competitive areas. This ratio is based on the previous 4 calendar quarters measured on a weighted volume basis (FSM 2422.1). If the advertised rates exceed 85 percent of bid rates in competitive areas, there is an increased tendency for forests to receive no-bid sales. When a forest's average advertised rates are less than 70 percent of bid rates the appraisal is doing a poor job of estimating fair market value.

45.31 - Base Period Data for Transaction Evidence. Transaction evidence methods normally use past sales history to establish values, sale conditions, costs, or other data for preparing transaction evidence appraisals. It is the responsibility of the Regional Forester to establish the normal base period length; to lengthen the base period to assure an adequate number of representative, competitive transactions; or to shorten the base period to respond more rapidly to market changes (FSM 2420.43). Update the data base quarterly by dropping sales data from the oldest quarter and adding sales data from the most recent quarter.

Timber sales are bid on either a unit rate, weighted-average rate, or total value basis. If timber sales are bid on a unit rate basis, bids values can usually be used directly in the base period data to estimate species and product values. If timber sales are bid on a weighted-average rate or total value basis, or if skewed bidding is apparent on unit rate bid sales, it is necessary to allocate the bid premium to species and products established on the sale. Direct use of the proportionate allocation that is used to establish contract rates is usually not appropriate, since, over time and repeated allocations, any inaccuracy in these contract values will be compounded. To allocate the bid premium, the relative stumpage value of each species-product combination must be determined. These relative stumpage values may be based on State taxation data, simple residual value analytical techniques, or other evidence of relative values. The relative stumpage values are used to proportion the bid to each species-product combination. If some species have negative values, follow the procedures in section 45.35.

45.32 - Roll-Back Factor. After adjusting the predicted bid for differences between the sales in the base period and the sale being appraised, the result is adjusted downwards using a roll-back factor to establish the indicated advertised rate. The downward adjustment is intended to:

1. Set advertised rates at a level to capture sufficient competition for the establishment of an actual fair market value,

2. Compensate for possible changes in the market between the base period and the bid date,

3. Reflect differences in sale conditions that may not have been reflected in the appraisal,