# EXHIBIT 3

# FOREST SERVICE HANDBOOK
# SOUTHWESTERN REGION (REGION 3)
# ALBUQUERQUE, NEW MEXICO

## FSH 2409.22 – TIMBER APPRAISAL HANDBOOK

## CHAPTER 10 – APPRAISAL SYSTEMS

**Amendment No.:** 2409.22-2002-1

**Effective Date:** August 01, 2002

**Duration:** This amendment is effective until superseded or removed.

**Approved:** LEONARD ATENCIO
Acting Deputy Regional Forester, Resources

**Date Approved:** 07/17/2002

**Posting Instructions:** Amendments are numbered consecutively by Handbook number and calendar year. Post by document; remove the entire document and replace with this amendment. Retain this transmittal as the first page(s) of this document. The last amendment to this Handbook was 2409.22-94-7 to chapter 40.

| | | |
|---|---|---|
| **New Document(s):** | 2409.22_10 | 7 Pages |
| **Superseded Document(s) by Issuance Number and Effective Date** | 2409.22,10<br>(Amendment 2409.22-94-5, 12/19/1994) | 11 Pages |

**Digest:**

11.3 - Base Period Prices - updates the calculation of the Base Period Price.

11.32 - Species - Product Identification - updates not allowing bidding of pulp.

11.33 - Development of Market Adjustment - updates calculation of Market Adjustment.

11.34 - Development of Quality Adjustment (QA) - updates Quality Adjustment.

11.46 - Unusual Costs - updates adjusting sawtimber for negative value of the pulp.

## 10.1 - Authority

Authority to appraise timber sales by transaction evidence is provided under Title 36, Code of Federal Regulations, Part 223.60, and has been directed by the Washington Office in FSM 2400, Timber Management and FSH 2409.18, Timber Sale Preparation Handbook.

## 10.5 - Definitions

1. R-3 Transaction Evidence Appraisal System. An appraisal system that uses advertised rates and bid rates for sales sold during the previous four to eight quarters to establish appraised values.

2. Base Period. The period of time used to identify sales to be used in establishing values and costs for transaction evidence appraisals. Normal base periods are the previous four quarters. The length of the base period may be increased or decreased to (1) obtain more reliable data for certain species-product groups and/or (2) make the appraisal system more responsive to changes in market conditions.

3. Base Period Prices. The price developed from base period sale data before making adjustments for changes in quality, markets, and individual sale conditions. The base period price (BPP) is the dollar amount which shall be used as a "base" price for a specific market period, and to which the rollback factor and specific sale adjustments (quality, haul distance, and so forth) shall be applied.

4. Adjusted Base Period Prices. This is the Base Period Price plus the Market Adjustment.

5. Competition Factor. Since, the BPP is the average bid price for all sales in competitive areas, it is assumed that 50 percent of the bids were below and 50 percent of the bids were above the average high bid; therefore, a factor is necessary to provide slack for bidding. Failure to provide a factor would theoretically over price one-half of the sales and inhibit bidding. A competition factor of 10 percent shall be used for sales in competitive areas and 5 percent for sales in non-competitive areas. The competition factor is applied to the Adjusted Base Period Price to determine the amount for this adjustment.

6. Competitive Areas. Areas are considered competitive if weighted average bid premiums are at 5% or greater for the base period. Competitive areas are determined quarterly based on the previous rolling four quarters data for each area. An area will usually be a Forest but can be split if there are two distinctly different areas on a Forest.

## 11 - TRANSACTION EVIDENCE APPRAISAL SYSTEM

This system uses volumes, advertised rates, bid rates, and certain costs for sales sold during the previous four to eight quarters to establish stumpage values. Base period prices are adjusted to reflect differences in quality, markets, and costs between base period sales and the sale being appraised to arrive at appraised stumpage prices.

### 11.2 - Base Period

A four-quarter rolling base period is used to develop:

1. Base period prices by species-product groups.

2. Average costs for haul, road maintenance, and slash disposal.

Normally, the most recent four quarters are used for the base period. There may be situations where a longer or shorter base period may be necessary to:

1. Obtain more reliable data for certain species-product groups and/or

2. Make the appraisal system more responsive to changes in market conditions.

Base period data is updated every quarter by dropping the oldest quarter and including sales sold during the most recent quarter. The Transaction Evidence Data Base used to develop base period prices, costs, and other appraisal information is maintained by the Regional Office, Timber Management.

### 11.21 - Sales Included in Base Period

The following guides are used to determine which sales are included in quarterly updates of the Regional Transaction Evidence Data Base:

1. Sales over $2,000 in appraised value, line 28, Form R3-FS-2400-17, Appraisal Summary Transaction Evidence, for which bids were accepted during the quarter. Sales with delayed award dates are included in the quarter in which bids were opened.

2. If a sale does not sell at the time of bid opening, but is subsequently reoffered and sold, it shall be recorded when sold.

3. Only sales from competitive areas shall be included in the Base Period Price.

Material not subject to competitive bidding procedures shall not be included in the base period. This would include negotiated sales, administrative use sales and sales within the Vallecitos Sustained Yield Unit.

## 11.3 - Base Period Prices

The Regional Transaction Evidence Data Base computes base prices on a weighted average basis for the following species-product groups:

| Sawlogs | Roundwood |
|---|---|
| Ponderosa Pine and White Pine | All species combined |
| Douglas Fir, True Fir, and Spruce | |
| Aspen | |

The Base Period Price is the weighted average high bid adding back in any road cost and unusual cost and subtracting any property value as well as adding or subtracting back in any adjustments to base rates that occurred during the appraisal.

## 11.31 - Adjustments to Base Period Prices

The base period price (line 7, Form R3-FS-2400-17) is adjusted for market changes (changes in value of product outputs), quality changes, and cost adjustments.

## 11.32 - Species - Product Identification

Group species prior to appraising the sale to avoid species-product groups involving minor volumes. When a coniferous species or species group represents the lesser of 100 CCF or 2 percent of the total sale volume, it may be included with a major species.

Appraise deciduous species and include them in timber sale contracts independently of conifers regardless of volume representation in timber sale.

Advertise minor species at the appraised rate, which shall not be subject to bidding when minor species represent:

1. Less than 25 percent of total sale volume on sales of 4,000 CCF and under.
2. The lesser of 15 percent of total volume or 2,000 CCF on sales exceeding 4,000 CCF.

Additionally, since pulp is not appraised, do not allow bidding on this product unless that is the only product in the sale.

This procedure avoids unreasonable or skewed bidding on minor volume.

### 11.33 - Development of Market Adjustment

Prices are developed as discussed under section 11.3, then adjusted to reflect market changes between base period and most recent quarter included in base period. Western Wood Products Association (WWPA) lumber price indices shall be used as an indicator of market changes. The market adjustment shall be determined using the following formula:

Market Adjustment = (( 1 – (WWPA / Avg. WWPA)) * BPP ) * (-1)

BPP = Weighted Average Base Period Price
WWPA = monthly Western Wood Products Association Index
Avg. WWPA = Weighted Average Western Wood Products Association Index

The market adjustment will be computed quarterly by the Regional Office and issued on an appraisal bulletin. A market adjustment will be done whenever the monthly WWPA indexes change by greater than 5% from the previous monthly WWPA index.

Market adjustments will be made to Ponderosa pine (PP) and White pine (WP), Douglas fir (DF) and True fir (TF), and Spruce (S) sawlog species groups.

### 11.34 Quality Adjustment (QA)

The Quality Adjustment (QA) is used to adjust a sale's value for the estimated quality (grade) of ponderosa pine lumber. Basis for the QA is rooted in value equations developed from the Eager Mill Study. These equations predict the selling value (lumber tally) for a tree based on tree DBH and grade (presence of one clear face). As the Result of a subsequent study, an adjustment was incorporated into the QA to reduce value for ponderosa pine trees 13.0-inches or less DBH.

The QA is calculated from quadratic equations that predict relative lumber value based on two sale parameters estimated from cruising: grade, and quadratic mean DBH.

Grade applies only to ponderosa pine sawtimber trees (9.0-inches DBH and greater). It is calculated as the percent of total net volume from trees having a clear grade face. A clear face means a clear panel one-quarter of the tree circumference, extending from a 1-foot stump through a 33-ft length.

Quadratic Mean DBH (QMDBH) is calculated on a weighted basis using tree net-volume.

QA can be calculated by hand, but the most common method is to use values produced by the National Cruising Software (NATCRS). The NATCRS key file has a specific section for coefficients needed to calculate the QA. These coefficients may be changed periodically and appropriate values are published in monthly TEA bulletins.

## 11.4 - Base Period Costs

Most transaction evidence appraisal costs are estimates of differences between average base period costs, and actual sale and costs. These costs are usually applicable to all sales. Actual costs for each sale sold during base periods are loaded into the Transaction Evidence Data Base to develop average base period costs for each variable. Weighted average costs for all sales sold during the base period are computed and published in the appraisal bulletin. The base period price is adjusted by the difference between the Regional average base period cost and the actual cost for the sale being appraised. These differences can be positive or negative.

Average base period costs will be maintained for the following variables:

1. Haul costs.
2. Road maintenance (system roads only).
3. Slash costs.
4. Skidding costs.
5. Temporary Road costs.

### 11.41 - Hauling

Establish haul costs using instructions in chapter 40. Haul adjustment will be the difference between base period average haul cost and sale haul cost.

### 11.42 - Road Maintenance

Develop allowance for road maintenance for each sale. Develop estimates using Regional and Forest guides and instructions in chapter 40.

### 11.43 - Slash Disposal

Develop slash disposal costs for each sale. Develop estimates using Regional and Forest guides and instructions in chapter 40.

### 11.44 - Skidding Costs

Develop skidding costs for each sale using regression equation direction in chapter 40.

## 5 - Temporary Road Costs

ds constructed by the purchaser and not designated as specified roads will be classified as nporary roads. Develop Temporary road costs for the sale using direction in chapter 40.

## .46 - Unusual Costs

n adjustment can be made for special sale conditions such as one to two percent of additional sk for special conditions, such as, fire salvage. Use of percentages greater than 2 percent for his requires Regional Forester approval. Develop estimates using instructions in chapter 40, section 46. Another example is for an adjustment for a mill not having a planer in lieu of appraising for green lumber haul to a planing facility (see section 41.5). Region 3 has multi-product sales where pulp or roundwood makes up a significant part of the volume. Since pulp is not appraised but uses the standard rate you need to reflect the adjustment of the rate for sawtimber due to the negative value of the pulp. Calculate the effect of this for the sawtimber and make that adjustment here for the sawtimber.

## 11.47 - Specified Roads

The specified road cost estimates developed by the Forest Engineer should include a profit and risk allowance, and cost for cutting and removal of right-of-way timber.

## 11.5 - Competition Factor

A competition factor of 10 percent will be used in competitive areas and 5 percent in non-competitive areas. (See appraisal bulletin)