# EXHIBIT 4

*******CUBIC BULLETIN**********CUBIC BULLETIN**********CUBIC BULLETIN********

T.E.A. APPRAISAL BULLETIN NO. 01 CY 01 1st (Jan)

| | | | | |
|---|---|---|---|---|
| BASIC DATA PERIOD | 349.72 | 349.72 | 367.04 | 349.72 |
| (1st Qtr. CY 2000 - 4th Qtr. CY 2000) | | | | |
| SPECIES CODE | (025) (204) | (093) | (122) | (740) |
| SPECIES | WF & DF | ES | PP | AS |
| WWPA - Dec 2000(97-98 basis) | 262.75 | 262.75 | 304.09 | 262.75 |

R-3 APPRAISAL AVERAGES

| | | | | |
|---|---|---|---|---|
| BASE PERIOD PRICE (ccf) | 45.67 | 45.67 | 7.25 | 0.73 |
| BASE COSTS (ccf): | | | | |
| HAUL | 40.51 | 40.51 | 40.51 | N/A |
| Rd. MAINT. | 2.69 | 2.69 | 2.69 | N/A |
| SLASH | 10.77 | 10.77 | 10.77 | N/A |
| SKID | 26.32 | 26.32 | 26.32 | N/A |
| TEMP RD. | 0.28 | 0.28 | 0.28 | N/A |

NOTE: Averages above are for the DATA PERIOD (1st Qtr. CY 00 - 4th Qtr. CY 00)

| | | | | |
|---|---|---|---|---|
| MARKET ADJ. (/ccf) | -11.36 | -11.36 | -0.57 | N/A |
| MINIMUM RATE | 4.35 | 4.35 | 7.25 | 0.73 |
| BASE RATE | 4.35 | 4.35 | 7.25 | 0.73 |
| HAUL (cost/ccf/RTM): | | | | |
| ON-Hwy | 0.085 | 0.085 | 0.085 | N/A |
| OFF-Hwy | 0.060 | 0.060 | 0.060 | N/A |
| DELAY (cost/minute) | 0.750 | 0.750 | 0.750 | N/A |

---

| | ALL SPECIES |
|---|---|
| ROUNDWOOD: | |
| BASE PERIOD PRICE | $1.00/mbf or $ 0.73/ccf |

USE A 10% ROLLBACK ON THE: APACHE/SITGREAVES,CARSON(except VFSYU), COCONINO,GILA,SOUTH and NORTH KAIBAB , SANTA FE AND THE TONTO.
USE A 5% ROLLBACK FOR ALL OTHER AREAS (THIS INCLUDES THE CARSON(VSYU), CIBOLA,CORONADO,LINCOLN, and the PRESCOTT).

APPRAISAL INFORMATION

THE DEC (1997-98 Basis) WWPA INDEX IS NOW IN EFFECT.
ALL SALES APPRAISED UNDER THIS BULLETIN WILL BE NEEDING TO USE VERSION 6.05 OF THE TEA APPRAISAL PROGRAM. FOR CRUISE REPORTS USE R3V6NAT, VERSION 6.5-R3.3. UPDATE THE KEYFILE COEFFICIENTS AS FOLLOWS:

PP/391,1000,000.0,399.39,42.909,0.990,0.0097
PP/392,1000,100.0,714.11,90.023,2.494,0.0249

THIS BULLETIN IS EFFECTIVE IMMEDIATELY AND MUST BE IMPLEMENTED 02-8-2001

PRICE TRENDS OF LUMBER FROM THE WESTERN PINE REGION

| | RM-PP (1997-98 BASIS) | | | WW (1997-98 BASIS) | | |
|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 1999 | 2000 | 2001 |
| JAN. | 342.09 | 382.32 | | 328.11 | 346.34 | |
| FEB. | 362.53 | 378.96 | | 339.49 | 346.94 | |
| MAR. | 367.06 | 367.58 | | 342.07 | 345.84 | |
| AVG. | (357.23) | (376.29) | ( ) | (336.56) | (346.37) | ( ) |
| APR. | 369.62 | 365.41 | | 343.50 | 330.12 | |
| MAY | 370.14 | 340.17 | | 356.90 | 321.59 | |
| JUNE | 385.89 | 323.27 | | 371.84 | 313.67 | |
| AVG. | (375.22) | (342.95) | ( ) | (357.41) | (321.79) | ( ) |
| JUL | 399.61 | 315.88 | | 401.38 | 307.38 | |
| AUG. | 408.10 | 298.15 | | 381.85 | 285.83 | |
| SEPT. | 367.97 | 297.27 | | 359.62 | 268.72 | |
| AVG. | (391.89) | (303.77) | ( ) | (380.95) | (287.31) | ( ) |
| OCT. | 373.50 | 307.33 | | 342.71 | 269.17 | |
| NOV. | 371.19 | 300.41 | | 339.58 | 267.34 | |
| DEC. | 374.89 | 304.09 | | 352.18 | 262.75 | |
| AVG. | (373.19) | (303.94) | ( ) | (344.82) | (266.42) | ( ) |
| CY AVG. | 374.35 | 333.67 | | 353.94 | 310.20 | |