# EXHIBIT 5

# FOREST SERVICE HANDBOOK
# SOUTHWESTERN REGION (REGION 3)
# ALBUQUERQUE, NEW MEXICO

## FSH 2409.22 – TIMBER APPRAISAL HANDBOOK

## CHAPTER 40 – OPERATING COST DETERMINATION

**Amendment No.:** 2409.22-94-7

**Effective Date:** December 19, 1994

**Duration:** This supplement is effective until superseded or removed.

**Approved:** CHARLES W. CARTWRIGHT
Regional Forester

**Date Approved:** 12/19/1994

**Posting Instructions:** Amendments are numbered consecutively by Handbook number and calendar year. Post by document; remove the entire document and replace with this amendment. Retain this transmittal as the first page(s) of this document. The last amendment to this Handbook was Amendment No. 2409.22-94-6 to chapter 40 contents.

| | | |
|---|---|---|
| **New Document(s):** | 2409.22_40 | 9 Pages |
| **Superseded Document(s) by Issuance Number and Effective Date** | 2409.22_40 | 9 Pages |

**Digest:**

40 - Revises direction throughout the chapter to incorporate changes to the Transaction Evidence Appraisals (TEA) system.

41.5 - Clarification of $10/CCF inclusion of Unusual Cost for green lumber haul.

44 - Caption changed from Logging Cost to Skidding Cost. Establishes direction for use of skidding cost formulas.

45 - Caption changed from Unusual Cost to Temporary Road Cost. Establishes direction for determining temporary road costs.

46 - Code and caption: 46 - Unusual Cost, moved from code 45. Clarification of $10/CCF adjustment for green lumber haul.

## 40.5 - Definitions.

1. Round Trip Minutes (RTM). The time in minutes required for a truck to make one round trip from the sale area to the mill, weighted in proportion to the volume to be hauled from various landings over each link.

2. Number of Lanes.
   a. Double Lane. A road with two lanes having widths greater than nine (9) feet each.

   b. Single Lane. A road with a traveled way plus shoulder width of less than 18 feet.

3. Surface Type.
   a. Paved Surface. A structure consisting of a base and surface course of imported aggregate with the surface particles bound with either asphalt or concrete to make a stable wearing surface. The total structure shall support loaded trucks under designed conditions without unacceptable deformation of the surface.

   b. Aggregate Surface. A structure consisting of a base and/or surface course of imported aggregate. The imported material can be crushed or pit run. However, the base and/or surface courses must be capable of supporting loaded trucks under design conditions without unacceptable deformation of the surface.

   c. Native Surface. A maintainable road surface without imported aggregate in the surface of base course. A native surface can have rock outcroppings exposed on the surface with some abrupt changes in elevation of up to 2 inches. The surface does not have to be in a condition that can be driven in comfort by a pickup or car. The season of use has to be limited to when the road surface can support loaded trucks without unacceptable damage.

4. Horizontal alignment. The horizontal alignment as a reflection of the speed a truck can maintain over a section of road is divided into the following four categories by a range of K factors. The K factor (measure of horizontal alignment) is the average radius of the curves between nodes divided by the number of curves per mile between nodes.
   a. Excellent alignment. K is greater than 100. Speed is the primary consideration in selecting alignment. Alignment is not greatly affected by topography. The minimum radius curve is approximately 600 feet (D=9o) and approximately 60 percent of the road length are tangents.

   b. Good alignment. K is less than 100 and greater than 50. Speed and efficiency are major considerations in selecting the alignment. The alignment is moderately affected by topography. The minimum radius curve is approximately 500 feet (19o) and approximately 40 percent of the length of the road are tangents.

c. Fair alignment. K is less than 50 and greater than 20. Topography and speed are both considerations in selection of alignment. The minimum radius curve is approximately 200 feet (28o) and approximately 15 percent of the road is tangents.

d. Poor alignment. K is less than 20. The alignment is strongly influenced by topography and environmental concerns. Speed is given only minor consideration. The minimum radius curve is 50 feet (115o) and there are few effective tangent sections.

5. Grade. Plus (+) grades indicate adverse hauls. Minus (-) grades indicate favorable hauls. An adverse grade results when loaded log trucks must climb a hill.

6. Link. A section of road with similar physical characteristics in number of lanes, surface type, horizontal alignment, and grade.

7. Node. A number at each end of a link used to identify the link and the direction of haul. Each section of road between the two nodes can be two links depending on the direction of travel of the loaded truck. A link numbered 8-12 indicates the loaded truck is traveling from node 8 to node 12. This direction may have an adverse haul. The same section of road numbered 12-8 indicates the loaded truck is traveling from node 12 to node 8 which would be a favorable haul and have a different round trip travel time than link 8-12.

8. Network. A series of links which identify all roads on which there is a practical possibility for a truck to use in hauling the timber from the landings on the sale to the mill.

9. Route. A specific series of links from the landing on the timber sale to the mill.

10. Weight Factor. The volume of timber to be hauled over a specific link by total volume of timber on the sale. This factor is used to determine the portion of the link's travel time to be included in the RTM.

11. Travel Time. The time in minutes per mile required for a truck to make a round trip over a 1 mile section of road.

12. Weighted Travel Time. The portion of the travel time on a link which will be included in the RTM. It is determined by multiplying the travel time in minutes per mile by the length of the link in miles and the weight factor.

## 41 - HAUL.

Log hauling cost shall be based on Round Trip Minutes.

### 41.2 - Determining Travel Times.

The travel time for various links shall be determined using one of the following methods:

1. Constructed Travel Times. Constructed travel times will be calculated using NAP and NETWORK II software. A network of links and nodes is input into the computer program along with data on hourly truck costs, road maintenance, road construction and road reconstruction costs. Truck cost per hour, volume per truck, regional average truck cost per minute and delay time per thousand board feet should be taken from the Transaction Evidence Appraisals (TEA) bulletin. The Network Analysis Program (NAP) User's Guide classifies roads based on surface type, number of lanes and alignment in chapter 8, table 1. The NAP program will calculate road grade based on elevations input for each milepost. NAP will calculate weighted round trip travel times with the information provided. The maximum speed that NAP will calculate is 55 miles per hour. If the legal speed limit is greater than 55 mph and logging trucks can achieve greater speeds, then that speed should be used up to the legal speed limit. The NAP handbook explainS in more detail how to use the NAP program.

2. Observed Travel Time. Determine travel times for a truck by observing both the times required for trucks to travel loaded and empty between two points. The time required for a truck to make the trip is the lapsed time. The preferred method for determining the lapsed time is to have an observer at each point. The time a truck arrives or leaves either selected points during a time period is recorded. Each truck has to have identifiable markings so recorded times can be associated with a specific truck. The lapsed time for any truck that makes a trip loaded or empty between the selected points can then be determined. With this method, the lapsed time for any trip all trucks make during a time period can be determined by two observers. A minimum of five observations for a truck traveling in each direction should be used to determine lapsed time. Observed travel speeds can be input into the Road Log portion of NAP. Observed travel speeds that are input into the road log information will override any travel speeds calculated by NAP.

Routine operating delays such as tightening binders, minor repairs by the driver, and traffic lights are to be included in the direct haul time. Non-operating delays such as lunch breaks, major breakdowns, and lost loads will not be included.

Observing travel time should be a continuing program on Forest. Observations should be made on existing sales for roads that may be used on future sales. Time for a proposed timber sale can only be obtained from records of observations made on prior sales.

When making observations of travel times, the route does not need to be broken into links as when constructing travel times. For example, if the travel times for links 4-5, 5-6, and 6-7 had been observed on a previous sale, this portion of the route could be considered one link and the observed travel time used. It would then not be necessary to construct the travel time.

## 41.3 - Determine Round Trip Minutes.

The NAP program calculates the round trip minutes for each sale area unit to the mill. The round trip minutes should include an average delay time of 52 minutes per round trip (for each

d). The program will also calculate the sale average haul cost for the sale as a whole. NAP handbook for instructions.

**Haul Rates.**

ppraisal bulletin lists appropriate rates for ON-Highway and OFF-Highway log haul. Use N-HWY rate for 80,000 Gross Vehicle Weight (GVW) limit loads and the OFF-HWY rate reater than 80,000 GVW loads where authorized under Title 36, Code of Federal ulations, Parts 261.12 and/or 261.54.

**5 - Rough Green Lumber Haul.**

praised for when the nearest mill doesn't have a planer or some other essential manufacturing pability. Haul costs are calculated to the nearest mill in the normal way. Next round trip inutes are calculated from the nearest mill to the nearest fully capable mill. Multiply round ip minutes between mills by .6 and add to the total round trip minutes for the sale. The round ip minutes between mills is called rough green lumber haul. Do not allow for delay time in ough green lumber haul. If the cost of rough green lumber haul by itself is greater than $10/CCF, then appraise without the green lumber haul and include a $10/CCF Unusual Cost (see section 46).

## 42 - ROAD MAINTENANCE.

Include C5.4#--Road Maintenance in all contracts requiring purchaser road maintenance. Following are documents to be used with C5.4# and instructions for their use:

1. Region 3 Standard Road Maintenance Specifications. The C5.4#--Road Maintenance provision makes Region 3 Standard Road Maintenance Specifications a part of the timber sale contract by reference. The instructions for each specification gives direction for its use. The cover sheet for the specifications and instructions titled "REGION 3 STANDARD ROAD MAINTENANCE SPECIFICATIONS" includes the revision date of specifications.

2. Special Road Maintenance Specifications. Develop special road maintenance specifications when maintenance work that is peculiar to individual roads will be required and this work is not covered by Region 3 Standard Road Maintenance Specifications. Bituminous surface repair or replacement and final treatment is work that may be covered by special specifications. Use of these specifications requires Regional Forester's approval. They should be submitted to the Regional Office for approval at least 45 days before sale advertisement.

3. Table I--Road Maintenance Summary and Specification List, Form R3-FS-2400-108. Use with C5.4#. Include standard and special road maintenance specifications for all work the purchaser is required to do. Do not include work that requires purchaser deposits.

4. Table II--Surface Stabilization Maintenance Plan, Form R3-FS-2400-109. Use with C5.4# only when surface stabilization is required by the contract.

5. Drawings Including Typical Details. Include drawings with typical details when it is necessary to show location, details, and dimensions of maintenance work to be performed.

6. Work Description Listings. Use when necessary to identify specific locations of work to be performed.

Prehaul maintenance on roads not currently being maintained for commercial use (usually roads in maintenance levels 1 and 2, FSM 7732.11) may be included in the timber sale contract as maintenance requirements provided the work:

a. Meets the definition of maintenance and;

b. Consists of low risk items that are easy to estimate, have little chance for quantity to change, or do not require sophisticated construction equipment such as major earth-moving equipment, compactors, large crawler tractors, or other heavy duty excavating equipment. Work such as removal of trees existing during the original construction and not removed, construction of a large number of new dips, installation of new culverts, widening of narrow travelways requiring a significant amount of earth work, and adding or extending turnouts is not considered maintenance and should be planned as reconstruction. Where an existing road includes a significant amount of this work, the road was originally constructed to a standard inadequate for timber haul. It should be considered as reconstruction and treated accordingly.

**42.1 - Cost Appraisal.**
Consider only those items listed in Form R3-FS-2400-108, Table I--Road Maintenance Summary and Specification:

List maintenance items requiring deposits when developing a road maintenance cost appraisal. Bituminous and aggregate surface replacement are normally performed by the Forest Service. When several timber purchasers are hauling over a road at the same time (or most of the use on a road is other than timber haul) it may be advantageous for the Forest Service to perform surface stabilization (dust oil). When the Forest Service performs this work, the purchaser(s) is required to take deferred road maintenance deposits.

Develop specific cost estimates for all maintenance work. Use the Southwestern Region Road Construction Cost Guide to prepare these estimates. When developing costs for maintenance work, determine equipment needed to do the job and consider all costs associated with completing the work. If specialized equipment is necessary to do small jobs, evaluate other ways to accomplish the work. Equipment normally used by maintenance crews include motor graders with scarifiers, backhoes (24-inch bucket), front end loaders (1.5 cubic yard (c.y.) bucket), dump trucks (10 c.y.), and crawler tractors 110 horse power net). Although compactors and grid rollers are special maintenance equipment, they may be required on aggregate surfaces with the use of T-803-2 and T-803-3.

Road maintenance costs should include:

1. Equipment (ownership and operating).

2. Labor, woods rates.

3. Material, if appropriate.

4. Traffic control, if appropriate.

5. If a road maintenance deposit is required, project costs ahead to midpoint of maintenance work.

6. Forest Service overhead. The timber sale road maintenance appraisal worksheet provides for this overhead cost.

7. Appropriate state taxes, if at the time of appraisal it is known that the work will be contracted.

### 42.11 - Surface Rock Replacement.

The Southwestern Region Road Construction Cost Guide lists wearability factors for different materials. The cost estimator should adjust these factors if judgment or local experience indicates that they will not be representative of what is expected.

### 42.12 - Surface Stabilization Analysis.

Make a detailed analysis to justify the use of surface stabilization on timber sale roads. This analysis should include, as a minimum, the following information:

1. <u>Project Description</u>. Location and name of project (timber sale).

2. <u>Project Proposal</u>. Application type, number, rate, and method for each road.

3. <u>Project Data</u>. Physical description, surfacing characteristics, and traffic use of each road.

4. <u>Project Evaluation</u>. Narrative evaluation of the safety, environmental, social, and economic aspects of surface stabilization.

5. <u>Cost Comparisons</u>. Comparison of haul, maintenance, surface rock replacement, and surface stabilization costs for all viable alternatives.

6. <u>Recommendation and Forest Supervisor's Approval</u>. Recommendation for approval is made by a Forest line or staff officer for the Forest Supervisor's approval.

## 42.13 - Timber Sale Road Maintenance Appraisal, Form R3-FS-2400-110.

Use this form to accumulate maintenance cost estimates for the Timber Sale Appraisal Report. Following are instructions for the completion of this form:

Column

1 Road number as listed in the Transportation Information System (TIS).

2 Length in miles of road or road segment.

3 Road surface type:
A - Paved
B - Gravel
C - Graded and Drained
D - Primitive

4 Volume of timber to be hauled over road or road segment.

5 CWFS. Deposits from purchaser for Forest Service maintenance. List in blank column headings the titles of standard and special road maintenance specifications not shown that will require purchaser deposits. If surface stabilization deposits are required, cross out the specification number (T-807 or T-808) that does not apply to this work.

6 Sum of CWFS maintenance in column 5.

7 Combined overhead of District, SO, RO, and WO. Use overhead factor in current Forest financial plan.

8 Column 6 times column 7.

9 Maintenance items to be performed by purchaser. List all items shown on Form R3-FS-2400-108, Table 1--Road Maintenance Summary and Specifications List. List in the blank column headings the titles of standard and special road maintenance specifications not shown that will require purchaser maintenance. If surface stabilization is required, cross out the specification number (T-807 or T-808) that does not apply to this work.

10 Sum of purchaser maintenance in column 9.

11 Sum of columns 8 and 10.

Items (1) and (2) - Divide Total CWFS Maintenance $ (item 8) and Total Purchaser Maintenance $ (item 10) at bottom of form by sale volume.

## - SLASH DISPOSAL.

evelop sale slash costs by using the cost constructed method. The total cost in wages, uipment use, overhead and supplies needed to complete the required work must be divided by e total sale sawtimber volume to arrive at sale slash cost (line 14 on Form R3-FS-2400-17, ppraisal Summary Transaction Evidence). Incorporate only slash costs associated with the awtimber volume. Sale condition adjustments are not allowed with pulp at this time. Therefore, it is not appropriate to include pulp slash costs here. Summarize slash disposal costs on Form R3-FS-2400-14, Slash Hazard Reduction Appraisal, and attach supporting details.

## 44 - SKIDDING COST.

Based on the Scoping Report for the Region-wide Forest Plan Amendments, Region Three will not be logging on slopes greater than 40% and therefore will not need to be doing any cable yarding. This category was renamed to Skidding adjustments and will be using CCF/Acre, CF/Tree and average external skid distance as data input to calculate the sale skidding cost using the following regression equation:

$$1.01258 \times (\text{CCF/Acre} \times .5)^{-.0705} \times (\text{CF/Tree} \times 5)^{-.21131} \times \text{Skid}^{.17986}$$

This gives you a factor that you need to multiply times the Regional average skid cost to get the skidding cost for the sale.

## 45 - TEMPORARY ROAD COST.

Temporary road has not been significant but can be on some sales. Temporary roads are roads only needed for this entry and will not be needed again in the future. If these costs are significant and adjustment can be made here by entering the sale cost for temporary roads.

## 46 - UNUSUAL COST.

Adjust for sale conditions that are unusual and not covered under other sale condition adjustments. This adjustment is a direct adjustment plus or minus. It is not like other sale condition adjustments, where cost is input and subtracted from the Regional average cost to get a minus or plus adjustment. This adjustment will primarily be a minus adjustment.

Some examples of adjustments that may be done here are:

Salvage - A normal profit and risk is incorporated into the base period price. An additional 1 to 2 percent is allowed for special circumstances (fire, insects, disease, required winter logging, and so forth). These special circumstances need to be documented in the appraisal report. Use the following formulae to calculate the additional risk:

U = [(12+P)/(112+P)(W)(OR)(CR)] - [(12)/(112)(W)(OR)(CR)]
U = Unusual Cost
P = Percent of additional risk (integer)
W = WWPA current index
OR = Overrun factor (PP=1.3 SP=1.36 MC=1.4)
CR = MBF/CCF conversion ratio

If the unusual cost is less than $2/CCF, then the cost is not significant enough to trigger any unusual cost adjustment. More than an additional 2 percent risk needs Regional Office approval. If you are dealing with a salvage, then net volume may also be adjusted based on estimates made during the cruise and intensive reconnaissance.

Green Lumber Haul - A $10/CCF cost adjustment can be made here in lieu of appraising for a green lumber haul when a mill does not have a planer (section 41.5).