# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131 C<br>Filed January 13, 2006 |

**ORDER**

The Court and counsel for the parties participated in a status conference on January 13, 2006 to discuss the Declaration filed January 10, 2006 by David P. Harris. In response to questions from the Court, Mr. Harris elaborated upon certain statements set forth in his Declaration. After Mr. Harris had done so, counsel for plaintiff stated that he believed he had sufficient information to respond to the Government's recalculations relating to the contracts to which section 1.iv. of plaintiff's Revised Statement of Plaintiff's Position with Respect to the Government's Recalculation of Damages, filed October 11, 2005 (Docket Entry No. 68), is applicable.

The parties then discussed the nature and timing of further proceedings in the case looking toward a ruling by the Court as to the amount of damages to which defendant is entitled in view of the Court's decision of October 29, 2004. 63 Fed. Cl. 635 (2004). Consistent with the Court's Order of October 20, 2005 (Docket Entry No. 71), the parties agreed that the issues raised by plaintiff's October 11, 2005 Revised Statement of Position with Respect to the Government's Recalculation of Damages could be resolved by further briefing without the need for a trial.

Plaintiff requested an opportunity to submit an opening brief more fully setting forth the arguments in support of the positions set forth in plaintiff's October 11, 2005 filing. The Court granted that request, and the parties agreed that plaintiff's opening brief shall be filed and served on or before **Monday, February 6, 2006.** The parties further agreed that defendant's responsive brief in support of its recalculations shall be filed and served on or before **Monday, March 6,**

**2006** and plaintiff's reply brief shall be filed and served on or before **Monday, March 20, 2006.**

The Clerk is directed to strike the earlier Order dated January 13, 2006 (Docket Entry 81) from the docket.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge