**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-131C<br>(Judge George Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE IN PAPER FORM ITS APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF QUANTUM**

Pursuant to Rule of the Court of Federal Claims 7(b), plaintiff, Precision Pine & Timber, Inc., respectfully requests that the Court grant it leave to file and serve its Appendix to Plaintiff's Motion for Summary Judgment on the Issue of Quantum in paper form, rather than electronically.

Plaintiff's Motion for Summary Judgment is currently due on February 6, 2006. The appendix to plaintiff's motion is already approximately 175 pages long, and may increase slightly as plaintiff finalizes its brief. Therefore, for the convenience of the Court and the parties, plaintiff respectfully requests that the Court permit the filing and service of plaintiff's appendix in paper form.

Respectfully submitted,

__s/Alan I. Saltman______________________

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
Bryan T. Bunting
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: February 2, 2006