# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed February 6, 2006

**ORDER**

On February 2, 2006, plaintiff filed Plaintiff's Motion for Leave to File in Paper Form its Appendix to Plaintiff's Motion for Summary Judgment on the Issue of Quantum. Plaintiff stated that the appendix to Plaintiff's Motion for Summary Judgment on the Issue of Quantum was approximately 175 pages long, and for this reason, plaintiff would prefer to file the appendix in paper form rather than electronically. Counsel for defendant informed the Court that defendant does not oppose plaintiff's motion. Plaintiff's Motion for Leave to File in Paper Form its Appendix to Plaintiff's Motion for Summary Judgment on the Issue of Quantum is GRANTED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge