# In the United States Court of Federal Claims

**02-131C**

**Filed: February 6, 2006**

**PRECISION PINE & TIMBER, INC.**

**v.**

**THE UNITED STATES**

APPENDIX TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
ON THE ISSUE OF QUANTUM

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.