BRB-

United States Department of Agriculture

Forest Service

# Timber Sale Contract

Purchaser PRECISION PINE & TIMBER INC.

Sale Name BROOKBANK

Award Date 04/13/95

Contract No. 001822

Region 03- SOUTHWESTERN

National Forest 01- APACHE-SITGREAVES

Ranger District 05-HEBER



FS-2400-13(7/70)

BRB-3

FS-2400-6T, Page 101 (10/73)

| | |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br>**TIMBER SALE CONTRACT**<br>(Applicable to Sales to be Measured Before Felling) | NAME OF PURCHASER<br>Precision Pine & Timber, Inc.<br>P.O. Box 70<br>Heber, AZ 85928 |

| NATIONAL FOREST | RANGER DISTRICT | REGION | CONTRACT NO. | |
|---|---|---|---|---|
| 01 Apache-Sitgreaves | 05 Heber | 03 Southwestern | 001822 | |
| SALE NAME | | SUBREGION | AWARD DATE | TERMINATION DATE |
| Brookbank Multiproduct Timber Sale | | | 04/13/95 | 12/31/97 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and Precision Pine & Timber, Inc. 1/ P.O. Box 70, Heber, AZ 85928 a corporation organized and existing under the laws of the state of Arizona. hereinafter called Purchaser.

2/ Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consists of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division CT-Special Provisions.

Superceded Mod # 3

**IN WITNESS WHEREOF**, the parties hereto have executed this contract as of the award date.

UNITED STATES OF AMERICA

BY Susan N. Ree

Contracting Officer

(Title)

Two Witnesses: 3/

__________
(Name)

__________
(Address)

__________
(Name)

__________
(Address)

* PRECISION PINE & TIMBER, INC.

(Purchaser) 4/

BY [signature]

* President

(Title)

* P.O. BOX 70

(Business Address)

HEBER, AZ 85928

I, 5/ Tonita Porter, certify that I am the __________ Secretary of the corporation named as Purchaser herein; that * who signed this contract on behalf of Purchaser, was then * of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

Tonita Porter

CORPORATE SEAL 6/

BRB-38

No adjustments in volume shall be made for variations in accuracy resulting from planned sampling and Measuring methods or judgments of timber quality or defect.

For payment purposes, corresponding revisions in volume and total payment shall be shown in AT5c for each Payment Unit involved. Purchaser Credit Limit shall not be adjusted, nor shall an adjustment be made to replace Effective Purchaser Credit lost because of adjustment in volume. Adjustment in rates will not be made; adjustment in volumes shall not obligate Forest Service to designate additional volume when the original volume estimate is overstated, nor shall the provisions of BT2.41 apply for increases in volume unless Sale Area Map shows Payment Units where Marking or Measuring is to be completed after date of sale advertisement.

WO-CT-4.211#

CT4.211# - Transfer of Purchaser Credit. (3/83) Upon Forest Service approval of Purchaser's written request, unused Effective Purchaser Credit earned after December 16, 1975, shall be transferred from this contract to Purchaser's other timber sale contracts within the same National Forest (36 CFR 223.3(m)). Transfers of less than $500 or transfer out of amounts needed to meet unfulfilled payment obligations under BT4.4 or CT4.4 will not be approved.

Effective Purchaser Credit transferred from this contract subsequently determined to be ineffective under terms of this contract shall be replaced by cash payments. Forest Service may, at its option, require that such payment be made under the contract which is using the Purchaser Credit. Purchaser Credit transferred to this contract which becomes ineffective under terms of the originating contract must similarly be replaced by cash payments either on this contract or the originating contract. The ineffective Purchaser Credit shall be returned to the originating sale unless payment is made on that sale.

The amount of Purchaser Credit which may be transferred into this contract is limited to $65,907.54. Purchaser Credit earned on this sale and subsequently transferred out may be replaced without regard to this dollar limit.

This limit may be adjusted pursuant to BT8.3. Any such adjustment shall be calculated in a manner consistent with the limit computation at time of sale.

Purchaser Credit transferred to this contract from other contracts may be used to meet charges for timber subject to BT4.2. Transferred Purchaser Credit shall be subject to the same restrictions as Purchaser Credit earned on this sale. Transfer of Purchaser Credit to or from Timber Sale Account shall be made monthly, or at longer intervals, as requested by Purchaser.

BRB-50

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment is not received by the Forest Service within 30 days after the date of issue as indicated on the Bill for Collection:

(1) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.

(2) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

(3) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (1) and (2). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

Payments will be credited on the date received at the location designated on the Bill for Collection.

WO-CT5.101#

CT5.101# - Road Completion Date (11/85). Construction of Specified Roads shall be completed no later than 7/20/95 except for earlier construction completion dates for roads listed below:

| Road | | Station | |
|---|---|---|---|
| Number | Name | From - To | Completion Date |
| N/A | | | |

Completion date is binding on party that constructs road, whether Purchaser or Forest Service. By written agreement, the completion date may be modified to conform to the approved plan of operation.

When Purchaser elects Forest Service construction of specified roads shown in sale advertisement, construction completion date may be adjusted by Forest Service when road construction is interrupted or delayed for causes which qualify for an adjustment of the completion date of the road construction contract. When qualifying interruptions or delays of road construction occur,

Superceded by Mod. 1

BCB-45

(2) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

(3) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (1) and (2). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

Payments will be credited on the date received by the designated depository or Collection Officer, at the designated address.

Forest Service remedies for Purchaser's failure to make payment for timber cut and other charges when due, except for accrual of interest, suspension of all or any part of the Purchaser's Operations and Administrative offset, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser file and prosecutes a timely claim under the Contract Disputes Act of 1978.

WO-CT4.41

CT4.41 - OTHER PAYMENTS NOT RECEIVED. (3/93) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When payment for charges other than those subject to CT4.4 is not received at the location designated by the Forest Service by the date allowed for receipt of payment as indicated on the Bill for Collection, Forest Service will suspend all or any part of Purchaser's Operations until payment is received. Such charges may be, but are not limited to: (a) damages pursuant to CT9.4, (b) ineffective Purchaser Credit, (c) road use fees, (d) Periodic Payments pursuant to CT4.264#, or (e) other mandatory deposits.

Except for Advance Deposits, failure to pay amounts due by the date allowed for receipt of payment as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payment as indicated on the Bill for Collection.

If the performance or payment is guaranteed by surety bond, the surety(s) will receive a copy of the written notification of the breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

BRB-94

(b) Forest Service constructs specified road - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification authorizing use of road.

(c) Payment Units - Purchaser must file a claim not later than 60 days after receipt of Forest Service written notification that Payment Unit has been accepted.

(d) All other - Purchaser must file any claims not later than 60 days after receipt of Forest Service written notice to purchaser that sale is closed.

WO-CT9.3

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

WO-CT9.4

BCB-95

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused Effective Purchaser Credit, plus any of the following applicable costs:

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calcuated and published by the Treasury Department in TFRM 6-8020-20) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale.

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

WO-CT9.41

CT9.41 - Failure to Execute Contract (4/94). The Purchaser's failure to execute and return this contract in conformance with the terms, conditions, and requirements contained in the Contracting Officer's letter of award shall constitute repufiation of Purchaser's bid and breach of this contract.

United States Department of Agriculture

Forest Service

# Timber Sale Contract

Purchaser PRECISION PINE & TIMBER

Sale Name WIGGINS MULTIPRODUCT

Award Date DECEMBER 2, 1998

Contract No. 020012

Region REGION 3

National Forest APACHE-SITGREAVES NF's

Ranger District CHEVELON-HEBER R.D.

☆U.S. GPO: 1993—722-086



FS-2400-13(7/70)

FS - 2400-6T, Page 101 (10/73)

| S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br>TIMBER SALE CONTRACT<br>(de to Sales to be Measured Before Felling) | | | NAME OF PURCHASER |
|---|---|---|---|
| NAL FOREST<br>Apache-Sitgreaves | RANGER DISTRICT<br>04 Chevelon | REGION<br>03 Southwestern | CONTRACT NO.<br>020012 |
| SALE NAME<br>Wiggins Multiproduct Sale | SUBREGION | AWARD DATE<br>December 2, 1998 | TERMINATION DATE<br>December 31, 2002 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and Precision Pine & Timber, Inc., P.O. Box 70, Heber, AZ 85928

hereinafter called Purchaser.

The Forest Service having advertised a sale at which either (1) Purchaser, whose required bid deposit is now held by Forest Service as an initial deposit, was the successful bidder, or (2) no bids were received and Purchaser having subsequently offered at least the minimum advertised price and made an initial deposit in the same amount as the bid deposit specified in the sale advertisement; and the parties hereto desiring to record their agreement; now therefore,

In consideration of the premises and the promises hereinafter contained, unless provided otherwise herein, Forest Service agrees to sell and permit Purchaser to cut and remove and Purchaser agrees to purchase, cut and remove Included Timber.

This contract consists of three Divisions: AT - Specific Conditions, BT - Standard Provisions, and CT - Special Provisions, together with Sale Area Map, Drawings and specifications for developments (if any) and such attachments as may be provided for in Division CT. Specific Conditions are numbered and apply to the Part, Section, Subsection, or Item of the Standard Provisions, as indicated hereunder. Other conditions of this contract are stated in Division CT-Special Provisions.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the award date.

UNITED STATES OF AMERICA
BY *Susan N. Kee*

Contracting Officer
(Title)

Two Witnesses: 3/

(Name)

(Address)

(Name)

(Address)

Precision Pine & Timber, Inc.
(Purchaser) 4/

*[signature]*

*President*
(Title)

P.O. Box 70, Heber, AZ 85928
(Business Address)

I, 5/ *Tonita Porter*, certify that I am the

Secretary of the corporation named as Purchaser herein; that * who signed this contract on behalf of Purchaser, was then * of said corporation; that said contract was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

*Tonita Porter*

CORPORATE SEAL 6/

*Superseded By Mod #2*

DA0021

released for cutting and for the estimated 10-day cut of designated material not included in AT2, Forest Service will suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received. Other charges include (a) slash disposal and road maintenance, (b) cooperative work at rates established by specific agreement under BT4.225, and (c) surface rock replacement.

Failure to pay amounts due by the date allowed for receipt of payments as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payments as indicated on the Bill for Collection.

If the payment is guaranteed by surety bond, the surety will receive a copy of the written notification of breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment, is not received by the Forest Service within 15 days of the date of issue as indicated on the Bill for Collection:

(a) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the Bill for Collection.

(b) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

(c) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (a) and (b). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (a) and (b).

Payments will be credited on the date received by the designated depository or Collection Officer, at the designated address.

Forest Service remedies for Purchaser's failure to make payment for timber cut and other charges when due, except for accrual of interest, suspension of all or any part of the Purchaser's Operations and Administrative offset, shall be stayed for so long as (a) a bona fide dispute exists as to Purchaser's obligation to make such payment, and (b) Purchaser files and prosecutes a timely claim under the Contract Disputes Act of 1978.

WO-CT4.41

CT4.41 - Other Payments Not Received. (3/93) Payments are due and payable on the date of issue as indicated on the Bill for Collection. When payment for charges other than those subject to CT4.4 is not received at the location designated by the Forest Service by the date allowed for receipt of payment as indicated on the Bill for Collection, Forest Service will suspend all or any part of Purchaser's Operations until payment is received. Such charges may be, but are not limited to: (a) damages pursuant to CT9.4, (b) ineffective Purchaser Credit, (c) road use fees, (d) Periodic Payments

pursuant to CT4.264#, or (e) other mandatory deposits.

Except for Advance Deposits, failure to pay amounts due by the date allowed for receipt of payment as indicated on the Bill for Collection shall be considered a breach under BT9.3, and the 30 calendar day notice period prescribed therein shall begin to run as of the end of business on the date allowed for receipt of payment as indicated on the Bill for Collection.

If the performance or payment is guaranteed by surety bond, the surety(s) will receive a copy of the written notification of the breach. Ten calendar days after issuance of written notification of the breach, demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment.

Pursuant to the Debt Collection Act, as amended (31 U.S.C. 3701, et seq.), if payment is not received by the Forest Service within 30 days after the date of issue as indicated on the Bill for Collection:

(1) Simple interest shall be assessed at the higher of the U.S. Treasury current value of funds rate, as published by the Secretary of Treasury in the Federal Register, or the rate established by the Secretary of Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611). Interest will begin to accrue as of the date of issue as indicated on the initial Bill for Collection.

(2) Debtors will be assessed administrative charges in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling and collecting delinquent debts.

(3) A penalty charge of 6 percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge will be in addition to the interest and administrative charges under paragraphs (1) and (2). Such penalty charge shall accrue from the date of issue as indicated on the Bill for Collection and shall be assessed on all outstanding amounts including interest and administrative costs assessed under paragraphs (1) and (2).

Payments will be credited on the date received at the location designated on the Bill for Collection.

WO-CT5.12#

CT5.12# - Use of Roads by Purchaser. (12/76) Purchaser's use of existing roads identified on Sale Area Map by the following codes is prohibited or subject to restrictive limitations, unless agreed otherwise:

| Code | Use Limitations |
|---|---|
| X | Hauling prohibited |
| R | Hauling restricted |
| U | Unsuitable for hauling prior to completion of agreed reconstruction |
| P | Use prohibited |

Purchaser's use of restricted roads (code R) shall be limited by restrictions stated in attached Restricted Road List.

(b) Forest Service constructs Specified Road - Purchaser must file any claim not later than 60 days after receipt of Forest Service written notification authorizing use of road.

(c) Payment Units - Purchaser must file a claim not later than 60 days after receipt of Forest Service written notification that Payment Unit has been accepted.

(d) All other - Purchaser must file any claims not later than 60 days after receipt of Forest Service written notice to purchaser that sale is closed.

WO-CT9.3

CT9.3 - Breach. (6/90) The Contracting Officer, with the concurrence of the Regional Forester, may terminate this contract for breach in the event Purchaser:

(a) is convicted for violation of criminal statutes, civil standards, or any other offense indicating a lack of business integrity or honesty that seriously and directly affects the responsibility of Purchaser pursuant to CT6.0;

(b) is convicted for a violation of criminal statutes or civil standards, orders, permits, or other regulations for the protection of environmental quality issued by a Federal agency, State agency, or political subdivision thereof in the conduct of operations thereunder on National Forest System lands, pursuant to CT6.0;

(c) files false information or makes false statements on bid forms or other documents to gain award of this contract;

(d) has engaged in a pattern of activity that demonstrates flagrant disregard for the terms of this contract, such as, but not limited to; repeated suspensions for breach pursuant to BT9.3; causing undesignated timber meeting Utilization Standards to be unnecessarily damaged, negligently, or willfully cut; or, causing other serious environmental degradation or resource damage.

(e) fails to remedy a breach of contract within time limits stated in BT9.3.

Damages due the United States for termination under this provision shall be determined pursuant to CT9.4.

WO-CT9.4

CT9.4 - Failure to Cut. (4/82) In event of (a) termination for breach or (b) Purchaser's failure to cut designated timber on portions of Sale Area by Termination Date, Forest Service shall appraise remaining Included Timber, unless termination is under CT8.2 or BT8.22. Such appraisal shall be made with the standard Forest Service method in use at time of termination.

Damages due the United States for Purchaser's failure to cut and remove Included Timber meeting Utilization Standards shall be the amount by which Current Contract Value, plus costs described below, less any Effective Purchaser Credit remaining at time of termination, exceeds the resale value at new Bid Rates. If there is no resale, damages due shall be determined by subtracting the value established by said appraisal from the difference between Current Contract Value and unused

Effective Purchaser Credit, plus any of the following applicable costs:

(1) The cost of resale or reoffering;

(2) Any increase in Purchaser Credit Limit allowance for unconstructed Specified Road facilities which are needed to harvest the remaining uncut volume. Such increases are limited to costs for constructing the road to the same standard and specifications required by this contract;

(3) If Purchaser has failed to cut individual trees in the portions of Sale Area cutover and there is no resale of such individual trees, Purchaser shall pay Forest Service for cost of felling and removal or

otherwise eliminating such uncut trees in addition to payment of damages described above, except for occasional trees not cut for reasons stated in BT6.4;

(4) The Government's loss caused by the delay in receipt of stumpage payments. Such loss will be measured by interest at the current rate being paid for borrowing by the United States (as calculated and published by the Treasury Department in TFRM 6-8025.2) on the unpaid contract value at Termination Date. Interest will be charged for the total number of months, or portions thereof from Termination Date until midpoint of the contract resale period, less any time in excess of 1 year needed to make the resale.

(5) Any increase in reforestation costs, including site preparation, seeding, and planting caused by Purchaser's failure to harvest Included Timber by Termination Date.

WO-CT9.41

CT9.41 - FAILURE TO EXECUTE CONTRACT. (5/98) The Purchaser's failure to execute and return this contract, or to provide the performance bond, with 30 days of the date of the Contracting Officer's letter of award constitutes a breach of the contract. The Purchaser's failure to correct the breach within any additional time set by the Contracting Officer constitutes a repudiation and material breach of the contract, and terminates the contract without further action by the Contracting Officer. Damages due the United States shall be determined in the following manner:

(a) the costs, as described below, incurred by the Forest Service in contacting the other qualified bidders regarding accepting the award of the contract at the high bidders repudiated rate; or,

(b) if the repudiated contract is reoffered within 6 months of the date of repudiation, damages shall be the difference between the total resale bid value and the total value of the Purchaser's repudiated bid, plus costs described below, or if there are no responsive bids on the reoffered contract damages shall be the difference between the reoffered appraised value and the total bid value of the Purchaser's repudiated bid, plus costs described below; or

(c) if the repudiated contract will not be reoffered or the reoffer is not made within six months of the Purchaser's repudiation, damages shall be the difference between the appraised value of this contract as of the date of the Purchaser's repudiation and the total value of the Purchaser's repudiated bid, plus the costs described below.