**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(d)(1) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the following proposed findings of uncontroverted fact in support of its motion for summary judgment on the issue of quantum.

1. Pursuant to clause CT 9.4 of the Brann multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $25,994.77. PA127.

2. Pursuant to clause CT 9.4 of the Brookbank multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $0.00. PA131.

3. Pursuant to clause CT 9.4 of the Gentry multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $35,029.56. DA32.

4. Pursuant to clause CT 9.4 of the Hutch-Boondock multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $2,278.72. PA138.

5. Pursuant to clause CT 9.4 of the Jersey Horse timber sale contract, the damages

owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $17,431.60. PA142.

6. Pursuant to clause CT 9.4 of the Lily multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $59,761.05. PA146.

7. Pursuant to clause CT 9.4 of the Manaco multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $0.00. PA150.

8. Pursuant to clause CT 9.4 of the Monument multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $70,845.50. PA154.

9. Pursuant to clause CT 9.4 of the O.D. Ridge timber sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $0.00. PA158.

10. Pursuant to clause CT 9.4 of the Saginaw-Kennedy multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $83,157.15. PA161.

11. Pursuant to clause CT 9.4 of the U-Bar timber sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $124,367.14. A164.

12. Pursuant to clause CT 9.4 of the Wiggins multi-product sale contract, the damages owed to the Forest Service as a result plaintiff's default, excluding interest and penalty charges, are $9,128.70. PA168.

13. Precision Pine did not request a transfer of the effective purchaser credit on the Brookbank multi-product sale contract until October 26, 2005. PA180. This was nearly five years after the Brookbank contract was terminated for default. See Precision Pine & Timber, Inc. v. United States, 62 Fed. Cl. 635, 638 (2004).

14. In early 2001, as required by clause CT 9.4, the Forest Service reappraised the Wiggins multi-product sale in accordance with the standard Forest Service methodology in use at the time. PA68.

15. Had the Forest Service resold the remaining timber on the Wiggins contract using informal bids, the cost savings would have been less than $100.00. PA166.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

March 6, 2006