**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131C (Judge George W. Miller) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT**

For the reasons set forth below, Precision Pine & Timber, Inc., respectfully requests that the date for filing its reply in support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment, which is arguably due on March 20, 2006, be enlarged by 3 days to and including March 23, 2006. This is plaintiff's first request for an enlargement for this purpose. Counsel for Precision Pine telephoned counsel for defendant early on the afternoon of March 16, 2006 and left a voice mail message seeking defendant's position with regard to this motion, however, that call has not been returned.

By order dated January 13, 2006, the Court issued a briefing schedule regarding the calculations in this matter that authorized an opening brief by plaintiff, a response by defendant and a reply by plaintiff. Plaintiff timely filed its opening brief to which defendant filed its timely response <u>and</u> a cross-motion for summary judgment. Defendant's cross-motion was not provided for by the Court's January 13, 2006 order, has added to the work that plaintiff must do and plaintiff would normally be entitled to 28 days pursuant to the Rule 7.2(e) of the Rules of the Court of Federal Claims within which to file its reply/response to a cross-motion for summary

judgment. However, because the legal issues in the matter appear to be fairly well identified, plaintiff only seeks an additional three days within which to file its reply/response brief.[1]

Accordingly, Precision Pine & Timber Inc., respectfully requests that the Court enter an order granting plaintiff a three day enlargement to March 23, 2006, within which to file its Reply in Support of Plaintiff's Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted,

s/ Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 16, 2006

[1]To the extent that the government also intends to file a reply brief in support of its cross-motion for summary judgment, Precision Pine wishes to be heard on whether such a filing is necessary and the time to be allowed for making such a filing.