# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 02-131 C |
| v. | Filed March 20, 2006 |
| THE UNITED STATES, Defendant. | |

**ORDER**

On March 16, 2006, plaintiff filed Plaintiff's Motion for Enlargement requesting a three-day enlargement of time within which to file its Reply in Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment, which plaintiff asserted was "arguably due" on March 20, 2006. Plaintiff stated that Defendant's Cross-Motion for Summary Judgment on the Issue of Quantum (Docket Entry No. 88), filed on March 6, 2006, was not provided for by the Court's January 13, 2006 Order (Docket Entry No. 82), and has added to the work that plaintiff must do in preparing its Reply in Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment. Plaintiff represented that it has not been able to determine defendant's position with regard to Plaintiff's Motion for Enlargement. In addition, plaintiff requested that to the extent that defendant intended to file a reply brief in support of its Cross-Motion for Summary Judgment, plaintiff be permitted to be heard on whether such a filing is necessary and the time to be allowed for making such a filing.

The Court's January 13, 2006 Order did not contemplate that either party would file a motion for summary judgment. However, on February 6, 2006, plaintiff filed Plaintiff's Motion for Summary Judgment on the Issue of Quantum (Docket Entry No. 85). On March 6, 2006, defendant filed Defendant's Response to Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment on the Issue of Quantum (Docket Entry No. 88).

The Court believes that because the parties have filed motions for summary judgment, Rule 7.2 of the Rules of the United States Court of Federal Claims ("RCFC") governs the time for filing. Therefore, the Court ORDERS that pursuant to RCFC 7.2(e), plaintiff's Reply in

Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment shall be filed and served on or before **Monday, April 3, 2006**. If plaintiff wishes to file and serve its Reply in Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment on March 23, 2006, as requested in Plaintiff's Motion for Engagement, it is plaintiff's prerogative to do so, but pursuant to RCFC 7.2(e), plaintiff's filing is not due until April 3, 2006.

The Court FURTHER ORDERS that pursuant to RCFC 7.2(c), defendant shall file and serve its Reply in Support of Defendant's Cross-Motion for Summary Judgment on the Issue of Quantum within 14 days after service of plaintiff's Reply in Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment. If plaintiff files and serves its Plaintiff's Reply in Support of its Motion for Summary Judgment and Response to Defendant's Cross-Motion for Summary Judgment on April 3, 2006, defendant's Reply in Support of Defendant's Cross-Motion for Summary Judgment on the Issue of Quantum shall be filed and served on or before **Monday, April 17, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge