# DEFENDANT'S SUPPLEMENTAL APPENDIX

REPORT OF TIMBER SALE (CCF)
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS (REF. FSM 2490)

REGION: 3 FOREST: 1 DISTRICT: 2 SALE NUMBER:401 QTR:3 FY:2001 STATE: 4 COUNTY: 17 SALE NAME:Wiggins II

COMPARTMENT:4080 SALE ACRES: 1100 HARV ACRES: 753 LEGAL DESCRIPTION:T13N,R13E COMPETITIVE FOREST: Y

BID DATE:07/11/2001 STATUS:1 SBA SET-ASIDE:N APP BASE PERIOD:6-01 ZONE:0 SALVAGE:N PRICING METHOD:1 PLANNED SAB COL:$ 0

TERM DATE:12/31/2002 CONTR DATE:07/16/2001 CONTRACT NO.:000000 CONTRACT FORM:3T CONTRACT OFF.:S METH OF SALE:S D REG.36CFR221: 6

| SPEC | SPEC CODE | PROD UNIT | CCF VOL | ADV RATES | STAT HI BID | HIGH BIDDER | 2ND BIDDER | 3RD BIDDER | 4TH BIDDER | 5TH BIDDER | 6TH BIDDER | 7TH BIDDER | 8TH BIDDER | 9TH BIDDER | 10TH BIDDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PP | 122 | 01 03 | 102 | 7.25 | 7.50 | 7.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| PP | 122 | 02 03 | 1029 | .73 | .73 | .73 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL/AVG | | 01/03 | 102 | 7.25 | 7.50 | 7.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL/AVG | | 02/03 | 1029 | .73 | .73 | .73 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

I CERTIFY THAT I HAVE PERSONALLY EXAMINED THE BID FOR THIS SALE AND THAT THIS IS AN ACCURATE RECORD THEREOF.

SIGNATURE

Don Holstrom

TITLE: CO DATE 07/11/2001

SUMMARY OF BIDDERS

| RANK | NAME | SBA CLASS | TOTAL BID VALUE |
|---|---|---|---|
| 1 | Ray Barber | W | 1516.17 |

remarks:

One Bidder-Volume went for Firewood

LIST OF ERRORS FOUND IN ABOVE SALE

DSA-001

2400-17 SUMMARY - TRANSACTION EVIDENCE (CCF) RUN DATE: 08/29/2001

REGION: 03 SUMMARY CHECKED BY: J.Martin
FOREST: Apache/Sitgreaves
SALE NAME: Wiggins II STARS ID: 1401 SALE ID: 03010240132001

| | | | | | |
|---|---|---|---|---|---|
| SPEC RD CONST (MI): | .0 | SPEC RD RECONST (MI): | .0 | ROAD COST: | 0 |
| ( 1) APPRAISED TO: HEBER | | HAUL MI: 58 RTM: 184 | | ESSENTIAL KV: | 0 |
| GROUND BASE VOL: | 102 | SKY/GROUND LEAD VOL: | 0 | AERIAL VOL: | 0 |
| GRND BASE SKID COST: | 35.14 | SKY/GRND LEAD YARD COST: | .00 | AERIAL YARD COST: | .00 |
| CCF/ACRE (GRND/BASE): | .1 | ROADS IN PLACE: N | | SALE WT.AVG. SKID-YARD COST | 35.14 |
| CF/TREE(GRND/BASE): | 5 | | | RMPP % GRADE (R-3): | .0 |
| SKID DIST (GRND/BASE): | 50 | | | LRF (R-3): | 5.8264 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 PRODUCT/UNIT | 1-3 | 2-3 | | TOTAL OR AVG | | |
| 2 SPECIES GROUP | PP | PP | | | | |
| 3 SPECIES CODE | 122 | 122 | | | | |
| 4 % BY SPECIES | -908.83 | 1008.83 | A | 100.00 | | |
| 5 spvol( CCF | 102 | 1029 | T | 1131 | | |
| 6 DBH (Inches) | 9.7 | 7.1 | A | 9.7 | | |
| 7 BASE PERIOD PRICE (BPP) | 7.25 | .73 | A | 14.61 | | |
| 8 MARKET ADJ | .19 | .00 | A | .19 | | |
| 9 ADJ BPP (7+8) | 7.44 | .73 | A | 14.80 | | |
| 10 BASE SKID-YARD COST | 28.19 | .00 | A | 28.19 | | |
| 11 SALE SKID-YARD COST | 35.14 | .00 | A | 35.14 | | |
| 12 SKID/YARD COST ADJ (10-11) | -6.95 | .00 | A | -6.95 | | |
| 13 BASE HAUL COST | 42.19 | .00 | A | 42.19 | | |
| 14 SALE HAUL COST | 15.21 | .00 | A | 15.21 | | |
| 15 HAUL COST ADJ (13-14) | 26.98 | .00 | A | 26.98 | | |
| 16 BASE RD MNT COST | 3.77 | .00 | A | 3.77 | | |
| 17 SALE RD MNT COST | 21.23 | .00 | A | 21.23 | | |
| 18 RD MNT COST ADJ (16-17) | -17.46 | .00 | A | -17.46 | | |
| 19 BASE SLASH COST | 7.74 | .00 | A | 7.74 | | |
| 20 SALE SLASH COST | .47 | .00 | A | .47 | | |
| 21 SALE SLASH ADJ (19-20) | 7.27 | .00 | A | 7.27 | | |
| 22 BASE TEMP RD COST | .23 | .00 | A | .23 | | |
| 23 SALE TEMP RD COST | .00 | .00 | A | .00 | | |
| 24 TEMP RD COST ADJ (22-23) | .23 | .00 | A | .23 | | |
| 25 QUAL ADJ (RMPP) | -105.27 | .00 | A | -105.27 | | |
| 26 UNUSUAL ADJ | .00 | .00 | A | .00 | | |
| 27 TOTAL ADJ | -95.20 | .00 | A | -95.20 | | |
| (Sum:12,15,18,21,24,25,26) | | | | | | |
| 28 PREDICTED BID (9+27) | -87.76 | .73 | A | -80.40 | | |
| 29 COMPETITION AMOUNT | .74 | .00 | A | .74 | | |
| 30 IND ADV RATES (28-29-34+36) | -88.50 | .73 | A | -81.14 | TV | -8276.28 |
| 31 BASE RATES + TPV (31+36) | 7.25 | .73 | A | 14.61 | | |
| 32 ADJ TO BASE RATES | 95.75 | .00 | A | 95.75 | | |
| 33 ADVERTISED RATES (30+32) | 7.25 | .73 | A | 14.61 | TV | 1490.22 |
| 34 SALE SPECIFIED RD COST | .00 | .00 | A | .00 | | |
| 35 BASE INDICES (MAR 01) | 94.14 | .00 | | | | |
| 36 TIMBER PROPERTY VALUE | .00 | .00 | A | .00 | | |
| MBF/CCF ratio: | .34380 | .50000 | | .34314 | | |
| TSA TABLE: | WWPAI | WWPAC | | | | |

*** Deficit Sale Increased: 9766.50 Ineffective Roads: .00

MBF = Thousands of Board Feet CCF = Hundreds of Cubic Feet
Bulletin: BULLETIN # 04 CY 01 REV. 23-DEC-1999

DSA-002

V

01502

Reotter & Resale

REPORT OF TIMBER SALE (CCF)
CONVERTIBLE AND NONCONVERTIBLE PRODUCTS (REF. FSH 2490)

REGION: 3 FOREST: 1 DISTRICT: 5 ~~1~~ SALE NUMBER:086 QTR:4 FY:2001 STATE: 4 COUNTY: 5 SALE NAME:JERSEY HORSE 2

COMPARTMENT:1541 SALE ACRES: 1920 HARV ACRES: 537 LEGAL DESCRIPTION:T11N, R15E COMPETITIVE FOREST: Y

BID DATE:11/28/2001 STATUS:1 SBA SET-ASIDE:N APP BASE PERIOD:6-01 ZONE:0 SALVAGE:N PRICING METHOD:3 PLANNED SAB COL:$ 37758

TERM DATE:12/31/2004 CONTR DATE:04/24/2002 CONTRACT NO.:020194 CONTRACT FORM:6T CONTRACT OFF.:S METH OF SALE:A REG.36CFR221: 6

| SPEC | SPEC CODE | PROD UNIT | CCF VOL | ADV RATES | STAT HI BID | HIGH BIDDER | 2ND BIDDER | 3RD BIDDER | 4TH BIDDER | 5TH BIDDER | 6TH BIDDER | 7TH BIDDER | 8TH BIDDER | 9TH BIDDER | 10TH BIDDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PP | 122 | 01 03 | 1139 | 49.33 | 75.76 | 75.76 | 51.33 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL/AVG | | 01/03 | 1139 | 49.33 | 75.76 | 75.76 | 51.33 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |

I CERTIFY THAT I HAVE PERSONALLY EXAMINED THE BID FOR THIS SALE AND THAT THIS IS AN ACCURATE RECORD THEREOF.

SIGNATURE

Korry Nedrow

TITLE: CO DATE 01/01/1900

SUMMARY OF BIDDERS

| RANK | NAME | SBA CLASS | TOTAL BID VALUE |
|---|---|---|---|
| 1 | Precision Pine & Timber | S | 86290.64 |
| 2 | Silver Creek Forest Prod | S | 58464.87 |

remarks:

LIST OF ERRORS FOUND IN ABOVE SALE

DSA-003

United States Department of Agriculture
Forest Service
R3 Regional Office
333 Broadway SE
Albuquerque, NM 87102
FAX (505) 842-3800
V/TTY (505) 842-3292

File Code: 2450
Date: November 16, 2001

Lorin D. Porter
President
Precision Pine & Timber, Inc.
P.O. Box 70
Heber, AZ 85928

Dear Mr. Porter:

Thank you for your letter of October 27, 2001, and your payment of the balance due on the O.D. Ridge Timber Sale Contract. I believe it is in the best interests of the United States to have as much competition as possible in timber sales. Therefore, pursuant to 36 CFR § 223.86, I conclude that it is in the public's best interest to allow Precision Pine to bid on the Jersey Horse II Timber Sale.

As to the rest of your letter, while I believe neither that Precision Pine's failure to provide a surety acceptable to the United States is out of your control, nor that the Court of Federal Claims opinion of July 30, 2001, in Precision Pine & Timber, Inc. v. The United States, No 98-720 C, provides you with a defense to your failure to provide an acceptable surety, the Forest Service is interested in resolving this situation and moving on.

You have suggested a meeting with agency and counsel regarding the damages you are requesting. I think a meeting on that subject would be very productive. Please have your attorney contact Jim Caine at the Department of Justice to set up a meeting date that is convenient to everyone, and let's see what we can resolve.

Sincerely,

/s/ David M. Stewart for
ELEANOR S. TOWNS
Regional Forester

cc:
Kerry Nedrow, A/SNF
James Caine, DOJ
FFH
Patricia Disert, OGC

DSA-004

**United States Department of Agriculture** **Forest Service** **Apache-Sitgreaves National Forests**

**P.O. Box 640**
**Springerville, AZ 85938-0640**
**(928) 333-4301 FAX: 333-6357**
**TTY: (928) 333-6292**

**File Code:** 2450-3
**Date:** December 6, 2001

Precision Pine and Timber, Inc.
P.O. Box 70
Heber, AZ 85928

CERTIFIED MAIL - RRR
# 7000 1530 0004 8994 1063

**Re: Jersey Horse II Timber Sale, Contract Number #020129**

Dear Sir:

On **November 28, 2001**, you were declared the apparent high bidder on the Jersey Horse II Timber Sale, Contract Number **#020129**. A performance bond in the amount of, **$8,700.00** will be required. Your bond may be secured with cash, corporate surety, deposited securities, irrevocable letter of credit, or assignment of savings account. Please inform me by **JANUARY 4, 2002,** which type of bond you will provide for this sale.

However, award of the sale will be withheld pending the outcome of a review to affirm your abilities as a responsible purchaser as requested in Title 36, Section 223.101 of the Code of Federal Regulations (36 CFR 223.101). This rule mandates that the Contracting Officer determine that a purchaser: (1) has adequate financial resources to perform the contract or the ability to obtain them; (2) is able to perform the contract within the contract period; (3) has a satisfactory performance record on timber sale contracts; (4) has a satisfactory record of integrity and business ethics; (5) has, or is able to obtain, equipment and supplies suitable for logging the timber and for meeting the resource protection provisions of the contract; and (6) is otherwise qualified and eligible to receive an award under applicable laws and regulations.

We request that you submit data that shows your financial ability to carry out this Timber Sale Contract. Although submission of the data is voluntary, 36 CFR 223.101 provides that we may withhold award of a timber sale until you submit a satisfactory showing of financial ability. In general, this demonstration of financial ability will require that you provide: (1) a showing that you have sufficient access to working capital to meet expected financial obligations over the next 12 months, and (2) a showing that your net worth, after consideration of potential default claims, is sufficient to sustain any future losses. You may use the enclosed Financial Statement, Form FS-6500-24, and Request for Verification, Form FS-6500-25, to submit the data. Please complete the forms fully or thoroughly explain any uncompleted parts. The following are steps you should take in establishing working capital, financial obligations, net worth, and projected gains and losses:

Step 1. If you have undergone a financial review by a Government agency in the last 12 months, another review may not be necessary. If a review has been done, then identify the agency, location, and date of the review, and we will let you know if additional information is needed. If a previous review has not been done, then proceed with step 2.

Step 2. If needed, identify all your affiliates by name and address. Describe the nature of the relationship, and how they are accounted for. In determining whether or not affiliation exists, consider the rule established in the Small Business Administration regulation at 13 CFR 121.103 that states, in part, that concerns are affiliates of each other when one concern controls or has the power to control the other or a third party or parties controls or has the power to control both. Factors such as ownership, management, previous relationships with or ties to another concern, and contractual relationships are considered in determining whether affiliation exists.

The following information is also required:

(1) For you and your affiliates, list all defaulted Federal (Forest Service, Bureau of Land Management, etc.) Timber Sale Contracts in the following format:

| Company Name | Timber Sale Name and Contract # | Agency | Damages Billed | Remaining Volume | Remaining Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

(2) Provide a credit report from a credit bureau for your company.

(3) List anticipated gains or losses on each current Timber Sale Contract, by year, including the sale at issue and sales of affiliates. Anticipated gains and losses are needed to assess your ability over the long run, to meet your existing commitments. We will assess this ability in connection with your company's and your affiliate companies' net worth and projected gains or losses, as well as your ability to meet payments for default damages.

(4) Submit a forecasted cash flow analysis that displays in detail the cash outlays and cash inflows expected to be experienced on the timber sale at issue, as well as all other sources and uses of cash for the period. This analysis should be of such detail that it identifies all sources and uses of cash. Include other business segments as well. The analysis must project realistic harvest and sale volumes for the period with related costs and income estimates. Your forecast should be compiled by an independent CPA and should follow the American Institute of Certified Public Accountant (AICPA) standards for "Accountant Services on Prospective Financial Information."

(5) Complete items 1 through 5 of the enclosed Request for Verification, Form FS-6500-25, and forward the form to financial and other institutions where you have assets, such as cash and securities on deposit, so they can confirm directly to us the amounts indicated on your financial statements.

(6) In addition, please provide narrative documentation regarding your plans to complete the terms of the Timber Sale Contract. Include information such as:

a) Whether the harvesting and all other contractual requirements will be completed by yourself or subcontracted;
b) If by subcontractor, the name of the subcontractor.
c) If by yourself, an inventory of logging equipment, and list of operators.
d) A copy of any log purchase agreements that you have with regard to this timber sale; and any other pertinent information.

Complete a separate Form FS-6500-24, Financial Statement, for you and each of your affiliates. In lieu of completing parts A, B, and C, attach a complete set of audited or reviewed financial statements for the last 3 complete fiscal years, which includes:

(1) A report by an independent Certified Public Accountant (CPA) on the financial statements;

(2) A balance sheet;

(3) An income statement;

(4) A statement of cash flow;

(5) Footnotes to the financial statements; and

(6) A report on the internal control structure by the independent CPA completing the audited or reviewed statements, if prepared.

If we are unable to make a positive financial ability determination with the information you provide, we will forward the information you do provide to the U.S. Small Business Administration (SBA) and will request a Certificate of Competency (COC) determination from that agency. Alternatively, you may request a COC from the SBA. In that case, you are responsible for providing the COC to me. In either case, you should prepare the Financial Statement, Form FS-6500-24 and submit it to me or to the SBA. If you are not familiar with the COC process administered by the SBA, please feel free to contact me.

Submission of this data is voluntary. However, as provided in 36 CFR 223.101 and as described earlier in this letter, a Timber Sale may not be awarded until a satisfactory showing of requested items is submitted.

Financial and other information provided in support of your financial ability determination must be full, accurate, and complete to the best of your knowledge. The penalty for making false statements is prescribed in 18 U.S.C. 1001. The principal purpose of the financial statement is to protect the public interest by a showing of your current financial ability to complete this timber sale contract. We shall make no other use of this information. The general public, employees of the Forest Service, and other agencies not having duties related to award of this contract shall not have access to this financial data, except as authorized or required by law or pursuant to your written permission.

The preceding requested information must be furnished to this office, not later than **January 4, 2002**.

Your bid guarantee in the amount of $5,700.00 will be retained until a determination has been made on your responsibility pursuant to 36 CFR 223.101. At that time, we will notify you and award the sale.

You may request in writing that your cash bid deposit of $5,700.00 be applied toward the amount of the down payment. If you elect this option, please make your request to me in writing by **January 4, 2002.**

In your bid form as submitted, your certificate of affiliation lists Precision Forest Mgmt. and TRRI as affiliates. Please supply the full name of TRRI by **January 4, 2002.**

As per 36 CFR 223.89, Relation to other Bidders, please provide a written statement explaining your relation to Silver Creek Forest Products, another bidder for this sale. A certified statement of stockholders or members, and the holders of bonds, notes, or other evidences of indebtedness, so far as known, is required. The statement should explain the extent of the interest of each in the bidder or applicant.

We appreciate your bid for this National Forest timber. If you have any questions regarding this matter, please call me at (928) 333-4301 or contact me at Apache-Sitgreaves Supervisors Office, P.O. Box 640, Springerville, AZ, 85938.

Sincerely,

/s/ Kerry Nedrow
KERRY NEDROW
Contracting Officer

Enclosures:
Financial Statement
Request for Verification (4)

cc: Resources, Alan Lucas, RO

United States Department of Agriculture | Forest Service | Apache-Sitgreaves National Forests | P.O. Box 640
Springerville, AZ 85938-0640
(928) 333-4301 FAX: 333-6357
TTY: (928) 333-6292

File Code: 2450-3
Date: January 28, 2002

Mr. Lon Porter
Precision Pine and Timber, Inc.
P.O. Box 70
Heber, AZ 85928

CERTIFIED MAIL – RRR
#7000 1530 0004 8994 2312

On November 28, 2001, you were declared the apparent high bidder on the Jersey Horse II Timber Sale, Contract #020129. Award of the sale was withheld pending outcome of a review to affirm your abilities as a responsible purchaser as required by 36 CFR 223.101. We requested that you submit data to show your financial ability to carry out the Timber Sale Contract, to be submitted by January 4, 2002. You requested a 10-day extension to provide the information, which was granted, and which made the due date January 14, 2002. It is now 60 days past the bid date, and we have not received the required information. Since we cannot make a positive financial ability determination, you may request a Certificate of Competency (COC) from the U.S. Small Business Administration. The address of the SBA for your jurisdiction is:

SBA/Government Contracting
Jim Gambradella Attn: COC
455 Market St., 6th floor
San Francisco, CA 94105-2420

The COC must be presented to me prior to February 28, 2002. In the case that it is not, this contract will be not be awarded.

Sincerely,

KERRY NEDROW
Contracting Officer

cc:
Resources
Alan Lucas, RO

DSA-0010