# Brann Contract – Penalty Interest Calculations

## Year One Calculations

***March 1, 2001 to February 28, 2002***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| $25,994.77 x 0.06375 = $1,657.17 | |
| Amount Billed plus Interest (excluding penalty) through Feb. 28, 2002: | $27,651.94 |
| Penalty @ 6.0% (year 1): | $1,659.12 |
| $27,651.94 x 0.06 = $1659.12 | |

## Year Two Calculations

***March 1, 2002 to February 28, 2003***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| Simple Interest @ 6.375% (year 2): | $1,657.17 |
| Amount Billed plus Interest (excluding penalty) through Feb. 28, 2003: | $29,309.11 |
| Penalty @ 6.0% (year 2): | $1758.55 |

$29,309.11 x 0.06 = $1,758.55

# Year Three Calculations

***March 1, 2003 to February 28, 2004***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| Simple Interest @ 6.375% (year 2): | $1,657.17 |
| Simple Interest @ 6.375% (year 3): | $1,657.17 |
| Amount Billed plus Interest (excluding penalty) through Feb. 28, 2004: | $30,966.28 |
| Penalty @ 6.0% (year 3): | $1,857.98 |

$30,966.28 x 0.06 = $1,857.98

# Year Four Calculations

***March 1, 2004 to February 28, 2005***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| Simple Interest @ 6.375% (year 2): | $1,657.17 |
| Simple Interest @ 6.375% (year 3): | $1,657.17 |
| Simple Interest @ 6.375% (year 4): | $1,657.17 |
| Amount Billed plus Interest (excluding penalty) through Feb. 28, 2005: | $32,623.45 |
| Penalty @ 6.0% (year 4): | $1,957.41 |

$32,623.45 x 0.06 = $1,957.41

# Year Five Calculations

***March 1, 2005 to February 28, 2006***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| Simple Interest @ 6.375% (year 2): | $1,657.17 |
| Simple Interest @ 6.375% (year 3): | $1,657.17 |
| Simple Interest @ 6.375% (year 4): | $1,657.17 |
| Simple Interest @ 6.375% (year 5): | $1,657.17 |
| Amount Billed plus Interest (excluding penalty) through Feb. 28, 2006: | $34,280.62 |
| Penalty @ 6.0% (year 5): | $2,056.84 |

$34,280.62 x 0.06 = $2,056.84

# Partial Year Six Calculations

***March 1, 2006 to November 1, 2006***

| | |
|---|---|
| Amount Billed (March 1, 2001): | $25,994.77 |
| Simple Interest @ 6.375% (year 1): | $1,657.17 |
| Simple Interest @ 6.375% (year 2): | $1,657.17 |
| Simple Interest @ 6.375% (year 3): | $1,657.17 |
| Simple Interest @ 6.375% (year 4): | $1,657.17 |
| Simple Interest @ 6.375% (year 5): | $1,657.17 |
| Simple Interest @ 6.375% (through Nov. 1, 2006): | $1,112.34 |

March 1 to November 1 = 245 days
245 ÷ 365 = 0.671
$25,994.77 x 0.06375 x (245/365) = $1,112.34

| | |
|---|---|
| Amount Billed plus Interest (excluding penalty) through Nov. 1, 2006: | $35,392.96 |
| Penalty @ 6.0% (partial year 6): | $1,425.42 |

$35,392.96 x 0.06 x (245/365) = $1,425.42

## Damages Summary – Brann

***March 1, 2001 to November 1, 2006***

| | Starting Balance | Plus Interest | Plus Penalty | Ending Balance |
|---|---|---|---|---|
| **Year 1 (2001-02)** | $25,994.77 | $1,657.17 | $1,659.12 | $29,311.06 |
| **Year 2 (2002-03)** | $29,311.06 | $1,657.17 | $1,758.55 | $32,726.78 |
| **Year 3 (2003-04)** | $32,726.78 | $1,657.17 | $1,857.98 | $36,241.93 |
| **Year 4 (2004-05)** | $36,241.93 | $1,657.17 | $1,957.41 | $39,856.51 |
| **Year 5 (2005-06)** | $39,856.51 | $1,657.17 | $2,056.84 | $43,570.52 |
| **Year 6 (to Nov. 1, 2006)** | $43,570.52 | $1,112.34 | $1,425.42 | $46,108.28 |

Note: The Forest Service sent a bill of collection regarding the Brann contract to Precision Pine on March 1, 2001. PA83-95. Pursuant to clause CT 9.4, the amount owed by Precision Pine as of March 1, 2001, was $25,994.77. Def.'s Proposed Findings of Uncontroverted Fact ¶ 1 (filed Mar. 6, 2006).