**Exhibit 1**

| | Length of period in days | Interest rate(per annum) | Interest rate(per day) | | principal | Principal plus accrued interest at the start of the period | interest for full period | interest at mid point of period | Principal plus interst accrued as of the mid point of the period | | 6% interest at daily rate | Penalty for the period at 6% per anum on interest plus interest accrued as of the mid point of the period | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| March 1, 2001 to Feb 28, 2002 | 365 | 0.06375 | 0.000174658 | | $ 25,994.78 | $ 25,994.78 | $ 1,657.17 | $ 828.58 | $ 26,823.36 | | 0.000164 | $ 1,609.40 | | |
| March 1, 2001 to Feb 28, 2003 | 365 | 0.06375 | 0.000174658 | | | $ 27,651.95 | $ 1,657.17 | $ 828.58 | $ 28,480.53 | | 0.000164 | $ 1,708.83 | | |
| March 1, 2001 to Feb 28, 2004 | 366 | 0.06375 | 0.000174658 | | | $ 29,309.11 | $ 1,661.71 | $ 830.85 | $ 30,139.97 | | 0.000164 | $ 1,813.35 | | |
| March 1, 2001 to Feb 28, 2005 | 365 | 0.06375 | 0.000174658 | | | $ 30,970.82 | $ 1,657.17 | $ 828.58 | $ 31,799.41 | | 0.000164 | $ 1,907.96 | | |
| March 1, 2001 to Feb 28, 2006 | 365 | 0.06375 | 0.000174658 | | | $ 32,627.99 | $ 1,657.17 | $ 828.58 | $ 33,456.57 | | 0.000164 | $ 2,007.39 | | |
| March 1, 2001 to November 1,2006 | 245 | 0.06375 | 0.000174658 | | | $ 34,285.16 | $ 1,112.35 | $ 556.17 | $ 34,841.33 | | 0.000164 | $ 1,403.20 | | |
| | | | | | | | | | | | | $ 10,450.14 | | |
| Total | | | | | **$ 25,994.78** | | **$ 9,402.72** | | | | | **$ 10,450.14** | | **$ 45,847.65** |

**This worksheet is submitted without prejudice to Precision Pine's position that interest and penalty can only be assessed from the date of the initial valid Bill for Collection and that interest must be computed based on the variable rate proscribed in the Contract Disputes Act.**