**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY IN SUPPORT OF THE SUPPLEMENTAL BRIEF SUBMITTED PURSUANT TO THE COURT'S OCTOBER 5, 2006, ORDER**

Pursuant to the Court's October 5, 2006 order, the United States submits this reply in support of its supplemental brief regarding the United States' cross-motion for summary judgment on quantum.

**ARGUMENT**

Contract clause CT 4.41 states that "a 6 percent *per annum* penalty will be assessed on any portion of a debt delinquent more than 90 days." E.g., PA3; DA23. This penalty accrues from the date the bill of collection was issued and is "assessed on all outstanding amounts including interest and administrative costs." Id. Accordingly, the calculations presented in our supplemental brief assess a *per annum* penalty of 6 percent on "all outstanding amounts" owed by Precision Pine. See Def.'s Supp. Br. at 1.

In its response, Precision Pine argues the United States should not base the penalty charge upon the outstanding debt "on the very last day of the year." Pl.'s Supp. Resp. at 2. Instead, according to Precision Pine, the charge should be based upon "the 'outstanding balance' as of the mid-point of the year." Id. The plain language of CT 4.41 simply does not support Precision Pine's approach. CT 4.41 specifically states that the penalty is to be "assessed on all

outstanding amounts" due – not the amount due six months earlier or the average balance due over the past year. Precision Pine's alternative for calculating the Debt Collection Act penalty charge should, therefore, be rejected.

**CONCLUSION**

For these reasons, as well as the reasons provided in the United States' previously-filed briefs, the Court should grant the United States' cross-motion for summary judgment on quantum.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

Attorneys for Defendant

OF COUNSEL:

Lori Polin Jones
Patricia L. Disert
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, D.C. 20250

November 15, 2006

**CERTIFICATE OF FILING**

I hereby certify that on 15th day of November, 2006, a copy of “DEFENDANT'S REPLY IN SUPPORT OF THE SUPPLEMENTAL BRIEF SUBMITTED PURSUANT TO THE COURT’S OCTOBER 5, 2006, ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington