# In the United States Court of Federal Claims

**No. 02-131 C**

**PRECISION PINE & TIMBER, INC.**

**AMENDED JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Errata filed December 26, 2006, and the Opinion and Order, filed December 22, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the defendant, United States, recover of and from the plaintiff, Precision Pine & Timber, Inc., the following amounts:

1. With respect to the Jersey Horse contract, Precision owes $17,056.01, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

2. With respect to the Saginaw-Kennedy contract, Precision owes $83,157.15, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

3. With respect to the Brann contract, Precision owes $25,994.78, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

4. With respect to the U-Bar contract, Precision owes $124,367.14, plus 1.0% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from the conclusion of this litigation, including the exhaustion of any appellate proceedings. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

5. With respect to the Monument contract, Precision owes $70,845.50, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

6. With respect to the Hutch-Boondock contract, Precision owes $2,278.72, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

7. With respect to the Gentry contract, Precision owes $35,029.56, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

8. With respect to the Wiggins contract, Precision owes $9,128.70, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

9. With respect to the Lily contract, Precision owes $59,761.05, plus 4.25% annual, simple, fixed interest accruing from April 28, 2005 until paid, and a 6.0% penalty charge accruing from April 28, 2005 until paid. The penalty charges shall be assessed annually upon the balance due, excluding previously assessed penalty charges, as of the final day of each annual period.

Brian Bishop
Clerk of Court

December 27, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.