**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CORRECT THE COURT'S OPINION AND ORDER, AND TO ALTER THE RESULTING JUDGMENT**

Pursuant to Rule 59 of the Rules of the Court of Federal Claims, the United States moves to correct the Court's December 22, 2006, Opinion and Order, and to alter the resulting judgment in this matter. The United States has consulted with counsel for plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), who has acknowledged an error in the decision regarding default damages owed on the Jersey Horse contract, but has declined to state definitively whether Precision Pine will or will not oppose the relief requested by this motion.[1]

**BACKGROUND**

The Court issued an Opinion and Order in this action on December 22, 2006.[2] The Court's opinion states that the "latest revised damages demanded by the Forest Service total $427,618.61, excluding interest and penalty charges." Opinion at 5. The Court also provides a contract by contract breakdown showing that the United States seeks $17,056.01 as the final,

---

[1] During a telephone call on December 27, 2006, plaintiff's counsel stated that Precision Pine would not oppose this motion. However, subsequently, plaintiff's counsel indicated that Precision Pine could not concur in the United States' draft motion even though it had "no problem in general agreeing to a motion to correct" regarding Jersey Horse. Defendant's subsequent attempt to resolve this matter amicably proved fruitless.

[2] The Court's Opinion and Order is cited in this motion as "Opinion at __."

revised damages figure for the Jersey Horse contract. Id. In fact, the United States determined that $17,431.60 is owed as default damages for the Jersey Horse contract and sought this amount in its cross-motion for summary judgment. Def.'s Cross-Motion For Summ. J. On The Issue Of Quantum at 4 (docket no. 88); see also Def.'s Proposed Findings Of Uncontroverted Fact ¶ 5 (docket no. 89).

On April 28, 2005, the United States filed a status report in this action that attached default damages calculations for each of the contracts at issue. See Def.'s April 2005 Status Report (filed April 28, 2005) (docket no. 58). Default damages for the Jersey Horse contract were determined to be $17,431.60. Id., Ex. F at 4 (docket no. 58-7). The summary table attached to the United States' status report, however, incorrectly used the figure $17,056.01 as the default damages for Jersey Horse. Id. Ex. A at 3. The United States filed final revised damages calculations on September 16, 2005. See Notice of Filing Revised Damages Calculations at 1 (filed Sept. 16, 2005) (docket no. 63). The September 2005 revision did not affect the default damages sought for Jersey Horse contract, which were once again correctly stated as $17,431.60. Id., Ex. A at 3 (docket no. 63-2) (corrected summary table).[3] Consequently, when the United States moved for summary judgment, the United States sought default damages of $17,431.60 for Precision Pine's default of the Jersey Horse contract. Def.'s

---

[3] Exhibit A to the United States' revised damages calculations provided a corrected summary of final default damages numbers and contained the correct $17,431.60 figure for the Jersey Horse contract. The interest and penalty calculations in Exhibit B, however, mistakenly used $17,056.01 as the principal for calculations for the Jersey Horse contract. Correct interest and penalty calculations were appended to the United States' cross-motion for summary judgment.

Cross-Motion For Summ. J. On The Issue Of Quantum at 4; Def.'s Proposed Findings Of Uncontroverted Fact ¶ 5.

Precision Pine did not contest the United States' proposed findings of fact and raised no challenge to the default damages calculations for the Jersey Horse contract. Accordingly, the Court's opinion should have ordered that judgment be entered in the amount of $17,431.60, plus interest and penalty charges, upon the Jersey Horse contract.

**CONCLUSION**

For these reasons, the United States respectfully requests that the Court alter the December 22, 2006 opinion and order to reflect default damages of $17,431.60 claimed and due upon the Jersey Horse contract. In addition, the United States respectfully requests that the Court direct the clerk to enter judgment in this amount, exclusive of interest and penalty charges, with respect to the Jersey Horse contract.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277
(202) 307-0972 (fax)

January 3, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on 3rd day of January, 2007, a copy of "DEFENDANT'S MOTION TO CORRECT THE COURT'S OPINION AND ORDER, AND TO ALTER THE RESULTING JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington