# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | No. 02-131 C |
| v. | Filed January 4, 2007 |
| THE UNITED STATES, Defendant. | |

**ORDER**

On January 3, 2007, defendant filed a motion pursuant to Rule 59(a) of the Rules of the United States Court of Federal Claims ("RCFC") to amend both the Court's Opinion and Order of December 22, 2006, and the corresponding judgment entered on the same date. In particular, the Government requests that the Court amend its Opinion and Order and the judgment to reflect that the principal amount owed by plaintiff on the Jersey Horse contract is $17,431.60 rather than $17,056.01, as stated.

In consideration of the foregoing, the Court ORDERS, pursuant to RCFC 59(b), that plaintiff file and serve a response to defendant's motion no later than **Wednesday, January 17, 2007**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge