**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-131C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CORRECT THE COURT'S OPINION AND ORDER, AND TO ALTER THE RESULTING JUDGMENT**

Now that plaintiff has had the opportunity to see the motion which the defendant has filed and it lays out in some detail the mistakes made by the defendant in setting out the amount of the damages sought on the Jersey Horse timber sale, plaintiff is able to indicate that it does not oppose the motion as filed. Had defendant provided plaintiff with a copy of this motion in advance of filing as plaintiff had requested, the motion could have been filed as unopposed.

Respectfully submitted,

s/ Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: January 4, 2007