# In the United States Court of Federal Claims

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131 C<br>Filed January 4, 2007 |

ORDER

On January 3, 2007, defendant filed a motion pursuant to Rule 59(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC") to amend the Court's Opinion and Order filed December 22, 2006, as amended by the Errata (docket entry 101) filed December 26, 2006, and the amended judgment entered December 27, 2006. In its motion, defendant advised the Court that defendant had in various filings mistakenly stated two different dollar amounts as the amount owed by plaintiff on the Jersey Horse contract, exclusive of interest and penalty charges. Certain filings stated the principal amount owed by plaintiff on the Jersey Horse contract as $17,056.01. Other filings stated the principal amount owed on the Jersey Horse contract as $17,431.60. Unaware of the discrepancy, the Court adopted the $17,056.01 figure in its Opinion and Order filed December 22, 2006. Defendant asserts that the correct figure was $17,431.60. On January 4, 2007, the Court ordered plaintiff to respond to defendant's motion. Later on that same day, plaintiff filed its response, advising the Court that it does not oppose the relief sought by defendant's motion.

In consideration of the foregoing, the Court GRANTS defendant's motion. The Opinion and Order is further amended in the following respects:

- On page 5, in the first sentence of the second full paragraph, delete "$427,618.61" and substitute "$427,994.20."
- Also on page 5, in the chart, delete "$17,056.01" on the line labeled "Jersey Horse" and substitute "$17,431.60."

- On page 24, in the paragraph numbered 1, relating to the Jersey Horse contract, delete "$17,056.01" and substitute "$17,431.60." This change necessitates a corresponding change in the amended judgment, as set forth below.

The Court directs the Clerk to further amend the amended judgment as follows:

- In the paragraph numbered 1, relating to the Jersey Horse contract, delete "$17,056.01" and substitute "$17,431.60."

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge