ORIGINAL

FILED
FEB 20 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131C
(Judge George W. Miller)

**NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from (1) the amended judgment in No. 02-131C, entered on January 5, 2007; and (2) the published decision in No. 02-131C, entered on December 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

KATHRYN A. BLEEKER
Assistant Director

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0465
Fax: (202) 307-0972

February 20, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 20 day of February 2007, I caused to served by U.S. mail Defendant's Notice of Appeal, addressed as follows:

Alan I. Saltman
Saltman & Stevens
1801 K Street, N.W., Suite 110
Washington, D.C. 20006

Ena M. Goddard