NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085

PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Richard W. Goeken, Saltman & Stevens, P.C., of Washington, DC, argued for plaintiff-appellee. With him on the brief was Alan I. Saltman.

David A. Harrington, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Kathryn A. Bleecker, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge George W. Miller

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085

PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S). 02-CV-131

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
NOV 0 9 2007
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

Per Curiam (MICHEL, Chief Judge, BRYSON, Circuit Judge, and FOGEL*, District Judge).

*ENTERED BY ORDER OF THE COURT*

*DATED* NOV 0 9 2007

Jan Horbaly, Clerk

Issued as Mandate: JAN - 2 2008

COSTS:

Printing.................................... $ 394.24

Total............................ $ 394.24

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Date: 1/2/08

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
NOV 15 2007
JAN HORBALY CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2007-5085 Caption: Precision Pine & Timber, Inc. v. United States

The Clerk is requested to tax the following costs against: United States, Defendant-Appellant

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | | | | 0.08 | | |
| Brief (original) | xxxxx | 56 | 0.25 | 6.00 | $336.00 | $336.00 |
| Brief (cover and binding) | | xxxxx | | 2.00 | | |
| Brief (copying and collating) | 13 | 728 | 0.25 | 0.08 | $58.24 | $58.24 |
| Appendix (original - table of contents) | xxxxx | | | 6.00 | | |
| Appendix (covers and binding) | | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | | | | 0.08 | | |
| Reply Brief (original) | xxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | | | | $394.24 | $394.24 |

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 1/2/08

1/2/08 vjr

City/County of Washington ) District/State of Columbia ) SS

I, Richard W. Goeken, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 11/14/2007 Attorney for: Precision Pine & Timber, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November 2007, I served via facsimile and first-class mail, postage prepaid, a copy of the foregoing **BILL OF COSTS** on David A. Harrington, Esq., U.S. Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, N.W., 8th Floor, Washington, D.C. 20530.

Beverly J. Rector

Beverly J. Rector