**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-131C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S BRIEF IN SUPPORT OF ITS APPLICATION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: February 14, 2008

# TABLE OF CONTENTS

**PAGE**


Index to Plaintiff's Supplemental Appendix…………………………………………………...ii

Table of Authorities ........................................................................................................ iii

INTRODUCTION ...........................................................................................................1

I. Precision Pine's Application Is Timely Under The EAJA ..............................................2

II. Precision Pine Is An Eligible Corporate Party Under The EAJA....................................3

III. Precision Pine Is A "Prevailing Party" Under The EAJA ..............................................3

IV. The Government's Position Was Not Substantially Justified..........................................7

A. The Government's Position At Summary Judgment On Liability That It Could Create A Damage Methodology Contrary To Those Provided In The Contract Was Not Substantially Justified..................................................8

B. The Government's Position That Interest And Penalty Could Run For Time Periods Before It Had Attempted To Calculate The Principal Amount Of Its Damages As Provided For Under The Contracts Was Also Not Substantially Justified ..................................................10

C. The Government's Position That It Could Unilaterally Redefine The Contract Term "Interest" To Mean "Penalty Interest" Was Not Substantially Justified ........................................................................................10

V. Precision Pine Is Eligible To Receive A Cost Of Living Adjustment On Its Award Of Fees .............................................................................................11

VI. Precision Pine Has Provided Its Itemized Fees And Expenses.......................................13

CONCLUSION..................................................................................................................14

APPENDIX

# INDEX TO PLAINTIFF'S APPENDIX


**Description** **Exhibit Number**

EAJA Application (Court of Federal Claims Form 5) .......... Exhibit 1

Judgment Of The United States Court Of Appeals For The Federal Circuit .......... Exhibit 2

Declaration Of Lorin D. Porter .......... Exhibit 3

Precision Pine & Timber, Inc. 2002 Financial Statement .......... Exhibit 4

Consumer Price Index – Urban (1997-2007) .......... Exhibit 5-A

Department Of Labor Press Release Dated April 1996 Indicating The Consumer Price Index – Urban for March 1996 .......... Exhibit 5-B

Declaration Of Alan I. Saltman .......... Exhibit 6

Itemized Description Of Attorneys' Fees And Related Expenses .......... Exhibit 7

**TABLE OF AUTHORITIES**

**CASES** **PAGE**

Appeal under Equal Access to Justice Act of JR & Associates,
ASBCA No. 41377, 92-3 BCA ¶ 25,121 (1992) ....................7

Cal. Marine Cleaning, Inc. v. United States,
43 Fed. Cl. 724 (1999) ....................11, 12

Cmty. Heating & Plumbing Co., Inc. v. Garrett,
2 F.3d 1143 (Fed. Cir. 1993)....................4

Doty v. United States,
71 F.3d 384 (Fed. Cir. 1995)....................8

Farrar v. Hobby,
506 U.S. 103 (1992)....................4

Filtration Dev. Co., LLC v. United States,
63 Fed. Cl. 612 (2005) ....................2, 4, 8, 11

Gonzalez v. United States,
44 Fed. Cl. 764 (1999) ....................12

Hensley v. Eckerhart,
461 U.S. 424 (1983)....................4, 14

Hillensbeck v. United States,
74 Fed. Cl. 477 (2006) ....................8, 11, 12

Lion Raisins, Inc. v. United States,
57 Fed. Cl. 505 (2003) ....................7

Melka Marine, Inc. v. United States,
29 Fed. Appx. 594 (Fed. Cir. 2002)....................2

Melkonyan v. Sullivan,
501 U.S. 89 (1991)....................2

Neal & Co., Inc. v. United States,
121 F.3d 683 (Fed. Cir. 1997)....................4

N&P Constr. Co., Inc.,
VABCA Nos. 3283E, 3286E, 93-3 BCA ¶ 26,257 (1993) ....................4

Oliveira v. United States,
827 F.2d 735 (Fed. Cir. 1987)....11, 12

Olympic Marine Servs., Inc. v. United States,
792 F. Supp. 461 (E.D. Va. 1992) ....8, 11

Pierce v. Underwood,
487 U.S. 552 (1988)....7

Precision Pine & Timber, Inc. v. United States,
62 Fed. Cl. 635 (2004) ....5, 6, 9

Precision Pine & Timber, Inc. v. United States,
75 Fed. Cl. 80 (2006) ....10, 11

RAMCOR Servs. Group v. United States.
185 F.3d 1286 (Fed. Cir. 1999)....8

Rice Servs., Ltd. v. United States,
405 F.3d 1017 (Fed. Cir. 2005)....4

Richlin Sec. Service Co. v. Chertoff,
482 F.3d 1358 (Fed. Cir. 2007), cert. granted 76 U.S.L.W. 3023
(U.S. Nov. 13, 2007)....13

Scarborough v. Principi,
541 U.S. 401 (2004)....7

Skip Kirchdorfer, Inc. v. United States,
16 Cl. Ct. 27 (1988) ....7

Youngdale & Sons Construction Co., Inc. v. United States,
31 Fed. Cl. 167 (1994)....2

**STATUTES**

28 U.S.C. § 2412 et seq. .... *passim*

41 U.S.C. § 605(b)....5

Federal Circuit Rule 36....7, 9

**MISCELLANEOUS**

Paul L. Whalen, EQUAL ACCESS TO JUSTICE ACT; RECENT DEVELOPMENTS,
No. 02-5 Briefing Papers 1 (Apr. 2002) ..........................................................................12

**INTRODUCTION**

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 et seq. (2008), Precision Pine & Timber, Inc. ("Precision Pine") respectfully submits this brief in support of its application for fees and other expenses it has incurred in this matter.[1] A corporate party, such as Precision Pine, that seeks to recover attorney fees and other expenses under the EAJA must submit a timely application to the court specifying the amount of fees and expenses sought and demonstrate that the party meets the net worth and size restrictions set forth in the EAJA. Id. at § 2412(d)(1)(B). Additionally, to obtain such an award, the application must be made by a prevailing party and allege that the position of the government was not substantially justified. Id. at § 2412(d)(1)(A).[2]

---

[1]A copy of Precision Pine's EAJA Application, Court of Federal Claims Form 5, is attached hereto as Exhibit 1. "Fees and other expenses" are defined to include "the reasonable expenses of expert witnesses, the reasonable cost of any study [or] analysis . . . which is found by the court to be necessary for the preparation of the party's case," as well as "reasonable" attorneys' fees. 28 U.S.C. § 2412(d)(2)(A).

[2]Specifically, the EAJA authorizes an award to:

> [A] prevailing party other than the United States [of] fees and other expenses . . . incurred by that party in any civil action . . . brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Precision Pine is not aware of any special circumstances that would make an award unjust in this case. To the contrary, the award of fees and costs in this case should have the salutary effect of curbing baseless litigation by the government.

As demonstrated below, Precision Pine meets all of the requirements for such an award under the EAJA in the present amount of $220,108.64.[3]

**I. Precision Pine's Application Is Timely Under The EAJA**

A party seeking an award of fees and other expenses shall submit its EAJA application within thirty days of final judgment. 28 U.S.C. § 2412(d)(1)(B). Under the EAJA, "'final judgment' means a judgment that is final and not appealable. . . ." 28 U.S.C. § 2412(d)(2)(G). "The non-appealability requirement of § 2412(d)(1)(B) has been interpreted to mean that 'the 30-day EAJA clock begins to run after the time to appeal that 'final judgment' has expired.'" Melka Marine, Inc. v. United States, 29 Fed. Appx. 594, 598 (Fed. Cir. 2002) (unpublished opinion) (quoting Melkonyan v. Sullivan, 501 U.S. 89, 96 (1991)).

Furthermore, "final judgment is not final until the expiration of the time for appeal even when the prospective appellant was not entitled to appeal as a matter of right, but only to file a petition . . . for a writ of certiorari." Youngdale & Sons Construction Co., Inc., 31 Fed. Cl. 167, 175 (1994). Although in this case the government did not possess the right of direct appeal to the Supreme Court, it did have the right, under Supreme Court Rule 13 and 29 U.S.C. § 2101(c), to petition for a writ of certiorari within 90 days of the Circuit Court's judgment. Here, the Court of Federal Claims' final judgment was issued on January 5, 2007. Defendant filed a notice of

[3] A successful applicant under EAJA also is entitled to recover the legal fees and expenses it incurs in preparing and defending an EAJA application in addition to the fees and expenses the applicant incurred in the underlying litigation. Filtration Dev. Co., LLC v. United States, 63 Fed. Cl. 612, 626 (2005) ("Courts have consistently held that a plaintiff may recover fees and expenses associated with preparing an EAJA application"). Accordingly, Precision Pine's fees and expenses continue to accrue as it defends its application in this Court.

appeal on February 20, 2007, and the Court of Appeals for the Federal Circuit issued its judgment in favor of Precision Pine on November 9, 2007. See Exhibit 2 (Judgment of Federal Circuit Court of Appeals dated November 9, 2007). Therefore, plaintiff's 30-day period to file its EAJA application began to run on February 8, 2008, the first day after the expiration of the 90-day period within which the government could have filed a petition for review in the Supreme Court. Because no petition for certiorari was filed on or before February 7, 2008, this application, having been filed within 30 days thereafter, i.e., on or before March 10, 2008, is timely.

## II. Precision Pine Is An Eligible Corporate Party Under The EAJA

To be eligible for an award under the EAJA, a corporate party must have a net worth that "did not exceed $7,000,000 at the time the civil action was filed," and "not more than 500 employees at the time the civil action was filed." 28 U.S.C. § 2412(d)(2)(B)(ii).

Precision Pine meets both requirements as its net worth did not exceed $7,000,000 at the time the action was filed on February 15, 2002. See Exhibit 3 (Declaration of Lorin D. Porter) at ¶ 2. Precision Pine also did not have more than 500 employees at that time. Id. at ¶ 3.

## III. Precision Pine Is A "Prevailing Party" Under The EAJA

The EAJA provides that a court shall award fees and expenses to a prevailing party when the government's position was not substantially justified. 28 U.S.C. § 2412(d)(1)(A). The EAJA does not define the term "prevailing party" and, therefore, courts have developed the standard for meeting the "prevailing party" requirement. The Supreme Court has found that

"plaintiffs may be considered 'prevailing parties' for attorneys' fees purposes if they succeed on any significant issue in litigation which achieves some of the benefit the parties sought in bringing suit." Hensley v. Eckerhart, 461 U.S. 424, 433 (1983) (citation and internal quotation omitted); accord Filtration Dev. Co., 63 Fed. Cl. at 618. Similarly, the Federal Circuit has found that a plaintiff prevails "when actual relief on the merits of his claim materially alters the legal relationship between the parties by modifying the defendant's behavior in a way that directly benefits the plaintiff." Neal & Co., Inc. v. United States, 121 F.3d 683, 685 (Fed. Cir. 1997) (quoting Farrar v. Hobby, 506 U.S. 103, 111-12 (1992)). The Federal Circuit has also determined that the relief must be obtained in "an enforceable judgment on the merits or a court-ordered consent decree . . . or the equivalent of either of those." Rice Servs., Ltd. v. United States, 405 F.3d 1017, 1025 (Fed. Cir. 2005).

A party need not prevail on every claim litigated to be a prevailing party. Neal, 121 F.3d at 685; Filtration Dev. Co., 63 Fed. Cl. at 618 ("[C]ourts have not declined to award [prevailing party] status merely because the party did not secure every aspect of the relief it was seeking"). Indeed, courts will grant EAJA fees even if a plaintiff prevails on only one claim and even if that claim represents only a tiny fraction of the entire relief sought. E.g., Farrar, 506 U.S. at 112 ($1 judgment on a $17 million claim); Cmty. Heating & Plumbing Co. v. Garrett, 2 F.3d 1143, 1146 (Fed. Cir. 1993) (prevailing on one of seven claims); N&P Constr. Co., Inc., VABCA Nos. 3283E, 3286E, 93-3 BCA ¶ 26,257 (1993) (2% recovery on two of 18 claims).

Here, Precision Pine satisfies the requirements for a "prevailing party" under the EAJA. As the Court is aware, Precision Pine commenced this suit by challenging 10 contracting

officers' final decisions which sought a recovery in the principal amount of $728,675.52 in invalid "estimated" damages. Had Precision Pine not brought suit, those decisions and the full amount sought under them would have become final and unappealable by operation of law. 41 U.S.C. § 605(b). At the liability stage of the proceedings, Precision Pine prevailed at summary judgment on a key issue in the case by showing that the government had sought damages in a manner wholly unauthorized by the contract. Precision Pine & Timber, Inc. v. United States, 62 Fed. Cl. 635, 655 (2004). This ruling resulted in all 10 of the contracts being remanded to the contracting officers for the respective contracts, a recalculation of government's putative damages, and a significant reduction in the amount claimed by the government from $767,625.72, the principal amount of its "estimated" damages, to a revised principal amount of $456,218.64. See Defendant's April 2005 Status Report, Dkt. No. 58, Attachment #1 at 8; Id.[4]

Following this remand, Precision Pine also went on to establish that the contracting officers again had failed to comply with terms of the contracts and had overstated the amount of

[4]At summary judgment on the issue of liability, the Forest Service pursued a claim in the principal amount of $148,845.38, plus interest and penalty on the O.D. Ridge contract. Precision Pine, 62 Fed. Cl. at 639. Unlike the other contracts at issue on which the government had sought to recover estimated damages due to Precision Pine's failure to provide a new surety that was acceptable to the government, there was no dispute that the default and subsequent resale of the O.D. Ridge contract redounded to the benefit of the government in the amount of at least $123,986.57. Dkt. No. 58, Attachment #10 at 4. Instead, the government sought to recover damages based on an outstanding bill of collection for timber harvested from O.D. Ridge. Dkt. No. 58, Attachment #1 at 3 n.2. This was despite the fact that before this suit was ever commenced, Precision Pine had paid that bill in full, with interest and penalty. See Plaintiff's Response To Defendant's Motion For Summary Judgment On Liability, Dkt No. 39 at 15-16. Moreover, even though Precision Pine demonstrated that the full amount of that bill had been paid in full, the government at summary judgment continued to seek the recovery of the amounts already paid on the O.D. Ridge contract. Precision Pine, 62 Fed. Cl. at 639. The government did not finally relent and reduce its claim to $0 on O.D. Ridge until its April 28, 2005 calculations. Id.

principal, interest and penalty to which the government was entitled. That is, the contracting officers continued to seek the recovery of interest and penalties on the reduced principal amounts as if those damages had been correctly calculated in 2001. Precision Pine, 62 Fed. Cl. at 655. At Precision Pine's urging, and as the contracts anticipate, the Court correctly refused to allow the Forest Service to collect any interest and penalty until April 28, 2005, i.e., the first time the Forest Service attempted to comply with its obligations under the contracts. Thus, Precision Pine was the prevailing party not only with respect to the proper methodology to be used to calculate the principal amount of damages under the contracts, but also with respect to the fact that interest and penalty did not begin to accrue simply because the Forest Service issued a Bill for Collection in 2001.[5] In sum, the issues on which Precision Pine prevailed resulted in a reduction of the government's principal damages by $311,407.08[6] at the liability stage. Then, following remand to the contracting officers, Precision Pine again prevailed by challenging and significantly reducing the government's claimed damages including interest and penalty.[7] The Court's rulings, both individually and collectively, changed the legal relationship between the parties significantly.

[5]Precision Pine also prevailed on other issues, including whether the Forest Service may collect a "penalty interest charge" on the U-Bar contract, which also resulted in a reduction of the damages claimed by the government. Additionally, the government's April 28, 2005 damages claim in the principal amount of $456,218.64 (Dkt. No. 59 at 1) was reduced on July 14, 2005 (Dkt. No. 59 at 1) and further reduced on September 16, 2005 (Dkt. No. 63 at 10) to the principal amount of $427,618.61.

[6]I.e., from $767,625.72 to $456,218.64.

[7]I.e., from $728,675.52 sought in the April 28, 2005 calculations to $427,994.20 plus interest and penalty from April 28, 2005 awarded in the second amended judgment. Dkt. No. 107.

Despite a complete lack of support for both its "estimated" damages approach, and the thesis that the commencement of interest and penalty should be based upon the transmission of bills calculated in a manner wholly unauthorized by the contracts, the government appealed this Court's rulings – something which required Precision Pine to expend still more time and money to defend the appeal. Finding no legal error in this Court's ruling, the Federal Circuit affirmed pursuant to Federal Circuit Rule 36.[8] Thus, Precision Pine is a prevailing party within the meaning of the EAJA. Appeal under Equal Access to Justice Act of JR & Associates, ASBCA No. 41377, 92-3 BCA ¶ 25,121 (1992) (After upholding default termination, Board found defaulted contractor entitled to recover fees under EAJA where contractor had significantly reduced government's claimed excess re-procurement costs).

**IV. The Government's Position Was Not Substantially Justified**

Pursuant to the EAJA, a prevailing party is entitled to its reasonable attorneys' fees, expenses and costs unless the government can demonstrate that its position was substantially justified. Scarborough v. Principi, 541 U.S. 401, 414 (2004). The Supreme Court has defined "substantially justified" as meaning: "justified in substance or in the main – that is, justified to a degree that could satisfy a reasonable person." Pierce v. Underwood, 487 U.S. 552, 565 (1988). "Defendant's litigation position must have a reasonable basis in both law and fact." Skip Kirchdorfer, Inc. v. United States, 16 Ct. Cl. 27, 30 (1988) (quoting Pierce v. Underwood, 487 U.S. 552 (1988)); accord Lion Raisins, Inc. v. United States, 57 Fed. Cl. 505, 512-13 (2003);

---

[8] An audio recording of the oral argument in which all members of the panel evinced considerable skepticism toward the government's position that interest and penalty would begin to run before the government ever attempted to determine the principal amount of its damages as required by the contracts can be found at http://www.cafc.uscourts.gov/oralarguments/mp3/2007-5085.mp3.

RAMCOR Servs. Group v. United States, 185 F.3d 1286, 1290 (Fed. Cir. 1999); Doty v. United States, 71 F.3d 384, 386 (Fed. Cir. 1995). The court must look at "the government's position throughout the dispute, including not only its litigating position but also the agency's administrative position." Id. at 386. In this case, the government cannot establish that its position, either at the agency, before this Court or on appeal, was substantially justified so as to preclude award of attorneys' fees, expenses and costs under the EAJA.

**A. The Government's Position At Summary Judgment On Liability That It Could Create A Damage Methodology Contrary To Those Provided In The Contract Was Not Substantially Justified**

Where the government adopts an interpretation of a contractual provision that is contrary to the plain meaning of that provision its position is not substantially justified. Olympic Marine Servs., Inc. v. United States, 792 F. Supp. 461, 464-65 (E.D. Va. 1992) (government's interpretation of contract provision was unreasonable as a matter of law and therefore not substantially justified under the EAJA); see also Hillensbeck v. United States, 74 Fed. Cl. 477, 481 (2006) (government's reliance on a definition found in a source that had no precedential value in this Circuit in an effort to alter the meaning of an unambiguous statutory term was not substantially justified); Filtration Dev. Co., 63 Fed. Cl. at 621 (Under the EAJA "there is no justification for the government's position when clear, unambiguous regulations directly contradict that position").

Here, the Forest Service issued its initial "Bills for Collection" in 2001 for the default damages it alleged were due based on the Forest Service's own estimate of the value at which the defaulted timber contracts would be sold in the future. Precision Pine alleged that the Forest

Service's default damage calculations were inconsistent with the parties' contracts because the controlling contractual provisions, as this Court found, only "provide two alternative methods for determining damages in the event of a breach: one where the timber has been resold; and the other where the timber has not been resold." Precision Pine, 62 Fed. Cl. at 654. Under the first method, the Forest Service must "wait until the resale is concluded to calculate damages." Id. at 655. Under the second method, the Forest Service can "decide . . . not to resell the contract and calculate the damages immediately." Id. By attempting to collect its so-called "estimated resale damages," the Forest Service employed a third method that "is not permitted under the contract." Id. Accordingly, the Court ordered the Forest Service to recalculate its damages in accordance with the governing contract terms, stating that "[the contract] simply does not provide for the assessment of estimated damages based on a possible future resale, plus an estimated cost of resale and an estimated amount of interest, subject to reassessment after an actual resale." Id.

Thus, the government's litigating position, which was a continuation of the agency's attempt to apply an unreasonable methodology for calculating damages that is contrary to the methodology contained in the contracts, was not substantially justified. As this Court already ruled, "A reasonable, intelligent person, acquainted with the contemporaneous circumstances, would likely understand [the contract clause] to provide the Forest Service with only the two options described [in the contract] for ascertaining the amount of damages due. . . ." Precision Pine, 62 Fed. Cl. at 655. This Court's legal ruling was reviewed on appeal and affirmed by a unanimous panel under Rule 36.

**B. The Government's Position That Interest And Penalty Could Run For Time Periods Before It Had Attempted To Calculate The Principal Amount Of Its Damages As Provided For Under The Contracts Was Also Not Substantially Justified**

When the Forest Service revised its calculations in 2005, it applied interest and penalty accruing from early 2001 (when it issued its improper estimated bills) despite the Court's order to prepare bills in accordance with the contract terms. As this Court determined, the Forest Service's position that interest should accrue from its improper 2001 estimated bills was not justified by the contracts. ("Under [the Government's] interpretation, the government would be entitled to interest and penalty charges as soon as it submitted any claim for default damages – without regard to whether the asserted claims are even permitted by the contracts. The court rejects this interpretation in favor of one that gives 'reasonable meaning to all parts' of a contract.") Precision Pine & Timber, Inc. v. United States, 75 Fed. Cl. 80, 89 (Fed. Cl. 2006). In light of this ruling, the government's position that interest and penalty could accrue even though it had never complied with the contracts in determining the amount of principal was not substantially justified.

**C. The Government's Position That It Could Unilaterally Redefine The Contract Term "Interest" To Mean "Penalty Interest" Was Not Substantially Justified**

The government again acted without substantial justification when it argued that a penalty charge should be considered as "penalty interest" under the U-Bar contract. Id. at 97. That is, the government argued that the contract clause CT4.4 of the U-Bar contracts permits the Forest Service to collect a six percent penalty charge. However, that provision plainly "suspends all remedies 'except for accrual of interest' while a CDA claim is pending. Despite this plain

language, the government urged the Court to award it the six percent penalty charge as 'penalty interest.'" Id. The Court disagreed with the government's position, stating that "here, the contract specifically distinguishes between 'interest' and 'penalty charges' and only exempts 'interest' from the general suspension of remedies." Id. In declining to adopt the government's position, the Court found that the government's approach was unjustified because it would not give "reasonable meaning to all parts" of the contract read as a whole. Id. (emphasis added). Accordingly, the government's attempt to redefine a penalty as "penalty interest" is contrary to the unambiguous provisions of the U-Bar contract and therefore was not substantially justified. Olympic Marine, 792 F. Supp. at 464-65; see also Hillensbeck, 74 Fed. Cl. at 481; Filtration Dev. Co., 63 Fed. Cl. at 621.

## V. Precision Pine Is Eligible To Receive A Cost Of Living Adjustment On Its Award Of Fees

The EAJA affords a court the discretion to award attorneys' fees at a rate higher than the $125 hourly rate where such an award is justified due to an increase in the cost of living in the time since Congress enacted the statutory cap in 1996. 28 U.S.C. § 2412(d)(2)(A); Oliveira v. United States, 827 F.2d 735, 744 (Fed. Cir. 1987). "When a plaintiff seeks a cost of living adjustment, the justification for such award is self-evident if the applicant alleges that the cost of living has increased, as measured by the Department of Labor's Consumer Price Index ("CPI")." Filtration Dev. Co., 63 Fed. Cl. at 625 (internal quotes omitted). "This court has declined to impose a requirement than [sic] an applicant must do more than request such an adjustment and present a basis upon which the adjustment should be calculated." Id. (citing Cal. Marine Cleaning, Inc. v. United States, 43 Fed. Cl. 724, 733 (1999) (citations omitted)). "An enhanced

hourly fee may be appropriate, for example, when an applicant uses an attorney from a high cost-of-living city such as Washington, D.C. . . .” Paul L. Whalen, EQUAL ACCESS TO JUSTICE ACT: RECENT DEVELOPMENTS, No. 02-5, Briefing Papers at 6 (Apr. 2002).

The Consumer Price Index – Urban (CPI-U) for the All Urban Consumers has increased by 22.79% on average since Congress amended the EAJA and imposed the $125 per hour cap in March of 1996 (at a CPI of 155.7). See Exhibit 5-A (CPI-U chart from BLS website, showing CPI at 210.036 in December of 2007), and Exhibit 5-B (1996 BLS press release announcing a CPI-U for March 1996 of 155.7). Courts in Washington, D.C. routinely use this Index to correspondingly increase the $125 per hour rate in the EAJA as a cost of living adjustment (“COLA”). See, e.g., Cal. Marine Cleaning, 43 Fed. Cl. at 733; see also Hillensbeck, 74 Fed. Cl. 477; Gonzalez v. United States, 44 Fed. Cl. 764, 770-71 (1999). The Court of Federal Claims has ruled that “the justification for a COLA adjustment is self-evident if the applicant alleges that the cost of living has increased, as measured by the U.S. Department of Labor’s Consumer Price Index.” Cal. Marine Cleaning, 43 Fed. Cl. at 733. The Court of Federal Claims has also found that the proper calculation uses the arithmetic mean of the COLAs for every month that services were rendered, i.e., in the instant case from May 2001 to the present. Hillensbeck, 74 Fed. Cl. at 483; Cal. Marine Cleaning, 43 Fed. Cl. at 734 (using arithmetic mean of the CPI to adjust attorney fees for the four months in which services were rendered). The arithmetic mean of the CPI-U for the period from May 2001 through December 2007 is 191.181. See Exhibit 6, Attachment #1 (Declaration of Alan I. Saltman). This represents a 22.79% increase in the cost of

living since March 1996. Thus, applying a COLA adjustment of 22.79% to the EAJA base rate of $125, the adjusted EAJA rate is $153.49. See id.[9]

## VI. Precision Pine Has Provided Its Itemized Fees And Expenses

Precision Pine seeks an award of fees and expenses totaling $220,108.64, which are fully itemized in the Exhibits 7 and 8. This request is based on Precision Pine's having incurred attorneys' fees for 1,255.3 hours of attorney time at the full adjusted EAJA rate of $153.49, plus 124.2 hours that were billed by attorney William B. Kinner (listed in Exhibit 7 as "WBK"), who worked 37.7 hours at $135 per hour in 2001, and 86.5 hours at $140 per hour in 2002 (these latter rates were less than the adjusted EAJA and therefore are being charged as billed). The total amount incurred for attorneys' fees is $209,875.49. Precision Pine has also attached a declaration from the counsel of record in this litigation. See Exhibit 6. This effort includes review and analysis to prepare the complaint, legal research, drafting motion to dismiss, drafting motion for summary judgment, drafting Precision Pine's brief, reply brief and response brief, client conferences, responding to the government's arguments on appeal, etc.

Precision Pine is also requests $10,233.15 in expenses incurred in this matter. These expenses are itemized in Exhibits 7 and 8. Exhibit 8 describes 15.3 hours billed by "EMT," "MRJ," "JRC," and "WDP", which were removed from the total of attorneys' hours and added to the other expenses of the firm, pursuant to the Federal Circuit's ruling in Richlin Sec. Service Co. v. Chertoff, 482 F.3d 1358, 1359 (Fed. Cir. 2007), cert granted, 76 U.S.L.W. 3023, (U.S.

[9] Even this adjusted rate is still well below the rates at which Precision Pine's lawyers routinely billed in this matter.

Nov. 13, 2007) (No. 06-1717) (paralegal fees not awarded as attorney fees under EAJA and instead are to be considered as a cost). This was done even though EMT and JRC were summer associates and not paralegals.

The amount of an award of attorneys' fees and costs is within the trial court's discretion. Oliveira v. United States, 827 F.2d at 744. Where a plaintiff has obtained "excellent results," the fee award "should not be reduced simply because the plaintiff failed to prevail on every contention in the lawsuit." Hensley v. Eckerhart, 461 U.S. at 435.

**CONCLUSION**

For the reasons set forth above, Precision Pine respectfully requests that its application for fees and expenses totaling $220,108.64 pursuant to the Equal Access to Justice Act be granted.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:
Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: February 14, 2008

# APPENDIX

# INDEX TO PLAINTIFF'S APPENDIX

**Description** **Exhibit**

**Number**

EAJA Application ( Court of Federal Claims Form 5) .......... Exhibit 1

Judgment Of The United States Court Of Appeals For The Federal Circuit .......... Exhibit 2

Declaration Of Lorin D. Porter .......... Exhibit 3

Precision Pine 2002 Financial Statement .......... Exhibit 4

Consumer Price Index – Urban (1997-2007) .......... Exhibit 5-A

Department Of Labor Press Release Dated April 1996 Indicating The Consumer Price Index – Urban for March 1996 .......... Exhibit 5-B

Declaration Of Alan I. Saltman .......... Exhibit 6

Itemized Description Of Attorneys' Fees And Related Expenses .......... Exhibit 7

Itemized Description Of Paralegal and Summer Associate Time .......... Exhibit 8

**FORM 5**
**EAJA FORM**

**APPLICATION**
**FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT**
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 02/14/2008 | 02-131C |

| 4. NAME OF APPLICANT (One per form) | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side) |
|---|---|
| Precision Pine & Timber Inc. | AGRI |

6. NATURE OF APPLICATION

A. ☒ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER: __________

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| | |

8. ADMINISTRATIVE AGENCY DOCKET NO. 9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☒ YES ☐ NO See Ex. 2

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☒ YES ☐ NO See Ex. 4

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):

*See below

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 209,875.49 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) Phone, copies, research fees, couriers, | $ |
| (2) postage, faxes | $ 8,792.65 |
| (3) Law clerk and paralegal time | $ 1,440.50 |
| I. TOTAL FEES AND EXPENSES | $ 220,108.64 |

| 14. SIGNATURE | 15. DATE |
|---|---|
| [signature] | 2-14-08 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT

*The government's litigating position at summary judgment on liability and its erroneous argument concerning "penalty interest" were not substantially justified, as detailed in Precision Pine's motion in support of its application.



Exhibit 1

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085

PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S). 02-CV-131

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
NOV 0 9 2007
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

Per Curiam (MICHEL, Chief Judge, BRYSON, Circuit Judge, and FOGEL*, District Judge).

*ENTERED BY ORDER OF THE COURT*

*DATED* NOV 0 9 2007

Jan Horbaly, Clerk

Issued as Mandate: JAN - 2 2008

COSTS:

Printing.................................. $ 394.24

Total.............................. $ 394.24

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 1/2/08

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.

Exhibit 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131C (Judge George W. Miller) |

**DECLARATION OF LORIN D. PORTER**

I, Lorin D. Porter, declare under penalty of perjury that the following is true and correct to the best of my personal knowledge and belief:

1. I am currently, and at all times relevant to this case have been, the President of Precision Pine & Timber, Inc. ("Precision Pine") based in Heber, Arizona.

2. In February of 2002, Precision Pine had a net worth of less than $7 million, as shown in the Precision Pine financial statement of February 28, 2002, attached as Exhibit 3.

3. At no time in 2002 did Precision Pine have more than 500 employees.

Dated: Feb. 13, 2008

Lorin D. Porter
President
Precision Pine & Timber, Inc.



Exhibit 3

PRECISION PINE & TIMBER, INC.
Balance Sheet
February 28, 2002

Assets

| | | | | |
|---|---|---|---|---|
| Current Assets | | | | |
| Cash in Bank - FSB (MM 214) | $ | 34,767.68 | | |
| Cash in Bank - FSB (MM 248) | | 32,020.53 | | |
| Cash in Bank - FSB (Ck 410) | | (15,392.31) | | |
| Cash in Bank - FSB (Ck 428) | | (7,074.64) | | |
| Cash in Bank - CFB (General) | | 591.91 | | |
| Cash in Bank - CFB (Ck) | | (68,563.71) | | |
| Cash in Bank - CFB (MM) | | 10,073.53 | | |
| Cash Accounts--H.O.M.E. | | 35,883.28 | | |
| Cash in Bank - FSB (CD 1191 | | 11,016.53 | | |
| Cash in Bank - FSB (CD 1183) | | 80,556.85 | | |
| Accounts Receivable - Trade | | 101,597.54 | | |
| A/R - H.O.M.E. | | 108,425.34 | | |
| A/R PFMI | | 17,323.81 | | |
| A/R Pellet Sales | | 2,880.00 | | |
| A/R PLHI Sfl - Group Ins | | (150.29) | | |
| A/R PLHI S/L - Group Ins | | (42.44) | | |
| A/R Marvin Petersen | | 50.00 | | |
| A/R Art Daley, Prof Forestry | | 559.80 | | |
| A/R Heather Porter | | 1,600.00 | | |
| A/P JAMES PERKINS | | (2,000.00) | | |
| A/R State Fund - W/C Deposit | | (5,840.00) | | |
| A/R Navopache - Deposit | | 10,774.36 | | |
| Employee Advances | | 729.43 | | |
| Accr. Int. - Dutch Joe (NAB) | | 41,113.00 | | |
| Current Portion N/R (NAB) | | 86,656.00 | | |
| Inventory - Green Lumber | | 37,360.00 | | |
| Inventory - Stickered Lumber | | 38,412.00 | | |
| Inventory - Finished Lumber | | 42,088.00 | | |
| Inventory - Pellets | | 11,070.00 | | |
| Timber Bids | | 1,400.00 | | |
| Prepaid Timber - Brookbank | | 2,752.54 | | |
| Prepaid Timber - Gentry | | 28,600.00 | | |
| Prepaid Timber - Hualapai | | 32,299.85 | | |
| Prepaid Timber - Hutch-Boondck | | 9,378.15 | | |
| Prepaid Timber - Lily | | 11,700.00 | | |
| Prepaid Timber - Monument | | 12,000.00 | | |
| Prepaid Timber - Pia Mesa | | (1,835.35) | | |
| Prepaid Timber - Saginaw-Kened | | 24,364.47 | | |
| Prepaid Timber - Salt | | 6,150.68 | | |
| Prepaid Timber - Yavapai Ranch | | 18,208.64 | | |
| Prepaid Est Federal Income Tax | | 738.13 | | |
| Total Current Assets | | | $ | 752,243.31 |
| Fixed Assets | | | | |
| Land - Heber | | 46,800.00 | | |
| Land - Round Valley | | 70,103.25 | | |
| Land - Winslow | | 56,986.61 | | |

Exhibit 4

| | | |
|---|---|---|
| Buildings - Heber Saw | 98,166.85 | |
| Buildings - Heber Planer | 52,470.45 | |
| Buildings - Pellet | 67,575.38 | |
| Buildings - Misc | 15,031.83 | |
| Buildings - Round Valley | 30,000.00 | |
| Buildings - Winslow | 170,535.00 | |
| Buildings - Admin | (107,836.34) | |
| Office Furn & Equip - Admin | 20,307.23 | |
| Autos & Trucks - Heber Saw | 4,810.50 | |
| Autos & Trucks - Heber Planer | 6,593.75 | |
| Autos & Trucks - Pellet | 6,500.03 | |
| Autos & Trucks - Winslow | 4,250.31 | |
| Autos & Trucks - Admin | 49,841.86 | |
| Rolling Stock - Heber Saw | 363,103.62 | |
| Rolling Stock - Heber Planer | 11,000.99 | |
| Rolling Stock - Pellet | 42,800.00 | |
| Rolling Stock - Winslow | 76,132.94 | |
| Rolling Stock - Admin | 51,696.16 | |
| Operating Equip - Heber Saw | 741,414.11 | |
| Operating Equip - Heber Planer | 240,288.26 | |
| Operating Equip - Pellet | 270,984.75 | |
| Operating Equip - Round Valley | 669,824.14 | |
| Operating Equip - Winslow | 561,902.55 | |
| Operating Equip - Admin | 13,709.69 | |
| Pellet Stoves | 1,931.53 | |
| Construction in Progress - Heb | 31,875.02 | |
| Construction in Progress - Pln | 5,996.82 | |
| Insurance Proceeds - Wnsl Fire | (624,742.77) | |
| Accum Depr--Buildings - Saw | (87,980.00) | |
| Accum Depr--Buildings - Planer | (4,167.00) | |
| Accum Depr--Buildings - Pel | (31,399.00) | |
| Accum Depr--Buildings - Misc | (4,437.00) | |
| Accum Depr--Buildings - RV | (8,327.00) | |
| Accum Depr--Buildings - Win | (46,397.00) | |
| Accum Depr--Off Equip - Admin | (20,306.00) | |
| Accum Depr--Auto & Truck - Saw | (4,811.00) | |
| Accum Depr--Auto & Truck - Pla | (6,593.00) | |
| Accum Depr--Auto & Truck - Pel | (6,500.00) | |
| Accum Depr--Auto & Truck - Win | (4,250.00) | |
| Accum Depr--Auto & Truck - Adm | (49,345.00) | |
| Accum Depr--Roll Stock - Saw | (342,013.00) | |
| Accum Depr--Roll Stock - Plan | (8,546.00) | |
| Accum Depr--Roll Stock - Pel | (42,494.00) | |
| Accum Depr--Roll Stock - Win | (76,133.00) | |
| Accum Depr--Roll Stock - Admin | (51,695.00) | |
| Accum Depr--Oper Equip - Saw | (682,086.00) | |
| Accum Depr--Oper Equip - Plan | (92,305.00) | |
| Accum Depr--Oper Equip - Pel | (270,985.00) | |
| Accum Depr--Oper Equip - R/V | (659,640.00) | |
| Accum Depr--Oper Equip - Win | (533,480.00) | |
| Accum Depr--Oper Equip - Adm | (13,710.00) | |
| Accum Depr--Pellet Stoves | (1,840.00) | |
| Total Fixed Assets | | 615.52 |

Other Assets

| | | |
|---|---|---|
| Prepaid BMW - H.O.M.E. | 80,000.00 | |
| Invest Land - Property at Y | 80,625.00 | |
| Invest Land - L D Porter | 85,000.00 | |
| Invest Land - Hwy 260 FSB | 98,915.00 | |
| Investment in H.O.M.E. | 574,995.76 | |
| Investment in Cotter & Co | 300.00 | |
| Goodwill | 27,504.00 | |
| Amortization of Goodwill | (7,276.80) | |
| R Porter - Non Compete | 4,617.00 | |
| A/R Shareholder - LNT--Safeway | 17,500.00 | |
| A/R Shareholder - Lorin Porter | 625,686.76 | |
| A/R Shareholder - LDP--Safeway | 17,500.00 | |
| A/R PLHI Heb - Old Lumber Inv | 266,322.05 | |
| A/R TRRI - Loader | 12,300.00 | |
| A/R TRRI - Richy Bros | 16,998.50 | |
| A/R TRRI - Insurance | 16,429.44 | |
| A/R TRRI - Sale PFMI to Brewer | 11,000.00 | |
| N/R Payson Holding - Dutch Joe | 195,870.37 | |
| A/R Payson Holding - Dutch Joe | 189,822.71 | |
| N/R M & K Prop Inv - Dutch Joe | 196,293.61 | |
| N/R Payson Fore Dutch Joe | 135,406.84 | |
| N/R James Young | 17,613.26 | |
| Current Portion N/R (NAB) | (86,656.00) | |
| Total Other Assets | | 2,576,767.50 |
| Total Assets | | $ 3,329,626.33 |

PRECISION PINE & TIMBER, INC.
Balance Sheet
February 28, 2002

Liabilities and Equity

| | | |
|---|---|---|
| **Current Liabilities** | | |
| A/P - H.O.M.E. | $ 15,845.96 | |
| Income Taxes PPT - H.O.M.E. | 38,074.00 | |
| Accounts Payable - Trade | 213,708.26 | |
| A/P Forest Service | 141,520.75 | |
| A/P Contractors - TRRI | (78,204.19) | |
| A/P Saltman - Legal | 154,703.56 | |
| Accrued Utilities | 304.50 | |
| A/P Sol's Construction | 2,316.67 | |
| Accrued Interest | 26,960.08 | |
| A/P PLHI Heb - Cash Loan | (12,500.00) | |
| Sales in Escrow - Safeway | 299,840.71 | |
| Accrued Salaries & Wages | 18,297.86 | |
| Federal W/H Payable | 9,078.90 | |
| FICA W/H Payable | 20,135.40 | |
| State W/H Payable | 461.93 | |
| 401-K W/H Payable | (2,226.33) | |
| Child Support W/H Payable | (2.00) | |
| Other W/H Payable | 726.96 | |
| FUTA Payable | (374.90) | |
| SUTA Payable | 2,626.89 | |
| Workers' Comp Payable | 6,401.00 | |
| Arizona Income Tax Payable | (30.00) | |
| Sales Taxes Payable | (7.70) | |
| Property Taxes Payable | 149,192.87 | |
| Accrued Interest - Prop Taxes | 38,517.88 | |
| Current Portion LTD | 269,365.13 | |
| Total Current Liabilities | | $ 1,314,714.19 |
| **Long Term Liabilities** | | |
| LTD - H.O.M.E. | 391,164.56 | |
| LTD FSB - 2467 | (261,104.16) | |
| LTD FSB - 2425 | 234,225.42 | |
| LTD FSB - 2631 (Dutch Joe) | 217,873.42 | |
| LTD Ford Credit | (1,000.00) | |
| Current Portion LTD | (269,365.13) | |
| Deferred Income Taxes | 195,244.00 | |
| Total Long Term Liabilities | | 507,038.11 |
| **Equity** | | |
| Capital Stock | 260,000.00 | |
| Retained Earnings | 1,150,951.60 | |
| Current Income (Loss) | 96,922.43 | |
| Total Equity | | 1,507,874.03 |
| Total Liabilities & Equity | | $ 3,329,626.33 |

PRECISION PINE & TIMBER, INC.
Income Statement - Combined
For the Period Ended February 28, 2002

| | | 1 Month Ended Feb. 28, 2002 | Pct | | 11 Months Ended Feb. 28, 2002 | Pct |
|---|---|---|---|---|---|---|
| Revenue | | | | | | |
| Sales--Lumber | $ | 134,286.11 | 101.58 | $ | 311,900.46 | 100.74 |
| Sales--Bark | | 0.00 | 0.00 | | 19,514.75 | 1.50 |
| Sales--Chips | | 0.00 | 0.00 | | 3,143.01 | 0.24 |
| Sales--Pellets | | 0.00 | 0.00 | | 216.38 | 0.02 |
| Sales--Miscellaneous | | 0.00 | 0.00 | | 4,827.50 | 0.37 |
| Discounts | | (1,287.23) | (0.97) | | (11,557.91) | (0.89) |
| Freight--Lumber | | (800.00) | (0.61) | | (22,517.50) | (1.73) |
| Freight--Bark | | 0.00 | 0.00 | | (136.11) | (0.01) |
| Freight--Chips | | 0.00 | 0.00 | | (3,179.25) | (0.24) |
| Total Revenue | | 132,198.88 | 100.00 | | 302,211.33 | 100.00 |
| Cost of Sales | | | | | | |
| Purchases | | 0.00 | 0.00 | | 1,644.00 | 0.13 |
| Purch Timber - Salt | | 0.00 | 0.00 | | 9,043.19 | 0.69 |
| Purch Timber - Chris Creek | | 15,000.00 | 11.35 | | 15,000.00 | 1.15 |
| Purch Timber - Private | | 9,319.56 | 7.05 | | 122,544.01 | 9.41 |
| Contract Logging - Chris Creek | | 0.00 | 0.00 | | 29,239.80 | 2.25 |
| Contract Logging - PFMI | | 0.00 | 0.00 | | 70,547.89 | 5.42 |
| Log Hauling - Salt | | 0.00 | 0.00 | | 90,603.75 | 6.96 |
| Log Hauling - Private | | 0.00 | 0.00 | | 18,718.35 | 1.44 |
| Lumber Purchase - San Carlos | | 0.00 | 0.00 | | 59,749.70 | 4.59 |
| Lumber Freight - San Carlos | | 0.00 | 0.00 | | 9,785.00 | 0.75 |
| Road Building - Misc. | | 0.00 | 0.00 | | 165.38 | 0.01 |
| Shavings Freight | | 0.00 | 0.00 | | 6,306.70 | 0.48 |
| Inventory Clearing | | 0.00 | 0.00 | | (72,246.00) | (5.55) |
| Wages Operating | | 28,500.98 | 21.56 | | 339,931.67 | 26.10 |
| Payroll Taxes | | 3,681.26 | 2.78 | | 31,147.04 | 2.39 |
| Workers' Comp Insurance | | 0.00 | 0.00 | | 8,331.80 | 0.64 |
| Group Health Insurance | | 2,154.63 | 1.63 | | 24,337.93 | 1.87 |
| Total Cost of Sales | | 58,656.43 | 44.37 | | 764,850.21 | 58.73 |
| Gross Profit | | 73,542.45 | 55.63 | | 537,361.12 | 41.27 |
| Operating Expenses | | | | | | |
| Advertising & Promotion | | 0.00 | 0.00 | | 2,748.75 | 0.21 |
| Bad Debt Expense | | 0.00 | 0.00 | | 6,097.72 | 0.47 |
| Bank Service Charges | | 171.31 | 0.13 | | 496.31 | 0.04 |
| Depreciation | | 0.00 | 0.00 | | 49,717.00 | 3.82 |
| Discounts on Purchases | | 0.00 | 0.00 | | (2.18) | (0.00) |
| Dues & Subscriptions | | 325.00 | 0.25 | | 3,987.88 | 0.31 |
| Employee Benefits | | 0.00 | 0.00 | | 1,180.00 | 0.09 |
| Entertainment & Meals | | 165.87 | 0.13 | | 481.11 | 0.04 |
| Freight | | 0.00 | 0.00 | | 1,679.64 | 0.13 |
| Fuel & Oil | | 1,281.41 | 0.97 | | 24,275.02 | 1.86 |
| Fuel - Boiler | | 8,816.46 | 6.67 | | 45,478.28 | 3.49 |

| | 1 Month Ended Feb. 28, 2002 | Pct | | 11 Months Ended Feb. 28, 2002 | Pct |
|---|---|---|---|---|---|
| Insurance | 0.00 | 0.00 | | 4,245.50 | 0.33 |
| Employee Benefits | 0.00 | 0.00 | | 2,176.25 | 0.17 |
| Legal & Professional | 0.00 | 0.00 | | (135.00) | (0.01) |
| Miscellaneous | 0.00 | 0.00 | | 0.10 | 0.00 |
| Office Expense | 618.82 | 0.47 | | 4,157.86 | 0.32 |
| Outside Services | 2,170.00 | 1.64 | | 25,065.50 | 1.92 |
| Penalties | 0.00 | 0.00 | | 1,370.95 | 0.11 |
| Postage | 33.16 | 0.03 | | 412.28 | 0.03 |
| Rent & Lease Equipment | 161.74 | 0.12 | | 2,811.15 | 0.22 |
| Repair & Maintenance | 4,776.09 | 3.61 | | 40,246.12 | 3.09 |
| Salaries & Wages - Admin | 4,617.01 | 3.49 | | 57,009.48 | 4.38 |
| Payroll Taxes - Admin | 545.16 | 0.41 | | 4,349.05 | 0.33 |
| Workers' Comp Insur - Admin | 0.00 | 0.00 | | (22.48) | (0.00) |
| Group Health Insur - Admin | 715.42 | 0.54 | | 9,529.36 | 0.73 |
| Saws & Knives | 0.00 | 0.00 | | 13,193.51 | 1.01 |
| Small Tools | 0.00 | 0.00 | | 441.43 | 0.03 |
| Supplies | 781.04 | 0.59 | | 9,572.06 | 0.74 |
| Taxes - Other | 0.00 | 0.00 | | 379.65 | 0.03 |
| Taxes - Sales | 0.00 | 0.00 | | 9.66 | 0.00 |
| Telephone | 211.25 | 0.16 | | 5,727.55 | 0.44 |
| Tires | 236.70 | 0.18 | | 1,044.66 | 0.08 |
| Trash Removal | 60.00 | 0.05 | | 786.79 | 0.06 |
| Travel | 143.16 | 0.11 | | 1,856.10 | 0.14 |
| Utilities | 7,891.72 | 5.97 | | 99,380.82 | 7.63 |
| Total Expenses | 33,721.32 | 25.51 | | 419,747.88 | 32.23 |
| Operating Income | 39,821.13 | 30.12 | | 117,613.24 | 9.03 |
| Interest Income | 27.25 | 0.02 | | 2,358.86 | 0.18 |
| Dividend Income | 0.00 | 0.00 | | 53.82 | 0.00 |
| Sales Tax Report Preparation | 0.00 | 0.00 | | 0.37 | 0.00 |
| Interest Expense | (2,875.46) | (2.18) | | (23,103.86) | (1.77) |
| Total Other Income | (2,848.21) | (2.15) | | (20,690.81) | (1.59) |
| Net Income (Loss) | $ 36,972.92 | 27.97 | $ | 96,922.43 | 7.44 |

# U.S. Department of Labor
## Bureau of Labor Statistics

*Bureau of Labor Statistics Data*

***www.bls.gov***



Advanced Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

**Change Output Options:** From: 1997 To: 2007 GO

include graphs **NEW!**

More Formatting Options

Data extracted on: February 6, 2008 (1:14:03 PM)

### Consumer Price Index - All Urban Consumers

**Series Id:** CUUR0000SA0
Not Seasonally Adjusted
**Area:** U.S. city average
**Item:** All items
**Base Period:** 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 159.1 | 159.6 | 160.0 | 160.2 | 160.1 | 160.3 | 160.5 | 160.8 | 161.2 | 161.6 | 161.5 | 161.3 | 160.5 | 159.9 | 161.2 |
| 1998 | 161.6 | 161.9 | 162.2 | 162.5 | 162.8 | 163.0 | 163.2 | 163.4 | 163.6 | 164.0 | 164.0 | 163.9 | 163.0 | 162.3 | 163.7 |
| 1999 | 164.3 | 164.5 | 165.0 | 166.2 | 166.2 | 166.2 | 166.7 | 167.1 | 167.9 | 168.2 | 168.3 | 168.3 | 166.6 | 165.4 | 167.8 |
| 2000 | 168.8 | 169.8 | 171.2 | 171.3 | 171.5 | 172.4 | 172.8 | 172.8 | 173.7 | 174.0 | 174.1 | 174.0 | 172.2 | 170.8 | 173.6 |
| 2001 | 175.1 | 175.8 | 176.2 | 176.9 | 177.7 | 178.0 | 177.5 | 177.5 | 178.3 | 177.7 | 177.4 | 176.7 | 177.1 | 176.6 | 177.5 |
| 2002 | 177.1 | 177.8 | 178.8 | 179.8 | 179.8 | 179.9 | 180.1 | 180.7 | 181.0 | 181.3 | 181.3 | 180.9 | 179.9 | 178.9 | 180.9 |
| 2003 | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 | 184.0 | 183.3 | 184.6 |
| 2004 | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 | 188.9 | 187.6 | 190.2 |
| 2005 | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 | 195.3 | 193.2 | 197.4 |
| 2006 | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 | 201.6 | 200.6 | 202.6 |
| 2007 | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 | 207.342 | 205.709 | 208.976 |

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Linking to Our Site | Accessibility

**U.S. Bureau of Labor Statistics**
Postal Square Building
2 Massachusetts Ave., NE
Washington, DC 20212-0001

Phone: (202) 691-5200
Do you have a Data question?
Do you have a Technical (web) question?
Do you have Other comments?

CPI-U chart from BLS website, showing CPI-U at 210.036 in December of 2007.

**Exhibit 5-A**

TEXT
Table 1. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service
Table 2. Consumer Price Index for All Urban Consumers (CPI-U): Seasonally adjusted U.S. city average, by expenditure category and
Table 4. Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W): U.S. city average, by expenditure category and
Table 5. Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W): U.S. city average, by expenditure category and
Table 3. Consumer Price Index for All Urban Consumers: Selected areas, all items index
Table 6. Consumer Price Index for Urban Wage Earners and Clerical Workers: Selected areas, all items index

FOR TECHNICAL INFORMATION:
Patrick C. Jackman (202) 606-7000
CPI QUICKLINE: (202) 606-6994
FOR CURRENT AND HISTORICAL
INFORMATION: (202) 606-7828
MEDIA CONTACT: (202) 606-5902

USDL-96-142
TRANSMISSION OF MATERIAL IN
THIS RELEASE IS EMBARGOED
UNTIL 8:30 A.M. (EDT)
Friday, April 12, 1996

# CONSUMER PRICE INDEX: MARCH 1996

The Consumer Price Index for All Urban Consumers (CPI-U) increased 0.5 percent before seasonal adjustment in March to a level of 155.7 (1982-84=100), the Bureau of Labor Statistics of the U.S. Department of Labor reported today. For the 12-month period ended in March, the CPI-U increased 2.8 percent.

The Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W) also rose 0.5 percent in March, prior to seasonal adjustment. The March 1996 CPI-W level of 152.9 was 2.8 percent higher than the index in March 1995.

## CPI for All Urban Consumers (CPI-U)

On a seasonally adjusted basis, the CPI-U rose 0.4 percent in March, following increases of 0.4 and 0.2 percent in the first 2 months of 1996. Each of the three groups--food, energy, and all items less food and energy--contributed to the larger advance in March. The food index, which had risen 0.1 percent in each of the 3 preceding months, increased 0.6 percent in March. A 6.0 percent rise in the index for fresh fruits and vegetables accounted for about 85 percent of the March increase. The energy index registered its fourth consecutive increase--up 1.4 percent in March--after declining throughout most of 1995. The index for petroleum-based energy increased 3.5 percent in March, more than offsetting a 0.6 percent decline in the index for energy services. Excluding food and energy, the CPI-U rose 0.3 percent after increasing 0.2 percent in March. Within this index, an upturn in the index for apparel and upkeep more than offset the deceleration in the indexes for public transportation and entertainment.

Table A. Percent changes in CPI for Urban Consumers (CPI-U)

| Expenditure Category | Seasonally adjusted: Changes from preceding month 1995 Sep. | Oct. | Nov. | Dec. | 1996 Jan. | Feb. | Mar. | Compound annual rate 3-mos. ended Mar. '96 | Un-adjusted 12-mos. ended Mar. '96 |
|---|---|---|---|---|---|---|---|---|---|
| All Items | .1 | .3 | .1 | .2 | .4 | .2 | .4 | 4.0 | 2.8 |
| Food and beverages | .3 | .3 | .0 | .1 | .1 | .1 | .5 | 3.2 | 2.8 |
| Housing | .1 | .3 | .2 | .3 | .3 | .2 | .3 | 3.2 | 2.9 |
| Apparel and upkeep | -.2 | .3 | .0 | .1 | .7 | -.9 | .6 | 1.5 | .3 |
| Transportation | -.1 | .1 | -.4 | .1 | .7 | .5 | .7 | 8.0 | 2.3 |
| Medical care | .4 | .2 | .3 | .4 | .4 | .2 | .3 | 3.2 | 3.8 |
| Entertainment | .3 | .3 | .4 | .4 | .3 | .8 | .1 | 4.7 | 3.8 |
| Other goods and services | .4 | .4 | .4 | .2 | .2 | .4 | .4 | 4.4 | 4.4 |
| Special Indexes: | | | | | | | | | |
| Energy | -1.3 | .3 | -.9 | 1.1 | 1.9 | .4 | 1.4 | 15.8 | 2.8 |
| Food | .3 | .3 | .0 | .1 | .1 | .1 | .6 | 3.2 | 2.8 |
| All items less food and energy | .2 | .3 | .1 | .1 | .3 | .2 | .3 | 3.5 | 2.8 |

During the first 3 months of 1996, The CPI-U rose at a 4.0 percent seasonally adjusted annual rate (SAAR). This compares with a 2.5 percent increase for all of 1995. The food index has increased at a 3.2 percent SAAR and energy at a 15.8 percent SAAR thus far in 1996.

Excluding food and energy, the CPI-U increased at a 3.5 percent SAAR in the first 3 months of 1996. This compares with a 3.0 percent increase in all of 1995. The indexes for apparel and upkeep and public transportation increased at a faster pace during the first quarter of 1996 than during all of 1995 and were largely responsible for the acceleration in the overall index for all items less food and energy. The rates for selected groups during the last 8 and 1/4 years are shown below.

BLS press release from April 12, 1996, announcing CPI-U for March 1996 was 155.7

| Percent change 12 months 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | SAAR 3 months ended in March 1996 |
|---|---|---|---|---|---|---|---|---|

**Exhibit 5-B**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 02-131C (Judge George W. Miller) |

**DECLARATION OF ALAN I. SALTMAN**

I, Alan I. Saltman, declare under penalty of perjury that the following is true and correct:

1. I am a principal of the law firm of Saltman & Stevens, P.C., and counsel of record for the plaintiff, Precision Pine & Timber, Inc. ("Precision Pine") in this matter.

2. Set forth in Exhibits 7 and 8 is a general description of the attorneys' fees and expenses incurred by Precision Pine. To the best of my knowledge, the totals are accurate.

3. As described with more specificity in Exhibit 7, Precision Pine incurred a total of $328,346.00 in attorneys' fees at the attorneys' regular rates. Applying a COLA adjustment of 22.79% to the EAJA base rate of $125, the applicable adjusted EAJA rate for this matter is $153.49.[1] At the adjusted EAJA rate, the value of the attorney time input in this matter is $209,875.49. This amount is based on Precision Pine's having incurred attorneys' fees for

[1] The COLA adjustment is set forth in more detail in Attachment 1 on page 4 of this declaration.



**Exhibit 6**

1,255.3 hours of attorney time at the adjusted EAJA rate of $153.49, plus 124.2 hours that were billed by attorney William B. Kinner (listed in Exhibit 7 as"WBK"), who worked 37.7 hours at $135 per hour in 2001, and 86.5 hours at $140 in 2002 (these latter rates were less than the adjusted EAJA rate and therefore are being charged as billed).

4. Precision Pine also requests $10,233.15 in expenses incurred in this matter. These expenses are itemized in Exhibits 7 and 8. Exhibit 8 describes 15.3 hours billed by "EMT," "MRJ," "JRC," and "WDP" which were removed from the total of attorneys' hours and added to the other expenses of the firm, pursuant to the Federal Circuit's ruling in Richlin Sec. Service Co. v. Chertoff, 482 F.3d 1358, 1359 (Fed. Cir. 2007), cert granted, 76 U.S.L.W. 3023, (U.S. Nov. 13, 2007) (No. 06-1717) (paralegal fees not awarded as attorney fees under EAJA and instead are to be considered as a cost). This was done even though EMT and JRC were summer associates and not paralegals.

5. The attorneys' fees and expenses Precision Pine seeks were incurred for legal research regarding jurisdictional basis of a CDA claim; drafting numerous status reports and attending status conferences; analysis of the government's damages calculation and recalculation; and legal research and drafting of numerous pleadings, including Precision's Motion to Dismiss Defendant's Counterclaim or in the Alternative for Summary Judgment, and Plaintiff's Reply in Support of Its Motion to Dismiss, Plaintiff's Motion for Summary Judgment of February 6, 2006, and for the Supplemental Brief Pursuant to the Court's Order of October 5, 2006, of November 3, 2006. Fees also were incurred in responding to the Government's Appeal

of February 2007. Additionally, fees and expenses were incurred for legal research and drafting the current EAJA application.

6. To the best of my knowledge, the computation of the attorneys' fees and expenses requested is accurate.

2-14-08
Dated

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Attachment 1:

| Calculation of the Arithmetic Mean Increase in the "Consumer Price Index - Urban" During the Pendency of This Litigation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | CPI-U All Urban Consumers from May 2001 - December 2007 | | | | | | | |
| | | | | | | | | |
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Overall |
| | | | | | | | | |
| January | | 177.1 | 181.7 | 185.2 | 190.7 | 198.7 | 202.416 | |
| February | | 177.8 | 183.1 | 186.2 | 191.8 | 198.7 | 203.499 | |
| March | | 178.8 | 184.2 | 187.4 | 193.3 | 199.8 | 205.352 | |
| April | | 179.8 | 183.8 | 188 | 194.6 | 201.5 | 206.686 | |
| May | 177.7 | 179.8 | 183.5 | 189.1 | 194.4 | 202.5 | 207.949 | |
| June | 178 | 179.9 | 183.7 | 189.7 | 194.5 | 202.9 | 208.352 | |
| July | 177.5 | 180.1 | 183.9 | 189.4 | 195.4 | 203.5 | 208.299 | |
| August | 177.5 | 180.7 | 184.6 | 189.5 | 196.4 | 203.9 | 207.917 | |
| September | 178.3 | 181 | 185.2 | 189.9 | 198.8 | 202.9 | 208.49 | |
| October | 177.7 | 181.3 | 185 | 190.9 | 199.2 | 201.8 | 208.936 | |
| November | 177.4 | 181.3 | 184.5 | 181 | 197.6 | 201.5 | 210.177 | |
| December | 176.7 | 180.9 | 184.3 | 190.3 | 196.8 | 201.8 | 210.036 | |
| *Mean (overall)* | | | | | | | | ***191.181*** |
| | | | | | | | | |
| *CPI-U Rate From March 1996 (Basis for $125 EAJA rate)* | | | | | | | | ***155.7*** |
| *% change from EAJA base* | 14.07% | 15.53% | 18.15% | 20.78% | 25.43% | 29.50% | 33.17% | ***22.79%*** |
| *Adjusted Rate* | $142.59 | $144.41 | $147.69 | $150.98 | $156.79 | $161.88 | $166.46 | ***$153.49*** |
| | | | | | | | | |

Saltman & Stevens, P.C.
1801 K Street, N.W.
Mezzanine M110
Washington, DC 20006

Invoice submitted to:
PRECISION PINE & TIMBER, INC.
P.O. BOX 70
HEBER, AZ 85923
ATTN: LON PORTER

In Reference To: 90096-00013 - DEFAULTS

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/3/2001 - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $60.00 |
| - | RWG | TIME<br>Review default letters; conference with A. Saltman. | 0.90 | $162.00 |
| 5/4/2001 - | AIS | TIME<br>Draft letter to bonding company; legal research; review documents from client; conference with W. Kinner. | 2.50 | $750.00 |
| - | WBK | TIME<br>Conference with A. Saltman re: consent of surety; legal research re: same. | 0.30 | $40.50 |
| 5/7/2001 - | WBK | TIME<br>Continue legal research re: consent of surety; conference with A. Saltman re: same; prepare memorandum re: same. | 8.80 | $1,188.00 |
| - | AIS | TIME<br>Conference with W. Kinner; legal research; send letter to J. Caine; conference with R. Goeken. | 1.00 | $300.00 |
| - | RGT | TIME<br>Conference with W. Kinner. | 0.20 | $50.00 |
| - | RWG | TIME<br>Conference with A. Saltman re: bonding company issues; draft letter to client re: same; review contract clause BT9.1. | 1.20 | $216.00 |
| 5/8/2001 - | WBK | TIME<br>Continue legal research re: consent of surety; continue to work on memorandum re: same. | 3.20 | $432.00 |
| - | AIS | TIME<br>Review letter to client. | 0.10 | $30.00 |
| 7/12/2001 - | RWG | TIME<br>Review Contracting Officer's final decision re: Manaco timber sale; conference with A. Saltman. | 0.50 | $90.00 |

Exhibit 7

PRECISION PINE & TIMBER, INC.



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2001 - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $60.00 |
| 8/23/2001 - | AIS | TIME<br>Review fax from J. Bedell; legal research re: material breach. | 0.40 | $120.00 |
| 8/29/2001 - | RWG | TIME<br>Draft e-mail to A. Saltman re: Manaco default situation. | 1.50 | $270.00 |
| 10/1/2001 - | AIS | TIME<br>Work on talking points for Lewis; telephone conference with same; telephone conference with B. Imbergamo. | 0.90 | $270.00 |
| 10/3/2001 - | AIS | TIME<br>Telephone conference with D. Fitzgerald; telephone call to L. Tenney. | 0.50 | $150.00 |
| 10/5/2001 - | AIS | TIME<br>Listen to voicemail message from L. Tenney; telephone conference with F. Gladics; draft letter to Congressman Udall and Congressman Moran. | 0.90 | $270.00 |
| 10/10/2001 - | WBK | TIME<br>Review defaults files to determine which matters final decisions were issued in; conference with A. Saltman re: same. | 0.80 | $108.00 |
| - | AIS | TIME<br>Telephone conference with L. Tenney; telephone call to F. Gladics; conference with W. Kinner. | 0.50 | $150.00 |
| 10/11/2001 - | AIS | TIME<br>Conference with W. Kinner re: preparing complaint. | 0.60 | $180.00 |
| - | WBK | TIME<br>Conference with A. Saltman re: claims, final decisions, docketing and complaint; review defaults files to determine appropriate docketing, and ensure we received back-up for each final decision; docket appropriate due dates; work on complaint. | 3.40 | $459.00 |
| 10/12/2001 - | AIS | TIME<br>Conference with W. Kinner re: complaint; conference with W. Kinner re: third-party practices. | 0.40 | $120.00 |
| - | WBK | TIME<br>Continue to work on complaint; conference with A. Saltman re: same; conference with A. Saltman re: third-paty practice/impleading surety. | 5.40 | $729.00 |
| 10/15/2001 - | WBK | TIME<br>Continue to work on complaint; review defaults files; begin legal research re: third-party practice before Court of Federal Claims. | 2.30 | $310.50 |
| 10/16/2001 - | WBK | TIME<br>Research re: impleader/third-party practice; work on motion for notice to third parties; review file. | 2.00 | $270.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2001 - | AIS | TIME<br>Telephone conference with F. Gladics. | 0.10 | $30.00 |
| 10/17/2001 - | WBK | TIME<br>Legal research re: third-party practice; continue to work on motion for notice to third party. | 1.70 | $229.50 |
| - | AIS | TIME<br>Telephone conference with F. Gladics; send e-mail to R. Goeken. | 0.30 | $90.00 |
| 10/18/2001 - | WBK | TIME<br>Legal research re: joinder of third parties. | 0.80 | $108.00 |
| 10/19/2001 - | WBK | TIME<br>Continue to work on complaint, motion for notice to third party, and associated legal research re: joinder of third party; review file. | 3.80 | $513.00 |
| 10/25/2001 - | WBK | TIME<br>Conference with A. Saltman and R. Goeken re: complaint. | 0.10 | $13.50 |
| - | RWG | TIME<br>Telephone conference with client; conference with A. Saltman; review and revise draft letter to Regional Forester; fax letter and send e-mail to client; telephone conference with J. Caine; conference with G. Stevens and A. Saltman re: case strategy; conference with A. Saltman and W. Kinner re: complaint. | 2.50 | $450.00 |
| - | GGS | TIME<br>Conference with A. Saltman and R. Goeken re: settlement issues. | 0.10 | $28.00 |
| - | AIS | TIME<br>Conference with G. Stevens and R. Goeken; conference with R. Goeken and W. Kinner re: complaint. | 0.30 | $90.00 |
| 10/26/2001 - | WBK | TIME<br>Continue to work on complaint. | 0.40 | $54.00 |
| - | RWG | TIME<br>Telephone conference with J. Caine and client re: letter of payment on O.D. Ridge. | 0.50 | $90.00 |
| 10/29/2001 - | WBK | TIME<br>Continue to work on complaint. | 0.10 | $13.50 |
| 11/12/2001 - | WBK | TIME<br>Work on complaint; conference with R. Goeken re: missing final decisions; conference with R. Goeken re: complaint. | 3.00 | $420.00 |
| - | RWG | TIME<br>Conference with W. Kinner re: total defaults damages claimed. | 0.30 | $57.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/2001 - | WBK | TIME<br>Review defaults file to determine total damages on all sales. | 1.60 | $224.00 |
| 12/4/2001 - | RWG | TIME<br>Telephone conference with M. Bowers re: response to Forest Service letter re: U-Bar. | 0.30 | $57.00 |
| 1/15/2002 - | AIS | TIME<br>Conference with R. Goeken. | 0.70 | $217.00 |
| 1/29/2002 - | AIS | TIME<br>Conference with W. Kinner. | 0.10 | $31.00 |
| - | WBK | TIME<br>Conference with A. Saltman re: complaints and motion for joinder of third party. | 0.10 | $14.00 |
| 2/4/2002 - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $62.00 |
| - | WBK | TIME<br>Legal research re: proposed new Court of Federal Claims rule concerning joinder of parties. | 0.40 | $56.00 |
| - | RWG | TIME<br>Review and revise draft complaint; conference with A. Saltman. | 2.90 | $551.00 |
| 2/5/2002 - | RWG | TIME<br>Continue to review and revise draft complaint. | 1.50 | $285.00 |
| 2/6/2002 - | RWG | TIME<br>Review sale files; telephone conference with client re: default issues. | 3.50 | $665.00 |
| 2/7/2002 - | RWG | TIME<br>Continue to work on draft complaint; review Contracting Officer's final decision and damage claims. | 3.50 | $665.00 |
| 2/8/2002 - | RWG | TIME<br>Continue to review and revise draft complaint. | 3.70 | $703.00 |
| 2/11/2002 - | RWG | TIME<br>Continue to review and revise draft complaint; draft fax to client; telephone conference with M. Bowers re: same. | 4.80 | $912.00 |
| 2/12/2002 - | RWG | TIME<br>Continue to review and revise draft complaint; conference with W. Kinner re: same. | 5.90 | $1,121.00 |
| - | WBK | TIME<br>Legal research re: estimates of damages in final decisions; conference with R. Goeken re: same. | 8.60 | $1,204.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2002 - | AIS | TIME<br>Continue to review and revise draft complaint; conference with R. Goeken. | 0.50 | $155.00 |
| - | WBK | TIME<br>Continue legal research re: final decision and estimates of damages. | 8.30 | $1,162.00 |
| - | RWG | TIME<br>Continue to review and revise draft complaint; conference with A. Saltman; legal research re: joinder of third party. | 4.50 | $855.00 |
| 2/14/2002 - | WBK | TIME<br>Continue legal research re: CDA final decisions and estimates; prepare summary of same. | 4.00 | $560.00 |
| - | AIS | TIME<br>Continue to work on complaint. | 0.40 | $124.00 |
| - | RWG | TIME<br>Continue to review and revise draft complaint; continue legal research re: joinder issues. | 4.00 | $760.00 |
| 2/15/2002 - | RWG | TIME<br>Review default contracts; telephone conference with client re: defaults; draft chart of defaults overview; conference with A. Saltman. | 3.50 | $665.00 |
| - | AIS | TIME<br>Review and revise complaint; conference with R. Goeken. | 0.70 | $217.00 |
| 2/19/2002 - | RWG | TIME<br>Review notice of assignment from court; legal research re: same. | 0.40 | $76.00 |
| 2/20/2002 - | RWG | TIME<br>Telephone conference with clerk; telephone conference with Judge Damich's chambers. | 0.40 | $76.00 |
| 2/25/2002 - | AIS | TIME<br>Conference with R. Goeken; review notice of assignment. | 0.50 | $155.00 |
| - | RWG | TIME<br>Conference with A. Saltman. | 0.40 | $76.00 |
| 3/5/2002 - | RWG | TIME<br>Draft memorandum re: use of Hobin in litigation. | 1.50 | $285.00 |
| 4/22/2002 - | RWG | TIME<br>Review new court rules; review government's answer; docket dates. | 1.80 | $342.00 |
| 4/23/2002 - | RWG | TIME<br>Conference with A. Saltman; review court rules; docket dates. | 1.90 | $361.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $62.00 |

PRECISION PINE & TIMBER, INC.



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/30/2002 - | RWG | TIME<br>Review and revise draft reply to counterclaim. | 0.70 | $133.00 |
| 5/1/2002 - | RWG | TIME<br>Review and revise reply to counterclaim; conference with A. Saltman. | 1.90 | $361.00 |
| - | AIS | TIME<br>Conference with W. Kinner re: motion to dismiss; review memorandum re: sum certain; conference with W. Kinner re: same; conference with R. Goeken. | 0.70 | $217.00 |
| - | WBK | TIME<br>Research re: final decision and sum certain as jurisdictional basis for CDA claim; conference with A. Saltman re: same; research rules re: Joint Preliminary Status Report, meeting of counsel and motion to dismiss; conference with A. Saltman re: same. | 2.20 | $308.00 |
| 5/2/2002 - | WBK | TIME<br>Legal research re: CDA jurisdiction/indispute/sum certain. | 0.90 | $126.00 |
| 5/3/2002 - | AIS | TIME<br>Conference with W. Kinner. | 0.10 | $31.00 |
| - | WBK | TIME<br>Conference with A. Saltman re: motion to dismiss counterclaim for lack of jurisdiction; legal research re: same; work on motion re: same. | 1.50 | $210.00 |
| 5/6/2002 - | WBK | TIME<br>Continue to work on motion to dismiss and associated research. | 6.80 | $952.00 |
| 5/7/2002 - | AIS | TIME<br>Conference with W. Kinner re: "in dispute" and "sum certain"; review dates for submission of Joint Preliminary Status Report. | 0.70 | $217.00 |
| - | WBK | TIME<br>Continue to work on motion to dismiss and associated legal research; conference with A. Saltman re: same; conference with R. Goeken re: same; research re: definition of claim in FSH, FSM and CFR. | 8.20 | $1,148.00 |
| - | RWG | TIME<br>Conference with W. Kinner re: legal theories. | 0.60 | $114.00 |
| 5/8/2002 - | WBK | TIME<br>Continue to work on motion to dismiss and associated legal research. | 4.60 | $644.00 |
| 5/9/2002 - | WBK | TIME<br>Continue to work on motion and associated legal research; email R. Goeken re: how handling FAR applicability in motion. | 3.80 | $532.00 |
| 5/10/2002 - | AIS | TIME<br>Conference with W. Kinner. | 0.10 | $31.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 5/10/2002 - | WBK | TIME | Conference with A. Saltman re: motion to dismiss. | 0.10 | $14.00 |
| 5/16/2002 - | WBK | TIME | Continue to work on motion to dismiss. | 4.70 | $658.00 |
| 5/17/2002 - | WBK | TIME | Continue to work on motion to dismiss. | 5.90 | $826.00 |
| 5/20/2002 - | AIS | TIME | Review and revise motion to dismiss. | 1.50 | $465.00 |
| 5/21/2002 - | AIS | TIME | Continue to review and revise motion to dismiss. | 2.00 | $620.00 |
| - | RWG | TIME | Review draft motion to dismiss; conference with W. Kinner. | 0.60 | $114.00 |
| - | WBK | TIME | Conference with R. Goeken re: motion to dismiss; telephone conference with M. Bowers re: Wiggins and Brann bills for collection; telephone conference with L. Porter re: same. | 0.50 | $70.00 |
| 5/23/2002 - | RWG | TIME | Conference with A. Saltman re: telephone call from Frontier Insurance; research re: SOL in NY, AZ and TN. | 0.70 | $133.00 |
| - | AIS | TIME | Continue to review and revise motion to dismiss; conference with W. Kinner re: same; conference with R. Goeken re: Frontier Insurance; conference with E. Tamarkin. | 2.50 | $775.00 |
| - | WBK | TIME | Factual research re: date Frontier was removed from approved list of sureties; conference with A. Saltman re: motion to dismiss; continue to work on same. | 1.00 | $140.00 |
| 5/24/2002 - | RWG | TIME | Conference with A. Saltman and W. Kinner. | 0.20 | $38.00 |
| - | AIS | TIME | Conference with R. Goeken and W. Kinner; review final decision re: method used to estimate damages; follow-up conference with W. Kinner. | 0.90 | $279.00 |
| - | WBK | TIME | Conference with A. Saltman and R. Goeken re: motion to dismiss; review notes & correspondence file for indication of dispute as to liabiity or amount; follow-up conference with A. Saltman. | 4.70 | $658.00 |
| 5/28/2002 - | AIS | TIME | Conference with W. Kinner. | 0.20 | $62.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/28/2002 - | WBK | TIME<br>Continue to work on motion to dismiss and associated research; conference with A. Saltman re: same. | 7.10 | $994.00 |
| 5/29/2002 - | AIS | TIME<br>Continue to review and revise draft motion to dismiss. | 2.00 | $620.00 |
| - | WBK | TIME<br>Continue to work on motion to dismiss; review Court of Federal Claims rules re: format of motion; review files for documents to be included in the appendix; conference with A. Saltman re: motion to dismiss. | 7.50 | $1,050.00 |
| 5/30/2002 - | AIS | TIME<br>Continue to review and revise draft motion to dismiss. | 3.70 | $1,147.00 |
| - | WBK | TIME<br>Continue to work on motion to dismiss; conference with A. Saltman re: same; assist A. Saltman with location of documents for motion; prepare appendix list for same. | 2.90 | $406.00 |
| 5/31/2002 - | RWG | TIME<br>Conference with A. Saltman. | 0.10 | $19.00 |
| - | AIS | TIME<br>Continue to work on draft motion to dismiss; conference with W. Kinner; conference with R. Goeken. | 1.10 | $341.00 |
| - | WBK | TIME<br>Continue to work on motion to dismiss; conference with A. Saltman re: same. | 2.40 | $336.00 |
| 6/3/2002 - | AIS | TIME<br>Review and revise motion to dismiss. | 0.50 | $155.00 |
| 6/4/2002 - | AIS | TIME<br>Continue to review and revise motion to dismiss. | 0.40 | $124.00 |
| 6/5/2002 - | RWG | TIME<br>Telephone call to M. Palko. | 0.50 | $95.00 |
| - | WBK | TIME<br>Review edits to motion to dismiss. | 0.10 | $14.00 |
| 6/6/2002 - | RWG | TIME<br>Conference with A. Saltman; telephone conference with M. Palko; draft motion to stay and fax to same. | 1.80 | $342.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.10 | $31.00 |
| 6/10/2002 - | RWG | TIME<br>Telephone conference with M. Palko. | 0.20 | $38.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/11/2002 - | RWG | TIME<br>Review, revise and finalize motion to stay. | 0.50 | $95.00 |
| 6/13/2002 - | WBK | TIME<br>Edit motion to dismiss. | 0.10 | $14.00 |
| 6/14/2002 - | WBK | TIME<br>Review edits to motion to dismiss. | 0.10 | $14.00 |
| 11/8/2002 - | RWG | TIME<br>Telephone conferences with Judge Damich's clerk; telephone conferences with Dept. of Justice counsel; prepare Motion to Reimpose Stay; review and finalize same. | 2.50 | $562.50 |
| 5/1/2003 - | RWG | TIME<br>Telephone conference with opposing counsel. | 0.30 | $67.50 |
| 5/2/2003 - | RWG | TIME<br>Exchange emails with opposing counsel; telephone conference with same re: status report. | 0.30 | $67.50 |
| 5/4/2003 - | RWG | TIME<br>Draft motion for enlargement. | 0.50 | $112.50 |
| 5/5/2003 - | RWG | TIME<br>Finalize motion for enlargement. | 0.50 | $112.50 |
| 5/27/2003 - | RWG | TIME<br>Review file; telephone conference with D. Harrington. | 0.50 | $112.50 |
| 5/28/2003 - | RWG | TIME<br>Conference with A. Saltman. | 0.30 | $67.50 |
| - | AIS | TIME<br>Conference with R. Goeken; conference with D. Craig. | 0.40 | $132.00 |
| - | DJC | TIME<br>Conference with A. Saltman re: court order; make docket contry entries. | 0.20 | $32.00 |
| 5/29/2003 - | AIS | TIME<br>Conference with R. Goeken; review and revise status report. | 0.50 | $165.00 |
| - | RWG | TIME<br>Telephone conference with D. Harrington; conference with A. Saltman; draft, review and revise joint status report; email same to D. Harrington. | 2.90 | $652.50 |
| 5/30/2003 - | RWG | TIME<br>Review draft Joint Status Report; email D. Harrington. | 0.90 | $202.50 |
| 7/24/2003 - | DJC | TIME<br>Docket control entry. | 0.10 | $16.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 9/9/2003 | - | DJC | TIME<br>Prepare electronic pleadings file; review and download court notification; telephone conference with A. Saltman and R. Ryan re: same. | 0.30 | $48.00 |
| 11/14/2003 | - | AIS | TIME<br>Conference with R. Goeken and C. Miller. | 1.00 | $350.00 |
| | - | CTM | TIME<br>Conference with A. Saltman and R. Goeken re: memorandum on improper defaults. | 0.40 | $64.00 |
| | - | RWG | TIME<br>Conference with A. Saltman re: case options; conference with C. Miller and A. Saltman re: same. | 0.80 | $208.00 |
| 11/18/2003 | - | CTM | TIME<br>Review *Precision Pine* case and motions for preliminary facts for memorandum. | 3.10 | $496.00 |
| 12/5/2003 | - | RWG | TIME<br>Review order; conference with A. Saltman. | 0.20 | $52.00 |
| | - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $70.00 |
| 12/9/2003 | - | CTM | TIME<br>Write summation of issues in *Precision Pine*; conduct preliminary research on indirect government interference. | 2.40 | $384.00 |
| 12/15/2003 | - | AIS | TIME<br>Review and revise memorandum from C. Miller. | 0.60 | $210.00 |
| | - | CTM | TIME<br>Research *Seaboard Lumber* opinions; research *J.A. Jones* opinion; research *W. Green* opinion; conference with A. Saltman re: research. | 7.40 | $1,184.00 |
| 12/16/2003 | - | AIS | TIME<br>Conference with C. Miller. | 0.40 | $140.00 |
| | - | CTM | TIME<br>Research *Benttas* line of cases dealing with raising the minimum wage; research *Southland* line of cases dealing with multiple contracts; research cases dealing with multiple contractors working on the same site; conference with A. Saltman regarding research. | 7.10 | $1,136.00 |
| 12/17/2003 | - | CTM | TIME<br>Research *Sunswick*, *LeVeque*, *York*, *Clemmer* and *Paretta* cases dealing with government actions increasing the cost of performance under a contract. | 4.30 | $688.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/2003 - | CTM | TIME<br>Research *Manufacturers' Casualty Ins. Co.* case; research *Shedd Bartish Foods* case; research implied duty not to hinder case. | 4.50 | $720.00 |
| 12/19/2003 - | CTM | TIME<br>Research BCA cases on implied duties; research law review articles on implied duties. | 3.80 | $608.00 |
| 12/22/2003 - | CTM | TIME<br>Research law revision articles on the government increasing the cost of performance; research Board of Contract Appeals cases on increasing the cost of performance. | 4.10 | $656.00 |
| 12/23/2003 - | CTM | TIME<br>Research 6th Circuit caselaw on increasing the cost of performance; shepardize *York* and related cases. | 3.30 | $528.00 |
| 12/29/2003 - | AIS | TIME<br>Conference with D. Craig. | 0.20 | $70.00 |
| - | DJC | TIME<br>Conference with A. Saltman re: strategy. | 0.10 | $16.50 |
| 12/30/2003 - | CTM | TIME<br>Research *Lesh* , *Stafford* and *Fort Sill* cases. | 3.10 | $496.00 |
| 12/31/2003 - | CTM | TIME<br>Research cases that have cited *York* positively or negatively; conference with A. Saltman regarding research. | 6.80 | $1,088.00 |
| - | AIS | TIME<br>Conference with C. Miller. | 0.20 | $70.00 |
| 1/2/2004 - | CTM | TIME<br>Research *Standard Accident Ins. Co.* and *Stafford* cases; research act of congress cases. | 4.50 | $720.00 |
| 1/5/2004 - | CTM | TIME<br>Research *Fort Sill* and Appeal of *Daniel Hamm Company* cases. | 2.30 | $368.00 |
| 1/6/2004 - | CTM | TIME<br>Research *Shedd-Bartish* and *Lesh* cases; research law review articles on default terminations. | 3.80 | $608.00 |
| 1/7/2004 - | CTM | TIME<br>Research Board of Contract Appeals cases on default termination with act of congress defenses. | 2.40 | $384.00 |
| 1/8/2004 - | CTM | TIME<br>Complete research on government action increasing cost of performance indirectly. | 7.10 | $1,136.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/9/2004 - | CTM | TIME<br>Compile research on increased cost of performance; pull key quotes from cases and provide brief summaries; conference with A. Saltman re: research. | 5.80 | $928.00 |
| - | AIS | TIME<br>Conference with C. Miller. | 0.20 | $70.00 |
| 1/22/2004 - | RWG | TIME<br>Review new case from Court of Federal Claims; forward same to A. Saltman. | 0.40 | $104.00 |
| 1/23/2004 - | AIS | TIME<br>Conference with R. Goeken. | 0.70 | $245.00 |
| - | RWG | TIME<br>Conference with A. Saltman re: case options. | 0.70 | $182.00 |
| 1/24/2004 - | AIS | TIME<br>Work on draft outline of summary judgment brief; conference with D. Craig re: same. | 1.30 | $455.00 |
| - | DJC | TIME<br>Conference with A. Saltman re: summary judgment motion. | 0.10 | $16.50 |
| 1/26/2004 - | AIS | TIME<br>Conference with D. Craig and C. Miller; draft e-mail to P. Dissert. | 0.80 | $280.00 |
| - | DJC | TIME<br>Review outline from A. Saltman; conference with C. Miller re: same; conference with A. Saltman and C. Miller; review pleadings file. | 0.90 | $148.50 |
| - | CTM | TIME<br>Begin writing draft of summary judgment brief; conference with A. Saltman and D. Craig; conference with D. Craig. | 4.80 | $768.00 |
| 1/27/2004 - | CTM | TIME<br>Conference with A. Saltman regarding summary judgment brief; re-read research on points in outline. | 2.40 | $384.00 |
| - | AIS | TIME<br>Conference with C. Miller re: summary judgment brief. | 0.20 | $70.00 |
| 1/28/2004 - | CTM | TIME<br>Finalize memorandum re: privileges and attorneys fees; research issues for summary judgment brief. | 4.10 | $656.00 |
| 1/29/2004 - | CTM | TIME<br>Review cases for summary judgment brief. | 3.20 | $512.00 |
| 1/30/2004 - | DJC | TIME<br>Download and review case transfer order and notice. | 0.10 | $16.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2004 - | CTM | TIME<br>Re-read essential cases for brief. | 3.50 | $560.00 |
| 2/3/2004 - | CTM | TIME<br>Outline keypoints and quotes for brief. | 4.10 | $656.00 |
| 2/4/2004 - | CTM | TIME<br>Continue outline of key points and quotes for brief. | 3.30 | $528.00 |
| 2/10/2004 - | DJC | TIME<br>Review pleadings and correspondence as background for summary judgment motion; review Court of Federal Claims rules re: summary judgment. | 4.30 | $709.50 |
| 2/11/2004 - | CTM | TIME<br>Conference with D. Craig on brief; work on draft of brief. | 3.20 | $512.00 |
| - | DJC | TIME<br>Review file and pleadings for summary judgment motion; research caselaw re: material breach and waiver; review treatises for same; conference with C. Miller. | 6.20 | $1,023.00 |
| 2/13/2004 - | DJC | TIME<br>Research caselaw re: material breaches and election and waiver; continue work on draft summary judgment motion. | 3.80 | $627.00 |
| - | CTM | TIME<br>Work on a rough draft of memorandum dealing with defaults. | 2.40 | $384.00 |
| 2/20/2004 - | CTM | TIME<br>Research level of proof needed. | 2.10 | $336.00 |
| 2/23/2004 - | DJC | TIME<br>Continue drafting motion for summary judgment. | 1.40 | $231.00 |
| - | CTM | TIME<br>Work on brief. | 2.90 | $464.00 |
| 2/24/2004 - | DJC | TIME<br>Continue working on summary judgment motion; conference with C. Miller re: same. | 2.80 | $462.00 |
| - | CTM | TIME<br>Continue to work on brief; conference with D. Craig. | 2.40 | $384.00 |
| 2/25/2004 - | DJC | TIME<br>Continue drafting summary judgment motion; conference with C. Miller and A. Saltman re: same. | 6.40 | $1,056.00 |
| - | AIS | TIME<br>Conference with C. Miller and D. Craig. | 0.20 | $70.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2004 - | CTM | TIME<br>Continue work on brief; conference with D. Craig and A. Saltman. | 2.50 | $400.00 |
| 2/26/2004 - | DJC | TIME<br>Continue drafting brief; review and download order re: status conference; conference with A. Saltman re: same. | 9.40 | $1,551.00 |
| - | AIS | TIME<br>Review order from Judge Miller; conference with D. Craig. | 0.40 | $140.00 |
| - | CTM | TIME<br>Continue writing portion of summary judgment brief. | 5.20 | $832.00 |
| 2/27/2004 - | DJC | TIME<br>Continue drafting motion for summary judgment; conference with C. Miller re: same; conference with A. Saltman re: motion for consolidation on Salt contract. | 7.90 | $1,303.50 |
| - | AIS | TIME<br>Telephone conference with P. Disert; draft email to same; conference with D. Craig. | 0.80 | $280.00 |
| - | CTM | TIME<br>Complete portion of summary judgment brief; conference with D. Craig. | 6.20 | $992.00 |
| 2/28/2004 - | DJC | TIME<br>Continue drafting summary judgment motion. | 4.50 | $742.50 |
| 2/29/2004 - | DJC | TIME<br>Continue drafting summary judgment motion. | 2.00 | $330.00 |
| 3/1/2004 - | RWG | TIME<br>Conference with A. Saltman re: case; review draft motion. | 2.50 | $650.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $70.00 |
| - | DJC | TIME<br>Finish drafting summary judgment motion; conference with C. Miller re: same; download and review court order re: status conference; draft motion for consolidation; research statutes and case law re: same. | 5.90 | $973.50 |
| - | CTM | TIME<br>Complete section of summary judgment brief and revise entire brief; conference with D. Craig. | 4.80 | $768.00 |
| 3/2/2004 - | RWG | TIME<br>Review and revise draft Motion to Dismiss; review case law; conference with A. Saltman and D. Craig; conference with G. Stevens; conference with D. Craig. | 5.50 | $1,430.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2004 - | AIS | TIME<br>Conference with R. Goeken and D. Craig; conference with G. Stevens. | 1.20 | $420.00 |
| - | GGS | TIME<br>Conference with R. Goeken and A. Saltman re: summary judgment brief. | 0.20 | $67.00 |
| - | DJC | TIME<br>Conference with A. Saltman and R. Goeken re: summary judgment motion; research consolidation of cases between Court of Federal Claims and the board; review files for multi-product sales; review damage claims from Forest Service; conference with R. Goeken re: same. | 1.90 | $313.50 |
| 3/3/2004 - | CTM | TIME<br>Conference with A. Saltman, D. Craig and R. Goeken. | 0.20 | $32.00 |
| - | RWG | TIME<br>Conference with A. Saltman; review and revise draft Motion to Dismiss; conference with A. Saltman, D. Craig and C. Miller. | 4.50 | $1,170.00 |
| - | AIS | TIME<br>Conference with R. Goeken re: brief; review and revise summary judgment brief; conference with R. Goeken, D. Craig and C. Miller. | 2.50 | $875.00 |
| - | DJC | TIME<br>Conference with A. Saltman, R. Goeken and C. Miller re: motion for summary judgment. | 0.50 | $82.50 |
| 3/4/2004 - | DJC | TIME<br>Review draft motion for dismissal and summary judgment; review files for documents for appendix; telephone call to M. Bowers. | 4.50 | $742.50 |
| - | RWG | TIME<br>Research re: estimated damages and CDA jurisdiction; conference with A. Saltman and D. Craig. | 2.60 | $676.00 |
| 3/5/2004 - | DJC | TIME<br>Review contract binders and files for individual clauses and relevant correspondence for summary judgment motion appendix; confer with R. Goeken re: appendix; begin compiling appendix; telephone conference with M. Bowers; telephone conference with L. Porter. | 6.40 | $1,056.00 |
| - | RWG | TIME<br>Confer with D. Craig re: Motion to Dismiss. | 0.30 | $78.00 |
| - | AIS | TIME<br>Review fax from Dept. of Justice; respond to same. | 0.50 | $175.00 |
| 3/8/2004 - | DJC | TIME<br>Continue preparing appendix; conference with R. Goeken re: same; telephone conference with L. Porter re: same. | 1.50 | $247.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/2004 - | AIS | TIME<br>Confer with C. Miller. | 0.20 | $70.00 |
| - | CTM | TIME<br>Confer with A. Saltman on jurisdictional issues; research where claims can be brought after they are withdrawn; conference with A. Saltman on results. | 2.20 | $352.00 |
| - | RWG | TIME<br>Conference with D. Craig. | 0.20 | $52.00 |
| 3/9/2004 - | DJC | TIME<br>Continue preparing appendix for motion to dismiss; participate in status conference at Court of Federal Claims. | 1.30 | $214.50 |
| - | AIS | TIME<br>Prepare for and attend status conference. | 0.30 | $105.00 |
| - | RWG | TIME<br>Participate in status conference at Court of Federal Claims. | 0.30 | $78.00 |
| 3/10/2004 - | RWG | TIME<br>Conference with D. Craig and A. Saltman. | 0.20 | $52.00 |
| - | DJC | TIME<br>Download and review scheduling order; conference with A. Saltman and R. Goeken re: same. | 0.30 | $49.50 |
| - | AIS | TIME<br>Conference with R. Goeken and D. Craig. | 0.20 | $70.00 |
| 3/15/2004 - | RWG | TIME<br>Conference with D. Craig re: Jersey Horse sale. | 0.30 | $78.00 |
| - | DJC | TIME<br>Review fax from L. Porter re: Jersey Horse resale; conference with R. Goeken re: same; telephone call to L. Porter; review Jersey Horse file. | 2.20 | $363.00 |
| 3/17/2004 - | DJC | TIME<br>Continue to review contract files for motion appendix documents. | 0.40 | $66.00 |
| 3/18/2004 - | DJC | TIME<br>Continue to review contract files for documents for appendix to motion to dismiss; revise motion and review appendix; conference with R. Goeken. | 2.10 | $346.50 |
| 3/19/2004 - | RWG | TIME<br>Conference with D. Craig; review and revise draft brief. | 1.50 | $390.00 |
| - | DJC | TIME<br>Conference with R. Goeken re: Motion to Dismiss and appendix. | 0.60 | $99.00 |
| 3/21/2004 - | RWG | TIME<br>Continue to work on brief. | 1.80 | $468.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 3/22/2004 - | DJC | TIME | Conference with R. Goeken re: motion; review revised version of same. | 1.10 | $181.50 |
| - | AIS | TIME | Review and revise brief; conference with R. Goeken. | 0.60 | $210.00 |
| - | RWG | TIME | Review and revise draft brief; conference with A. Saltman; conference with D. Craig. | 3.50 | $910.00 |
| 3/23/2004 - | DJC | TIME | Draft proposed finding of uncontroverted facts; revise appendix accordingly; review and revise dispositive motion; review case law for same. | 7.30 | $1,204.50 |
| 3/24/2004 - | RWG | TIME | Work on draft motion; conference with A. Saltman and D. Craig. | 2.50 | $650.00 |
| - | AIS | TIME | Conference with R. Goeken re: Forest Service appraisal; conference with D. Craig. | 0.40 | $140.00 |
| - | DJC | TIME | Telephone call to Court of Federal Claims; revise proposed finding of uncontroverted facts and motion to dismiss; draft index to appendix for same; conference with R. Goeken re: same; conference with A. Saltman. | 4.10 | $676.50 |
| 3/25/2004 - | RWG | TIME | Review, revise and finalize brief; review government's motion for summary judgment; conference with D. Craig; conference with A. Saltman. | 4.40 | $1,144.00 |
| - | DJC | TIME | Conference with R. Goeken re: Motion to Dismiss; electronically file same; review government's motion for summary judgment. | 1.10 | $181.50 |
| - | AIS | TIME | Review and revise brief; conference with R. Goeken; scan government's brief and appendix. | 1.60 | $560.00 |
| 3/29/2004 - | DJC | TIME | Draft letter to L. Porter re: dispositive motions briefing; conference with A. Saltman re: same. | 0.20 | $33.00 |
| - | RWG | TIME | Review government's brief; draft outline; conduct legal research in response to government's brief. | 4.40 | $1,144.00 |
| - | AIS | TIME | Conference with R. Goeken; conference with D. Craig; send brief to client. | 0.30 | $105.00 |
| 3/30/2004 - | DJC | TIME | Review summary of roundwood volumes remaining. | 0.40 | $66.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/30/2004 - | RWG | TIME<br>Research and draft re: motion for summary judgment. | 5.00 | $1,300.00 |
| 3/31/2004 - | RWG | TIME<br>Work on draft response to motion for summary judgment. | 0.50 | $130.00 |
| 4/2/2004 - | DJC | TIME<br>Conference with A. Saltman and R. Goeken re: waiver issue. | 0.40 | $66.00 |
| - | AIS | TIME<br>Conference with R. Goeken and D. Craig. | 1.00 | $350.00 |
| - | RWG | TIME<br>Conference with A. Saltman and D. Craig; review and revise draft brief. | 3.50 | $910.00 |
| - | DJC | TIME<br>Conference with M. Jones. | 0.20 | $33.00 |
| 4/5/2004 - | RWG | TIME<br>Conference with A. Saltman. | 0.20 | $52.00 |
| - | AIS | TIME<br>Review and revise portion of brief; conference with R. Goeken re: same. | 1.30 | $455.00 |
| 4/6/2004 - | DJC | TIME<br>Conference with R. Goeken re: response to government's motion; review government's motion; research Federal Circuit opinions re: reasonableness and discretion; conference with A. Saltman re: other companies and selective enforcement. | 3.50 | $577.50 |
| - | AIS | TIME<br>Conference with D. Craig. | 0.20 | $70.00 |
| - | RWG | TIME<br>Review and revise draft waiver argument; conference with D. Craig. | 3.90 | $1,014.00 |
| 4/7/2004 - | DJC | TIME<br>Draft arguments for response to summary judgment motion; review RCFC and case law re: notice pleading. | 6.10 | $1,006.50 |
| - | RWG | TIME<br>Conference with D. Craig; review draft brief. | 0.80 | $208.00 |
| 4/8/2004 - | RWG | TIME<br>Conference with A. Saltman and D. Craig re: response and brief. | 0.60 | $156.00 |
| - | AIS | TIME<br>Conference with R. Goeken and D. Craig re: status of brief. | 0.30 | $105.00 |
| - | DJC | TIME<br>Continue drafting argument in response to summary judgment motion; revise same; review waiver cases; review Forest Service regulation and manual; review Contracting Officer declarations; conference with R. | 6.70 | $1,105.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Goeken and A. Saltman re: response; review *Northern Pacific* files and research *Frontier Pacific* insurance. | | |
| 4/9/2004 - | DJC | TIME<br>Continue drafting response to government's summary judgment motion. | 3.10 | $511.50 |
| 4/12/2004 - | RWG | TIME<br>Conference with D. Craig; review and revise draft brief; legal research. | 2.50 | $650.00 |
| - | DJC | TIME<br>Conference with R. Goeken re: draft response and *North Pacific Timber;* review *North Pacific Timber* file. | 0.20 | $33.00 |
| 4/14/2004 - | AIS | TIME<br>Conference with R. Goeken; conference with C. Miller re: K. Williams declaration; telephone conference with same; conference with D. Craig. | 0.80 | $280.00 |
| - | DJC | TIME<br>Review North Pacific Timber file; draft declaration of K. Williams; conference with A. Saltman re: same; participate in telephone conference with K. Williams; conference with R. Goeken. | 1.80 | $297.00 |
| - | RWG | TIME<br>Draft response brief; conference with D. Craig; conference with A. Saltman. | 3.90 | $1,014.00 |
| - | CTM | TIME<br>Conference with A. Saltman. | 0.20 | $32.00 |
| 4/15/2004 - | DJC | TIME<br>Revise declaration of K. Williams; conference with A. Saltman re: same; send email to K. Williams; review files for correspondence re: material breach; conference with R. Goeken re: same; telephone call to L. Porter re: letter to E. Townes; research re: Frontier Insurance; conference with R. Goeken re: same. | 3.20 | $528.00 |
| - | RWG | TIME<br>Review and revise draft; research and review files; conference with D. Craig; conference with A. Saltman. | 5.60 | $1,456.00 |
| - | AIS | TIME<br>Conference with D. Craig re: K. Williams declaration; conference with R. Goeken re: same. | 0.40 | $140.00 |
| 4/16/2004 - | RWG | TIME<br>Review and revise draft brief and declaration of L. Porter. | 4.50 | $1,170.00 |
| 4/19/2004 - | DJC | TIME<br>Review correspondence for letter re: material breach; conference with R. Goeken re: same. | 0.50 | $82.50 |
| - | RWG | TIME<br>Review and revise draft brief; conference with D. Craig. | 2.70 | $702.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2004 - | DJC | TIME<br>Review contracts for clause CT8.212; conference with R. Goeken re: same; telephone call to and send email to K. Williams; telephone call to M. Bowers; review Federal Register re: CT8.212. | 1.80 | $297.00 |
| - | RWG | TIME<br>Review and revise draft brief; conference with D. Craig; conference with A. Saltman. | 7.90 | $2,054.00 |
| - | AIS | TIME<br>Review portion of reply brief; conference with R. Goeken. | 0.40 | $140.00 |
| 4/21/2004 - | RWG | TIME<br>Review and revise draft response to defendant's motion for summary judgment; conference with D. Craig. | 5.50 | $1,430.00 |
| - | DJC | TIME<br>Download and review order; research re: Clause C8.212; review regulations and federal register re: same; conference with R. Goeken; review contract binders for correspondence for summary judgment response appendix; telephone call to K. Williams. | 3.20 | $528.00 |
| 4/22/2004 - | RWG | TIME<br>Continue work on summary judgment brief, declaration of L. Porter; telephone conferences with client re: same; draft proposed findings of uncontroverted fact; conference with A. Saltman; conference with D. Craig. | 7.90 | $2,054.00 |
| - | AIS | TIME<br>Review and revise reply brief; conference with R. Goeken. | 1.50 | $525.00 |
| - | DJC | TIME<br>Conference with M. Jones re: reviewing contract files; telephone call to K. Williams; conference with R. Goeken re: appendix to response; review contract binders for correspondence; draft index to appendix; review draft response to summary judgment motion. | 3.60 | $594.00 |
| 4/23/2004 - | RWG | TIME<br>Review, revise and finalize summary judgment brief, response to defendant's proposed findings of uncontroverted fact; conference with A. Saltman; conference with D. Craig. | 7.00 | $1,820.00 |
| - | AIS | TIME<br>Review responses to government's proposed finding of uncontroverted fact; conference with R. Goeken re: same. | 0.80 | $280.00 |
| - | DJC | TIME<br>Review and revise response to defendant's summary judgment motion, proposed findings of uncontroverted fact, and index to appendix; assemble appendix; add and cross-reference cites for response and proposed findings of fact; research re: summary judgment and jurisdictional issues for brief; conference with R. Goeken. | 7.50 | $1,237.50 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 4/24/2004 - | RWG | TIME | Review, revise and finalize draft response brief; conference with D. Craig. | 4.50 | $1,170.00 |
| - | DJC | TIME | Review and revise draft of response; conference with R. Goeken re: same. | 1.70 | $280.50 |
| 4/26/2004 - | DJC | TIME | Revise, finalize and file response to defendant's motion for summary judgment and related pleadings; telephone call to L. Porter; download and review defendant's response to plaintiff's Motion to Dismiss; conference with A. Saltman and R. Goeken; review summary judgment pleadings. | 6.10 | $1,006.50 |
| - | AIS | TIME | Review government's brief; legal research; conference with R. Goeken and D. Craig. | 1.50 | $525.00 |
| - | RWG | TIME | Review government's reply brief; draft outline approach to our reply brief; conference with A. Saltman and D. Craig. | 3.00 | $780.00 |
| 4/27/2004 - | DJC | TIME | Review arguments in summary judgment pleadings; conference with A. Saltman and R. Goeken re: drafting reply brief; begin drafting reply brief; research caselaw re: same. | 7.90 | $1,303.50 |
| - | AIS | TIME | Conference with R. Goeken and D. Craig re: response. | 1.00 | $350.00 |
| - | RWG | TIME | Review government's response brief; conference with A. Saltman and D. Craig re: reply brief. | 1.50 | $390.00 |
| 4/28/2004 - | AIS | TIME | Conference with D. Craig. | 0.20 | $70.00 |
| - | DJC | TIME | Continue drafting reply in support of Motion to Dismiss; review pleadings and research for same; conference with A. Saltman and R. Goeken re: same. | 7.10 | $1,171.50 |
| 4/29/2004 - | DJC | TIME | Continue drafting reply in support of motion to dismiss; review file and research online for same; conference with A. Saltman re: same. | 9.10 | $1,501.50 |
| - | AIS | TIME | Conference with D. Craig. | 0.30 | $105.00 |
| 4/30/2004 - | AIS | TIME | Legal research; conference with D. Craig. | 0.60 | $210.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 4/30/2004 - | DJC | TIME | Continue drafting reply in support of motion to dismiss; research for same; conference with A. Saltman re *Placeway* case. | 7.80 | $1,287.00 |
| 5/1/2004 - | DJC | TIME | Continue drafting reply brief; conference with A. Saltman re: same. | 5.30 | $874.50 |
| - | AIS | TIME | Work on reply brief; conference with D. Craig. | 2.50 | $875.00 |
| 5/2/2004 - | DJC | TIME | Review A. Saltman's revisions on reply brief. | 0.20 | $33.00 |
| 5/3/2004 - | DJC | TIME | Conference with A. Saltman re: revisions to reply brief; continue revising same; conference with R. Goeken re: same. | 4.10 | $676.50 |
| - | AIS | TIME | Conference with D. Craig re: reply brief. | 0.60 | $210.00 |
| - | RWG | TIME | Conference with D. Craig. | 0.20 | $52.00 |
| 5/4/2004 - | DJC | TIME | Review and revise reply brief according to A. Saltman's edits; fill in cites for same; review case law for same. | 8.10 | $1,336.50 |
| 5/5/2004 - | RWG | TIME | Review draft brief. | 0.90 | $234.00 |
| - | DJC | TIME | Finish revising reply brief; find cites in appendix and pleadings for same; draft chart of overstated damages. | 3.90 | $643.50 |
| 5/6/2004 - | DJC | TIME | Draft declaration for L. Porter; telephone call to same; draft response to defendant's additional proposed findings of uncontroverted fact; conference with R. Goeken and A. Saltman. | 2.40 | $396.00 |
| - | AIS | TIME | Work on brief; conference with R. Goeken and D. Craig. | 5.50 | $1,925.00 |
| - | RWG | TIME | Conference with A. Saltman and D. Craig. | 0.20 | $52.00 |
| 5/7/2004 - | DJC | TIME | Draft response to defendant's proposed findings of uncontroverted fact; conference with A. Saltman re: reply brief. | 1.50 | $247.50 |
| - | AIS | TIME | Work on brief; conference with D. Craig. | 8.10 | $2,835.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/8/2004 - | DJC | TIME<br>Review and revise reply brief; conference with A. Saltman re: same. | 3.20 | $528.00 |
| - | AIS | TIME<br>Work on reply brief. | 2.40 | $840.00 |
| 5/9/2004 - | DJC | TIME<br>Continue to work on reply brief; check cites for same. | 0.80 | $132.00 |
| 5/10/2004 - | AIS | TIME<br>Review and revise brief; conference with D. Craig re: same; scan government's brief. | 1.20 | $420.00 |
| - | RWG | TIME<br>Conference with D. Craig. | 0.20 | $52.00 |
| - | DJC | TIME<br>Review, revise and finalize reply brief; conference with A. Saltman re: same; electronically file same and response to defendant's additional proposed findings of uncontroverted fact; draft letter to L. Porter and L. Tenney re: briefs; download and review government's brief; conference with R. Goeken re: same. | 3.90 | $643.50 |
| 5/13/2004 - | AIS | TIME<br>Continue to review government's reply brief. | 0.50 | $175.00 |
| 5/17/2004 - | AIS | TIME<br>Conference with J. Cook. | 0.20 | $70.00 |
| 5/24/2004 - | AIS | TIME<br>Conference with J. Cook. | 0.50 | $175.00 |
| 5/25/2004 - | DJC | TIME<br>Conference with A. Saltman and J. Cook re: election of remedy doctrine in preparation of oral argument. | 1.00 | $165.00 |
| - | AIS | TIME<br>Conference with J. Cook and D. Craig. | 1.00 | $350.00 |
| 5/27/2004 - | RWG | TIME<br>Review defendant's motion re: supplemental authority; conference with A. Saltman re: same. | 0.50 | $130.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $70.00 |
| 5/29/2004 - | DJC | TIME<br>Review defendant's motion. | 0.20 | $33.00 |
| 6/1/2004 - | AIS | TIME<br>Prepare for oral argument. | 0.40 | $140.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2004 - | CTM | TIME<br>Prepare motion to strike in response to government's motion for leave to file supplemental authority. | 3.30 | $528.00 |
| 6/2/2004 - | AIS | TIME<br>Review and revise motion to strike portion of government's motion to file new authority. | 0.30 | $105.00 |
| 6/3/2004 - | AIS | TIME<br>Conference with D. Craig. | 0.20 | $70.00 |
| - | DJC | TIME<br>Download and review order re: defendant's motion for supplemental authority; conference with A. Saltman re: waiver and continued performance. | 0.40 | $66.00 |
| 6/7/2004 - | AIS | TIME<br>Telephone call to Judge Miller's chambers. | 0.20 | $70.00 |
| - | DJC | TIME<br>Download and review order rescheduling oral argument; make docket control entry for same. | 0.10 | $16.50 |
| 6/8/2004 - | AIS | TIME<br>Telephone conference with Judge Miller's chambers. | 0.30 | $105.00 |
| 6/10/2004 - | RWG | TIME<br>Review, revise and file Motion to Strike. | 0.90 | $234.00 |
| 6/11/2004 - | RWG | TIME<br>Review briefs; conference with A. Saltman and D. Craig re: oral argument. | 3.50 | $910.00 |
| - | AIS | TIME<br>Prepare for oral argument; conference with R. Goeken and D. Craig regarding brief and oral argument. | 5.30 | $1,855.00 |
| - | DJC | TIME<br>Organize electronic files; review summary judgment pleadings; conference with A. Saltman and R. Goeken re: oral argument. | 4.20 | $693.00 |
| 6/12/2004 - | AIS | TIME<br>Prepare for oral argument. | 5.00 | $1,750.00 |
| 6/13/2004 - | AIS | TIME<br>Continue preparation for oral argument. | 4.20 | $1,470.00 |
| 6/14/2004 - | AIS | TIME<br>Prepare for and participate in oral argument; telephone call to clients; conference with R. Goeken and D. Craig re: same. | 6.40 | $2,240.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/14/2004 - | RWG | TIME<br>Prepare for and attend oral argument; conference with A. Saltman and D. Craig re: same. | 4.00 | $1,040.00 |
| - | DJC | TIME<br>Conference with A. Saltman; review Cities Services case and contract files; prepare for oral argument; participate in oral argument; conference with A. Saltman and R. Goeken re: same. | 4.30 | $709.50 |
| 6/15/2004 - | DJC | TIME<br>Conference with A. Saltman and R. Goeken re: oral argument and defendant's motion for supplemental authority. | 0.20 | $33.00 |
| - | AIS | TIME<br>Miscellaneous; telephone call to Judge Miller's chambers. | 0.40 | $140.00 |
| - | RWG | TIME<br>Conference with A. Saltman and D. Craig re: oral argument and defendant's motion to supplement; organize and file case materials. | 1.10 | $286.00 |
| 7/30/2004 - | AIS | TIME<br>Conference with C. Miller. | 0.20 | $70.00 |
| - | CTM | TIME<br>Conference with A. Saltman. | 0.20 | $32.00 |
| 10/29/2004 - | AIS | TIME<br>Review Court of Federal Claims decision; conference with R. Goeken. | 1.00 | $350.00 |
| - | RWG | TIME<br>Review opinion on summary judgment; research re: same; conference with A. Saltman. | 2.00 | $520.00 |
| 11/1/2004 - | RGT | TIME<br>Review court's decision. | 0.80 | $252.00 |
| - | AIS | TIME<br>Continue to analyze opinion; conference with R. Goeken; draft letter to client. | 2.00 | $760.00 |
| - | RWG | TIME<br>Review opinion; research re: same; conference with A. Saltman. | 2.00 | $600.00 |
| 11/3/2004 - | RWG | TIME<br>Review opinion; research re: same. | 0.70 | $210.00 |
| 11/19/2004 - | AIS | TIME<br>Review emails from G. Wiechec, D. McDonald. | 0.10 | $38.00 |
| 12/29/2004 - | AIS | TIME<br>Review pleading from government. | 0.20 | $76.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2005 - | AIS | TIME<br>Review government's status report. | 0.10 | $38.00 |
| 6/22/2005 - | AIS | TIME<br>Conference with C. Alba. | 0.20 | $76.00 |
| - | CA | TIME<br>Conference with A. Saltman. | 0.20 | $36.00 |
| 6/23/2005 - | CA | TIME<br>Begin legal research re: Forest Service right to interest and administration fees for default damages. | 0.70 | $126.00 |
| 6/24/2005 - | CA | TIME<br>Legal research re: Forest Service right to interest and administrative charges under default damage clause. | 1.90 | $342.00 |
| 6/28/2005 - | CA | TIME<br>Review legal research files re: C9.4 and C4.4 for information re: default damages rules re: interest and administrative charges. | 1.80 | $324.00 |
| 7/1/2005 - | CA | TIME<br>Compile C4.4 and C9.4 from all Precision PIne contracts at issue; conference with R. Goeken re: research on penalties and interest due to default; review April 2005 status report and government claims. | 0.60 | $108.00 |
| 7/5/2005 - | CA | TIME<br>Legal research re: improper default damages and penalties (interest) - Debt Collection Act of 1982; review workfile re: C(T) 4.4 and C(T) 9.4. | 4.70 | $846.00 |
| 7/6/2005 - | AIS | TIME<br>Conference with C. Alba. | 0.10 | $38.00 |
| - | CA | TIME<br>Conference with A. Saltman; legal research re: tolling of interest due in default. | 0.70 | $126.00 |
| 7/8/2005 - | CA | TIME<br>Legal research re: tolling and delay of default damages interest accrual due to miscalculation. | 5.30 | $954.00 |
| 7/11/2005 - | CA | TIME<br>Continue legal research re: tolling of interest accrual due to miscalculation. | 6.40 | $1,152.00 |
| 7/12/2005 - | AIS | TIME<br>Telephone conference with D. Harrington. | 0.20 | $76.00 |
| 7/13/2005 - | AIS | TIME<br>Conference with C. Alba. | 0.30 | $114.00 |
| 7/14/2005 - | AIS | TIME<br>Review government's motion; conference with C. Alba. | 0.20 | $76.00 |

PRECISION PINE & TIMBER, INC.



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/2005 - | CA | TIME<br>Conference with A. Saltman; complete legal research and draft memorandum re: accrual of interest due to default. | 3.80 | $684.00 |
| 7/15/2005 - | AIS | TIME<br>Review memorandum from C. Alba. | 0.20 | $76.00 |
| 7/18/2005 - | CA | TIME<br>Review government's recalculation of damages and check against previous version for changes. | 0.50 | $90.00 |
| 7/19/2005 - | AIS | TIME<br>Telephone conference with Judge Miller's chambers. | 0.20 | $76.00 |
| 7/21/2005 - | RWG | TIME<br>Conference with A. Saltman re: case strategy. | 0.30 | $90.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $76.00 |
| 7/22/2005 - | RWG | TIME<br>Attend telephonic status conference. | 0.70 | $210.00 |
| - | AIS | TIME<br>Telephone conference with Judge Miller. | 0.50 | $190.00 |
| 7/25/2005 - | CA | TIME<br>Find and separate government's revised damages calculations. | 0.90 | $162.00 |
| 8/8/2005 - | BTB | TIME<br>Research re: history of goverment's damages calculations. | 0.50 | $90.00 |
| 8/9/2005 - | AIS | TIME<br>Work on damages. | 3.00 | $1,140.00 |
| 8/10/2005 - | CA | TIME<br>Find and calculate difference in damages requested from April status report to new revised damages. | 0.20 | $36.00 |
| - | AIS | TIME<br>Work on damages. | 1.50 | $570.00 |
| - | RGT | TIME<br>Telephone conference with A. Saltman re: interest issues; research re: same. | 0.20 | $63.00 |
| 8/11/2005 - | AIS | TIME<br>Work on damages. | 1.00 | $380.00 |
| 8/12/2005 - | AIS | TIME<br>Work on damages. | 1.00 | $380.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/12/2005 - | CA | TIME<br>Produce "Gentry" damages recalculations and calculate difference between old and new calculations. | 0.20 | $36.00 |
| 9/8/2005 - | RWG | TIME<br>Conference with A. Saltman re: case strategy. | 0.30 | $90.00 |
| - | AIS | TIME<br>Conference with R. Goeken re: case strategy. | 0.30 | $114.00 |
| 9/12/2005 - | CA | TIME<br>Conference with A. Saltman; legal research re: Forest Service claim that 6% penalty charge under the Debt Collection Act is calculated including interest already accrued. | 2.30 | $414.00 |
| - | RWG | TIME<br>Conference with A. Saltman. | 0.20 | $60.00 |
| - | AIS | TIME<br>Conference with R. Goeken; conference with C. Alba re: legal research needed; review calculations. | 0.70 | $266.00 |
| 9/13/2005 - | AIS | TIME<br>Participate in status conference; work on statement of plaintiff's position. | 2.40 | $912.00 |
| - | BTB | TIME<br>Attend telephone status conference; legal research re: bid for Jersey Horse II; telephone conference with M. Bowers and send fax re: same. | 1.70 | $306.00 |
| 9/14/2005 - | BTB | TIME<br>Telephone conference with M. Bower re: Jersey Horse II contract. | 0.10 | $18.00 |
| 9/15/2005 - | BTB | TIME<br>Telephone conference with M. Bower; telephone conference with L. Porter re: Jersey Horse II contract. | 0.20 | $36.00 |
| 9/16/2005 - | RWG | TIME<br>Review government's pleading; conference with A. Saltman re: same; legal research re: Debt Collection Act. | 1.00 | $300.00 |
| - | AIS | TIME<br>Review material received from client; work on statement to the court; conference with R. Tiger. | 3.00 | $1,140.00 |
| 9/19/2005 - | AIS | TIME<br>Complete final draft of statement of position. | 0.40 | $152.00 |
| 9/20/2005 - | RWG | TIME<br>Review and file Precision Pine's statement re: government's damage claim. | 0.60 | $180.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/22/2005 - | AIS | TIME<br>Telephone conference with Dept. of Justice; telephone conference with Judge Miller's chambers. | 0.30 | $114.00 |
| 10/5/2005 - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $76.00 |
| - | RWG | TIME<br>Conference with A. Saltman. | 0.20 | $60.00 |
| 10/7/2005 - | CA | TIME<br>Find research re: timing of interest accrual after contract default; legal research re: allowing of the computation of penalties on top of interest after contract default; conference with B. Bunting. | 3.80 | $684.00 |
| - | BTB | TIME<br>Conference with C. Alba re: interest calculations; analyze government's calculations. | 2.10 | $378.00 |
| - | AIS | TIME<br>Work on revised statement of position. | 7.20 | $2,736.00 |
| 10/8/2005 - | AIS | TIME<br>Legal research, work on revised statement of position. | 2.10 | $798.00 |
| 10/9/2005 - | AIS | TIME<br>Legal research and draft argument re: computation of statutory penalty on principal plus interest. | 2.10 | $798.00 |
| - | CA | TIME<br>Research and draft argument re: computation of statutory penalty on principal plus interest. | 2.10 | $378.00 |
| 10/10/2005 - | RWG | TIME<br>Review and revise draft supplemental filing re: damage calculations issues. | 2.20 | $660.00 |
| - | BTB | TIME<br>Legal research re: example of Forest Service timber sale appraisal. | 0.20 | $36.00 |
| - | CA | TIME<br>Complete research and 1st draft re: charging statutory penalty on debt including interest under the Debt Collection Act; edit and add citations for the revised statement of plaintiff's position with respect to the government's recalculaton of damages. | 4.70 | $846.00 |
| - | AIS | TIME<br>Work on revised statement of plaintiff's position. | 3.80 | $1,444.00 |
| 10/11/2005 - | RWG | TIME<br>Review, revise and file statement re: recalculation. | 2.90 | $870.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/11/2005 - | CA | TIME<br>Draft example of how government debt calculation is equal to the method prohibited under the Debt Collection Act. | 0.80 | $144.00 |
| - | AIS | TIME<br>Work on restatement of position. | 2.50 | $950.00 |
| 10/13/2005 - | RWG | TIME<br>Review order from Board; email A. Saltman re: same. | 0.70 | $210.00 |
| 10/20/2005 - | RWG | TIME<br>Prepare for status conference. | 3.00 | $900.00 |
| - | AIS | TIME<br>Attend status conference; review material provided by government; work on letter. | 4.50 | $1,710.00 |
| 10/21/2005 - | AIS | TIME<br>Work on letter to D. Harrington. | 2.00 | $760.00 |
| 10/24/2005 - | AIS | TIME<br>Telephone conference with D. Harrington; finalize letter to same. | 0.40 | $152.00 |
| 10/25/2005 - | AIS | TIME<br>Finalize letter to D. Harrington; draft letter for client to contracting officer; telephone call to L. Porter. | 0.50 | $190.00 |
| 10/26/2005 - | AIS | TIME<br>Telephone conference with L. Porter; send email to same. | 0.40 | $152.00 |
| 10/27/2005 - | AIS | TIME<br>Telephone conference with L. Porter; send fax to same. | 0.30 | $114.00 |
| 11/1/2005 - | AIS | TIME<br>Review Court's order preparatory to responding to Court. | 0.20 | $77.00 |
| 11/2/2005 - | AIS | TIME<br>Review fax from government. | 0.20 | $77.00 |
| 11/3/2005 - | AIS | TIME<br>Draft status report to Court. | 1.00 | $385.00 |
| 11/23/2005 - | AIS | TIME<br>Legal research re: Debt Collection Act. | 0.50 | $192.50 |
| 11/28/2005 - | RWG | TIME<br>Review court order; legal research re: case status; draft email to A. Saltman re: same; conference with A. Saltman re: same. | 1.20 | $384.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $77.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/6/2005 - | RWG | TIME<br>Review fax from L. Porter re: Frontier seeking payment; leave voicemail message re: same. | 0.40 | $128.00 |
| 12/7/2005 - | RWG | TIME<br>Telephone conference with L. Porter re: Frontier Ins. Co.; review pleadings for status conference. | 0.40 | $128.00 |
| 12/8/2005 - | AIS | TIME<br>Participate in telephone status conference. | 1.00 | $385.00 |
| - | RWG | TIME<br>Prepare for and participate in telephone status conference. | 2.50 | $800.00 |
| 12/9/2005 - | AIS | TIME<br>Scan new Forest Service Timber Sale Preparation Handbook. | 0.20 | $77.00 |
| - | RWG | TIME<br>Review appraisal handbook, manual and regulations; review draft language for proposed order. | 1.80 | $576.00 |
| 12/12/2005 - | AIS | TIME<br>Telephone conference with Judge Miller's chambers; conference with R. Goeken. | 0.40 | $154.00 |
| - | RWG | TIME<br>Review draft order; review and revise same; conference with A. Saltman. | 1.80 | $576.00 |
| 12/13/2005 - | AIS | TIME<br>Review and revise proposed order. | 0.20 | $77.00 |
| - | RWG | TIME<br>Review, revise, finalize and file proposed order. | 2.00 | $640.00 |
| 12/19/2005 - | AIS | TIME<br>Telephone conference with Judge Miller's chambers. | 0.20 | $77.00 |
| 1/10/2006 - | RWG | TIME<br>Review government's decision. | 0.30 | $96.00 |
| - | AIS | TIME<br>Review government's declaration; send email to D. McDonald; review data from same. | 1.60 | $616.00 |
| 1/11/2006 - | RWG | TIME<br>Review declaration of D. Harris. | 0.90 | $288.00 |
| 1/12/2006 - | RWG | TIME<br>Review Declaration of D. Harris; conference with A. Saltman review Court Order re: telephone status conference; conference with A. Saltman re: same. | 1.50 | $480.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 1/12/2006 - | AIS | TIME<br>Conference with R. Goeken. | | 0.30 | $115.50 |
| 1/13/2006 - | AIS | TIME<br>Prepare for and participate in status conference. | | 0.70 | $269.50 |
| - | RWG | TIME<br>Prepare for and participate in status conference call. | | 0.40 | $128.00 |
| 1/24/2006 - | RWG | TIME<br>Review file; begin drafting motion for summary judgment. | | 4.80 | $1,536.00 |
| 1/25/2006 - | RWG | TIME<br>Continue legal research re: draft motion for summary judgment. | | 4.90 | $1,568.00 |
| 1/26/2006 - | RWG | TIME<br>Continue research and drafting re: motion for summary judgment. | | 0.80 | $256.00 |
| 1/27/2006 - | RWG | TIME<br>Continue to conduct research on draft motion for summary judgment. | | 6.20 | $1,984.00 |
| 1/28/2006 - | RWG | TIME<br>Review and revise draft motion for summary judgment. | | 3.00 | $960.00 |
| 1/29/2006 - | AIS | TIME<br>Conference with R. Goeken. | | 0.20 | $77.00 |
| - | RWG | TIME<br>Review and revise draft motion for summary judgment; conference with A. Saltman. | | 5.00 | $1,600.00 |
| 1/30/2006 - | RWG | TIME<br>Continue to review and revise draft motion for summary judgment. | | 7.00 | $2,240.00 |
| 1/31/2006 - | RWG | TIME<br>Review and revise draft motion. | | 5.00 | $1,600.00 |
| 2/1/2006 - | AIS | TIME<br>Review order from court; review and revise draft brief. | | 1.20 | $462.00 |
| - | RWG | TIME<br>Revise draft motion for summary judgment. | | 3.50 | $1,120.00 |
| 2/2/2006 - | AIS | TIME<br>Review and revise draft brief; conference with R. Goeken. | | 1.50 | $577.50 |
| - | RWG | TIME<br>Conference with A. Saltman re: draft brief; review and revise same; review and revise draft motion to file appendix in paper form. | | 3.60 | $1,152.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/2/2006 - | BTB | TIME<br>Draft motion to file appendix in paper form; review and revise same; conference with R. Goeken re: same; file same with court. | 1.30 | $240.50 |
| 2/3/2006 - | AIS | TIME<br>Miscellaneous; telephone conference with Judge Miller's chambers re: motion to file hand copy of appendix. | 0.30 | $115.50 |
| - | RWG | TIME<br>Continue to review and revise appendix. | 5.70 | $1,824.00 |
| 2/4/2006 - | RWG | TIME<br>Review and revise draft motion for summary judgment. | 1.80 | $576.00 |
| 2/6/2006 - | AIS | TIME<br>Review and revise brief; conference with R. Goeken. | 1.00 | $385.00 |
| - | RWG | TIME<br>Review, revise and finalize motion for summary judgment; conference with A. Saltman re: same. | 4.80 | $1,536.00 |
| 2/10/2006 - | AIS | TIME<br>Review and revise client letter. | 0.20 | $77.00 |
| 3/6/2006 - | RWG | TIME<br>Review government's response and cross-motion for summary judgment; legal research re: same. | 0.80 | $256.00 |
| 3/7/2006 - | RWG | TIME<br>Review government's response and cross-motion for summary judgment; legal research re: same. | 1.50 | $480.00 |
| 3/8/2006 - | RWG | TIME<br>Legal research re: government's motion for summary judgment. | 0.70 | $224.00 |
| 3/14/2006 - | RWG | TIME<br>Research and draft response to government's motion for summary judgment. | 2.50 | $800.00 |
| 3/15/2006 - | RWG | TIME<br>Begin review and response to plaintiff motion for summary judgment. | 3.50 | $1,120.00 |
| 3/16/2006 - | RWG | TIME<br>Work on reply brief re: damages. | 4.50 | $1,440.00 |
| 3/17/2006 - | RWG | TIME<br>Continue to work on reply brief; draft, review and file motion for enlargement. | 6.20 | $1,984.00 |
| 3/18/2006 - | RWG | TIME<br>Work on reply brief re: changes issued. | 6.30 | $2,016.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2006 - | RWG | TIME<br>Review and revise draft motion for summary judgment. | 6.50 | $2,080.00 |
| 3/20/2006 - | RWG | TIME<br>Review and revise draft reply motion to clerk for summary judgment; telephone conference with clerk; legal research re: same. | 4.50 | $1,440.00 |
| 3/21/2006 - | RWG | TIME<br>Review and revise brief; conference with A. Saltman re: same. | 2.50 | $800.00 |
| - | AIS | TIME<br>Review and revise reply brief; conference with R. Goeken. | 2.00 | $770.00 |
| 3/22/2006 - | AIS | TIME<br>Conference with R. Goeken re: response brief. | 0.50 | $192.50 |
| - | RWG | TIME<br>Conference with A. Saltman; review revisions to brief. | 0.90 | $288.00 |
| 3/23/2006 - | RWG | TIME<br>Revise draft response and reply brief. | 0.90 | $288.00 |
| 3/27/2006 - | RWG | TIME<br>Continue to work on reply brief. | 4.90 | $1,568.00 |
| 3/28/2006 - | RWG | TIME<br>Review and revise draft reply; legal research re: same. | 5.90 | $1,888.00 |
| 3/29/2006 - | RWG | TIME<br>Continue to review and revise draft brief; conference with A. Saltman. | 3.90 | $1,248.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.20 | $77.00 |
| 3/30/2006 - | AIS | TIME<br>Review and revise reply brief. | 1.40 | $539.00 |
| - | RWG | TIME<br>Review and revise reply brief; conference with W. Jack. | 3.50 | $1,120.00 |
| - | WMJ | TIME<br>Legal research re: Small Business Administration opinion; conference with R. Goeken re: same. | 0.10 | $18.50 |
| 3/31/2006 - | RWG | TIME<br>Review, revise and finalize draft brief; conference with A. Saltman. | 2.90 | $928.00 |
| - | AIS | TIME<br>Conference with R. Goeken. | 0.40 | $154.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 4/2/2006 - | RWG | TIME | File response to motion for summary judgment reply in support of Precision Pine's motion for summary judgment. | 0.40 | $128.00 |
| 4/10/2006 - | AIS | TIME | Send reply brief to client. | 0.20 | $77.00 |
| 4/14/2006 - | RWG | TIME | Review government's reply brief. | 0.90 | $288.00 |
| - | AIS | TIME | Review government's reply brief. | 0.40 | $154.00 |
| 4/17/2006 - | AIS | TIME | Draft letter to client; Telephone conference with Judge Miller's chambers re: oral argument reschedule. | 0.40 | $154.00 |
| 4/18/2006 - | CA | TIME | Legal research re: debt collection act interest rates. | 0.80 | $148.00 |
| 4/28/2006 - | AIS | TIME | Telephone conference with Judge Miller's chambers. | 0.20 | $77.00 |
| 5/2/2006 - | BTB | TIME | Legal research re: files for documentary evidence and re: prior material breach defense; legal research re: same; legal research re: UCC provisions for anticipatory breach and assurance of performance. | 6.20 | $1,147.00 |
| 10/5/2006 - | RWG | TIME | Review order re: supplemental briefing and docket dates; review briefing. | 1.00 | $320.00 |
| 10/23/2006 - | ARN | TIME | Pacer re: download and save recent pleadings to electronic pleading folder. | 0.20 | $37.00 |
| - | AIS | TIME | Work on response brief. | 2.00 | $770.00 |
| 10/24/2006 - | AIS | TIME | Work on supplemental brief. | 2.00 | $770.00 |
| 10/26/2006 - | RWG | TIME | Review and revise draft supplemental brief. | 2.00 | $640.00 |
| 10/31/2006 - | AIS | TIME | Review and revise brief. | 0.20 | $77.00 |
| 11/1/2006 - | AIS | TIME | Finalize submission. | 0.50 | $192.50 |
| 11/2/2006 - | RWG | TIME | Review brief. | 0.30 | $96.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/3/2006 - | RWG | TIME | Finalize and file supplemental brief. | 0.40 | $128.00 |
| - | AIS | TIME | Finalize brief. | 0.20 | $77.00 |
| 11/6/2006 - | ARN | TIME | Docketing re: update pleadings file for Nov. 3 documents. | 0.20 | $37.00 |
| 11/15/2006 - | AIS | TIME | Scan government's reply brief. | 0.20 | $77.00 |
| 12/22/2006 - | AIS | TIME | Review Court of Federal Claims decision; send email to client; exchange email with R. Tiger and R. Goeken. | 2.50 | $962.50 |
| 12/25/2006 - | RGT | TIME | Review court's opinion; exchange email with A. Saltman re: same and re: Equal Access to Justice Act issues. | 0.40 | $134.00 |
| 12/26/2006 - | AIS | TIME | Work on Equal Access to Justice Act issues; conference with R. Tiger; conference with E. Pohlner; conference with W. Pavy re: same; telephone call to Judge Miller's chambers. | 1.40 | $539.00 |
| - | EJP | TIME | Conference with A. Saltman re: calculation of attorney fees under Equal Access to Justice Act. | 0.30 | $55.50 |
| - | RGT | TIME | Review new case law re: Equal Access to Justice Act; conference with A. Saltman re: same and re: court's decision. | 0.80 | $268.00 |
| 12/27/2006 - | AIS | TIME | Telephone conference with D. Harrington; conference with A. Nelson. | 0.40 | $154.00 |
| - | ARN | TIME | Conference with A. Saltman re: Equal Access to Justice Act application; legal research, draft re: Equal Access to Justice Act application. | 3.70 | $684.50 |
| - | RGT | TIME | Conference with A. Nelson re: Equal Access to Justice Act application. | 0.10 | $33.50 |
| 12/28/2006 - | AIS | TIME | Review fax from Dept. of Justice; conference with R. Goeken. | 0.30 | $115.50 |
| - | ARN | TIME | Continue drafting Equal Access to Justice Act application. | 5.25 | $971.25 |
| - | RWG | TIME | Review draft motion re: amount on Jersey Horse contract; research same. send email to A. Saltman re: same. | 0.90 | $288.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 1/2/2007 - | ARN | TIME | Continue drafting Equal Access to Justice Act application. | 2.00 | $370.00 |
| - | EJP | TIME | Begin research re: qualification as a prevailing party under Equal Access to Justice Act. | 4.50 | $832.50 |
| - | AIS | TIME | Draft email to Dept. of Justice re: correction; conference with R. Goeken; conference with E. Pohlner re: prevailing party. | 1.30 | $500.50 |
| - | RWG | TIME | Research re: Jersey Horse damage calculations; conference with A. Saltman re: same; legal research re: Equal Access to Justice Act and prevailing party status; send email to A. Saltman re: same. | 3.80 | $1,216.00 |
| 1/3/2007 - | EJP | TIME | Continue research re: qualification as prevailing party under Equal Access to Justice Act; begin memorandum re: qualification as prevailing party under Equal Access to Justice Act. | 6.90 | $1,276.50 |
| - | ARN | TIME | Continue drafting Equal Access to Justice Act application. | 4.80 | $888.00 |
| - | RWG | TIME | Review plaintiff's filing. | 0.40 | $128.00 |
| 1/4/2007 - | ARN | TIME | Continue work on Equal Access to Justice Act application; draft, file response to government's filing for motion for correct court's opinion. | 5.60 | $1,036.00 |
| - | EJP | TIME | Finish research re: qualification as prevailing party under Equal Access to Justice Act; finish memorandum re: qualification as prevailing party under Equal Access to Justice Act; conference with A. Saltman. | 7.40 | $1,369.00 |
| - | AIS | TIME | Finalize response to government's motion; review order from the client; conference with E. Pohlner. | 0.50 | $192.50 |
| - | RWG | TIME | Review, revise, finalize and file response to defendant motion to modify judgment. | 0.90 | $288.00 |
| 1/5/2007 - | RGT | TIME | Review Equal Access to Justice Act prevailing party; conference with E. Pohlner re: same. | 0.40 | $134.00 |
| - | EJP | TIME | Update memorandum re: qualification as a prevailing party under Equal Access to Justice Act per A. Saltman comments. | 3.00 | $555.00 |

PRECISION PINE & TIMBER, INC.



| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/2007 - | ARN | TIME<br>Revise and edit Equal Access to Justice Act application. | 0.50 | $92.50 |
| 1/8/2007 - | EJP | TIME<br>Additional research re: Equal Access to Justice Act. | 7.20 | $1,332.00 |
| - | RWG | TIME<br>Review memorandum re: prevailing party; conference with R. Tiger re: same. | 1.50 | $480.00 |
| 1/9/2007 - | AIS | TIME<br>Conference with A. Nelson. | 0.20 | $77.00 |
| - | ARN | TIME<br>Research re: Precision's eligibility under Equal Access to Justice Act. | 1.60 | $296.00 |
| - | EJP | TIME<br>Update Equal Access to Justice Act memorandum. | 6.80 | $1,258.00 |
| 1/10/2007 - | RGT | TIME<br>Review Equal Access to Justice Act memorandum re: prevailing party status; conference with E. Pohlner re: same. | 0.80 | $268.00 |
| - | EJP | TIME<br>Finish Equal Access to Justice Act memorandum re: whether a favorable opinion, but not judgment, is sufficient for Equal Access to Justice Act. | 1.10 | $203.50 |
| - | ARN | TIME<br>Legal research; draft special factor section of Equal Access to Justice Act application. | 5.70 | $1,054.50 |
| 1/11/2007 - | ARN | TIME<br>Edit Equal Access to Justice Act application and add prevailing party insert, attorney fees and costs and COLA adjustment. | 6.10 | $1,128.50 |
| - | RWG | TIME<br>Telephone conference with client; conference with A. Saltman re: case strategy. | 0.70 | $224.00 |
| - | AIS | TIME<br>Conference with R. Goeken re: strategy. | 0.20 | $77.00 |
| 1/12/2007 - | ARN | TIME<br>Supplement and revise special factor segment of Equal Access to Justice Act application. | 4.50 | $832.50 |
| 1/16/2007 - | ARN | TIME<br>Continue work on Equal Access to Justice Act application; conference with R. Goeken. | 1.30 | $240.50 |
| - | RWG | TIME<br>Conference with A. Nelson re: status of motion. | 0.20 | $64.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/22/2007 - | AIS | TIME<br>Conference with A. Nelson; send email to client. | 0.40 | $154.00 |
| - | RWG | TIME<br>Review and revise draft Equal Access to Justice Act application. | 2.20 | $704.00 |
| 1/23/2007 - | ARN | TIME<br>Conference with R. Goeken; continuation work on application. | 1.40 | $259.00 |
| - | RWG | TIME<br>Review and revise draft motion for EAJA fees. | 6.20 | $1,984.00 |
| 1/24/2007 - | ARN | TIME<br>Conduct additional research; rewrite application. | 7.20 | $1,332.00 |
| 1/26/2007 - | ARN | TIME<br>Re-work special factors section of application. | 3.50 | $647.50 |
| 1/31/2007 - | ARN | TIME<br>Conference with R. Goeken; perform additional work on application. | 3.80 | $703.00 |
| - | RWG | TIME<br>Review and revise draft motion for files; conference with A. Nelson re: same. | 2.70 | $864.00 |
| 2/1/2007 - | RWG | TIME<br>Conference with A. Nelson re: brief. | 0.30 | $99.00 |
| - | ARN | TIME<br>Conference with R. Goeken re: revisions to brief. | 2.00 | $370.00 |
| 2/5/2007 - | RWG | TIME<br>Edit brief. | 1.20 | $396.00 |
| 2/7/2007 - | RWG | TIME<br>Revise draft application for Equal Access to Justice Act fees; legal research re: same. | 2.50 | $825.00 |
| 2/8/2007 - | ARN | TIME<br>Continue edits on fee application. | 3.30 | $610.50 |
| - | AIS | TIME<br>Review and revise motion for fees; conference with R. Goeken; conference with A. Nelson; conference with R. Goeken and A. Nelson. | 2.20 | $869.00 |
| - | RGT | TIME<br>conference with A. Saltman re:Equal Access to Justice Act computation issues. | 0.20 | $69.00 |
| 2/9/2007 - | ARN | TIME<br>Continue editing fee application. | 1.60 | $296.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 2/9/2007 - | AIS | TIME | Conference with R. Goeken; conference with A. Nelson and R. Goeken re: strategy regarding fee application. | 0.40 | $158.00 |
| 2/13/2007 - | ARN | TIME | Add section to fee application re: court's discretion in determining fee amount. | 0.20 | $37.00 |
| 2/14/2007 - | RWG | TIME | Review and revise draft EAJA application. | 1.50 | $495.00 |
| 2/15/2007 - | AIS | TIME | Review judicial bill; conference with A. Nelson. | 0.30 | $118.50 |
| - | ARN | TIME | Confer with A. Saltman; draft L. Porter declaration re: size of company. | 0.30 | $55.50 |
| 2/16/2007 - | RGT | TIME | Conference with A. Saltman and R. Goeken re: Equal Access to Justice Act issues. | 0.40 | $138.00 |
| - | AIS | TIME | Conference with A. Nelson; conference with R. Tiger. | 0.40 | $158.00 |
| - | ARN | TIME | Continue work on L. Porter declaration; review and update attorney's fees and costs; legal research re: Equal Access to Justice Act scope of discovery allowed. | 3.75 | $693.75 |
| - | RWG | TIME | Review bills for Equal Access to Justice Act application; conference with A. Saltman. | 0.50 | $165.00 |
| - | RWG | TIME | Review bills for Equal Access to Justice Act application; conference with A. Saltman. | 1.00 | $330.00 |
| 2/21/2007 - | AIS | TIME | Conference with R. Goeken; review government 's motion of appeal. | 0.20 | $79.00 |
| 2/28/2007 - | ARN | TIME | Update CPI-U index; legal research re: effect of government's appeal on timeliness of fee application. | 4.10 | $758.50 |
| - | AIS | TIME | Conference with A. Nelson. | 0.20 | $79.00 |
| 3/1/2007 - | ARN | TIME | Draft A. Saltman declaration; edit Cost of Living Adjustment section of fee application; analyze hourly rates, number of hours at or below Equal Access to Justice Act adjusted rate for 2001-2007. | 6.50 | $1,202.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2007 - | ARN | TIME<br>Continue to do revised cost of living adjustments for attorneys' fees and cost of living adjustments exhibit; draft A. Saltman declaration re: attorneys' fees incurred. | 3.00 | $555.00 |
| 3/16/2007 - | ARN | TIME<br>Update CPI calculation for Feb. data. | 0.10 | $18.50 |
| - | RWG | TIME<br>Review notice of appeal; legal research re: Equal Access to Justice Act. | 1.50 | $495.00 |
| 3/19/2007 - | AIS | TIME<br>Conference with R. Goeken re: appeal. | 0.10 | $39.50 |
| - | RGT | TIME<br>Review new Equal Access to Justice Act caselaw; send email to R. Goeken re: same. | 0.40 | $138.00 |
| 3/20/2007 - | ARN | TIME<br>Docket dates for appeal to Federal Circuit. | 0.50 | $92.50 |
| - | RWG | TIME<br>Review order from Federal Circuit; conference with A. Saltman re: same. | 0.50 | $165.00 |
| 3/21/2007 - | AIS | TIME<br>Review statement from the Federal Circuit re: government's appeal. | 0.20 | $79.00 |
| - | ARN | TIME<br>Work on docketing statement, certification of interest for appeal to Federal Circuit. | 1.10 | $203.50 |
| 3/22/2007 - | AIS | TIME<br>Complete docketing statements. | 0.20 | $79.00 |
| 3/28/2007 - | AIS | TIME<br>Conference with R. Goeken re: appeal. | 0.20 | $79.00 |
| 3/29/2007 - | AIS | TIME<br>Review letter from Federal Circuit; conference with A. Nelson. | 0.30 | $118.50 |
| - | ARN | TIME<br>File notice of appearance and certificate of interest. | 0.30 | $55.50 |
| 4/2/2007 - | RWG | TIME<br>Review docketing statement; send email to A. Saltman re: same. | 0.40 | $132.00 |
| 4/4/2007 - | AIS | TIME<br>Review government's docketing statement. | 0.20 | $79.00 |
| 6/4/2007 - | RWG | TIME<br>Internet research re: status of appeal; conference with A. Saltman re: same. | 0.70 | $231.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 6/5/2007 - | RWG | TIME | Review government's brief; conference with A. Saltman; begin drafting response; conference with R. Tiger. | 2.90 | $957.00 |
| - | AIS | TIME | Review government's initial brief; conference with R. Goeken; conference with E. Pohlner. | 0.50 | $197.50 |
| - | EJP | TIME | Conference with A. Saltman; make docket control entry for filing response brief. | 0.30 | $57.00 |
| - | RGT | TIME | Conference with R. Goeken re: government's equitable argument. | 0.20 | $69.00 |
| 6/19/2007 - | RWG | TIME | Check due date for response brief; review government's brief; begin drafting response. | 2.50 | $825.00 |
| 6/26/2007 - | RWG | TIME | Review government's appellate brief. | 2.50 | $825.00 |
| 6/27/2007 - | RWG | TIME | Draft response brief. | 5.00 | $1,650.00 |
| 7/3/2007 - | RWG | TIME | Review government's brief; draft outline of appellate argument. | 3.70 | $1,221.00 |
| 7/5/2007 - | JWS | TIME | Draft motion for extension of time and proposed order for filing response. | 0.60 | $75.00 |
| - | RWG | TIME | Review and revise motion for extension; telephone call to D. Harrington re: same; continue drafting response brief. | 2.70 | $891.00 |
| 7/6/2007 - | JWS | TIME | Finalize motion for enlargement. | 0.20 | $25.00 |
| - | RWG | TIME | Telephone conference with D. Harrington; review, revise, finalize and file request for extension. | 0.70 | $231.00 |
| 7/9/2007 - | RWG | TIME | Continue drafting appellate response brief. | 3.50 | $1,155.00 |
| 7/12/2007 - | RWG | TIME | Research and drafting re: appellate brief. | 5.50 | $1,815.00 |
| 7/13/2007 - | AIS | TIME | Conference with R. Goeken. | 0.40 | $158.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/13/2007 - | RWG | TIME<br>Conference with A. Saltman. | 0.40 | $132.00 |
| 7/18/2007 - | RWG | TIME<br>Continue drafting appellate brief. | 1.00 | $330.00 |
| 7/19/2007 - | RWG | TIME<br>Review rules re: joint appendix; conference with R. Tiger; draft response brief. | 1.70 | $561.00 |
| - | RGT | TIME<br>Conference with R. Goeken. | 0.20 | $69.00 |
| 7/20/2007 - | RWG | TIME<br>Conference with J. Scott re: CDA issues; review court rules re: appendix; conference with R. Tiger re: same. | 1.10 | $363.00 |
| - | RGT | TIME<br>Conference with R. Goeken. | 0.20 | $69.00 |
| - | JWS | TIME<br>Conference with R. Goeken; legal research re: disparate treatment of interest on damages claims in Federal Circuit. | 3.10 | $387.50 |
| 7/21/2007 - | RWG | TIME<br>Continue to work on appellate brief. | 6.50 | $2,145.00 |
| 7/22/2007 - | RWG | TIME<br>Work on appellate brief. | 7.00 | $2,310.00 |
| 7/23/2007 - | JWS | TIME<br>Conference with R. Goeken; complete legal research re: interest on damages awarded to government. | 2.40 | $300.00 |
| - | RWG | TIME<br>Continue working on draft appellate brief; conference with J. Scott re: CDA argument. | 5.80 | $1,914.00 |
| 7/24/2007 - | RWG | TIME<br>Review and revise draft appellate brief; conference with R. Tiger re: same. | 6.00 | $1,980.00 |
| - | RGT | TIME<br>Conference with R. Goeken; review and revise appeal brief. | 1.80 | $621.00 |
| 7/25/2007 - | RGT | TIME<br>Conference with R. Goeken. | 0.20 | $69.00 |
| - | RWG | TIME<br>Review and revise draft appellate brief; conference with R. Tiger. | 5.50 | $1,815.00 |
| 7/26/2007 - | RGT | TIME<br>Review and revise appeal brief; conference with R. Goeken re: same. | 1.00 | $345.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2007 - | RWG | TIME<br>Review and revise draft appellate brief; conference with R. Tiger. | 6.00 | $1,980.00 |
| 7/27/2007 - | RWG | TIME<br>Finalize appellate brief. | 6.00 | $1,980.00 |
| 7/30/2007 - | AIS | TIME<br>Review brief; conference with R. Goeken re: oral argument. | 1.00 | $395.00 |
| - | JWS | TIME<br>Make docket control entry re: government's reply. | 0.30 | $37.50 |
| - | RWG | TIME<br>Conference with A. Saltman re: appellate brief. | 0.60 | $198.00 |
| 7/31/2007 - | RWG | TIME<br>Send copies of appellate brief to clients. | 0.20 | $66.00 |
| 8/2/2007 - | RWG | TIME<br>Review new caselaw re: penalty and interest. | 0.70 | $231.00 |
| 8/17/2007 - | RWG | TIME<br>Review government's appellate brief; conference with A. Saltman re: same. | 0.40 | $132.00 |
| - | AIS | TIME<br>Review government's reply brief; conference with R. Goeken. | 0.40 | $158.00 |
| 8/23/2007 - | RWG | TIME<br>Conference with R. Tiger. | 0.80 | $264.00 |
| - | RGT | TIME<br>Conference with R. Goeken; review government's reply. | 0.30 | $103.50 |
| 9/26/2007 - | RWG | TIME<br>Draft appellate documents re: oral argument; review rules re: same. | 0.90 | $297.00 |
| 10/15/2007 - | RWG | TIME<br>Review appellate filings. | 0.90 | $297.00 |
| 10/31/2007 - | RWG | TIME<br>Prepare for oral argument. | 3.50 | $1,155.00 |
| 11/1/2007 - | RWG | TIME<br>Prepare for oral argument. | 4.50 | $1,485.00 |
| 11/2/2007 - | RWG | TIME<br>Continue preparing for oral argument. | 4.50 | $1,485.00 |
| 11/4/2007 - | RWG | TIME<br>Continue preparing for oral argument. | 7.50 | $2,475.00 |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/5/2007 | - | RWG | TIME<br>Continue preparing for oral argument. | 6.50 | $2,145.00 |
| | - | AIS | TIME<br>Legal research re: constitutional prohibition of excessive fines; review Court of Appeals for Federal Circuit website re: potential panel. | 0.50 | $197.50 |
| 11/6/2007 | - | RWG | TIME<br>Continue to prepare for oral argument; participate in moot court. | 4.00 | $1,320.00 |
| | - | AIS | TIME<br>Prepare for and participate in moot court. | 1.00 | $395.00 |
| 11/7/2007 | - | RWG | TIME<br>Continue preparing for oral argument; check in at court and participate in same. | 3.90 | $1,287.00 |
| | - | AIS | TIME<br>Participate in oral argument with Federal Circuit; conference with R. Goeken; conference with M. Lichtenstein. | 3.00 | $1,185.00 |
| | - | MDL | TIME<br>Conference with A. Saltman re: motion for Equal Access to Justice Act fees; begin cite checking draft motion. | 1.50 | $292.50 |
| 11/8/2007 | - | MDL | TIME<br>Review and revise citations in draft Equal Access to Justice Act motion. | 4.90 | $955.50 |
| 11/9/2007 | - | AIS | TIME<br>Review oral argument; conference with M. Lichtenstein re: Rule 60; review decision of Federal Circuit. | 0.80 | $316.00 |
| | - | MDL | TIME<br>Conference with A. Saltman; complete review of citations in Equal Access to Justice Act motion; listen to Federal Circuit oral argument. | 1.30 | $253.50 |
| | - | RWG | TIME<br>Review and revise motion for fees under Equal Access to Justice Act. | 2.50 | $825.00 |
| 11/12/2007 | - | RWG | TIME<br>Review and revise draft motion for Equal Access to Justice Act fees; conference with M. Lichtenstein and A. Saltman; conference with R. Tiger. | 2.50 | $825.00 |
| | - | RGT | TIME<br>Conference with R. Goeken re: Equal Access to Justice Act issues. | 0.30 | $103.50 |
| | - | AIS | TIME<br>Conference with M. Lichtenstein re: use of Rule 60; review caselaw; work on fee application; conference with R. Goeken and M. Lichtenstein. | 1.10 | $434.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/2007 - | MDL | TIME<br>Conference with A. Saltman; legal research re: government's ability to bring a Rule 60 motion; conference with A. Saltman and R. Goeken re: Equal Access to Justice Act motion. | 2.00 | $390.00 |
| 11/13/2007 - | MDL | TIME<br>Research deadline for filing Equal Access to Justice Act motion after Court of Appeals for Federal Circuit's Rule 36 ruling; conference with R. Goeken re: motion; work on inserts to Equal Access to Justice Act application. | 2.50 | $487.50 |
| - | RWG | TIME<br>Review and revise fee application under Equal Access to Justice Act; conference with M. Lichtenstein re: same. | 5.50 | $1,815.00 |
| 11/14/2007 - | RWG | TIME<br>Review bill of costs; conference with M. Lichtenstein; conference with R. Tiger. | 0.40 | $132.00 |
| - | RGT | TIME<br>Conference with R. Goeken re: costs and fees. | 0.20 | $69.00 |
| - | MDL | TIME<br>Conference with R. Goeken; revise draft Equal Access to Justice Act application; compute bill of costs and file with Federal Circuit. | 3.80 | $741.00 |
| 11/15/2007 - | MDL | TIME<br>Conference with R. Goeken. | 0.20 | $39.00 |
| - | RWG | TIME<br>Review and revise Equal Access to Justice Act application; conference with M. Lichtenstein. | 2.50 | $825.00 |
| 11/16/2007 - | RWG | TIME<br>Revise application for Equal Access to Justice Act fees; review exhibits and declarations, etc. | 1.90 | $627.00 |
| 12/12/2007 - | MDL | TIME<br>Telephone call to Court of Appeals for Federal Circuit clerk's office to follow-up on status of bill of costs. | 0.30 | $58.50 |
| | | For professional services rendered | 1379.40 | $328,146.00 |

Additional Charges :

| Date | Atty | Description | Amount |
|---|---|---|---|
| 5/1/2001 - | S&S | $Facsimile | $8.80 |
| - | S&S | $Photocopy | $22.00 |

| | | | Amount |
|---|---|---|---|
| 5/31/2001 - | S&S | $Computer Resch<br>WESTLAW/PACER | $462.09 |
| 9/1/2001 - | S&S | $Long Dis Phone | $0.94 |
| 9/25/2001 - | S&S | $Courier<br>Fed CLaims, US Forest | $26.00 |
| 10/1/2001 - | S&S | $Facsimile | $4.40 |
| - | S&S | $Photocopy | $1.80 |
| - | S&S | $Courier<br>USDA | $13.00 |
| 2/1/2002 - | S&S | $Facsimile | $8.80 |
| 3/18/2002 - | S&S | $Courier | $13.00 |
| 5/1/2002 - | S&S | $Photocopy | $53.00 |
| 6/1/2002 - | S&S | $Postage | $0.34 |
| - | S&S | $Photocopy | $6.20 |
| - | S&S | $Facsimile | $6.50 |
| - | S&S | $Long Dis Phone | $1.02 |
| 6/25/2002 - | S&S | $Computer Resch<br>WESTLAW - May bill | $37.91 |
| 7/15/2002 - | S&S | $Courier<br>1 packages - 6/11/02 | $19.00 |
| 11/1/2002 - | S&S | $Facsimile | $4.00 |
| - | S&S | $Postage | $0.37 |

| | | | Amount |
|---|---|---|---|
| 11/1/2002 - | S&S | $Photocopy | $6.80 |
| 12/11/2002 - | S&S | $Courier | $9.50 |
| 5/1/2003 - | S&S | $Postage | $0.60 |
| - | S&S | $Photocopy | $10.20 |
| 6/12/2003 - | S&S | $Courier<br>Professional Express - 5/06/03 | $13.00 |
| - | S&S | $Courier<br>Professional Express - 5/30/03 | $9.50 |
| 9/2/2003 - | S&S | $Photocopy | $0.40 |
| 2/2/2004 - | S&S | $Photocopy | $4.00 |
| - | S&S | $Long Dis Phone | $0.74 |
| - | S&S | $Computer Resch | $537.83 |
| 3/1/2004 - | S&S | $Facsimile | $4.40 |
| - | S&S | $Postage | $1.98 |
| - | S&S | $Photocopy | $150.60 |
| - | S&S | $Courier | $6.87 |
| - | S&S | $Long Dis Phone | $0.17 |
| - | S&S | $Long Dis Phone | $2.85 |
| - | S&S | $Computer Resch | $193.70 |

| Date | | Firm | Description | Amount |
|---|---|---|---|---|
| 4/1/2004 | - | S&S | $Facsimile | $22.00 |
| | - | S&S | $Photocopy | $110.60 |
| | - | S&S | $Courier | $26.43 |
| | - | S&S | $Computer Resch | $597.23 |
| | - | S&S | $Long Dis Phone | $3.37 |
| 5/3/2004 | - | S&S | $Postage | $5.75 |
| | - | S&S | $Photocopy | $43.00 |
| | - | S&S | $Photocopy | $82.60 |
| | - | S&S | $Long Dis Phone | $0.13 |
| | - | S&S | $Computer Resch | $177.56 |
| 5/4/2004 | - | S&S | $Courier | $13.21 |
| 5/8/2004 | - | S&S | $Travel | $2.40 |
| | - | S&S | $Business Meals | $8.00 |
| | - | S&S | $Sec. Overtime | $187.50 |
| 6/1/2004 | - | S&S | $Facsimile | $4.40 |
| | - | S&S | $Photocopy | $2.80 |
| | - | S&S | $Long Dis Phone | $0.96 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 6/1/2004 | - | S&S | $Computer Resch | $193.70 |
| 11/1/2004 | - | S&S | $Photocopy | $45.00 |
| | - | S&S | $Computer Resch | $274.41 |
| 4/1/2005 | - | S&S | $Photocopy | $29.50 |
| 6/1/2005 | - | S&S | $Computer Resch | $41.68 |
| 7/1/2005 | - | S&S | $Photocopy | $55.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $745.98 |
| 9/1/2005 | - | S&S | $Facsimile | $2.20 |
| 10/1/2005 | - | S&S | $Computer Resch WESTLAW/PACER | $169.85 |
| | - | S&S | $Long Dis Phone | $0.13 |
| 10/3/2005 | - | S&S | $Facsimile | $11.00 |
| | - | S&S | $Photocopy | $10.25 |
| 1/2/2006 | - | S&S | $Facsimile | $4.40 |
| | - | S&S | $Photocopy | $21.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $111.76 |
| 1/25/2006 | - | S&S | $Court Reporter | $155.80 |
| 2/1/2006 | - | S&S | $Postage | $3.18 |

PRECISION PINE & TIMBER, INC.



| | | | Amount |
|---|---|---|---|
| 2/1/2006 - | S&S | $Photocopy | $319.25 |
| - | S&S | $Computer Resch WESTLAW/PACER | $73.47 |
| 2/3/2006 - | S&S | $Courier | $23.26 |
| 3/1/2006 - | S&S | $Postage | $4.68 |
| - | S&S | $Photocopy | $64.00 |
| - | S&S | $Computer Resch WESTLAW/PACER | $62.47 |
| 4/3/2006 - | S&S | $Postage | $7.32 |
| - | S&S | $Photocopy | $7.25 |
| 1/1/2007 - | S&S | $Computer Resch WESTLAW/PACER 12/06 | $227.38 |
| 2/1/2007 - | S&S | $Computer Resch WESTLAW/PACER 1/07 | $1,074.62 |
| - | S&S | $Photocopy | $3.00 |
| - | S&S | $Computer Resch WESTLAW/PACER | $577.75 |
| 3/1/2007 - | S&S | $Postage | $1.02 |
| - | S&S | $Photocopy | $13.75 |
| - | S&S | $Courier | $27.48 |
| - | S&S | $Computer Resch WESTLAW/PACER | $23.83 |
| 6/1/2007 - | S&S | $Photocopy | $0.75 |

PRECISION PINE & TIMBER, INC.



| | | | Amount |
|---|---|---|---|
| 6/1/2007 - | S&S | $Computer Resch WESTLAW/PACER | $7.83 |
| 7/1/2007 - | S&S | $Postage | $11.01 |
| - | S&S | $Photocopy | $290.50 |
| - | S&S | $Courier | $27.48 |
| - | S&S | $Computer Resch WESTLAW/PACER | $429.25 |
| 7/23/2007 - | S&S | $Sec. Overtime See B. Rector overtime record | $25.00 |
| 8/1/2007 - | S&S | $Postage | $4.60 |
| - | S&S | $Photocopy | $196.75 |
| - | S&S | $Courier | $13.74 |
| 11/1/2007 - | S&S | $Facsimile | $1.50 |
| - | S&S | $Postage | $0.41 |
| - | S&S | $Photocopy | $21.00 |
| - | S&S | $Courier | $17.17 |
| - | S&S | $Computer Resch WESTLAW/PACER | $428.54 |
| Total costs | | | $8,792.65 |

Saltman & Stevens, P.C.
1801 K Street, N.W.
Mezzanine M110
Washington, DC 20006

Invoice submitted to:
PRECISION PINE & TIMBER, INC.
P.O. BOX 70
HEBER, AZ 85923
ATTN: LON PORTER

In Reference To: 90096-00013 - DEFAULTS

Professional Services

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/23/2002 - | EMT | TIME<br>Conference with A. Saltman; performance bond arrangements. | 0.60 | $60.00 |
| 4/1/2004 - | MRJ | TIME<br>Review TSSAs. | 0.60 | $45.00 |
| 4/2/2004 - | MRJ | TIME<br>Review TSSAs; conference with D. Craig. | 0.70 | $52.50 |
| 4/22/2004 - | MRJ | TIME<br>Review documents; conference with D. Craig. | 1.70 | $127.50 |
| 5/17/2004 - | JRC | TIME<br>Conference with A. Saltman; review government's reply brief. | 2.30 | $230.00 |
| 5/24/2004 - | JRC | TIME<br>Conference with A. Saltman. | 0.50 | $50.00 |
| 5/25/2004 - | JRC | TIME<br>Conference with A. Saltman and D. Craig re: waiver and cite checking government brief. | 1.00 | $100.00 |
| 5/28/2004 - | JRC | TIME<br>Review government's cases on disparate treatment of contractors. | 1.50 | $150.00 |
| 6/14/2004 - | JRC | TIME<br>Work on oral argument. | 3.50 | $350.00 |
| 12/26/2006 - | WDP | TIME<br>Calculate max EASA rates re: CPI-U. | 0.30 | $28.50 |
| 12/28/2006 - | WDP | TIME<br>Continue calculating maximum Equal Access to Justice Act rates. | 0.40 | $38.00 |
| 1/2/2007 - | WDP | TIME<br>Update and edit spreadsheet re: calculations under Equal Access to Justice Act. | 2.20 | $209.00 |

**Exhibit 8**

PRECISION PINE & TIMBER, INC.



| | Hours | Amount |
|---|---|---|
| For professional services rendered | 15.30 | $1,440.50 |