# APPENDIX

# INDEX TO PLAINTIFF'S APPENDIX

**Description** **Exhibit**

**Number**

EAJA Application ( Court of Federal Claims Form 5) .......... Exhibit 1

Judgment Of The United States Court Of Appeals For The Federal Circuit .......... Exhibit 2

Declaration Of Lorin D. Porter .......... Exhibit 3

Precision Pine 2002 Financial Statement .......... Exhibit 4

Consumer Price Index – Urban (1997-2007) .......... Exhibit 5-A

Department Of Labor Press Release Dated April 1996 Indicating The Consumer Price Index – Urban for March 1996 .......... Exhibit 5-B

Declaration Of Alan I. Saltman .......... Exhibit 6

Itemized Description Of Attorneys' Fees And Related Expenses .......... Exhibit 7

Itemized Description Of Paralegal and Summer Associate Time .......... Exhibit 8