# FORM 5
# EAJA FORM

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 02/14/2008 | 02-131C |

| 4. NAME OF APPLICANT (One per form) | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side) |
|---|---|
| Precision Pine & Timber Inc. | AGRI |

6. NATURE OF APPLICATION

A. ☒ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER: ____________

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| | |

8. ADMINISTRATIVE AGENCY DOCKET NO.

9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☒ YES ☐ NO See Ex. 2

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☒ YES ☐ NO See Ex. 4

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):

*See below

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 209,875.49 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) Phone, copies, research fees, couriers, | $ |
| (2) postage, faxes | $ 8,792.65 |
| (3) Law clerk and paralegal time | $ 1,440.50 |
| I. TOTAL FEES AND EXPENSES | $ 220,108.64 |

| 14. SIGNATURE | 15. DATE |
|---|---|
| [signature] | 2-14-08 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT

*The government's litigating position at summary judgment on liability and its erroneous argument concerning "penalty interest" were not substantially justified, as detailed in Precision Pine's motion in support of its application.



Exhibit 1