NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5085

PRECISION PINE & TIMBER, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S). 02-CV-131

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
NOV 0 9 2007
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

Per Curiam (MICHEL, Chief Judge, BRYSON, Circuit Judge, and FOGEL*, District Judge).

*ENTERED BY ORDER OF THE COURT*

*DATED* NOV 0 9 2007

*Jan Horbaly, Clerk*

**Issued as Mandate:** JAN - 2 2008

**COSTS:**

**Printing**.................................. $ 394.24

**Total**.......................... $ 394.24

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 1/2/08

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.

**Exhibit 2**