# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131C
(Judge George W. Miller)

## DECLARATION OF LORIN D. PORTER

I, Lorin D. Porter, declare under penalty of perjury that the following is true and correct to the best of my personal knowledge and belief:

1. I am currently, and at all times relevant to this case have been, the President of Precision Pine & Timber, Inc. ("Precision Pine") based in Heber, Arizona.

2. In February of 2002, Precision Pine had a net worth of less than $7 million, as shown in the Precision Pine financial statement of February 28, 2002, attached as Exhibit 3.

3. At no time in 2002 did Precision Pine have more than 500 employees.

Dated: Feb. 13, 2008

L.D. Porter

Lorin D. Porter
President
Precision Pine & Timber, Inc.



Exhibit 3