PRECISION PINE & TIMBER, INC.
Balance Sheet
February 28, 2002

Assets

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| Cash in Bank - FSB (MM 214) | $ 34,767.68 | | |
| Cash in Bank - FSB (MM 248) | 32,020.53 | | |
| Cash in Bank - FSB (Ck 410) | (15,392.31) | | |
| Cash in Bank - FSB (Ck 428) | (7,074.64) | | |
| Cash in Bank - CFB (General) | 591.91 | | |
| Cash in Bank - CFB (Ck) | (68,563.71) | | |
| Cash in Bank - CFB (MM) | 10,073.53 | | |
| Cash Accounts--H.O.M.E. | 35,883.28 | | |
| Cash in Bank - FSB (CD 1191 | 11,016.53 | | |
| Cash in Bank - FSB (CD 1183) | 80,556.85 | | |
| Accounts Receivable - Trade | 101,597.54 | | |
| A/R - H.O.M.E. | 108,425.34 | | |
| A/R PFMI | 17,323.81 | | |
| A/R Pellet Sales | 2,880.00 | | |
| A/R PLHI Sfl - Group Ins | (150.29) | | |
| A/R PLHI S/L - Group Ins | (42.44) | | |
| A/R Marvin Petersen | 50.00 | | |
| A/R Art Daley, Prof Forestry | 559.80 | | |
| A/R Heather Porter | 1,600.00 | | |
| A/P JAMES PERKINS | (2,000.00) | | |
| A/R State Fund - W/C Deposit | (5,840.00) | | |
| A/R Navopache - Deposit | 10,774.36 | | |
| Employee Advances | 729.43 | | |
| Accr. Int. - Dutch Joe (NAB) | 41,113.00 | | |
| Current Portion N/R (NAB) | 86,656.00 | | |
| Inventory - Green Lumber | 37,360.00 | | |
| Inventory - Stickered Lumber | 38,412.00 | | |
| Inventory - Finished Lumber | 42,088.00 | | |
| Inventory - Pellets | 11,070.00 | | |
| Timber Bids | 1,400.00 | | |
| Prepaid Timber - Brookbank | 2,752.54 | | |
| Prepaid Timber - Gentry | 28,600.00 | | |
| Prepaid Timber - Hualapai | 32,299.85 | | |
| Prepaid Timber - Hutch-Boondck | 9,378.15 | | |
| Prepaid Timber - Lily | 11,700.00 | | |
| Prepaid Timber - Monument | 12,000.00 | | |
| Prepaid Timber - Pia Mesa | (1,835.35) | | |
| Prepaid Timber - Saginaw-Kened | 24,364.47 | | |
| Prepaid Timber - Salt | 6,150.68 | | |
| Prepaid Timber - Yavapai Ranch | 18,208.64 | | |
| Prepaid Est Federal Income Tax | 738.13 | | |
| Total Current Assets | | $ | 752,243.31 |
| **Fixed Assets** | | | |
| Land - Heber | 46,800.00 | | |
| Land - Round Valley | 70,103.25 | | |
| Land - Winslow | 56,986.61 | | |

Exhibit 4

| | | |
|---|---|---|
| Buildings - Heber Saw | 98,166.85 | |
| Buildings - Heber Planer | 52,470.45 | |
| Buildings - Pellet | 67,575.38 | |
| Buildings - Misc | 15,031.83 | |
| Buildings - Round Valley | 30,000.00 | |
| Buildings - Winslow | 170,535.00 | |
| Buildings - Admin | (107,836.34) | |
| Office Furn & Equip - Admin | 20,307.23 | |
| Autos & Trucks - Heber Saw | 4,810.50 | |
| Autos & Trucks - Heber Planer | 6,593.75 | |
| Autos & Trucks - Pellet | 6,500.03 | |
| Autos & Trucks - Winslow | 4,250.31 | |
| Autos & Trucks - Admin | 49,841.86 | |
| Rolling Stock - Heber Saw | 363,103.62 | |
| Rolling Stock - Heber Planer | 11,000.99 | |
| Rolling Stock - Pellet | 42,800.00 | |
| Rolling Stock - Winslow | 76,132.94 | |
| Rolling Stock - Admin | 51,696.16 | |
| Operating Equip - Heber Saw | 741,414.11 | |
| Operating Equip - Heber Planer | 240,288.26 | |
| Operating Equip - Pellet | 270,984.75 | |
| Operating Equip - Round Valley | 669,824.14 | |
| Operating Equip - Winslow | 561,902.55 | |
| Operating Equip - Admin | 13,709.69 | |
| Pellet Stoves | 1,931.53 | |
| Construction in Progress - Heb | 31,875.02 | |
| Construction in Progress - Pln | 5,996.82 | |
| Insurance Proceeds - Wnsl Fire | (624,742.77) | |
| Accum Depr--Buildings - Saw | (87,980.00) | |
| Accum Depr--Buildings - Planer | (4,167.00) | |
| Accum Depr--Buildings - Pel | (31,399.00) | |
| Accum Depr--Buildings - Misc | (4,437.00) | |
| Accum Depr--Buildings - RV | (8,327.00) | |
| Accum Depr--Buildings - Win | (46,397.00) | |
| Accum Depr--Off Equip - Admin | (20,306.00) | |
| Accum Depr--Auto & Truck - Saw | (4,811.00) | |
| Accum Depr--Auto & Truck - Pla | (6,593.00) | |
| Accum Depr--Auto & Truck - Pel | (6,500.00) | |
| Accum Depr--Auto & Truck - Win | (4,250.00) | |
| Accum Depr--Auto & Truck - Adm | (49,345.00) | |
| Accum Depr--Roll Stock - Saw | (342,013.00) | |
| Accum Depr--Roll Stock - Plan | (8,546.00) | |
| Accum Depr--Roll Stock - Pel | (42,494.00) | |
| Accum Depr--Roll Stock - Win | (76,133.00) | |
| Accum Depr--Roll Stock - Admin | (51,695.00) | |
| Accum Depr--Oper Equip - Saw | (682,086.00) | |
| Accum Depr--Oper Equip - Plan | (92,305.00) | |
| Accum Depr--Oper Equip - Pel | (270,985.00) | |
| Accum Depr--Oper Equip - R/V | (659,640.00) | |
| Accum Depr--Oper Equip - Win | (533,480.00) | |
| Accum Depr--Oper Equip - Adm | (13,710.00) | |
| Accum Depr--Pellet Stoves | (1,840.00) | |
| Total Fixed Assets | | 615.52 |

Other Assets

| | | |
|---|---|---|
| Prepaid BMW - H.O.M.E. | 80,000.00 | |
| Invest Land - Property at Y | 80,625.00 | |
| Invest Land - L D Porter | 85,000.00 | |
| Invest Land - Hwy 260 FSB | 98,915.00 | |
| Investment in H.O.M.E. | 574,995.76 | |
| Investment in Cotter & Co | 300.00 | |
| Goodwill | 27,504.00 | |
| Amortization of Goodwill | (7,276.80) | |
| R Porter - Non Compete | 4,617.00 | |
| A/R Shareholder - LNT--Safeway | 17,500.00 | |
| A/R Shareholder - Lorin Porter | 625,686.76 | |
| A/R Shareholder - LDP--Safeway | 17,500.00 | |
| A/R PLHI Heb - Old Lumber Inv | 266,322.05 | |
| A/R TRRI - Loader | 12,300.00 | |
| A/R TRRI - Richy Bros | 16,998.50 | |
| A/R TRRI - Insurance | 16,429.44 | |
| A/R TRRI - Sale PFMI to Brewer | 11,000.00 | |
| N/R Payson Holding - Dutch Joe | 195,870.37 | |
| A/R Payson Holding - Dutch Joe | 189,822.71 | |
| N/R M & K Prop Inv - Dutch Joe | 196,293.61 | |
| N/R Payson Fore Dutch Joe | 135,406.84 | |
| N/R James Young | 17,613.26 | |
| Current Portion N/R (NAB) | (86,656.00) | |
| Total Other Assets | | 2,576,767.50 |
| Total Assets | | $ 3,329,626.33 |

PRECISION PINE & TIMBER, INC.
Balance Sheet
February 28, 2002

Liabilities and Equity

| | | | | |
|---|---|---|---|---|
| **Current Liabilities** | | | | |
| A/P - H.O.M.E. | $ | 15,845.96 | | |
| Income Taxes PPT - H.O.M.E. | | 38,074.00 | | |
| Accounts Payable - Trade | | 213,708.26 | | |
| A/P Forest Service | | 141,520.75 | | |
| A/P Contractors - TRRI | | (78,204.19) | | |
| A/P Saltman - Legal | | 154,703.56 | | |
| Accrued Utilities | | 304.50 | | |
| A/P Sol's Construction | | 2,316.67 | | |
| Accrued Interest | | 26,960.08 | | |
| A/P PLHI Heb - Cash Loan | | (12,500.00) | | |
| Sales in Escrow - Safeway | | 299,840.71 | | |
| Accrued Salaries & Wages | | 18,297.86 | | |
| Federal W/H Payable | | 9,078.90 | | |
| FICA W/H Payable | | 20,135.40 | | |
| State W/H Payable | | 461.93 | | |
| 401-K W/H Payable | | (2,226.33) | | |
| Child Support W/H Payable | | (2.00) | | |
| Other W/H Payable | | 726.96 | | |
| FUTA Payable | | (374.90) | | |
| SUTA Payable | | 2,626.89 | | |
| Workers' Comp Payable | | 6,401.00 | | |
| Arizona Income Tax Payable | | (50.00) | | |
| Sales Taxes Payable | | (7.70) | | |
| Property Taxes Payable | | 149,192.87 | | |
| Accrued Interest - Prop Taxes | | 38,517.88 | | |
| Current Portion LTD | | 269,365.13 | | |
| Total Current Liabilities | | | $ | 1,314,714.19 |
| **Long Term Liabilities** | | | | |
| LTD - H.O.M.E. | | 391,164.56 | | |
| LTD FSB - 2467 | | (261,104.16) | | |
| LTD FSB - 2425 | | 234,225.42 | | |
| LTD FSB - 2631 (Dutch Joe) | | 217,873.42 | | |
| LTD Ford Credit | | (1,000.00) | | |
| Current Portion LTD | | (269,365.13) | | |
| Deferred Income Taxes | | 195,244.00 | | |
| Total Long Term Liabilities | | | | 507,038.11 |
| **Equity** | | | | |
| Capital Stock | | 260,000.00 | | |
| Retained Earnings | | 1,150,951.60 | | |
| Current Income (Loss) | | 96,922.43 | | |
| Total Equity | | | | 1,507,874.03 |
| Total Liabilities & Equity | | | $ | 3,329,626.33 |

PRECISION PINE & TIMBER, INC.
Income Statement - Combined
For the Period Ended February 28, 2002

| | 1 Month Ended Feb. 28, 2002 | Pct | 11 Months Ended Feb. 28, 2002 | Pct |
|---|---|---|---|---|
| Revenue | | | | |
| Sales--Lumber | $ 134,286.11 | 101.58 | $ ,311,900.46 | 100.74 |
| Sales--Bark | 0.00 | 0.00 | 19,514.75 | 1.50 |
| Sales--Chips | 0.00 | 0.00 | 3,143.01 | 0.24 |
| Sales--Pellets | 0.00 | 0.00 | 216.38 | 0.02 |
| Sales--Miscellaneous | 0.00 | 0.00 | 4,827.50 | 0.37 |
| Discounts | (1,287.23) | (0.97) | (11,557.91) | (0.89) |
| Freight--Lumber | (800.00) | (0.61) | (22,517.50) | (1.73) |
| Freight--Bark | 0.00 | 0.00 | (136.11) | (0.01) |
| Freight--Chips | 0.00 | 0.00 | (3,179.25) | (0.24) |
| Total Revenue | 132,198.88 | 100.00 | 302,211.33 | 100.00 |
| Cost of Sales | | | | |
| Purchases | 0.00 | 0.00 | 1,644.00 | 0.13 |
| Purch Timber - Salt | 0.00 | 0.00 | 9,043.19 | 0.69 |
| Purch Timber - Chris Creek | 15,000.00 | 11.35 | 15,000.00 | 1.15 |
| Purch Timber - Private | 9,319.56 | 7.05 | 122,544.01 | 9.41 |
| Contract Logging - Chris Creek | 0.00 | 0.00 | 29,239.80 | 2.25 |
| Contract Logging - PFMI | 0.00 | 0.00 | 70,547.89 | 5.42 |
| Log Hauling - Salt | 0.00 | 0.00 | 90,603.75 | 6.96 |
| Log Hauling - Private | 0.00 | 0.00 | 18,718.35 | 1.44 |
| Lumber Purchase - San Carlos | 0.00 | 0.00 | 59,749.70 | 4.59 |
| Lumber Freight - San Carlos | 0.00 | 0.00 | 9,785.00 | 0.75 |
| Road Building - Misc. | 0.00 | 0.00 | 165.38 | 0.01 |
| Shavings Freight | 0.00 | 0.00 | 6,306.70 | 0.48 |
| Inventory Clearing | 0.00 | 0.00 | (72,246.00) | (5.55) |
| Wages Operating | 28,500.98 | 21.56 | 339,931.67 | 26.10 |
| Payroll Taxes | 3,681.26 | 2.78 | 31,147.04 | 2.39 |
| Workers' Comp Insurance | 0.00 | 0.00 | 8,331.80 | 0.64 |
| Group Health Insurance | 2,154.63 | 1.63 | 24,337.93 | 1.87 |
| Total Cost of Sales | 58,656.43 | 44.37 | 764,850.21 | 58.73 |
| Gross Profit | 73,542.45 | 55.63 | 537,361.12 | 41.27 |
| Operating Expenses | | | | |
| Advertising & Promotion | 0.00 | 0.00 | 2,748.75 | 0.21 |
| Bad Debt Expense | 0.00 | 0.00 | 6,097.72 | 0.47 |
| Bank Service Charges | 171.31 | 0.13 | 496.31 | 0.04 |
| Depreciation | 0.00 | 0.00 | 49,717.00 | 3.82 |
| Discounts on Purchases | 0.00 | 0.00 | (2.18) | (0.00) |
| Dues & Subscriptions | 325.00 | 0.25 | 3,987.88 | 0.31 |
| Employee Benefits | 0.00 | 0.00 | 1,180.00 | 0.09 |
| Entertainment & Meals | 165.87 | 0.13 | 481.11 | 0.04 |
| Freight | 0.00 | 0.00 | 1,679.64 | 0.13 |
| Fuel & Oil | 1,281.41 | 0.97 | 24,275.02 | 1.86 |
| Fuel - Boiler | 8,816.46 | 6.67 | 45,478.28 | 3.49 |

| | 1 Month Ended Feb. 28, 2002 | Pct | 11 Months Ended Feb. 28, 2002 | Pct |
|---|---|---|---|---|
| Insurance | 0.00 | 0.00 | 4,245.50 | 0.33 |
| Employee Benefits | 0.00 | 0.00 | 2,176.25 | 0.17 |
| Legal & Professional | 0.00 | 0.00 | (135.00) | (0.01) |
| Miscellaneous | 0.00 | 0.00 | 0.10 | 0.00 |
| Office Expense | 618.82 | 0.47 | 4,157.86 | 0.32 |
| Outside Services | 2,170.00 | 1.64 | 25,065.50 | 1.92 |
| Penalties | 0.00 | 0.00 | 1,370.95 | 0.11 |
| Postage | 33.16 | 0.03 | 412.28 | 0.03 |
| Rent & Lease Equipment | 161.74 | 0.12 | 2,811.15 | 0.22 |
| Repair & Maintenance | 4,776.09 | 3.61 | 40,246.12 | 3.09 |
| Salaries & Wages - Admin | 4,617.01 | 3.49 | 57,009.48 | 4.38 |
| Payroll Taxes - Admin | 545.16 | 0.41 | 4,349.05 | 0.33 |
| Workers' Comp Insur - Admin | 0.00 | 0.00 | (22.48) | (0.00) |
| Group Health Insur - Admin | 715.42 | 0.54 | 9,529.36 | 0.73 |
| Saws & Knives | 0.00 | 0.00 | 13,193.51 | 1.01 |
| Small Tools | 0.00 | 0.00 | 441.43 | 0.03 |
| Supplies | 781.04 | 0.59 | 9,572.06 | 0.74 |
| Taxes - Other | 0.00 | 0.00 | 379.65 | 0.03 |
| Taxes - Sales | 0.00 | 0.00 | 9.66 | 0.00 |
| Telephone | 211.25 | 0.16 | 5,727.55 | 0.44 |
| Tires | 236.70 | 0.18 | 1,044.66 | 0.08 |
| Trash Removal | 60.00 | 0.05 | 786.79 | 0.06 |
| Travel | 143.16 | 0.11 | 1,856.10 | 0.14 |
| Utilities | 7,891.72 | 5.97 | 99,380.82 | 7.63 |
| Total Expenses | 33,721.32 | 25.51 | 419,747.88 | 32.23 |
| Operating Income | 39,821.13 | 30.12 | 117,613.24 | 9.03 |
| Interest Income | 27.25 | 0.02 | 2,358.86 | 0.18 |
| Dividend Income | 0.00 | 0.00 | 53.82 | 0.00 |
| Sales Tax Report Preparation | 0.00 | 0.00 | 0.37 | 0.00 |
| Interest Expense | (2,875.46) | (2.18) | (23,103.86) | (1.77) |
| Total Other Income | (2,848.21) | (2.15) | (20,690.81) | (1.59) |
| Net Income (Loss) | $ 36,972.92 | 27.97 | $ 96,922.43 | 7.44 |