# U.S. Department of Labor
## Bureau of Labor Statistics

*Bureau of Labor Statistics Data*

***www.bls.gov***



Advanced Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

**Change Output Options:** From: 1997 To: 2007 GO

include graphs **NEW!**

More Formatting Options

Data extracted on: February 6, 2008 (1:14:03 PM)

Consumer Price Index - All Urban Consumers

**Series Id:** CUUR0000SA0
Not Seasonally Adjusted
**Area:** U.S. city average
**Item:** All items
**Base Period:** 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 159.1 | 159.6 | 160.0 | 160.2 | 160.1 | 160.3 | 160.5 | 160.8 | 161.2 | 161.6 | 161.5 | 161.3 | 160.5 | 159.9 | 161.2 |
| 1998 | 161.6 | 161.9 | 162.2 | 162.5 | 162.8 | 163.0 | 163.2 | 163.4 | 163.6 | 164.0 | 164.0 | 163.9 | 163.0 | 162.3 | 163.7 |
| 1999 | 164.3 | 164.5 | 165.0 | 166.2 | 166.2 | 166.2 | 166.7 | 167.1 | 167.9 | 168.2 | 168.3 | 168.3 | 166.6 | 165.4 | 167.8 |
| 2000 | 168.8 | 169.8 | 171.2 | 171.3 | 171.5 | 172.4 | 172.8 | 172.8 | 173.7 | 174.0 | 174.1 | 174.0 | 172.2 | 170.8 | 173.6 |
| 2001 | 175.1 | 175.8 | 176.2 | 176.9 | 177.7 | 178.0 | 177.5 | 177.5 | 178.3 | 177.7 | 177.4 | 176.7 | 177.1 | 176.6 | 177.5 |
| 2002 | 177.1 | 177.8 | 178.8 | 179.8 | 179.8 | 179.9 | 180.1 | 180.7 | 181.0 | 181.3 | 181.3 | 180.9 | 179.9 | 178.9 | 180.9 |
| 2003 | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 | 184.0 | 183.3 | 184.6 |
| 2004 | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 | 188.9 | 187.6 | 190.2 |
| 2005 | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 | 195.3 | 193.2 | 197.4 |
| 2006 | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 | 201.6 | 200.6 | 202.6 |
| 2007 | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 | 207.342 | 205.709 | 208.976 |

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Linking to Our Site | Accessibility

**U.S. Bureau of Labor Statistics**
Postal Square Building
2 Massachusetts Ave., NE
Washington, DC 20212-0001

Phone: (202) 691-5200
Do you have a Data question?
Do you have a Technical (web) question?
Do you have Other comments?

CPI-U chart from BLS website, showing CPI-U at 210.036 in December of 2007.

**Exhibit 5-A**

TEXT
Table 1. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service
Table 2. Consumer Price Index for All Urban Consumers (CPI-U): Seasonally adjusted U.S. city average, by expenditure category and
Table 4. Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W): U.S. city average, by expenditure category and
Table 5. Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W): U.S. city average, by expenditure category and
Table 3. Consumer Price Index for All Urban Consumers: Selected areas, all items index
Table 6. Consumer Price Index for Urban Wage Earners and Clerical Workers: Selected areas, all items index

FOR TECHNICAL INFORMATION:
Patrick C. Jackman (202) 606-7000
CPI QUICKLINE: (202) 606-6994
FOR CURRENT AND HISTORICAL
INFORMATION: (202) 606-7828
MEDIA CONTACT: (202) 606-5902

USDL-96-142
TRANSMISSION OF MATERIAL IN
THIS RELEASE IS EMBARGOED
UNTIL 8:30 A.M. (EDT)
Friday, April 12, 1996

CONSUMER PRICE INDEX: MARCH 1996

The Consumer Price Index for All Urban Consumers (CPI-U) increased 0.5 percent before seasonal adjustment in March to a level of 155.7 (1982-84=100), the Bureau of Labor Statistics of the U.S. Department of Labor reported today. For the 12-month period ended in March, the CPI-U increased 2.8 percent.

The Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W) also rose 0.5 percent in March, prior to seasonal adjustment. The March 1996 CPI-W level of 152.9 was 2.8 percent higher than the index in March 1995.

CPI for All Urban Consumers (CPI-U)

On a seasonally adjusted basis, the CPI-U rose 0.4 percent in March, following increases of 0.4 and 0.2 percent in the first 2 months of 1996. Each of the three groups--food, energy, and all items less food and energy--contributed to the larger advance in March. The food index, which had risen 0.1 percent in each of the 3 preceding months, increased 0.6 percent in March. A 6.0 percent rise in the index for fresh fruits and vegetables accounted for about 85 percent of the March increase. The energy index registered its fourth consecutive increase--up 1.4 percent in March--after declining throughout most of 1995. The index for petroleum-based energy increased 3.5 percent in March, more than offsetting a 0.6 percent decline in the index for energy services. Excluding food and energy, the CPI-U rose 0.3 percent after increasing 0.2 percent in March. Within this index, an upturn in the index for apparel and upkeep more than offset the deceleration in the indexes for public transportation and entertainment.

Table A. Percent changes in CPI for Urban Consumers (CPI-U)

| Expenditure Category | Seasonally adjusted: Changes from preceding month, 1995 Sep. | Oct. | Nov. | Dec. | 1996 Jan. | Feb. | Mar. | Compound annual rate 3-mos. ended Mar. '96 | Un-adjusted 12-mos. ended Mar. '96 |
|---|---|---|---|---|---|---|---|---|---|
| All Items | .1 | .3 | .1 | .2 | .4 | .2 | .4 | 4.0 | 2.8 |
| Food and beverages | .3 | .3 | .0 | .1 | .1 | .1 | .5 | 3.2 | 2.8 |
| Housing | .1 | .3 | .2 | .3 | .3 | .2 | .3 | 3.2 | 2.9 |
| Apparel and upkeep | -.2 | .3 | .0 | .1 | .7 | -.9 | .6 | 1.5 | .3 |
| Transportation | -.1 | .1 | -.4 | .1 | .7 | .5 | .7 | 8.0 | 2.3 |
| Medical care | .4 | .2 | .3 | .4 | .4 | .2 | .3 | 3.2 | 3.8 |
| Entertainment | .3 | .3 | .4 | .4 | .3 | .8 | .1 | 4.7 | 3.8 |
| Other goods and services | .4 | .4 | .4 | .2 | .2 | .4 | .4 | 4.4 | 4.4 |
| Special Indexes: | | | | | | | | | |
| Energy | -1.3 | .3 | -.9 | 1.1 | 1.9 | .4 | 1.4 | 15.8 | 2.8 |
| Food | .3 | .3 | .0 | .1 | .1 | .1 | .6 | 3.2 | 2.8 |
| All items less food and energy | .2 | .3 | .1 | .1 | .3 | .2 | .3 | 3.5 | 2.8 |

During the first 3 months of 1996, The CPI-U rose at a 4.0 percent seasonally adjusted annual rate (SAAR). This compares with a 2.5 percent increase for all of 1995. The food index has increased at a 3.2 percent SAAR and energy at a 15.8 percent SAAR thus far in 1996.

Excluding food and energy, the CPI-U increased at a 3.5 percent SAAR in the first 3 months of 1996. This compares with a 3.0 percent increase in all of 1995. The indexes for apparel and upkeep and public transportation increased at a faster pace during the first quarter of 1996 than during all of 1995 and were largely responsible for the acceleration in the overall index for all items less food and energy . The rates for selected groups during the last 8 and 1/4 years are shown below.

BLS press release from April 12, 1996, announcing CPI-U for March 1996 was 155.7

| Percent change 12 months: 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | SAAR 3 months ended in March 1996 |
|---|---|---|---|---|---|---|---|---|

**Exhibit 5-B**