# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 02-131C (Judge George W. Miller) |

## DECLARATION OF ALAN I. SALTMAN

I, Alan I. Saltman, declare under penalty of perjury that the following is true and correct:

1. I am a principal of the law firm of Saltman & Stevens, P.C., and counsel of record for the plaintiff, Precision Pine & Timber, Inc. ("Precision Pine") in this matter.

2. Set forth in Exhibits 7 and 8 is a general description of the attorneys' fees and expenses incurred by Precision Pine. To the best of my knowledge, the totals are accurate.

3. As described with more specificity in Exhibit 7, Precision Pine incurred a total of $328,346.00 in attorneys' fees at the attorneys' regular rates. Applying a COLA adjustment of 22.79% to the EAJA base rate of $125, the applicable adjusted EAJA rate for this matter is $153.49.[1] At the adjusted EAJA rate, the value of the attorney time input in this matter is $209,875.49. This amount is based on Precision Pine's having incurred attorneys' fees for

[1] The COLA adjustment is set forth in more detail in Attachment 1 on page 4 of this declaration.



Exhibit 6

1,255.3 hours of attorney time at the adjusted EAJA rate of $153.49, plus 124.2 hours that were billed by attorney William B. Kinner (listed in Exhibit 7 as"WBK"), who worked 37.7 hours at $135 per hour in 2001, and 86.5 hours at $140 in 2002 (these latter rates were less than the adjusted EAJA rate and therefore are being charged as billed).

4. Precision Pine also requests $10,233.15 in expenses incurred in this matter. These expenses are itemized in Exhibits 7 and 8. Exhibit 8 describes 15.3 hours billed by "EMT," "MRJ," "JRC," and "WDP" which were removed from the total of attorneys' hours and added to the other expenses of the firm, pursuant to the Federal Circuit's ruling in Richlin Sec. Service Co. v. Chertoff, 482 F.3d 1358, 1359 (Fed. Cir. 2007), cert granted, 76 U.S.L.W. 3023, (U.S. Nov. 13, 2007) (No. 06-1717) (paralegal fees not awarded as attorney fees under EAJA and instead are to be considered as a cost). This was done even though EMT and JRC were summer associates and not paralegals.

5. The attorneys' fees and expenses Precision Pine seeks were incurred for legal research regarding jurisdictional basis of a CDA claim; drafting numerous status reports and attending status conferences; analysis of the government's damages calculation and recalculation; and legal research and drafting of numerous pleadings, including Precision's Motion to Dismiss Defendant's Counterclaim or in the Alternative for Summary Judgment, and Plaintiff's Reply in Support of Its Motion to Dismiss, Plaintiff's Motion for Summary Judgment of February 6, 2006, and for the Supplemental Brief Pursuant to the Court's Order of October 5, 2006, of November 3, 2006. Fees also were incurred in responding to the Government's Appeal

of February 2007. Additionally, fees and expenses were incurred for legal research and drafting the current EAJA application.

6. To the best of my knowledge, the computation of the attorneys' fees and expenses requested is accurate.

2-14-08
Dated

Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Attachment 1:

| Calculation of the Arithmetic Mean Increase in the "Consumer Price Index - Urban" During the Pendency of This Litigation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CPI-U All Urban Consumers from May 2001 - December 2007 | | | | | | | |
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Overall |
| January | | 177.1 | 181.7 | 185.2 | 190.7 | 198.7 | 202.416 | |
| February | | 177.8 | 183.1 | 186.2 | 191.8 | 198.7 | 203.499 | |
| March | | 178.8 | 184.2 | 187.4 | 193.3 | 199.8 | 205.352 | |
| April | | 179.8 | 183.8 | 188 | 194.6 | 201.5 | 206.686 | |
| May | 177.7 | 179.8 | 183.5 | 189.1 | 194.4 | 202.5 | 207.949 | |
| June | 178 | 179.9 | 183.7 | 189.7 | 194.5 | 202.9 | 208.352 | |
| July | 177.5 | 180.1 | 183.9 | 189.4 | 195.4 | 203.5 | 208.299 | |
| August | 177.5 | 180.7 | 184.6 | 189.5 | 196.4 | 203.9 | 207.917 | |
| September | 178.3 | 181 | 185.2 | 189.9 | 198.8 | 202.9 | 208.49 | |
| October | 177.7 | 181.3 | 185 | 190.9 | 199.2 | 201.8 | 208.936 | |
| November | 177.4 | 181.3 | 184.5 | 181 | 197.6 | 201.5 | 210.177 | |
| December | 176.7 | 180.9 | 184.3 | 190.3 | 196.8 | 201.8 | 210.036 | |
| *Mean (overall)* | | | | | | | | ***191.181*** |
| | | | | | | | | |
| *CPI-U Rate From March 1996 (Basis for $125 EAJA rate)* | | | | | | | | ***155.7*** |
| *% change from EAJA base* | 14.07% | 15.53% | 18.15% | 20.78% | 25.43% | 29.50% | 33.17% | ***22.79%*** |
| *Adjusted Rate* | $142.59 | $144.41 | $147.69 | $150.98 | $156.79 | $161.88 | $166.46 | ***$153.49*** |