Saltman & Stevens, P.C.
1801 K Street, N.W.
Mezzanine M110
Washington, DC 20006

Invoice submitted to:
PRECISION PINE & TIMBER, INC.
P.O. BOX 70
HEBER, AZ 85923
ATTN: LON PORTER

In Reference To: 90096-00013 - DEFAULTS

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/23/2002 - | EMT | TIME<br>Conference with A. Saltman; performance bond arrangements. | 0.60 | $60.00 |
| 4/1/2004 - | MRJ | TIME<br>Review TSSAs. | 0.60 | $45.00 |
| 4/2/2004 - | MRJ | TIME<br>Review TSSAs; conference with D. Craig. | 0.70 | $52.50 |
| 4/22/2004 - | MRJ | TIME<br>Review documents; conference with D. Craig. | 1.70 | $127.50 |
| 5/17/2004 - | JRC | TIME<br>Conference with A. Saltman; review government's reply brief. | 2.30 | $230.00 |
| 5/24/2004 - | JRC | TIME<br>Conference with A. Saltman. | 0.50 | $50.00 |
| 5/25/2004 - | JRC | TIME<br>Conference with A. Saltman and D. Craig re: waiver and cite checking government brief. | 1.00 | $100.00 |
| 5/28/2004 - | JRC | TIME<br>Review government's cases on disparate treatment of contractors. | 1.50 | $150.00 |
| 6/14/2004 - | JRC | TIME<br>Work on oral argument. | 3.50 | $350.00 |
| 12/26/2006 - | WDP | TIME<br>Calculate max EASA rates re: CPI-U. | 0.30 | $28.50 |
| 12/28/2006 - | WDP | TIME<br>Continue calculating maximum Equal Access to Justice Act rates. | 0.40 | $38.00 |
| 1/2/2007 - | WDP | TIME<br>Update and edit spreadsheet re: calculations under Equal Access to Justice Act. | 2.20 | $209.00 |

**Exhibit 8**

PRECISION PINE & TIMBER, INC.



| | Hours | Amount |
|---|---|---|
| For professional services rendered | 15.30 | $1,440.50 |