**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-131C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

Plaintiff, Precision Pine & Timber, Inc., respectfully requests a status conference regarding "Defendant First Set of Interrogatories" and "Defendant's Request for Production of Documents" which were mailed to plaintiff on February 27, 2008. Copies attached as Ex. 1. For the reasons set forth in the letter from Richard W. Goeken to David A. Harrington dated March 3, 2008, these requests are procedurally improper, overly broad and, in large measure, irrelevant. Copy of the letter of March 3, 2008 attached as Ex. 2. Precision Pine has asked defendant to withdraw its requests for information, however, defendant has not advised Precision Pine that it will do so.

The parties would benefit from the Court's view as to whether such requests for additional information are permissible under the Court's rules, the proper procedure for making such requests for information (if any are allowed); and the appropriate scope of such requests for information (if any are allowed). Additionally, it is Precision Pine goal that the resolution of these issues not be permitted to unduly delay a final decision on Precision Pine's EAJA

application. Accordingly, Precision Pine respectfully requests a status conference at the Court's earliest convenience.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 3, 2008