**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 02-131C (Judge George C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

As a result of the conference call held on March 27, 2008 regarding plaintiff's application for attorneys' fees, the Court ordered Precision Pine & Timber, Inc. ("Precision Pine") to produce to defendant a copy of the retainer agreement between counsel and Precision Pine in Docket No. 98-720, involving the same parties, and to produce the bills rendered to Precision Pine by counsel for legal services and expenses incurred in connection with this action.

In light of the sensitive nature of the financial and business information contained in the documents listed in paragraph 1, plaintiff believes that this information needs to be protected from dissemination before it is provided to government counsel.

Accordingly, plaintiff's counsel wrote to defendant's counsel and provided a copy of plaintiff's Confidentiality Agreement. Counsel for the government has indicated that the government will not enter into a confidentiality agreement.

Given both the desire of the Court to have this material provided to defendant as soon as possible and the need to protect it from disclosure, plaintiff moves the Court for a Protective Order in the form of the draft order attached to limit disclosure of the documents produced and the information contained therein.

Respectfully submitted,

s/ Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: March 28, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-131CC<br>(Judge George C. Miller) |

**[Proposed] PROTECTIVE ORDER**

Precision Pine & Timber, Inc. ("Precision Pine") will provide certain sensitive financial and business information including an agreement to engage counsel and bills thereunder (hereinafter "Confidential Information") to counsel for the government to facilitate the approval of Precision Pine's application for attorneys' fees in Case No. 02-131C. Precision Pine will designate all such information as confidential by marking the word "Confidential" on the face of each document.

1. Counsel for the government shall not release any documents produced subject to this Protective Order or reveal any information contained in them except to any personnel of the government to whom disclosure is necessary for the government to respond to Precision Pine's fee application.

2. Prior to disclosure of any information subject to this Protective Order by counsel for the government to any individual to whom disclosure is authorized by paragraph 1, such individual shall be provided with a copy of this Protective Order and shall sign a non-disclosure agreement which shall, at a minimum, require the individual to abide by the terms of this Protective Order; prohibit the disclosure of confidential material to anyone not authorized to receive it; prohibit the use of Confidential Information except as necessary for the government to respond to Precision Pine's fee application; and require the return of confidential material to counsel for the government after the decision on Precision Pine's application for attorneys' fees in Case No. 02-131C. Each non-disclosure agreement shall be maintained in the possession of counsel for the government until ninety (90) days after the decision on Precision Pine's application for attorneys' fees in Case No. 02-131C.

3. All individuals receiving information subject to this Protective Order shall maintain the information in his or her possession in a manner sufficient to protect such material against unauthorized disclosure.

4. The information produced subject to this Protective Order shall be used solely for the purposes described above and not for any other purpose. This Protective Order shall apply to copies of the documents originally produced subject to this Protective Order and to information derived therefrom to the same extent as to the documents originally produced.

5. Within ninety (90) days following the decision on Precision Pine's application for attorneys' fees in Case No. 02-131C, counsel for the government (1) shall undertake reasonable

and prudent efforts to return to counsel for Precision Pine all documents and copies of documents subject to this Protective Order or containing information subject to this Protective Order and (2) shall take reasonable and prudent efforts to destroy all notes, filings, exhibits, and drafts containing information subject to this Protective Order; EXCEPT THAT counsel for the government may maintain one copy of any Protective Order in its master file for this matter, and may maintain one copy of any notes, filings, exhibits and drafts containing Confidential Information in its master file for this matter, provided that such copies are clearly stamped "Confidential" or affixed with a similar legend indicating that the materials are subject to this Protective Order.

6. Any specific part or parts of the restrictions imposed by this Protective Order may be terminated at any time by an order of this Court or by a letter from counsel for plaintiff with a copy to be provided to the Court, pursuant to a notice filed with the Court.

It is so ORDERED by the Court on this ___ day of March, 2008.

______________________________
George C. Miller
Judge, U.S. Court of Federal Claims

**ATTACHMENT A**

**CERTIFICATION OF COMPLIANCE WITH PROTECTIVE ORDER**

I, ___________, certify my understanding that protected information is being provided to me pursuant to the restrictions of the Protective Order entered in Precision Pine & Timber, Inc. v. United States, Case No. 02-131C, in the United States Court of Federal Claims. I solemnly swear or affirm that I have reviewed a copy of the Protective Order and that I will be bound by and comply with the terms of the Order, including any amendments to the Order. I understand that I am prohibited from disclosing protected information to anyone not authorized to receive it and using protected information except in connection with the claims that are the subject of the Precision Pine action in the Court of Federal Claims. I further understand that at the conclusion of this litigation I am required to return to counsel for defendant all protected material, and any copies thereof, including but not limited to notes, emails, summaries, digests, and transcriptions of such information, for disposition in accordance with the Protective Order.

Date: __________ Signed: ______________________________

Print Name: __________________________