**Harrington, David (CIV)**

**From:** Harrington, David (CIV)
**Sent:** Friday, March 28, 2008 2:34 PM
**To:** Alan Saltman
**Cc:** Rick Goeken; GWMiller_chambers@ao.uscourts.gov
**Subject:** RE: Precision Pine v. US , CoFC No. 02-131C

Alan:

I cannot agree to your proposed confidentiality agreement which would, among other things, create unnecessary administrative burdens. I am at a loss to understand why such an agreement is necesary or appropriate. And I am disturbed that you did not raise this issue during our status conference with Judge Miller yesterday. We will treat the documents that the Court has ordered produced in the same manner as "sensitive financial and business information," such as Precision Pine's annual financial reports, that have been produced in this action and in case number 98-720 over the past several years. This should allay your concerns.

Please understand that we do not consider time spent requesting a confidentiality agreement or moving for a protective order to fall within the scope of the Court's March 27, 2008 order. We will oppose any request for payment of attorney fees or cost that are not directly related to a review of Precision Pine's bills for privilege.

David

**David A. Harrington**
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530 (for overnight deliveries 20005)
(202) 616-0465

---

**From:** Alan Saltman [mailto:alan@saltmanandstevens.com]
**Sent:** Friday, March 28, 2008 1:12 PM
**To:** Harrington, David (CIV)
**Cc:** Rick Goeken; GWMiller_chambers@ao.uscourts.gov
**Subject:** Precision Pine v. US , CoFC No. 02-131C

David

Enclosed is a copy of my third declaration in this matter relating to the date on which Saltman & Stevens was engaged to handle the matter that became CoFC No. 02-131C

As I indicated to you earlier, we believe that both the attachments to the declaration and the bills that we plan to provide you next week contain sensitive financial and business information. Accordingly, as indicated in the footnote in the declaration, those documents will not be provided to you until either the parties enter into an appropriate confidentiality agreement or the Court rules on a motion from plaintiff seeking a protective order.

I continue to wait for your response as to whether the government will agree to a confidentiality agreement substantially in the form that I have proposed. However, given both the court's desire that this material be provided to you promptly and the need to protect it from disclosure, unless we reach an accord on a confidentiality agreement, I will file a motion with the Court seeking a protective order sometime this afternoon.

Alan

SALTMAN & STEVENS, P.C
1801 K Street, NW
Suite M110
Washington, D.C. 20006
Ph: (202) 452-2140 Fax: (202) 775-8217

This electronic message transmission contains information from the law firm of Saltman & Stevens, P.C. which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (202)452-2140 or by electronic mail at the above address.