**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131 |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 10-day enlargement of time to and including May 8, 2008, within which to respond to plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"). The United States' response is currently due April 28, 2008. This is the United States' first request for an enlargement of time for this purpose. We have discussed this motion with counsel for plaintiff, who has informed us that Precision Pine & Timber, Inc. ("Precision Pine") will not oppose this motion.

**DISCUSSION**

Plaintiff filed a motion seeking attorney fees and expenses pursuant to EAJA on February 14, 2008. The United States sought certain discovery regarding plaintiff's motion. On March 27, 2008, following a status conference, the Court ordered Precision Pine to provide certain discovery, directed the United States to file its response to Precision Pine's EAJA fee petition by April 28, 2008, and directed Precision Pine to file any reply by May 12, 2008. Order of Judge George W. Miller at 2 (Mar. 27, 2008).

Precision Pine subsequently sought a protective order, which was granted by the Court on April 3, 2008. This delayed by several days the production of documents pursuant to the Court's

March 27, 2008 order. In addition, after receiving document discovery from plaintiff, undersigned counsel has prepared the United States' reply brief in CCA Associates v. United States, No. 2007-5094 (Fed. Cir.), participated in Federal Circuit mediation in Weschler v. MSPB, No. 07-3104 (Fed. Cir.), conducted ongoing discovery in Anaheim Gardens v. United States, No. 93-655C (Fed. Cl.), and Algonquin Heights v. United States, No. 97-655 (Fed. Cl.), and prepared a motion for reconsideration and response to plaintiff's damages calculations in Precision Pine & Timber, Inc. v. United States, No. 98-720 (Fed. Cl.). These were significant undertakings that required a substantial commitment of time.

The United States seeks a 10-day enlargement of time to permit adequate review of relevant materials, discussions with the agency, preparation of the United States' response, and completion of the supervisory review process. The United States further requests that the Court provide Precision Pine a 10-day enlargement to file any reply to the United States' brief.

## CONCLUSION

For these reasons, the United States respectfully requests that the Court grant this motion for a 10-day enlargement of time to and including May 8, 2008, within which to file a response to plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act. In conjunction with its motion, the United States also requests that the Court provide Precision Pine a 10-day enlargement to and including May 22, 2008, within which to file a reply in support of its motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

April 22, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 22st day of April 2008, a copy of “DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David A. Harrington