# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-131 |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 4-day enlargement of time to and including May 12, 2008, within which to respond to plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"). The United States' response is currently due May 8, 2008. This is the United States' second request for an enlargement of time for this purpose. We have discussed this motion with counsel for plaintiff, who has informed us that Precision Pine & Timber, Inc. ("Precision Pine") will not oppose this motion.

## DISCUSSION

On April 22, 2008, the Court granted a 10-day enlargement of time to respond to plaintiff's EAJA fee petition. Since receiving the 10-day enlargement, work on other matters has required undersigned counsel to travel to San Francisco, California (April 28-29), and Boston, Massachusetts (April 30-May 2). In addition, counsel will be in Greensboro, North Carolina to defend depositions from May 5, 2008 to May 7, 2008. Accordingly, the United States seeks two additional business days to prepare and file the United States' response to plaintiff's petition for attorney fees pursuant to EAJA.

**CONCLUSION**

For these reasons, the United States respectfully requests that the Court grant this motion for a 4-day enlargement of time to and including May 12, 2008, within which to file a response to plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0277

May 5, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 5th day of May 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington