# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed May 5, 2008

**ORDER**

On May 5, 2008, defendant filed an unopposed motion for enlargement of time, requesting a four-day enlargement of time to and including May 12, 2008, within which to respond to plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (docket entry 123).

Defendant's motion for enlargement of time is **GRANTED**. The Court hereby **ORDERS** that defendant shall file its response to plaintiff's application for attorney fees and expenses pursuant to the EAJA no later than **Monday, May 12, 2008.** Plaintiff shall have until **Tuesday, May 27, 2008** to file its reply to defendant's response.

**IT IS SO ORDERED**.

/s/ George W. Miller
GEORGE W. MILLER
Judge