**SUMMARY OF UNRECOVERABLE CHARGES**

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| May 4, 2001 | 2.5 | Draft letter to bonding company; legal research; review documents from client; conference with W. Kinner. | $750.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 4, 2001 | 0.3 | Conference with A. Saltman re: consent of surety; legal research re: same. | $40.50 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 7, 2001 | 8.8 | Continue legal research re: consent of surety; conference with A. Saltman re: same; prepare memorandum re: same. | $1,188.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 7, 2001 | 1.0 | Conference with W. Kinner; legal research; send letter to J. Caine; conference with R. Goeken. | $300.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 7, 2001 | 0.2 | Conference with W. Kinner. | $50.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| May 7, 2001 | 1.2 | Conference with A. Saltman re: bonding company issues; draft letter to client re: same; review contract clause BT 9.1. | $216.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 8, 2001 | 3.2 | Continue legal research re: consent of surety; continue to work on memorandum re: same. | $432.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| May 8, 2001 | 0.1 | Review letter to client | $30.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 1, 2001 | 0.9 | Work on talking points for Lewis; telephone conference with same; telephone conference with B. Imbergamo. | $270.00 | Services concern unspecified "talking points;" do not involve preparing the complaint in this action. |
| Oct. 3, 2001 | 0.5 | Telephone conference with D. Fitzgerald; telephone call to L. Tenney. | $150.00 | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. |
| Oct. 5, 2001 | 0.9 | Listen to voicemail message from L. Tenney; telephone conference with F. Gladics; draft letter to Congressman Udall and Congressman Moran. | $270.00 | Services concern communications with political representatives; do not involve preparing the complaint in this action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| Oct. 10, 2001 | 0.5 | Telephone conference with L. Tenney; telephone call to F. Gladics; conference with W. Kinner | $150.00 | Services do not involve preparing the complaint in this action. |
| Oct. 16, 2001 | 2.0 | Research re: impleader/third-party practice; work on motion for notice to third parties; review file. | $270.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 16, 2001 | 0.1 | Telephone conference with F. Gladics. | $30.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 17, 2001 | 1.7 | Legal research re: third party practice; continue to work on motion for notice to third party. | $229.50 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 17, 2001 | 0.3 | Telephone conference with F. Gladics; send e-mail to R. Goeken | $90.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 18, 2001 | 0.8 | Legal research re: joinder of third parties. | $108.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| Oct. 19, 2001 | 3.8 | Motion for notice to third party, and associated legal research re: joinder of third party; review file.* | $513.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Oct. 25, 2001 | 2.5 | Telephone conference with client; conference with A. Saltman; review and revised draft letter to Regional Forester; fax letter and send e-mail to client.* | $450.00 | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. |
| Oct. 26, 2001 | 0.5 | Telephone conference with J. Caine and client re: letter of payment on O.D. Ridge. | $90.00 | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. |
| Dec. 4, 2001 | 0.3 | Telephone conference with M. Bowers re: response to Forest Service letter re: U-Bar. | $57.00 | Services do not involve preparing the complaint in this action. |
| Jan. 15, 2002 | 0.7 | Conference with R. Goeken | $217.00 | Services do not involve preparing the complaint in this action. |
| Jan 29, 2002 | 0.1 | Conference with W. Kinner | $31.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
| --- | --- | --- | --- | --- |
| Jan 29, 2002 | 0.1 | Conference with A. Saltman re: complaints and motion for joinder of third party. | $14.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this action. |
| Feb. 4, 2002 | 0.2 | Conference with R. Goeken. | $62.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this civil action. |
| Feb. 4, 2002 | 0.4 | Legal research re: proposed new Court of Federal Claims rule concerning joinder of parties. | $56.00 | Services concern dispute with bonding company; do not involve preparing the complaint in this civil action. |
| May 23, 2002 | 0.7 | Conference with A. Saltman re: telephone call from Frontier Insurance; research re: SOL in NY, AZ and TN. | $133.00 | Services concern dispute with bonding company; do not involve this civil action. |
| May 23, 2002 | 2.5 | Conference with R. Goeken re: Frontier Insurance; Conference with E. Tamarkin.* | $775.00 | Services concern dispute with bonding company; do not involve this civil action. |
| July 24, 2003 | 0.1 | Docket control entry | $16.00 | Entry does not concern services rendered in this civil action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| Dec. 18, 2003 | 4.5 | Research *Manufacturers' Casualty Ins. Co.* case; research *Shedd Bartish Foods* case; research implied duty not to hinder case. | $720.00 | Entry does not concern services rendered in this civil action – the "implied duty to hinder" was not at issue in this civil action. |
| Dec. 19, 2003 | 3.8 | Research BCA cases on implied duties; research law review articles on implied duties. | $608.00 | Entry does not concern services rendered in this civil action. |
| Dec. 22, 2003 | 4.1 | Research law revision articles on government increasing the cost of performance; research Board of Contract Appeals Cases on increasing the cost of performance. | $656.00 | Entry does not concern services rendered in this civil action. |
| Dec. 23, 2003 | 3.3 | Research 6th Circuit caselaw on increasing the cost of performance. | $528.00 | Entry does not concern services rendered in this civil action. |
| Dec. 30, 2003 | 3.1 | Research *Lesh*, *Stafford* and *Fort Sill* cases. | $496.00 | Entry does not concern services rendered in this civil action. |
| Dec. 31, 2003 | 6.8 | Research cases that have cited *York* positively or negatively; conference with A. Saltman regarding research. | $1,088.00 | Entry does not concern services rendered in this civil action. |
| Dec. 31, 2003 | 0.2 | Conference with C. Miller | $70.00 | Entry does not concern services rendered in this civil action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
| --- | --- | --- | --- | --- |
| Jan. 2, 2004 | 4.5 | Research *Standard Accident Ins. Co.* and *Stafford* cases; research act of congress cases. | $720.00 | Entry does not concern services rendered in this civil action. |
| Jan. 5, 2004 | 2.3 | Research *Fort Sill* and *Appeal of Daniel Hamm Company* cases. | $368.00 | Entry does not concern services rendered in this civil action. |
| Jan. 8, 2004 | 7.1 | Complete research on government action increasing cost of performance indirectly. | $1,136.00 | Entry does not concern services rendered in this civil action. |
| Jan. 9, 2004 | 5.8 | Compile research on increased cost of performance; pull key quotes from cases and provide brief summaries; conference with A. Saltman re: research. | $928.00 | Entry does not concern services rendered in this civil action. |
| Jan. 9, 2004 | 0.2 | Conference with C. Miller. | $70.00 | Entry does not concern services rendered in this civil action. |
| Jan. 26, 2004 | 0.8 | Conference with D. Craig and C. Miller; draft e-mail to P. Dissert | $280.00 | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. |
| Feb. 27, 2004 | 7.9 | Conference with A. Saltman re: motion for consolidation on Salt contract.* | $1,303.50 | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| Feb. 27, 2004 | 0.8 | Telephone conference with P. Disert; draft email to same; conference with D. Craig. | $280.00 | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. |
| Apr. 15, 2004 | 3.2 | Telephone call to L. Porter re: letter to E. Townes; research re: Frontier Insurance; conference with R. Goeken re: same. | $528.00 | Services concern dispute with bonding company; do not involve this civil action. |
| Oct. 13, 2005 | 0.7 | Review order from Board; email A. Saltman re: same. | $210.00 | Services concern services rendered in a Board appeal; do not involve this action. |
| Oct. 25, 2005 | 0.5 | Draft letter for client to contracting officer; telephone call to L. Porter.* | $190.00 | Services concern services rendered in a Board appeal; do not involve this action. |
| Dec. 6, 2005 | 0.4 | Review fax from L. Porter re: Frontier seeking payment; leave voicemail message re: same | $128.00 | Services concern dispute with bonding company; do not involve this civil action. |
| Dec. 6, 2005 | 0.4 | Telephone call with L. Porter re: Frontier Ins. Co.* | $128.00 | Services concern dispute with bonding company; do not involve this civil action. |

| Date | Time | Subject | Amount | Reason Unrecoverable |
|---|---|---|---|---|
| May 23, 2002 | 0.6 | Conference with A. Saltman; performance bond arrangements.** | $60.00 | Services concern dispute with bonding company; do not involve this civil action. |
| **TOTAL** | | | $17,483.50 | |

* Description of services contains additional components. The United States has made no attempt to allocate the hours billed within an individual entry.

** From Exhibit 8 of plaintiff's fee application.