**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 02-131C (Judge George C. Miller) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims, plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), respectfully requests an enlargement of 7 days, to and including June 3, 2008, within which to file its "Reply in Support of Plaintiff's Application for Costs and Fees Under The Equal Access To Justice Act" which is currently due on May 27, 2008. This is plaintiff's first request for an enlargement of time for this purpose. Counsel for plaintiff has contacted counsel for defendant about this request and counsel for defendant has advised that defendant does not oppose the granting of this motion.

Precision Pine requests this enlargement because lead counsel for plaintiff has been preparing for and involved in business meetings in town and on business travel to Utah during this entire week. Additionally, the intervening Memorial Day holiday weekend has limited the availability of staff at plaintiff's small law office to work on production of the brief in advance of Tuesday's due date.

In light of the foregoing, plaintiff respectfully requests that the Court enter an order enlarging the time for filing plaintiff's "Reply in Support of Plaintiff's Application for Costs and Fees Under The Equal Access To Justice Act" to and including June 3, 2008.

Respectfully submitted,

s/ Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 22, 2008