# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed May 22, 2008

**ORDER**

On May 22, 2008, plaintiff filed an unopposed motion for enlargement of time, requesting a seven-day enlargement of time to and including June 3, 2008, within which to file its reply in support of its application for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA") (docket entry 126).

Plaintiff's motion for enlargement of time is **GRANTED**. The Court hereby **ORDERS** that plaintiff shall file its reply no later than **Tuesday, June 3, 2008.**

**IT IS SO ORDERED**.

/s/ George W. Miller
GEORGE W. MILLER
Judge