**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 02-131C (Judge George C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the Court of Federal Claims, plaintiff, Precision Pine & Timber, Inc. ("Precision Pine"), respectfully requests an enlargement of 3 days, to and including June 6, 2008, within which to file its "Reply in Support of Plaintiff's Application for Costs and Fees Under The Equal Access To Justice Act" which is currently due on June 3, 2008. This is plaintiff's second request for an enlargement of time for this purpose, as an unopposed request for an enlargement of 7 days was previously granted. Counsel for plaintiff has contacted counsel for defendant about this request and counsel for defendant has advised that defendant does not oppose the granting of this motion.

Precision Pine requests this enlargement because plaintiff's counsel's office manager was out of the office much of last week with pneumonia and is currently attending to her daughter who went into labor last night. The office manager is the person responsible for billing and is

the only person who can access the data necessary to update the calculation of fees and costs in this matter.

In light of the foregoing, plaintiff respectfully requests that the Court enter an order enlarging the time for filing plaintiff's "Reply in Support of Plaintiff's Application for Costs and Fees Under The Equal Access To Justice Act" to and including June 6, 2008.

Respectfully submitted,

s/ Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 3, 2008