**PLAINTIFF'S REVIEW OF DEFENDANT'S SUMMARY OF "UNRECOVERABLE CHARGES"**

* Description of services contains additional components. The United States has made no attempt to allocate the hours billed within an individual entry.

** From Exhibit 8 of plaintiff's fee application.

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| May 4, 2001 | 2.5 | Draft letter to bonding company; legal research; review documents from client; conference with W. Kinner. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| May 4, 2001 | 0.3 | Conference with A. Saltman re: consent of surety; legal research re: same. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| May 7, 2001 | 8.8 | Continue legal research re: consent of surety; conference with A. Saltman re: same; prepare memorandum re: same. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| May 7, 2001 | 1.0 | Conference with W. Kinner; legal research; send letter to J. Caine; conference with R. Goeken. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | From the next time entry (see Ex. B), it is clear that the conference re: consent of surety only lasted 0.2. This time has been deducted. J. Caine was DOJ counsel. | 0.8 |
| May 7, 2001 | 0.2 | Conference with W. Kinner. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| May 7, 2001 | 1.2 | Conference with A. Saltman re: bonding company issues; draft letter to client re: same; review contract clause BT 9.1. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | Time spent reviewing contract retained. Remaining time for meeting (.2) and draft letter (.5) have been deducted. | 0.5 |
| May 8, 2001 | 3.2 | Continue legal research re: consent of surety; continue to work on memorandum re: same. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| May 8, 2001 | 0.1 | Review letter to client | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Oct. 1, 2001 | 0.9 | Work on talking points for Lewis; telephone conference with same; telephone conference with B. Imbergamo. | Services concern unspecified "talking points;" do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 3, 2001 | 0.5 | Telephone conference with D. Fitzgerald; telephone call to L. Tenney. | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 5, 2001 | 0.9 | Listen to voicemail message from L. Tenney; telephone conference with F. Gladics; draft letter to Congressman Udall and Congressman Moran. | Services concern communications with political representatives; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 10, 2001 | 0.5 | Telephone conference with L. Tenney; telephone call to F. Gladics; conference with W. Kinner | Services do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 16, 2001 | 2.0 | Research re: impleader/third-party practice; work on motion for notice to third parties; review file. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 16, 2001 | 0.1 | Telephone conference with F. Gladics. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Oct. 17, 2001 | 1.7 | Legal research re: third party practice; continue to work on motion for notice to third party. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 17, 2001 | 0.3 | Telephone conference with F. Gladics; send e-mail to R. Goeken | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 18, 2001 | 0.8 | Legal research re: joinder of third parties. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | This time should be deducted. | 0.0 |
| Oct. 19, 2001 | 3.8 | Motion for notice to third party, and associated legal research re: joinder of third party; review file.* | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | Half of time deducted. Remainder of time is recoverable as it relates to work on the complaint and review of the file. See full time entry on Ex. B. | 1.9 |
| Oct. 25, 2001 | 2.5 | Telephone conference with client; conference with A. Saltman; review and revised draft letter to Regional Forester; fax letter and send e-mail to client.* | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. | All time collectable as it is related to payment of the claim on U-Bar which was a matter litigated in this case. | 2.5 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Oct. 26, 2001 | 0.5 | Telephone conference with J. Caine and client re: letter of payment on O.D. Ridge. | Services concern administrative interactions with Forest Service; do not involve preparing the complaint in this action. | All time collectable as it is related to payment of the claim on U-bar which was a matter litigated in this case. J. Caine is former DOJ counsel | 0.5 |
| Dec. 4, 2001 | 0.3 | Telephone conference with M. Bowers re: response to Forest Service letter re: U-Bar. | Services do not involve preparing the complaint in this action. | All time collectable as it is related to payment of the claim on U-bar which was a matter litigated in this case. | 0.3 |
| Jan. 15, 2002 | 0.7 | Conference with R. Goeken | Services do not involve preparing the complaint in this action. | All time collectable as it is related to payment of the claim on U-bar which was a matter litigated in this case. | 0.7 |
| Jan 29, 2002 | 0.1 | Conference with W. Kinner | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | All time collectable as it is related to payment of the claim on U-bar which was a matter litigated in this case. | 0.1 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Jan 29, 2002 | 0.1 | Conference with A. Saltman re: complaints and motion for joinder of third party. | Services concern dispute with bonding company; do not involve preparing the complaint in this action. | Time is recoverable as it relates to preparation of complaint. | 0.1 |
| Feb. 4, 2002 | 0.2 | Conference with R. Goeken. | Services concern dispute with bonding company; do not involve preparing the complaint in this civil action. | Time is recoverable as it relates to preparation of complaint. | 0.2 |
| Feb. 4, 2002 | 0.4 | Legal research re: proposed new Court of Federal Claims rule concerning joinder of parties. | Services concern dispute with bonding company; do not involve preparing the complaint in this civil action. | Time is recoverable as it relates to preparation of complaint. | 0.4 |
| May 23, 2002 | 0.7 | Conference with A. Saltman re: telephone call from Frontier Insurance; research re: SOL in NY, AZ and TN. | Services concern dispute with bonding company; do not involve this civil action. | This time should be deducted. | 0.0 |
| May 23, 2002 | 2.5 | Conference with R. Goeken re: Frontier Insurance; Conference with E. Tamarkin.* | Services concern dispute with bonding company; do not involve this civil action. | This time should be deducted. | 0.0 |
| July 24, 2003 | 0.1 | Docket control entry | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Dec. 18, 2003 | 4.5 | Research *Manufacturers' Casualty Ins. Co.* case; research *Shedd Bartish Foods* case; research implied duty not to hinder case. | Entry does not concern services rendered in this civil action – the "implied duty to hinder" was not at issue in this civil action. | This time should be deducted. | 0.0 |
| Dec. 19, 2003 | 3.8 | Research BCA cases on implied duties; research law review articles on implied duties. | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |
| Dec. 22, 2003 | 4.1 | Research law revision articles on government increasing the cost of performance; research Board of Contract Appeals Cases on increasing the cost of performance. | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |
| Dec. 23, 2003 | 3.3 | Research 6th Circuit caselaw on increasing the cost of performance. | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 3.3 |
| Dec. 30, 2003 | 3.1 | Research *Lesh*, *Stafford* and *Fort Sill* cases. | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |
| Dec. 31, 2003 | 6.8 | Research cases that have cited *York* positively or negatively; conference with A. Saltman regarding research. | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 6.8 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Dec. 31, 2003 | 0.2 | Conference with C. Miller | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 0.2 |
| Jan. 2, 2004 | 4.5 | Research *Standard Accident Ins. Co.* and *Stafford* cases; research act of congress cases. | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |
| Jan. 5, 2004 | 2.3 | Research *Fort Sill* and *Appeal of Daniel Hamm Company* cases. | Entry does not concern services rendered in this civil action. | This time should be deducted. | 0.0 |
| Jan. 8, 2004 | 7.1 | Complete research on government action increasing cost of performance indirectly. | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 7.1 |
| Jan. 9, 2004 | 5.8 | Compile research on increased cost of performance; pull key quotes from cases and provide brief summaries; conference with A. Saltman re: research. | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 5.8 |
| Jan. 9, 2004 | 0.2 | Conference with C. Miller. | Entry does not concern services rendered in this civil action. | Time is recoverable as it relates to consideration of possible defenses. | 0.2 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Jan. 26, 2004 | 0.8 | Conference with D. Craig and C. Miller; draft e-mail to P. Dissert | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. | Time is recoverable as it relates to consolidation with this case at the COFC. D. Harrington cc'ed on referenced email | 0.8 |
| Feb. 27, 2004 | 7.9 | Conference with A. Saltman re: motion for consolidation on Salt contract.* | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. | Time is recoverable as it relates to consolidation with this case at the COFC. Also, entry includes time for drafting motion for summary judgment in this matter. See full time entry on Ex. B | 7.9 |
| Feb. 27, 2004 | 0.8 | Telephone conference with P. Disert; draft email to same; conference with D. Craig. | Services concern services rendered in a Board appeal concerning the Salt contract; do not involve this action. | Time is recoverable as it relates to consolidation with this case at the COFC. D. Harrington cc'ed on referenced email | 0.8 |
| Apr. 15, 2004 | 3.2 | Telephone call to L. Porter re: letter to E. Townes; research re: Frontier Insurance; conference with R. Goeken re: same. | Services concern dispute with bonding company; do not involve this civil action. | This time should be deducted. | 0.0 |

| Date | Time | Subject | Defendant's Contention | Plaintiff's Response | Recoverable Time |
|---|---|---|---|---|---|
| Oct. 13, 2005 | 0.7 | Review order from Board; email A. Saltman re: same. | Services concern services rendered in a Board appeal; do not involve this action. | Time is recoverable as it relates to consolidation with this case at the COFC. | 0.7 |
| Oct. 25, 2005 | 0.5 | Draft letter for client to contracting officer; telephone call to L. Porter.* | Services concern services rendered in a Board appeal; do not involve this action. | One-third of time entered is recoverable as it involved drafting letter to D. Harrington. See full time entry on Ex. B | 0.5 |
| Dec. 6, 2005 | 0.4 | Review fax from L. Porter re: Frontier seeking payment; leave voicemail message re: same | Services concern dispute with bonding company; do not involve this civil action. | This time should be deducted. | 0.0 |
| Dec. 6, 2005 | 0.4 | Telephone call with L. Porter re: Frontier Ins. Co.* | Services concern dispute with bonding company; do not involve this civil action. | One-half of time entered is recoverable as it also involved reviewing pleadings for status conf. in this matter. See full time entry on Ex. B | 0.2 |
| May 23, 2002 | 0.6 | Conference with A. Saltman; performance bond arrangements.** | Services concern dispute with bonding company; do not involve this civil action. | This time should be deducted. | 0.0 |

**SUMMARY**

| | **Time** | **EAJA Rate** | **Amount** |
|---|---|---|---|
| **Total Deducted by Defendant** | 97.9 | $154.83 | $15,157.86 |
| **Amount Improperly Deducted** | 42.3 | $154.83 | $6,549.31 |
| **Total Properly Deductible** | 55.6 | $154.83 | $8,608.55 |