Saltman & Stevens, P.C.
1801 K Street, N.W.
Mezzanine M110
Washington, DC 20006

Invoice submitted to:
PRECISION PINE & TIMBER, INC.
P.O. BOX 70
HEBER, AZ 85923
ATTN: LON PORTER

In Reference To: 90096-00013 - DEFAULTS

Additional Charges :

| Date | | Staff | Description | Amount |
|---|---|---|---|---|
| 5/1/2001 | - | S&S | $Facsimile | $8.80 |
| | - | S&S | $Photocopy | $22.00 |
| 5/31/2001 | - | S&S | $Computer Resch WESTLAW/PACER | $462.09 |
| 9/1/2001 | - | S&S | $Long Dis Phone | $0.94 |
| 9/25/2001 | - | S&S | $Courier Fed CLaims, US Forest | $26.00 |
| 10/1/2001 | - | S&S | $Facsimile | $4.40 |
| | - | S&S | $Photocopy | $1.80 |
| | - | S&S | $Courier USDA | $13.00 |
| 2/1/2002 | - | S&S | $Facsimile | $8.80 |
| 3/18/2002 | - | S&S | $Courier | $13.00 |
| 5/1/2002 | - | S&S | $Photocopy | $53.00 |
| 6/1/2002 | - | S&S | $Postage | $0.34 |
| | - | S&S | $Photocopy | $6.20 |

**EXHIBIT C**

| | | | Amount |
|---|---|---|---|
| 6/1/2002 - | S&S | $Facsimile | $6.50 |
| - | S&S | $Long Dis Phone | $1.02 |
| 6/25/2002 - | S&S | $Computer Resch<br>WESTLAW - May bill | $37.91 |
| 7/15/2002 - | S&S | $Courier<br>1 packages - 6/11/02 | $19.00 |
| 11/1/2002 - | S&S | $Facsimile | $4.00 |
| - | S&S | $Postage | $0.37 |
| - | S&S | $Photocopy | $6.80 |
| 12/11/2002 - | S&S | $Courier | $9.50 |
| 5/1/2003 - | S&S | $Postage | $0.60 |
| - | S&S | $Photocopy | $10.20 |
| 6/12/2003 - | S&S | $Courier<br>Professional Express - 5/06/03 | $13.00 |
| - | S&S | $Courier<br>Professional Express - 5/30/03 | $9.50 |
| 9/2/2003 - | S&S | $Photocopy | $0.40 |
| 2/2/2004 - | S&S | $Photocopy | $4.00 |
| - | S&S | $Long Dis Phone | $0.74 |
| - | S&S | $Computer Resch | $537.83 |
| 3/1/2004 - | S&S | $Facsimile | $4.40 |

| Date | | Firm | Description | Amount |
|---|---|---|---|---|
| 3/1/2004 | - | S&S | $Postage | $1.98 |
| | - | S&S | $Photocopy | $150.60 |
| | - | S&S | $Courier | $6.87 |
| | - | S&S | $Long Dis Phone | $0.17 |
| | - | S&S | $Long Dis Phone | $2.85 |
| | - | S&S | $Computer Resch | $193.70 |
| 4/1/2004 | - | S&S | $Facsimile | $22.00 |
| | - | S&S | $Photocopy | $110.60 |
| | - | S&S | $Courier | $26.43 |
| | - | S&S | $Computer Resch | $597.23 |
| | - | S&S | $Long Dis Phone | $3.37 |
| 5/3/2004 | - | S&S | $Postage | $5.75 |
| | - | S&S | $Photocopy | $43.00 |
| | - | S&S | $Photocopy | $82.60 |
| | - | S&S | $Long Dis Phone | $0.13 |
| | - | S&S | $Computer Resch | $177.56 |
| 5/4/2004 | - | S&S | $Courier | $13.21 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 5/8/2004 | - | S&S | $Travel | $2.40 |
| | - | S&S | $Business Meals | $8.00 |
| | - | S&S | $Sec. Overtime | $187.50 |
| 6/1/2004 | - | S&S | $Facsimile | $4.40 |
| | - | S&S | $Photocopy | $2.80 |
| | - | S&S | $Long Dis Phone | $0.96 |
| | - | S&S | $Computer Resch | $193.70 |
| 11/1/2004 | - | S&S | $Photocopy | $45.00 |
| | - | S&S | $Computer Resch | $274.41 |
| 4/1/2005 | - | S&S | $Photocopy | $29.50 |
| 6/1/2005 | - | S&S | $Computer Resch | $41.68 |
| 7/1/2005 | - | S&S | $Photocopy | $55.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $745.98 |
| 9/1/2005 | - | S&S | $Facsimile | $2.20 |
| 10/1/2005 | - | S&S | $Computer Resch WESTLAW/PACER | $169.85 |
| | - | S&S | $Long Dis Phone | $0.13 |
| 10/3/2005 | - | S&S | $Facsimile | $11.00 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 10/3/2005 | - | S&S | $Photocopy | $10.25 |
| 1/2/2006 | - | S&S | $Facsimile | $4.40 |
| | - | S&S | $Photocopy | $21.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $111.76 |
| 1/25/2006 | - | S&S | $Court Reporter | $155.80 |
| 2/1/2006 | - | S&S | $Postage | $3.18 |
| | - | S&S | $Photocopy | $319.25 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $73.47 |
| 2/3/2006 | - | S&S | $Courier | $23.26 |
| 3/1/2006 | - | S&S | $Postage | $4.68 |
| | - | S&S | $Photocopy | $64.00 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $62.47 |
| 4/3/2006 | - | S&S | $Postage | $7.32 |
| | - | S&S | $Photocopy | $7.25 |
| 1/1/2007 | - | S&S | $Computer Resch WESTLAW/PACER 12/06 | $227.38 |
| 2/1/2007 | - | S&S | $Computer Resch WESTLAW/PACER 1/07 | $1,074.62 |
| | - | S&S | $Photocopy | $3.00 |

| Date | | | Description | Amount |
|---|---|---|---|---|
| 2/1/2007 | - | S&S | $Computer Resch WESTLAW/PACER | $577.75 |
| 3/1/2007 | - | S&S | $Postage | $1.02 |
| | - | S&S | $Photocopy | $13.75 |
| | - | S&S | $Courier | $27.48 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $23.83 |
| 6/1/2007 | - | S&S | $Photocopy | $0.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $7.83 |
| 7/1/2007 | - | S&S | $Postage | $11.01 |
| | - | S&S | $Photocopy | $290.50 |
| | - | S&S | $Courier | $27.48 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $429.25 |
| 7/23/2007 | - | S&S | $Sec. Overtime See B. Rector overtime record | $25.00 |
| 8/1/2007 | - | S&S | $Postage | $4.60 |
| | - | S&S | $Photocopy | $196.75 |
| | - | S&S | $Courier | $13.74 |
| 11/1/2007 | - | S&S | $Facsimile | $1.50 |
| | - | S&S | $Postage | $0.41 |

| Date | | Attorney | Description | Amount |
|---|---|---|---|---|
| 11/1/2007 | - | S&S | $Photocopy | $21.00 |
| | - | S&S | $Courier | $17.17 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $428.54 |
| 1/1/2008 | - | S&S | $Computer Resch WESTLAW/PACER | $59.42 |
| 2/1/2008 | - | S&S | $Photocopy | $6.75 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $59.01 |
| 3/1/2008 | - | S&S | $Facsimile | $12.30 |
| | - | S&S | $Postage | $0.41 |
| | - | S&S | $Photocopy | $77.75 |
| | - | S&S | $Courier | $15.33 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $51.37 |
| 4/1/2008 | - | S&S | $Postage | $0.41 |
| | - | S&S | $Photocopy | $0.75 |
| | - | S&S | $Courier | $15.33 |
| 5/1/2008 | - | S&S | $Photocopy | $17.00 |
| | - | S&S | $Computer Resch WESTLAW/PACER | $913.38 |
| 5/31/2008 | - | S&S | $Travel See B. Rector reimbursement | $2.70 |

| | | | Amount |
|---|---|---|---|
| 5/31/2008 - | S&S | $Sec. Overtime<br>See B. Rector overtime record | $100.00 |
| 6/1/2008 - | S&S | $Photocopy | $1.25 |
| | Total costs | | $10,125.81 |