**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PRECISION PINE & TIMBER, INC., )
)
Plaintiff, )
)
v. ) No. 02-131C
) (Judge George W. Miller)
THE UNITED STATES, )
)
Defendant. )
)

**FOURTH DECLARATION OF ALAN I. SALTMAN**

I, Alan I. Saltman, declare under penalty of perjury that the following is true and correct:

1. I am a principal of the law firm of Saltman & Stevens, P.C., and counsel of record for plaintiff Precision Pine & Timber, Inc. ("Precision Pine") in this matter. This declaration is submitted as a supplement to my declaration of February 14, 2008 which is attached as Exhibit 6 to Plaintiff's Brief In Support Of Its Application For Attorneys' Fees And Expenses Pursuant To The Equal Access To Justice Act ("Plaintiff's Opening Brief").

2. Set forth in Exhibits B and C to Plaintiff's Reply Brief In Support Of Its Application For Attorneys' Fees And Expenses Pursuant To The Equal Access To Justice Act ("Plaintiff's Reply Brief") is a general description of all of the attorneys' fees and expenses incurred by Precision Pine from May 2001 to June 2008. To the best of my knowledge, the totals are accurate and complete.

 **EXHIBIT D**

3. As described with more specificity in Exhibit B, Precision Pine incurred a total of $391,911.00 in attorneys' fees at the attorneys' regular rates. However, the EAJA only allows for the recovery of fees at the statutory rate of $125.00, plus a cost of living adjustment calculated based on the Bureau of Labor Statistics Consumer Price Index – Urban. The Bureau of Labor Statistics' determination of the Consumer Price Index – Urban for the relevant time period, i.e., 2001 through 2008, is set forth in Attachment 1 to this declaration. Note: The months of May and June are not yet available so Precision Pine has used the rate for the month of April.

4. Applying an average of the change in the monthly Bureau of Labor Statistics Consumer Price Index – Urban during the relevant time period to the EAJA statutory average of $125.00 results in a cost of living adjustment of 23.86% for an adjusted EAJA rate for this matter of $154.83. The calculation of the cost of living adjustment to the EAJA statutory hourly rate is set forth in more detail in Attachment 2 to this declaration.

5. At the adjusted EAJA rates, the total value of the attorney time input in this matter is $235,797.26. This amount is based on Precision Pine's having incurred attorneys' fees for 1,255.3 hours of attorney time at the adjusted EAJA rate of $154.83, plus 124.2 hours that were billed by attorney William B. Kinner (identified in Exhibit 7 to Plaintiff's Opening Brief as "WBK"), who worked 37.7 hours at $135.00 per hour in 2001, and 86.5 hours at $140.00 in 2002 (these latter rates were less than the adjusted EAJA rate and therefore are being charged as billed). The calculation of fees incurred for all of these hours is set forth in Attachment 2 to this declaration.

6. Additionally, 15.3 hours billed by "EMT," "MRJ," "JRC," and "WDP," as paralegals or law clerks, had been removed from the total of attorneys' hours and added to the expenses of the firm in Precision Pine's February 14, 2008 submission as was required pursuant to the Federal Circuit's ruling in Richlin Sec. Service Co. v. Chertoff, 482 F.3d 1358, 1359 (Fed. Cir. 2007), cert. granted, 76 U.S.L.W. 3023 (U.S. Nov. 13, 2007) (No. 06-1717) (paralegal fees not awarded as attorney fees under EAJA and instead are to be considered as a cost). This was done even though EMT and JRC, unlike the others, were summer associates and not paralegals. The Supreme Court has, however, just reversed the Federal Circuit and held that charges for paralegals are recoverable as fees. Richlin Sec. Service Co. v. Chertoff, __ U.S. __, 2008 WL 2229175 (June 2, 2008). Accordingly, Precision Pine has moved the 15.3 hours charged for its summer associates and paralegals, all of whom were billed out at rates well below the adjusted EAJA rate for this matter, from expenses and included them in Exhibit A at the average hourly rate of $94.15. This calculation is set forth in Attachment 2 to this declaration.

7. As set forth in Exhibit A to its Reply Brief, Precision Pine has also deducted $8,608.55 of fees (at EAJA rates) that should not have been, but which were, inadvertently, included in Precision Pine's fees.

8. Pursuant to the EAJA, Precision Pine also requests $10,125.81in expenses incurred in this matter. These expenses are itemized in Exhibit C to Plaintiff's Reply Brief.

9. All of the attorneys' fees and expenses Precision Pine seeks for the time period January 1, 2008 to June 6, 2008 were incurred in pursuing the pending EAJA application,

including: responding to discovery requests propounded by defendant and preparing for and attending conferences with the Court about the proper scope of those requests. Attorneys' fees and expenses were also incurred in legal research and drafting required to finalize Plaintiffs' Opening Brief (filed February 14, 2008) as well as reviewing defendant's response brief (filed May 12, 2008) and preparing the instant reply brief.

10. To the best of my knowledge, the computation of the attorneys' fees and expenses requested is accurate.

Dated: June 6, 2008

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

# U.S. Department of Labor
## Bureau of Labor Statistics
*Bureau of Labor Statistics Data*



**www.bls.gov**

**Advanced Search | A-Z Index**

**BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL**

Change Output Options: From: 2001 To: 2008 GO

include graphs **NEW!**

More Formatting Options

**Data extracted on: June 3, 2008 (12:41:20 PM)**

**Consumer Price Index - All Urban Consumers**

**Series Id:** CUUR0000SA0,CUUS0000SA0
Not Seasonally Adjusted
**Area:** U.S. city average
**Item:** All items
**Base Period:** 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2001** | 175.1 | 175.8 | 176.2 | 176.9 | 177.7 | 178.0 | 177.5 | 177.5 | 178.3 | 177.7 | 177.4 | 176.7 | 177.1 | 176.6 | 177.5 |
| **2002** | 177.1 | 177.8 | 178.8 | 179.8 | 179.8 | 179.9 | 180.1 | 180.7 | 181.0 | 181.3 | 181.3 | 180.9 | 179.9 | 178.9 | 180.9 |
| **2003** | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 | 184.0 | 183.3 | 184.6 |
| **2004** | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 | 188.9 | 187.6 | 190.2 |
| **2005** | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 | 195.3 | 193.2 | 197.4 |
| **2006** | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 | 201.6 | 200.6 | 202.6 |
| **2007** | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 | 207.342 | 205.709 | 208.976 |
| **2008** | 211.080 | 211.693 | 213.528 | 214.823 | | | | | | | | | | | |

Back to Top

www.dol.gov

Frequently Asked Questions | Freedom of Information Act | Customer Survey | Important Web Site Notices
Privacy & Security Statement | Linking and Copyright Information | Accessibility
Technical (web) question | Other comments

**U.S. Bureau of Labor Statistics**
2 Massachusetts Avenue, NE Washington, DC 20212-0001
www.bls.gov | Telephone: (202) 691-5200 | Do you have a Data question?

**Attachment 1**

| EAJA Rate: COLA Adjustment | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CPI-U All Urban Consumers from May 2001 - June 2008 | | | | | | | | |
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | Overall |
| January | | 177.1 | 181.7 | 185.2 | 190.7 | 198.7 | 202.416 | 211.080 | |
| February | | 177.8 | 183.1 | 186.2 | 191.8 | 198.7 | 203.499 | 211.693 | |
| March | | 178.8 | 184.2 | 187.4 | 193.3 | 199.8 | 205.352 | 213.528 | |
| April | | 179.8 | 183.8 | 188 | 194.6 | 201.5 | 206.686 | 214.823 | |
| May | 177.7 | 179.8 | 183.5 | 189.1 | 194.4 | 202.5 | 207.949 | 214.823 | not available, used April |
| June | 178 | 179.9 | 183.7 | 189.7 | 194.5 | 202.9 | 208.352 | 214.823 | not available, used April |
| July | 177.5 | 180.1 | 183.9 | 189.4 | 195.4 | 203.5 | 208.299 | | |
| August | 177.5 | 180.7 | 184.6 | 189.5 | 196.4 | 203.9 | 207.917 | | |
| September | 178.3 | 181 | 185.2 | 189.9 | 198.8 | 202.9 | 208.49 | | |
| October | 177.7 | 181.3 | 185 | 190.9 | 199.2 | 201.8 | 208.936 | | |
| November | 177.4 | 181.3 | 184.5 | 181 | 197.6 | 201.5 | 210.177 | | |
| December | 176.7 | 180.9 | 184.3 | 190.3 | 196.8 | 201.8 | 210.036 | | |
| *Mean (overall)* | | | | | | | | | ***192.85*** |
| | | | | | | | | | |
| *CPI-U Rate From March 1996 (Basis for $125 EAJA rate)* | | | | | | | | | ***155.7*** |
| *% change from EAJA base* | | | | | | | | | ***23.86%*** |
| *Adjusted Rate* | | | | | | | | | *$ 154.83* |

**Attachment 2**

| | Precison Pine & Timber v. U.S., Case No. 02-131: Costs and Fees Pursuant To EAJA | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | |
| **Hours Billed (Ex. B)** | 54.6 | 161.4 | 61.7 | 513.2 | 114.7 | 170 | 319 | 202.9 | 1597.5 |
| *#hrs. at EAJA rate* | 16.9 | 74.3 | 61.7 | 501.6 | 114.7 | 169.3 | 316.8 | 202.9 | $ **225,765.82** |
| *#hrs. at $140/ hr* | 0 | 86.5 | 0 | 0 | 0 | 0 | 0 | 0 | $ **12,110.00** |
| *#hrs. at $135/ hr* | 37.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ **5,089.50** |
| *#hrs at $94.15/hr* | 0 | 0.6 | 0 | 11.8 | 0 | 0.7 | 2.2 | 0 | $ **1,440.50** |
| **Attorney's Fees** | | | | | | | | | $ **244,405.81** |
| **Fees Deducted (Ex. A)** | | | | | | | | | $ **(8,608.55)** |
| **Recoverable EAJA Fees** | | | | | | | | | $ **235,797.26** |
| **Expenses (Ex. C)** | | | | | | | | | $ **10,125.81** |
| **Total Fees & Expenses** | | | | | | | | | $ **245,923.07** |

**Attachment 3**