**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-131C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>PLAINTTIFF'S MOTION TO EXCEED PAGE LIMITS, *NUNC PRO TUNC*</u>**

Plaintiff, Precision Pine & Timber, Inc., ("Precision Pine") pursuant to Rule of the Court of Federal Claims 5.3(b)(2), respectfully requests that it be granted leave, *nunc pro tunc*, to file its 32-page Reply In Support Of Plaintiff's Application For Attorneys' Fees And Expenses Pursuant To The Equal Access To Justice Act.

The Court's rules allow for a reply brief of 20 pages or 30 pages where a response to a motion is included. Plaintiff's reply brief is 32 pages in length, however, Precision Pine contends that a brief of this length was called for in the circumstances and will be of assistance to the Court because:

-This case involves litigation over the course of more than seven years the facts of which required extended treatment by plaintiff. Indeed the first 13 pages of the plaintiff's brief are largely devoted to this task;

-New Supreme Court case law was issued this week that required discussion;

-There is a considerable body of case law on the issues of "prevailing party," "substantial justification," and the catalyst theory of recovery that required treatment by plaintiff;

-Defendant's response brief contained many elliptical arguments, particularly in footnotes, that plaintiff was required to both explain and then refute; and

-Although defendant did not file a formal motion, it did seek various relief from the Court by requesting that some of Precision Pine's fees be deducted and that plaintiff's fees and expenses be further prorated by "at least 80%." Both requests for Court ordered relief are akin to motions to which Precision Pine had to respond;

Accordingly, plaintiff, Precision Pine and Timber, Inc. respectfully requests that the Court grant its motion for leave to file its 32- page Reply In Support Of Plaintiff's Application For Attorneys' Fees And Expenses Pursuant To The Equal Access To Justice Act, *nunc pro tunc*.[1]

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:
Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: June 6, 2008

[1] Counsel for Precision Pine attempted to contact counsel for defendant about the contents of this motion and to determine whether defendant would oppose it, however, Precision Pine did not obtain an immediate response.