# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-131 C

Filed June 9, 2008

**ORDER**

On June 6, 2008, plaintiff filed a motion to exceed the page limits, *nunc pro tunc* (docket entry 131), applicable to its 32-page reply brief in support of its application for attorneys' fees and expenses pursuant to the Equal Access to Justice Act (docket entry 130). Plaintiff's reply brief was filed on June 6, 2008, prior to plaintiff's motion to exceed page limits. In its motion, plaintiff provides several justifications for exceeding the 20-page limit, which the Court finds reasonable.

Therefore, plaintiff's motion to exceed page limits, *nunc pro tunc*, is **GRANTED**.

**IT IS SO ORDERED**.

/s/ George W. Miller
GEORGE W. MILLER
Judge