# In the United States Court of Federal Claims

**No. 02-131 C**

**PRECISION PINE & TIMBER, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed September 9, 2008, granting in part and denying in part, plaintiff's application for attorneys' fees and expenses,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded attorneys' fees and expenses in the sum of $142,635.38 with said sum to be paid by the subject agency as provided for in 28 U.S.C. §2412(d).

John S. Buckley
Acting Clerk of Court

**September 11, 2008** By: s/ Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.